IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

PEGGY NOFTZ,

   Plaintiff,

vs.

HOLIDAY CVS LLC,

   Defendant.

_____/

CASE NO:

## COMPLAINT

Plaintiff, PEGGY NOFTZ, by and through her undersigned counsel, hereby sues the Defendant, HOLIDAY CVS LLC, (hereinafter "CVS"), and as grounds therefore states as follows:

1. This is a cause of action at law in which Plaintiff seeks damages in excess of Fifteen Thousand ($15,000.00), exclusive of attorneys' fees and costs.

2. Plaintiff, PEGGY NOFTZ, at all material times, is and was a resident of Osceola County, Florida.

3. Defendant, CVS, at all material times, is and was a foreign corporation authorized to do business, and doing business, in Osceola County, Florida.

4. Defendant, CVS, at all material times, owned operated, maintained, possessed and controlled the CVS store # 04799, located at 2105 13th Street, Saint Cloud, Florida, 34769.

5. Venue is proper in Osceola County, Florida because the acts and omissions referenced herein occurred in Miami Dade County, Florida.

6. All conditions precedent to the bringing of this cause of action have occurred, or have been performed, excused, discharged, satisfied or waived.

### COUNT I: NEGLIGENCE AGAINST CVS

7. Plaintiff readopts and re-alleges each and every allegation set forth in paragraphs 1 through 6 as if fully set forth herein again at length.

Exhibit "A"

8. On or about October 30, 2016, Plaintiff, PEGGY NOFTZ, was a business invitee at CVS's store # 04799, and was shopping for milk.

9. At that time and place, in Defendant's store # 04799, the milk was stored within a cooler / refrigerator that extends to the ground, and has a door which must be opened by a customer to access the merchandise inside.

10. At that time and place, within the subject cooler / refrigerator, the shelving was arranged by CVS in such a manner that required customers to step inside the cooler area in order to access and retrieve milk containers.

11. At that time and place, in order to access and retrieve a milk container, Plaintiff stepped within the cooler area. Unbeknownst to Plaintiff, the floor in this area was wet and slippery.

12. As a result of the floor within the cooler area being wet and slippery, Plaintiff slipped and fell, sustaining severe and permanent injuries as a result.

13. At all material times, Defendant, CVS had a duty to maintain its property, including the area where Plaintiff slipped and fell, in a reasonably safe condition, to warn guests of known hidden dangers, and to inspect, identify, and render safe all areas that would or could present a hazard to those lawfully upon the property including Plaintiff, PEGGY NOFTZ.

14. At all material times, Defendant, CVS was guilty of one or more of the following negligent acts and/or omissions:

    a. Carelessly and negligently maintaining its premises, so that as a direct and proximate result, Plaintiff, PEGGY NOFTZ was injured;

    b. Permitting a dangerous condition to exist upon its premises, and/or creating a dangerous condition upon its premises. Specifically, a cooler arranged by CVS in such a way as to require its customers, including but not limited to Plaintiff, PEGGY NOFTZ, to step within the cooler area, where the walking surface was wet and slippery, in order to retrieve merchandise;

    c. Failing to warn the public generally, and Plaintiff, PEGGY NOFTZ, specifically, of the existence of a known hidden dangerous condition upon its property. Specifically, a wet and slippery walking surface in the area where customers retrieve milk;

    d.    Failing to timely conduct the necessary inspection of the subject premises, and thereby failing to discover and make safe a condition that presented a hazard to those lawfully upon the property, including but not limited to Plaintiff, PEGGY NOFTZ; and

    e.    Other acts of negligence, to be discovered.

15.    Solely, as a direct and proximate result of the aforementioned negligent acts and/or omissions on the part of Defendant, CVS, Plaintiff, PEGGY NOFTZ suffered severe and permanent bodily injury and resulting pain and suffering, disability, disfigurement, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. These injuries are permanent and Plaintiff, PEGGY NOFTZ will continue to suffer damages in the future.

WHEREFORE, Plaintiff, PEGGY NOFTZ, demands judgment against the Defendant, HOLIDAY CVS LLC, and, for damages, costs, prejudgment interest on costs paid, and for any further relief this Court deems just and proper.

Plaintiffs demand A TRIAL BY JURY on all issues so triable as a matter of right.

Dated this 11th day of August, 2017.

                      THE ROUSSO LAW FIRM
                      9350 South Dixie Highway
                      Suite 1520
                      Miami, Florida 33156
                      (305) 670-6669

By:    */s/ Darren J. Rousso, Esq.*
        Darren J. Rousso, Esq.
        Florida Bar No.: 97410
        roussolaw@aol.com
        SERVICE EMAIL:
        roussolaw@yahoo.com