**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PEGGY NOFTZ,**

      **Plaintiff,**

**v.**                                         **Case No:   6:17-cv-1638-Orl-31TBS**

**HOLIDAY CVS LLC,**

      **Defendant.**

## ORDER

On November 29, 2018, Plaintiff filed three Motions in Limine (Doc. Nos. 76, 77 and 78). The Case Management and Scheduling Order (Doc. 12) provides that "[a]bsent leave of court, each party is limited to filing a <u>single</u> Omnibus Motion *in limine*, which shall not exceed 25 pages." *Id.,* p. 6 @ fn. 3.   It is, therefore

**ORDERED** that the Motions in Limine are hereby STRICKEN.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 30, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party