```
 1                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                     ORLANDO DIVISION

 3                         CASE NO.:  6:17cv1638-orl-31TBS

 4   PEGGY NOFTZ,

 5        Plaintiff,

 6   v.

 7   HOLIDAY CVS, LLC, d/b/a
     CVS/PHARMACY #476,
 8   a Florida Corporation,

 9        Defendant.
     _____/
10

11             DEPOSITION OF RUSSELL J. KENDZIOR

12                  Pages 1 through 113

13                       Volume I

14             Wednesday, February 27, 2019
                 10:06 a.m. - 12:23 p.m.
15
               U.S. Legal Support
16         20 N. Orange Avenue, Suite 1209
               Orlando, Florida 32801
17

18

19

20

21

22

23
               Stenographically Reported By:
24
                   Regina Toppins
25                 Court Reporter
```

Exhibit "A"

Page 2

1           APPEARANCES
2  On Behalf of the Plaintiff(s):
3       THE ROUSSO LAW FIRM
        9350 South Dixie Highway, Suite 1520
4       Miami, Florida 33156
        (305) 670-6669
5       Email:  Roussolaw@yahoo.com
        BY:  DARREN J. ROUSSO, ESQUIRE
6
7  On Behalf of the Defendant(s):
8       KELLEY KRONENBERG, P.A.
        20 N. Orange Avenue, Suite 1207
9       Orlando, Florida 32801
        (407) 648-9450
10      Email:  gmackinnon@kelleykronenberg.com
        BY:  R. GAVIN MACKINNON, ESQUIRE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           INDEX OF PROCEEDINGS
2
   Deposition of RUSSELL KENDZIOR          Page
3
   Direct Examination by Mr. Mackinnon         4
4  Cross Examination by Mr. Rousso           105
   Redirect Examination by Mr. Mackinnon     110
5  Recross Examination by Mr. Rousso         112
   Further Redirect Examination by Mr. Mackinnon  113
6  Certificate of Oath                       114
   Certificate of Reporter                   115
7  Errata Sheet                              116
8
9
10          INDEX TO EXHIBITS
11 PLAINTIFF'S EXHIBITS:
12 NO.  DESCRIPTION                         PAGE
13  1   Photograph...............................110
    2   Photograph...............................110
14
15 DEFENDANT'S EXHIBITS:
16 NO.  DESCRIPTION                         PAGE
17  A   Notice of Deposition.......................13
    B   Mr. Kendzior's File........................31
18  C   Mr. Kendzior's June 25, 2018 Report........39
    D   Mr. Kendzior's June 29, 2018 Report........39
19  E   Florida Department of Agriculture &
        Services Division of Food Safety Report.....88
20  1A  Photograph of cooler......................56
    1B  Photograph of interior of cooler...........68
21  1C  Photograph................................69
    1D  Photograph................................69
22  1E  Photograph................................69
    1F  Photograph................................69
23  1G  Photograph................................69
24
25

Page 4

1       Deposition taken before Regina Toppins, Court
2  Reporter and Notary Public in and for the State of
3  Florida at Large in the above cause.
4              - - - - - - -
5        THE COURT REPORTER:  Do you solemnly swear
6    that the testimony you are about to offer concerning
7    the cause herein under consideration will be the
8    truth, the whole truth, and nothing but the truth?
9        THE WITNESS:  I do.
10 THEREUPON,
11             RUSSELL KENDZIOR
12 having been first duly sworn, was examined and testified
13 as follows:
14             DIRECT EXAMINATION
15 BY MR. MACKINNON:
16   Q.  Could you please state your name?
17   A.  It's Russell Kendzior.
18   Q.  Kendzior?
19   A.  Yeah.
20   Q.  Very good.  Mr. Kendzior, my name is Gavin
21 MacKinnon, and I represent Holiday CVS in this lawsuit
22 filed on behalf of Peggy Noftz.
23       What is your date of birth?
24   A.  June 24th, 1960.
25   Q.  And where do you reside?

Page 5

1   A.  In Southlake, Texas.  That's one word.
2   Q.  Okay.  Remind me how to pronounce your last name
3  again, I want to make sure I get it.
4   A.  Kendzior.  The D is silent.
5   Q.  Mr. Kendzior, do you agree that the best way to
6  test the -- to determine, rather, the slip resistance of
7  a surface is to perform testing on that surface?
8   A.  You could.  That's one way.
9   Q.  Okay.  I'm asking you if it's the best way?
10  A.  There's a lot of ways.  I don't know if there's a
11 -- that's one way.
12  Q.  Okay.  Is that important to actually test the
13 surface for slip resistance?
14  A.  And that's what I was leading to, it could be.
15 For example, if a person slipped and fell on a floor and
16 you're able to get out there relatively quickly and take
17 measurements, that would be the best way.  But, you
18 know, a year later, two years later the results can be
19 very misleading.
20  Q.  Okay, but notwithstanding the understanding and
21 determining the conditions of the floor at the time of
22 whatever incident, the slip and fall incident, testing
23 would be important?
24  A.  It could be.  Again, it's a --
25  Q.  Just could be?

Page 6

1    A.  Yeah, it's a component.

2    Q.  Okay.

3    A.  It's an element, it's a part of.  And I assume

4  what you're leading towards is a way to prevent or

5  identify a hazardous condition.  That would be a good

6  component.

7    Q.  Is it your testimony that it's not an important

8  aspect?

9    A.  Well, it depends.  Again, it's when you say

10 "important," in the ideal world, sure, but it's

11 unlikely.  I've never, in fact, in my 20 something years

12 of experience, I never heard of a case where somebody

13 slipped and fell and they were able to get out there

14 within moments or hours to take measurements.  It's not

15 the kind of thing like a CVS would have the equipment or

16 training to do.

17   Q.  Right, but you're a hired expert, and that's

18 something you have the equipment and training to do,

19 right?

20   A.  Yes.

21   Q.  And if you're able to do it, is that something

22 that you do?

23   A.  No.

24   Q.  No, you don't test the surface --

25   A.  I don't.

Page 7

1    Q.  Let me finish -- to determine the slip resistance

2  of the surface?

3    A.  No.  If a client -- if I'm retained by a

4  plaintiff or a defense attorney, if they want

5  coefficient of friction testing done, I'll refer them to

6  what's called a walkway auditor.  That's a technician.

7  Those are people who are all over the country that are

8  trained to take measurements of coefficient of friction.

9  And they'll retain them and they'll produce a report.

10 I'll get the report.

11   Q.  And you'd rely upon that report?

12   A.  I would.

13   Q.  Okay.  How about an inspection of the floor,

14 whether or not you do any testing, is that important?

15   A.  Could be.

16   Q.  All right.  In this case would it be important?

17   A.  Well, inspection by me?

18   Q.  Someone that you would then rely upon.

19   A.  Well, who's the someone?  The store manager?

20   Q.  Well, whether it be the person that you

21 referenced that would go out and do testing and generate

22 a report, or somebody who inspected the floor, provided

23 that information to you and then you relied upon it, is

24 that important?

25   A.  Yes.  The key here, yes, meaning, inspections of

Page 8

1  the floor.  An inspection of the floor proximate to the

2  time of the injury would be the most valuable inspection

3  because it's immediately after the event, and,

4  therefore, any information relevant to the condition of

5  the floor would then be -- would be noted.  Inspection

6  also includes photographs, surveillance video, that sort

7  of thing, any witness statements.

8    Q.  All right.  You render an opinion in your report,

9  or, rather, you state in your report that:  The CVS

10 store in question is customary -- I'm sorry, that the

11 vinyl composition tile, VCT, is customary in the retail

12 industry.

13      Do you agree with that so far?

14   A.  Yes.

15   Q.  And that such flooring material must remain dry

16 at all times and presents a significant slipping hazard

17 -- slip and fall -- slip hazard, rather, when wet.

18      You still agree with me?

19   A.  Yes.

20   Q.  Okay.  And that to ensure that floors are always

21 safe, retailers publish both safety policies and

22 procedures as well as employee training guides, which

23 call for timely and frequent floor inspections, spill

24 cleanup and details of the overall importance of

25 preventing slips and falls.

Page 9

1      Agreed?

2    A.  Yes.

3    Q.  All right.  VCT can degrade over time; isn't that

4  true?

5    A.  Well, it depends.  Vinyl composition tile, which

6  I'm actually an expert on, I've worked for the largest

7  manufacturer of VCT in the country for five years,

8  requires a finish to be applied to its surface, and that

9  finish is actually what wears, protects the tile beneath

10 it.  And so, that floor finish is actually what wears

11 over time, not the floor itself.  Unless, like in this

12 case, where you have VCT in the actual cooler, where due

13 to the repetitive wheel traffic will actually wear right

14 through the tile.

15   Q.  Okay.  And over time as it wears, what happens?

16   A.  It wears.

17   Q.  Right, but what happens to its slip resistance?

18 Does it increase or decrease in your opinion?

19   A.  It could be either.  Depends.

20   Q.  All right.  In this case what happened?

21   A.  I don't know.  I don't have any coefficient of

22 friction slip resistant information.

23   Q.  How old was the floor in the CVS store?

24   A.  I don't know how old it was.

25   Q.  So, you don't know when it was installed?

Page 10

1    A.   No.

2    Q.   All right.  You don't know to the degree there

3  was wear and tear on it?

4    A.   Just in the cooler area there was evidence of

5  excessive wear due to the cart coming in and out, but

6  the sales floor itself, I don't know.

7    Q.   Okay.  And she obviously fell in the sales floor

8  area?

9    A.   Yeah.

10   Q.   So, that would be the relevant surface that we're

11 talking about, right?

12   A.   Yeah.

13        MR. ROUSSO:  Object to the form.

14 BY MR. MACKINNON:

15   Q.   And so, you said it depends as to the wear and

16 tear on that floor whether it increases or decreases the

17 resistance of that VCT; is that correct?

18   A.   Actually, I said the opposite.  I said the slip

19 resistance would vary based on the wear and tear, not

20 the wear and tear would vary based on the slip

21 resistance.  The coefficient of friction of any surface

22 changes over time.  Sometimes wear will improve slip

23 resistance, other times it will degrade the slip

24 resistance.

25   Q.   All right.  And I think you said it depends based

Page 11

1  upon the actual floor; is that correct?

2    A.   Well, not only the floor, but the type of wear,

3  condition of the floor, overall condition of the floor,

4  how it's maintained.

5    Q.   And how do you determine that?

6    A.   How it's maintained?

7    Q.   Well, the overall condition of the floor, how

8  would you as an expert determine that?

9    A.   Well, a couple different ways.  In this

10 particular case, rely upon the photographs and

11 surveillance video, and if there would be any documented

12 inspections, that sort of thing.  That would be my only

13 way to do that.

14   Q.   Okay.  I'm going to say in general as you as an

15 expert, not limiting yourself just to this case, and

16 kind of back to my first question to you, would an

17 inspection of that floor assist you in determining the

18 condition of the floor?

19   A.   It could.

20   Q.   All right.  Again --

21   A.   But, again, it's relevant to time.  Again, it's

22 kind of like going to a crime scene a year later looking

23 for bullet casings.  You're probably not going to find

24 any, but if you were there proximate to the shooting,

25 the evidence would be preserved.

Page 12

1       So, going to a store, in this case I was retained

2  a very long time after this woman's fall, if you go to

3  the store looking for any type of evidence, would be

4  misleading, potentially misleading.  I'm not looking at

5  the same condition that existed at the time of the

6  event.  That's the key.

7    Q.   Right, and you analogize it to recovering bullet

8  casings from a crime scene; is that correct?

9    A.   Yes.

10   Q.   All right.  What is the role of an expert?

11   A.   Well, the role of an expert is to collect as much

12 evidence or information as possible in a case.  And I

13 assume you mean an expert that's retained in a matter of

14 litigation.  Is that what you mean, like I'm doing

15 today?

16   Q.   I'm just asking you what you believe the role of

17 an expert is.

18   A.   Well, let me back up.  You mean an expert

19 witness, or just an expert, period?

20   Q.   Let's limit it to an expert witness.

21   A.   Okay, that's where I was answering.  As an expert

22 witness, the role, our role, my role is to collect as

23 much information that is relevant to our area of

24 expertise, or my area of expertise; to weigh the

25 information on the industry standards that relate to the

Page 13

1  case, and to render opinions whether or not there was a

2  violation of the industry standard, or standard of care

3  I guess is a term your industry uses, your profession

4  uses; and render opinions whether or not there was a

5  violation and what could have been done to, in this

6  case, for example, have prevented this injury.

7    Q.   And to provide honest and objective testimony; is

8  that a component?

9    A.   Yes, it is.

10   Q.   Oh, I'll give you that.  (Handing document to The

11 Witness.)

12   A.   Thank you.

13   Q.   We'll go ahead and mark this Notice of Taking

14 Expert Deposition Duces Tecum for you, Mr. Kendzior.

15 I'm going to struggle with that, I'm sorry.

16   A.   Just call me Russ.

17   Q.   Okay.

18        [The referred to document was marked for

19 identification as Deposition Exhibit A.]

20   A.   That's okay.

21   Q.   And I want to ask if you brought the items which

22 we identified in Exhibit A with you here today?

23   A.   Yeah, I brought my entire file of everything that

24 I was provided and that I will rely upon and did rely on

25 for the basis of my opinions.

Page 14

1    Q.  Okay.  And I see you have a disk there.  Is that
2  by chance for me?
3    A.  No.  This is actually -- I think this is how I
4  received the surveillance video.
5    Q.  Okay.
6    A.  I think it came to me on a disk.  And then all
7  the other documents are printed.  It's not much.
8    Q.  No, I understand.  Before I get into that, have
9  you ever visited the CVS store in question?
10   A.  No.
11   Q.  Okay.  So, never in your life, not even as a
12 customer, or in your capacity as an expert for
13 Mr. Rousso?
14   A.  I've been -- I mean, I'm from Texas, so.
15   Q.  This CVS store?
16   A.  No, I have not.  I wanted to go there last night,
17 but I was told I couldn't.
18   Q.  And I have before me here two documents, one
19 dated June 25th, 2018, and the other dated June 29th,
20 2018.  They appear to be documents directed to
21 Mr. Rousso, Plaintiff's counsel.
22       Just so I don't put words in your mouth, can you
23 tell me what these are?
24       MR. ROUSSO:  Can you show them to him?
25       MR. MACKINNON:  Well, I am.

Page 15

1  BY MR. MACKINNON:
2    Q.  If you'd like to hold them, I'm sure you're
3  familiar with them.
4    A.  Yeah, they're my initial report, and then a
5  revised, or I guess supplemental report that just was
6  published a few days later based on additional
7  information I received.
8    Q.  And correct me if I'm wrong, the supplemental
9  report, the additional information took into
10 consideration Ron Bennett's testimony; is that true?
11   A.  That's correct.
12   Q.  Was there anything else in case I missed
13 anything?
14   A.  No.
15   Q.  All right.  And do both of these reports together
16 comprise your opinions that you've rendered in this
17 lawsuit?
18   A.  Yes.
19   Q.  All right.  Do you have that report in front of
20 you, or would you like to --
21   A.  No, I have it.
22   Q.  Okay.  If I could, if you could, rather, if you
23 could tell me what is among the items that you brought
24 with you today?
25   A.  Well, I have two depositions.  The first is from

Page 16

1  Plaintiff, Ms. Noftz, and there are some exhibits to her
2  deposition.  I then have the deposition of Mr. Bennett.
3  I have, okay, I don't know if I have all the exhibits
4  for his deposition.  I don't know if there's more than
5  one or two.  But I have the Florida Department of
6  Agriculture and Consumer Services Food Safety Inspection
7  Report.
8    Q.  And what is that dated, just so I know?
9    A.  December 28th, 2015.
10   Q.  Okay.
11   A.  28th or 26th?  Might be 26th.  The document is
12 entitled Food Co. U.S. Public Health Service For FDA
13 2013, Food Safety Co.  Actually, it's an excerpt from
14 that.  I have photographs that were taken, and some were
15 taken by the store immediately after Ms. Noftz had
16 fallen.  And additional photographs were taken later I
17 understand by Plaintiff's counsel, or her, Plaintiff's,
18 husband.  So, I have some photographs.
19   Q.  Okay, if I could interrupt you real quick, those
20 photographs that you just testified about, are you able
21 to tell me the date of those photographs?
22   A.  Well, some of them.  Apparently, Mr. Bennett took
23 several of these photographs at on the date of
24 Ms. Noftz's fall.  I mean, you can actually see the
25 paramedics.

Page 17

1    Q.  Sure.
2    A.  So, those are dated to the time of the fall.
3    Q.  The photographs CVS produced in this lawsuit?
4    A.  Yes, sir.
5    Q.  Okay.
6    A.  And then there's additional photographs that I
7  don't know the date.  I understand they were just taken
8  a few days after Ms. Noftz's fall.
9    Q.  Okay.  What is your understanding as to they were
10 taken a few days after?  Where did you arrive at that?
11   A.  Plaintiff's counsel told me that.
12   Q.  But as you're here today, you don't know an exact
13 date?
14   A.  No.
15   Q.  And you've testified earlier that as you get more
16 remote from an incident, the reliability of the
17 condition of the floor changes; is that correct?
18   A.  It could, yes.
19   Q.  Okay.  All right.  I'm sorry, if you can continue
20 with what you've got in your file.
21   A.  Just another document entitled, well, it's the
22 Plaintiff's Answers to Defendant's First Set of
23 Interrogatories.  I have that document.  I have a report
24 that was produced by Kimberly Horn, which I believe is
25 your expert.  And.

Page 18

1    Q. And as to that document, you didn't -- you
2    obviously did not consider that the opinions contained
3    in the Kimberly Horn report in rendering your own
4    opinions; is that correct?
5        A. Yeah, that's correct.  His report was produced
6    after mine.  And then the last contents of my file are
7    just the billing records, my signed retaining agreement,
8    dated May 30th, 2018, by Mr. Rousso's office, and then a
9    photograph or copy of the cancelled check.  So, it's my
10   retaining documents.
11       Q. Okay.  And do you have any correspondence of any
12   form --
13       A. No.
14       Q. -- that would comprise your file?
15       A. No.
16       Q. No correspondence?
17       A. No.  Other than just the Notice for this
18   deposition.  And I was informed I guess yesterday or the
19   day before that the site inspection that I had planned
20   to conduct was cancelled, but that was an e-mail from
21   Mr. Rousso's office just cancelling the deposition.
22       Q. Cancelling the site inspection?
23       A. I'm sorry, the site inspection, yeah.
24       Q. All right.  And that was a site inspection that
25   you had coordinated with Mr. Rousso; is that correct?

Page 19

1        A. Yes.
2        Q. And so, any of your communication between
3    yourself or your office and Mr. Rousso or his office did
4    not -- was not reduced to a written form; is that
5    correct?
6        A. No, not to my knowledge.  I didn't find anything.
7        Q. Just like a good expert does.
8           How many times have you been deposed?  Probably a
9    lot, so, if you can approximate.
10       A. Depends.  Again, I did two depositions I think
11   last week.  There are times when I have very few.  So,
12   in my career?
13       Q. Um-hmm.
14       A. I've worked on over 800 matters just like this,
15   slips, trips, and falls.  In fact, that's all I do.
16   Been deposed probably 4 to 500 times, and testified at
17   trial, including Federal Court, probably 40 to 50 times
18   in the past 22 years.  I've been doing this for 25
19   years.
20       Q. And you say that's all I do, is that serve as an
21   expert witness?
22       A. No, I only do cases involving slips, trips and
23   falls.  That's the only thing I'm retained as an expert
24   in matters involving slips, trips and falls.
25       Q. Okay.  Just so I'm clear as to that's all I do,

Page 20

1    is that serve as an exert in slip, trip and fall
2    lawsuits?
3        A. No, no, that's not what I meant.
4        Q. Okay.
5        A. What I meant was when I'm retained as an expert,
6    I only do, or I'm only retained in matters involving
7    slips, trips and falls.  My primary job, my day job is
8    working for the National Floor Safety Institute, who I
9    am not representing today.  And so, when I'm retained in
10   matters involving litigation, that I'm retained through
11   my private consulting company called Traction Experts.
12   And so, that's my second job.
13       Q. Right, and I'm just still not clear.  When you
14   said "that's all I do," what were you referring to?
15       A. I only work on matters involving slips, trips and
16   falls.
17       Q. Either as an expert in the context of a claim, or
18   a lawsuit for personal injuries?
19       A. Yes.
20       Q. Or what else, if anything?
21       A. I don't know if there is anything.  The only time
22   Traction Experts, my company, my consulting company, is
23   predominantly retained -- retained in matters involving
24   litigation, and of those matters they are all involving
25   some form of a slip, trip, or fall.

Page 21

1        Q. Okay.
2        A. So, some injury related to it.  What I'm trying
3    to get to is, you know, there are other experts, I think
4    your expert, who work on a wide range of various cases.
5    I mean, one day it's a bridge, next day it's an
6    automobile crash, just all over the board.  I don't do
7    that.  I just work on slips, trips and falls.
8        Q. And so, my question was that all you do related
9    to serving as an expert in claims or lawsuits related to
10   slips, trips and falls; is that correct?
11       A. Well, no.  That's a bit misleading.  My full-time
12   work is working for the National Floor Safety Institute,
13   which has nothing to do with litigation.  It has nothing
14   to do with matters involving like this.
15       Q. What do you do for that?
16       A. Oh, I'm the Founder of the NFSI.  We have a large
17   training and research center.
18       Q. What do you do for them?
19       A. I run the company.  I'm the President of the
20   company, so, I run the organization.
21       Q. What do they do?
22       A. They do a lot.  It's the largest organization in
23   the world, safety organization.  It's focussed on slip,
24   trip and fall preventions.  There's three arms I guess
25   you could say of the NFSI.  First, is we do product

Page 22

1   testing.  Manufacturers will submit products to the NFSI
2   for testing.  We have a testing lab, which I run.  We
3   also do education, wide range of training courses that
4   are accredited by ANSI, which is the American National
5   Standards Institute.  And, thirdly, many people know of
6   the NFSI because we author all the Federal standards,
7   the National standards for slip, trip and fall
8   prevention.
9       Q.  Is that all in the context of claims or lawsuits
10  related to personal injury?
11      A.  Not at all.  NFSI has no interest in litigation.
12      Q.  Understood.  And you said that's your day job?
13      A.  That's my full-time job.
14      Q.  And so, is serving as an expert in claims or
15  lawsuits related to personal injury something you do,
16  for lack of a better way of putting it, on the side?
17      A.  Yeah, outside of my work for the NFSI.
18      Q.  Okay.  And when you do provide testimony these 4
19  to 500 times in deposition, and 40 to 50 times at trial,
20  who is your typical client?
21      A.  Gosh, everybody.  I've had cases --
22      Q.  Well, it's either a plaintiff or a defendant.
23      A.  Both.  Yeah, I do both.
24      Q.  All right.  So, what percentage of plaintiffs do
25  you provide your services to?

Page 23

1       A.  I don't know if I've ever actually added them up,
2   but over the past 25 years that I've been doing this,
3   it's been predominantly plaintiff work.  If I was to
4   take a guess, it would probably be somewhere around 70%
5   plaintiff, and the remaining 30% would be representing
6   defendants.
7       Q.  Have you ever been retained by a retailer like
8   CVS?
9       A.  I'm sure I have, yes.
10      Q.  Can you name one?
11      A.  Well, Hy-Vee grocery stores.  I probably worked
12  on 10 or 12 cases for them.
13      Q.  When was the last time you represented or you
14  were their expert for them?
15      A.  Well, I have testified in a trial I think a month
16  or so ago for Hy-Vee in Missouri.  Really, most of the
17  -- the large.  I worked at cases for Wal-Mart on both
18  sides.  I've had cases where I was retained by a
19  plaintiff, and cases against Wal-Mart and cases where
20  I've been retained by Wal-Mart.
21      Q.  And have you ever been retained by Mr. Rousso
22  before?
23      A.  I think I had one other case.
24      Q.  So this would be your second case for Mr. Rousso.
25      A.  I think so, yes.

Page 24

1       Q.  And what was the name of that case?
2       A.  I don't remember.
3       Q.  You don't have records which would refresh your
4   recollection as to that?
5       A.  Man, I'll tell you, after a while, I mean, I
6   don't even remember what I ate for dinner last night,
7   let alone a case I might have been retained by
8   Mr. Rousso or any other attorney for that matter.  It's
9   been years.  Been a while.
10      Q.  All right.  What effort did you undertake to
11  consider and collect the items and documents referenced
12  in Exhibit A to your deposition?
13      A.  Well, of those I had, I brought them all.
14      Q.  Which we have already gone over; is that correct?
15      A.  Yes, that's correct.
16      Q.  And I did not -- one of the items we asked you
17  for was -- were sketches, calculations, summaries and
18  outlines prepared by you in connection with your work in
19  this case.  Do you have any of those items in your
20  documents?
21      A.  I didn't create any of those documents.
22          And, by the way, I assume you have my CV.
23      Q.  I do.
24      A.  Okay, I didn't bring that.
25      Q.  That's fine.

Page 25

1       A.  Okay.
2       Q.  I believe Mr. Rousso --
3       A.  Because I think you asked for it.  I didn't bring
4   that because I thought you already had it.
5       Q.  Don't worry about it.
6       A.  Okay.
7       Q.  All right.  Did anyone assist you with your
8   company or companies in any way in this case?
9       A.  No.
10      Q.  So, you're the 100% person with knowledge about
11  everything that you've done in relation to this?
12      A.  Yes.
13      Q.  All right.  Do you have employees in your
14  company?
15      A.  My wife, she works for the company.
16      Q.  Do you maintain a list of cases that you've
17  provided testimony in?
18      A.  I do have a list, yes.
19      Q.  And did you bring that with you here today?
20      A.  Again, that's part of my CV, so it's part of an
21  enclosure, as well as my books, publications that I've
22  written.  It's all part of the same packet.
23      Q.  This would be your CV here?
24      A.  Yes.
25      Q.  Photo --

Page 26

1    A.  That's part of it at least.
2    Q.  Sure.  Your CV includes these kind of a
3  bibliography of publications?
4    A.  Yeah, publications, speaking projects.  There you
5  go, there's a list of past cases.
6    Q.  Okay.  Are you able to identify on here, and it's
7  not that important to me, but I'm just wondering, the
8  prior case where you served as an expert for Mr. Rousso?
9    A.  What's the date of that?  Bottom left-hand corner
10  you'll see a date it says as of.
11    Q.  I don't see a date.  I'll hand it to you, maybe
12  you can take a quick look.
13    A.  Here it is.  As of August 5th, 2017.  So, that is
14  a little old, yeah, but of all the cases, it's kind of
15  like in chronological order.  And so, the first page
16  would be getting back.
17    Q.  I understand that.  What I'm asking is can you
18  identify the case that you served as an expert to Mr.
19  Rousso?
20    A.  Yeah, it would be on here, assuming it was prior
21  to August of 2017.  I don't know.  I mean, there's a lot
22  of cases here.  So, I don't know if I was retained in
23  that case.  If it was before this date, it would be on
24  this list.  If not, it would be on the updated list.
25    Q.  Right, and I'm asking if you could identify that

Page 27

1  case?
2    A.  Gosh, I'd have to go through every page see if I
3  could find it.  Is that what you want me to do?  I mean,
4  it's 800 plus cases.  It's on here somewhere, and if
5  not, it's just on the updated list.
6    Q.  Okay.  Well, maybe probably the better way to do
7  it is maybe during the break or something you two can
8  talk and you can tell me then.
9      MR. ROUSSO:  I can look through it, and I
10    can tell you right now.
11      MR. MACKINNON:  That's not that important,
12    but so, we'll move on.
13      MR. ROUSSO:  That case was called Anise
14    Ahmuda, A-H-M-U-D-A.
15      MR. MACKINNON:  Ahmuda?
16      MR. ROUSSO:  Yeah.
17      MR. MACKINNON:  All right.  If you find it,
18    feel free to chime in, or just let me know at a good
19    point.
20      MR. ROUSSO:  You got it.
21  BY MR. MACKINNON:
22    Q.  So, Russ, you've told me previously, and I'm
23  calling you Russ just so I don't butcher your last name.
24  I mean no disrespect.
25    A.  You're okay.

Page 28

1    Q.  You told me your day job is the company called --
2    A.  NFSI.
3    Q.  -- NFSI.  And your kind of side gig is serving as
4  an expert?
5    A.  They're almost two full-time jobs now.  You know,
6  it used to be a few cases every now and then.  It's
7  turned into a lot of larger volume.  So, I have two
8  jobs.
9    Q.  What percentage of your income comes from serving
10  as an expert witness?
11    A.  Well, my -- well, 100% of Traction Experts -- or
12  I shouldn't say 100%.  Probably 90% of Traction Experts'
13  income comes from matters involving litigation.
14    Q.  I focussed on you personally.  So, what
15  percentage of your income is derived from Traction
16  Experts?
17    A.  I don't know.  I have multiple revenue streams.
18  Personally, I'm on a salary.  Traction Experts pays me a
19  flat salary.
20    Q.  Right, and it's you and your wife, though, right?
21    A.  Yes.
22    Q.  All right.  How about the other company, NFSI,
23  who's involved in that?
24    A.  Who's involved in that, meaning, employees?
25    Q.  Employees, yeah.

Page 29

1    A.  There's two other employees that work for NFSI
2  and run the organization with me.  We have a series of
3  volunteers.  We have an active, very active Board of
4  Directors that participates in helping run the
5  organization.  Quite a few people, members.
6    Q.  All right.  You mentioned, you said quite a few
7  people.  How many employees?
8    A.  Two.
9    Q.  Two.  That includes yourself?
10    A.  No.  Well, I am an unpaid employee.
11    Q.  Okay.
12    A.  It's a foundation, and maybe I'll speed this up
13  for you.  I'm the Founder of NFSI.  It's my foundation.
14  I fund it.
15    Q.  Okay.  So, you derive no income from NFSI?
16    A.  Right.
17    Q.  All right.  And Traction Experts, is that 100% of
18  your income other than, like, investments and stuff like
19  that?
20    A.  Yeah, it is.
21    Q.  Okay.  Did you -- do you have your retainer
22  agreement --
23    A.  I do.
24    Q.  -- that you entered into with Mr. Rousso for this
25  case?

Page 30

1    A.  I do.  Um-hmm, yeah.  (Handing.)

2    Q.  I want to mark this, the Notice, as Exhibit A.

3        And then you've handed me a one-page document,

4    which you've produced to me as your retainer agreement

5    in this matter; is that correct?

6    A.  Yes.

7    Q.  And it indicates that, it says here:  Retention

8    period shall commence on May 30th, 2018.  Is that when

9    you were hired?

10   A.  Yes, as in retained.

11   Q.  Why do you qualify it as that?  What other --

12   what does that mean?

13   A.  Well, I'm a retained expert, so, that's the --

14   Q.  That's the day when you were hired?

15   A.  Yeah, when I was hired, or I guess you can say I

16   refer to it as a retention.

17   Q.  Okay.  And this incident occurred on October

18   30th, 2016; is that correct?

19   A.  Yes, that's correct.

20   Q.  So, you were hired about a year and a half give

21   or take later?

22   A.  Yes.

23   Q.  All right.  And what is your hourly rate?

24   A.  For case work it's $400 per hour.

25   Q.  And how many hours have you put forth in this

Page 31

1    case so far?

2    A.  I don't have my exact billing, but it would be

3    about 12 hours total.

4    Q.  12 hours total?

5    A.  Not counting today's deposition.

6    Q.  And along with that comes a non-refundable $5,000

7    retainer; is that correct?

8    A.  Yes.

9    Q.  Do you draw from that, or do you keep that and

10   then bill on an hourly basis?

11   A.  No, I bill against the retainer.

12   Q.  And do you know is there any amount remaining if

13   you -- I could probably do the math.  I think you

14   exhausted it.

15   A.  Yeah, it's pretty much exhausted it.  I think we

16   have hit, just hit the limit.

17   Q.  Before I forget, I'd like to mark as Exhibit B

18   the entire documents that you brought.

19   A.  The whole file?

20   Q.  Yeah.  And I know some of those are look like

21   originals, or at least your retainer agreement?

22   A.  It's okay.  As long as you return it, I'm a happy

23   camper.

24       [The referred to composite document was marked

25   for identification as Deposition Exhibit B.]

Page 32

1    Q.  Okay, Mr. Kendzior.  Did I get it right?

2    A.  Look at you.

3    Q.  You've testified that about 70% of the cases

4    where you've served as an expert or you've been retained

5    as an expert are on behalf of plaintiffs; is that fair?

6    A.  Yes.

7    Q.  All right.

8    A.  It may be more.  I don't know the exact ratio.

9    Q.  More than half?

10   A.  Yes.

11   Q.  Safe to say?

12   A.  Yes.

13   Q.  All right.  In any of those cases where you've

14   provided testimony, have you ever rendered an opinion

15   that the defendant was not liable?

16   A.  Where the defendant was not liable, meaning, when

17   I was retained by a plaintiff?

18   Q.  Yes.

19   A.  I don't take those cases.

20   Q.  Well, that's why I limited it to the ones in

21   which you've testified.

22   A.  Well, let me back up.  My normal procedure or

23   process is an attorney will contact me, usually by

24   telephone, do a conflict check, then describe the matter

25   to me over the phone.  And based on just the summary

Page 33

1    over the phone if I feel that I can't really be a

2    benefit, or I don't have expertise, I simply step away

3    from the case.  Or I'll tell the attorney I think you

4    got a bad case, sir.

5    Q.  I understand those certain situations may arrive.

6    What I was limiting it to was cases in which you

7    provided testimony, you may have been retained under a

8    certain set of facts and rendered an opinion, which is

9    one way, and then while you're providing testimony,

10   you're asked about those opinions, and in the course of

11   giving those opinions, have you ever provided testimony

12   which was anything other than the defendant would be

13   responsible for some sort of negligent condition?

14   A.  Oh, I'm sure I have.  Those opinions, though,

15   are, because you changed the question, were not

16   published in a written format.  For example, if I'm

17   retained by a plaintiff's attorney and I start working

18   on the case and evidence presents itself that it's

19   actually, you know, contradictive I guess to the case,

20   I'll simply tell the attorney, you know what, I can't, I

21   really can't help you.  If you want, I'll be happy to

22   produce a report saying that your client was liable.

23       Is that what you mean?  Is that your word?

24   Q.  No, no.  I'm asking have you ever testified and

25   rendered an opinion where you found that the defendants

Page 34

1  were not responsible for whatever condition led to
2  plaintiff's injury?
3          MR. ROUSSO:  Object to the form.
4          THE WITNESS:  Yeah, again, I want to be
5  clear, when I'm retained, my opinions are what they
6  are.  I've had a wide range of opinions both for I
7  guess you can say, you know, both sides, and so, I've
8  rendered opinions in support of defendants.
9  BY MR. MACKINNON:
10      Q.  Sure, but, remember, my question's limited to
11  when you're providing testimony on behalf of a
12  plaintiff.  So, it's not in the realm of possibilities,
13  it's actually narrowed to when you've been retained to
14  serve as an expert for a plaintiff.
15      A.  Maybe I'm confused.  You mean if I'm at trial and
16  I'm retained by a plaintiff, have I ever said the
17  plaintiff was at fault and it wasn't the defendants in
18  fault?
19      Q.  Whether it be at trial, or like here in a
20  deposition, have you ever rendered an opinion not where
21  the plaintiff is at fault, but the defendant is anything
22  but at fault?
23      A.  Maybe I'm again confused.  My opinions are what
24  they are, and if I'm rendering an opinion and I mean
25  prior to a report, I'll call the attorney and say you've

Page 35

1  presented me information that is really contrary to your
2  case.  I'm sorry, I can't really help you, and I don't.
3      Q.  Right, but, remember, we're not talking about
4  that situation.  It's when you've given testimony,
5  either at trial, or at a deposition.
6      A.  Yeah, I've testified for plaintiffs and
7  defendants and provided testimony both ways.
8      Q.  Right, but when you've provided testimony for a
9  plaintiff, have you ever given testimony that is
10  anything but the defendant is liable or responsible for
11  whatever claims are being made against them?
12      A.  Well, number one, I don't provide testimony
13  regarding to liability, that's a legal term.  When I'm
14  deposed or I'm testifying at trial, I'm simply sticking
15  to facts, providing opinions based on the evidence
16  that's provided to me.  My opinions are based, have a
17  rooted foundation in the industry standards that I'm
18  very familiar with as an expert in these matters.  So,
19  my opinions are very independent of liability or whose
20  fault it is.  It's simply a matter of, like in this
21  case, was there a violation of the standard of care, yes
22  or no, and that's what I testify to.
23      Q.  Have you ever rendered an opinion when hired by,
24  retained by a plaintiff that a defendant did not breach
25  a standard of care?

Page 36

1      A.  Again, that's a legal phrase.  You're getting
2  into legal things.  I don't -- that's for the jury to
3  decide.  That's not my role.
4      Q.  Right, but you render opinions, right?  Your role
5  is to render opinions?
6      A.  Yeah, but in my area of expertise.  I stay very
7  carefully between the lines.  So, my job is to provide
8  independent opinions as it relates to my area of
9  expertise and that's what I testify to.  Anything that
10  deals with liability, or fault, or negligence, that's
11  really beyond my ability to render an opinion on.
12      Q.  Okay.  And so, it's your testimony that you
13  cannot render an opinion about whether a party breached
14  a standard of care or not?
15      A.  Well, the standards, I guess you can say in your
16  industry the standard of care may have a different
17  meaning than in my industry.  In the safety profession,
18  there are standards of care that are focussed on or
19  rooted in standards.  The standard of care is all about
20  standards, and that's my area of expertise.  What
21  standards apply, for example, in this case of inspecting
22  floors, cleaning floors, identifying potential hazards,
23  maintenance, those standards is what I am an expert in
24  and rendering opinions on.  And in the context of
25  standard of care, that's my limit.

Page 37

1      Q.  But are you able to render an opinion in that
2  context, standard of care?
3      A.  Yes.
4      Q.  All right.  So, have you ever rendered an opinion
5  that a defendant met its standard of care in a case
6  where you were retained by a plaintiff?
7      A.  Probably.  I don't know.  I mean, it's been long.
8  I do a lot of work in this area.
9      Q.  All right.  Anything come to mind offhand?
10      A.  No.
11      Q.  Okay.
12          MR. MACKINNON:  Did you find that case on
13  the list here?
14          MR. ROUSSO:  I didn't, no.  I can get you a
15  very specific --
16          MR. MACKINNON:  That's fine.  I'm not too
17  worried about it, what it relates to.
18  BY MR. MACKINNON:
19      Q.  I'm trying to understand how updated your CV is.
20  I think you had identified a date on the left-hand
21  corner?
22      A.  Yeah, the list of past cases, which is what
23  you're referring to.  That's a little bit out of date.
24      Q.  No problem, no problem.
25      A.  There's one that's more current.

Page 38

1    Q.  Is the date of this list of cases, which I see on
2  one is 8/15/17, meaning it was last updated in August of
3  2017; is that correct?
4    A.  Yes.
5    Q.  Is that likewise the date in which you last
6  updated your CV?
7    A.  I don't know what the date of the CV is, but that
8  is my current CV.
9    Q.  Got it, okay.  And it looks like here your
10 education, I'm not trying to diminish it, but is limited
11 to a BS from Bradley University in 1985?
12   A.  Yes.
13   Q.  BS in mathematics, okay.  Any formal education
14 beyond that?  And I don't mean like classes or anything
15 like that.  College or secondary education, anything
16 like that?
17   A.  No.
18   Q.  Okay.  And where is Southlake?
19   A.  It's kind of equidistant between Dallas and Fort
20 Worth.  It's right next to DFW Airport.
21   Q.  I should know this, but where is Bradley?
22   A.  Peoria, Illinois; and, yes, you should know that.
23   Q.  I went to law school in Chicago, so.
24   A.  Which one?
25   Q.  Chicago-Kent.

Page 39

1    A.  You should know that.
2    Q.  But I didn't.
3        So, what I'd like to do is mark your reports and
4  discuss with you the content.  And so, I think for
5  purposes of clarity on the record, I'd like to mark them
6  separately.  We'll do it chronologically.
7        Just so we're clear, you rendered two reports in
8  this matter.  I think you described the June 25th, 2018
9  report as kind of your initial report?
10   A.  Yes.
11   Q.  Is that fair?  And then you supplemented it as of
12 June 29, 2018; is that correct?
13   A.  Yes.
14   Q.  And the two together comprise your total report,
15 which you've issued in this matter?
16   A.  Yes.
17   Q.  And every, all your opinions are provided for
18 herein?
19   A.  Well, based on what I've been provided, all my
20 opinions are in there.
21   Q.  Got it.  I just want to make sure there's no
22 other opinion other than what's stated in these reports.
23       Why don't we mark the June 25th, 2018 report
24 as C, and the June 29th, 2018 report as D.
25       [The referred to documents were marked for

Page 40

1  identification as Deposition Exhibits C and D.]
2        Okay, so, if I could have you take a look at
3  the June 25th, 2018 report, let's start with that one.
4    A.  Okay.
5    Q.  In the bottom of the first paragraph it says:
6  (Reading)
7        I'm awaiting the deposition transcript from
8  Defendant Store Manager Ron Bennett, and I reserve the
9  right to amend this report upon receipt.
10       Do you see that?
11   A.  I do.
12   Q.  And so, it's safe to say that the opinions in and
13 findings in your June 25th, 2018 report did not consider
14 Mr. Bennett's deposition testimony; is that correct?
15   A.  Yes.
16   Q.  And that is, in essence, what your June 29th,
17 2018 report provides; is that correct?
18   A.  That's right.
19   Q.  Anything else in your June 29, 2018 report other
20 than consideration of Mr. Bennett's deposition
21 testimony?
22   A.  No.
23   Q.  All right.  I think I asked you this, but I want
24 to just because I have notes here on it.  Rather, let's
25 back up, I'm sorry.

Page 41

1        In the first paragraph here, it goes over the
2  items that you reviewed in rendering your opinions in
3  this case; do you agree with that?
4    A.  Yes.
5    Q.  And it says that you read the letter to Defendant
6  by law firm of Darren J., Mr. Rousso, dated November 16,
7  2016?
8    A.  Yes.
9    Q.  Is that a document which you've brought with you
10 here today?
11   A.  It's either in here, or it's on the CD.
12   Q.  Okay.  Not trying to call you out on this, but
13 can you find it in the documents that you have in front
14 of you just so I can --
15   A.  Well, I didn't -- when you just asked me for
16 everything, it was printed, I gave you that.  So, that
17 would have been probably provided to me on the CD, or
18 whatever you call that, CD ROM.
19   Q.  Okay.  So, it's not among the physical documents
20 that you brought here with you today?
21   A.  I don't think so.
22       MR. ROUSSO:  I have some of the physical
23 documents in front of me.
24 BY MR. MACKINNON:
25   Q.  What is that letter, just if you could tell me,

Page 42

1   Mr. Kendzior?
2       A.   It's just a letter kind of outlining the case.
3       Q.   Is it a demand letter?
4       A.   I think that -- well.
5       Q.   It's like an attorney demand letter to CVS?
6       A.   Yes.
7       Q.   Saying here's what we say the case is about?
8       A.   Yeah.
9            MR. ROUSSO:  What was the date that you're
10   talking about?
11           MR. MACKINNON:  November 16, 2016.
12           MR. ROUSSO:  That's -- please don't guess at
13   what it is.  That's this letter.  I just was looking
14   at his file, so I have it here.
15           MR. MACKINNON:  What is it?
16           MR. ROUSSO:  It's the preservation letter.
17           MR. MACKINNON:  Oh, okay.
18           MR. ROUSSO:  It's not -- and I never did
19   send him a demand letter.
20           THE WITNESS:  I don't know.  Yeah, I don't
21   do that demand.  Not to sound ignorant here, but a lot
22   of states will call it a petition, others call it a
23   complaint.
24   BY MR. MACKINNON:
25       Q.   Yeah, I'm not referring to the Complaint filed in

Page 43

1   this matter.
2       A.   Okay.
3       Q.   This is a letter --
4       A.   Right.
5       Q.   -- that you've identified as November 16, 2016?
6       A.   Right.
7       Q.   And I think Mr. Rousso has clarified it.
8            MR. ROUSSO:  It's an exhibit to a
9   deposition.
10           MR. MACKINNON:  Okay.  Which exhibit, which
11   depo?
12           MR. ROUSSO:  It is Exhibit 8, I believe, to
13   Mr. Bennett's depo.
14           THE WITNESS:  So, actually, I did have it in
15   my file.  It was just part of Mr. Bennett's.  It was
16   an exhibit.
17   BY MR. MACKINNON:
18       Q.   Got it.
19           And then you said the next thing that you read
20   was the deposition of Ms. Peggy Noftz, Plaintiff?
21       A.   Yes.
22       Q.   And then her Answers To CVS's Interrogatories?
23       A.   Right.
24       Q.   And it goes on and says you reviewed the State of
25   Florida's Department of Agricultural and Consumer

Page 44

1   Services Division of Food Safety, Food Safety Inspection
2   Report, dated December 26th, 2015?
3       A.   Correct.
4       Q.   And then the US FDA Public Foods Safety Code
5   (2013), correct?
6       A.   Yes.
7       Q.   The Defendant's store surveillance video, which
8   shows the Plaintiff falling?
9       A.   Yes.
10      Q.   All right.  Along with photographs of the
11   location where Ms. Noftz slipped and fell?
12      A.   Yes.
13      Q.   Okay.  Is that everything that you reviewed in
14   reaching your opinions in the report dated June 25th,
15   2018?
16      A.   Yes.
17      Q.   All right.  Just so I'm clear, these photographs
18   which are referenced here that you've said you reviewed,
19   is that the photographs we discussed earlier that are in
20   front of you, the ones taken by Mr. Bennett and then the
21   ones taken by Mr. Rousso?
22      A.   Yes.
23      Q.   All right.
24      A.   Or I think maybe the Plaintiff's husband may have
25   taken some.

Page 45

1       Q.   Okay.
2       A.   I don't know who all photographers were.
3       Q.   I'm not aware of those myself.  I don't know if
4   they exist, but are you able to identify which among
5   those photos are ones taken by the husband?
6       A.   No.
7       Q.   Okay.  And just so we're clear, the photos taken
8   by Mr. Rousso, you don't know when they were taken?
9       A.   I was just told they were taken a few days after
10   Ms. Noftz's fall.
11      Q.   And Mr. Rousso told you that?
12      A.   Yes.
13      Q.   They were taken a few days after?
14      A.   Yes.
15      Q.   All right.  So, but you don't know the exact
16   date?
17      A.   No.
18      Q.   All right.  And under the background portion of
19   your report here it provides that Ms. Noftz slipped on a
20   "milky" liquid substance, which was on the floor which
21   caused her to fall and in turn break her leg.
22           You see that?
23      A.   Yes.
24      Q.   Where did you -- where did you obtain the
25   information that she slipped on a milky liquid

Page 46

1  substance?
2   A. Well, that's what she said. She said she fell in
3  a liquid substance.
4   Q. All right. So, it's solely from Ms. Noftz's
5  testimony?
6   A. Yes.
7   Q. Okay. All right, and you indicate that she was
8  walking in a normal pace prior to engaging the spilled
9  liquid; you see that?
10   A. I do.
11   Q. And where did you arrive at the determination
12  that she was walking at a normal pace?
13   A. Well, you can see that on the surveillance video.
14   Q. All right. Pace is one thing, would you agree,
15  as it's distinguished from a person's gait?
16   A. Well, in this context they're the same.
17   Q. Okay. So, your opinion is that her pace and
18  gait, which you claim are synonymous, were normal?
19   A. Yes, for her.
20   Q. All right.
21   A. Meaning, she wasn't running, she wasn't limping,
22  she didn't have the aid of a walker or cane, she was
23  just walking as she would normally be walking.
24   Q. And what is a gait?
25   A. A gait is the extension of as a person's walking,

Page 47

1  the extension of their legs, including the mechanics of
2  their body, the extension of the knees, ankles and legs
3  as they walk. So, it's a stride. Most people know it
4  as a stride. Stride length.
5   Q. And if you describe it as normal, is it fair to
6  say they were walking as they normally would?
7   A. That's what I'm saying, yes.
8   Q. All right. And you reached the opinion that she
9  was walking as she normally would by your view of the
10  surveillance?
11   A. Right. And there's no suggestion by anybody that
12  she wasn't.
13   Q. Well, the suggestion might come from the
14  surveillance video; would you agree?
15   A. No, I'm saying outside of the surveillance video,
16  and what I observed and her testimony, there's no, that
17  I know, any evidence that suggested otherwise.
18   Q. Well, okay, understood. But your opinion is that
19  she was walking as she normally would; is that correct?
20   A. Yes.
21   Q. Have you ever met Ms. Noftz?
22   A. No.
23   Q. Other than seeing her walk on the surveillance
24  video, have you ever seen her walk?
25   A. Just on the surveillance video.

Page 48

1   Q. Okay. And so, it's limited to a few seconds, if
2  you will, of her walking, correct?
3   A. Well, I saw her walking, you know, the first
4  time, and then walking back. So, it was two clips of
5  her walking.
6   Q. Which comprises a few seconds of the total video;
7  is that correct?
8   A. Yeah. Whatever it is is a small portion of time.
9   Q. How many times have you seen the video?
10   A. I don't remember how many times. I never counted
11  them, but probably four or five times.
12   Q. All right. When is the last time you looked at
13  the video?
14   A. This morning.
15   Q. And as recent as this morning, it remains your
16  testimony that her gait was normal?
17   A. Yes, her stride was normal.
18   Q. All right. You don't believe that she
19  overstepped at any point as she was reaching for the
20  door to the cooler?
21   A. No.
22   Q. Okay. At least that's not something you
23  observed; is that correct?
24   A. Right.
25   Q. Okay. All right, and then you go on to say that

Page 49

1  Ms. Noftz was unaware that such liquid was present in
2  advance of her fall; is that correct?
3   A. Yes.
4   Q. And what do you base that on?
5   A. What she's testified to.
6   Q. All right. And you're aware, and you, in fact,
7  cite it in your report here that she also testified that
8  she stepped in, quote, unquote, moisture inside the
9  cooler?
10   A. Right.
11   Q. All right. So, she was at least aware, according
12  to her testimony, that there was moisture inside the
13  cooler?
14   A. Yes.
15   Q. And that she had stepped in it?
16   A. Yes.
17   Q. And are you aware that one of the allegations in
18  this lawsuit is that she and other customers tracked
19  that moisture out onto the floor?
20   A. Or including other employees, or also anybody
21  going in and out of that cooler.
22   Q. Right. And have you considered, or are you aware
23  of any evidence which corroborates that claim other than
24  Ms. Noftz?
25   A. Of moisture was coming in and out of the?

Page 50

1    Q.  Customers, employees, or any other person
2  stepping in moisture in the cooler and tracking it out
3  on the floor?
4    A.  I don't know if that was asked of anybody else.
5    Q.  Well, I'm asking you.
6    A.  Well, I think Ms. Noftz was the only person that
7  was asked that question, so, based on that, there was no
8  other testimony.  I don't think Mr. Bennett stated that
9  he or somebody he knew was walking in and out of the
10  cooler trafficking moisture.
11    Q.  What I'm asking I think is pretty simple, and if
12  you could just try to focus on it, it's not a trick
13  question.  It's are you aware of any evidence which
14  supports the contention that anyone else other than
15  Ms. Noftz stepped in moisture inside the cooler and
16  tracked it out on the floor?
17    A.  When you say other evidence, I don't have any
18  other evidence other than her statement and
19  Mr. Bennett's deposition, which I guess he was asked
20  different questions, but I don't know of any testimony
21  where somebody said, yeah, there were other people doing
22  that.
23    Q.  All right.  So, as you sit here today, the only
24  evidence that you're aware of someone claiming they
25  stepped in the cooler or have knowledge of someone

Page 51

1  stepping in the cooler and tracking liquid out onto the
2  floor is Ms. Noftz?
3    A.  As it relates to this case, yes.
4    Q.  Okay.  As it relates to anything else?
5    A.  Well, there may have been other people who were
6  tracking moisture in before, or tracking moisture from
7  within the cooler outside of the cooler on the floor.
8    Q.  Is that speculation?
9    A.  Well, I don't know.  You're asking me kind of an
10  open-ended question.
11    Q.  No, I'm asking you what evidence you're aware of
12  because obviously you're considering facts and evidence
13  in rendering your opinion.
14    A.  Right.
15    Q.  And I want to know what evidence you're aware of.
16    A.  Good question.  The part of what I do, have to do
17  is a little bit of detective work.  The facts as
18  presented to me based on not only the surveillance
19  video, but the photographs taken immediately after
20  Ms. Noftz's fall show a cooler that has moisture, milk,
21  perhaps water, condensation, residue on the interior
22  floor of the cooler.  The rack in the cooler is pushed
23  back somewhere around two feet, so anybody that would
24  want to purchase milk would have to step into the cooler
25  to get the milk, and then, therefore, stepping on this

Page 52

1  moisture, liquid, water, milk.  And when they would step
2  out of the cooler, would then track that material out to
3  the floor.
4    Your question, which I've answered, is I don't
5  know specifically who may have done that prior to
6  Ms. Noftz, but anybody that was buying milk would be
7  having to do that.
8    Q.  Okay.  And having to do that includes stepping
9  into the cooler onto moisture; is that correct?
10    A.  Yes.
11    Q.  And the only source or the only piece of evidence
12  that you're aware of that there was, in fact, moisture
13  on the floor of the cooler comes from Ms. Noftz?
14    MR. ROUSSO:  Object to the form.  Point in
15  time.
16    THE WITNESS:  That's, yeah, that's what she
17  said, right.
18  BY MR. MACKINNON:
19    Q.  All right.  And that's all I'm asking is are you
20  aware of any other evidence of anybody else claiming or,
21  in fact, stepping into the cooler and tracking moisture
22  out onto the floor other than Ms. Noftz?
23    A.  No.
24    Q.  Okay.  Do you know how much time elapsed between
25  when Ms. Noftz first retrieved the milk and supposedly

Page 53

1  stepped into the cooler and then returned to this area
2  to return to put the milk back in the cooler when she
3  fell?
4    A.  It was a short period of time.
5    Q.  Right.  Do you know how much time?
6    A.  I never looked at the time stamp if there is a
7  time stamp on the video.
8    Q.  So, you don't know?
9    A.  Well, I can guess.  I mean, I don't know the
10  exact time.
11    Q.  I'm asking for your testimony here today.  Do you
12  know?
13    A.  I never recorded the time, and the video is
14  standard, it's not in realtime.  So, it's hard to judge,
15  but it appeared just to be.
16    Q.  Well, it has time meter on it; do you recall
17  that?
18    A.  Right.
19    Q.  So, it wouldn't be hard to judge, would it?
20    A.  Well, if you're recording it, but my
21  understanding is just a few moments, few minutes.
22    Q.  Well, I'm asking do you know.  Your opinions are
23  the ones that matter.  How much time lapsed?
24    A.  You'd have to go to the surveillance video.
25    Q.  But you don't know that today?

Page 54

1    A.  I don't know the exact time.
2    Q.  And you would agree that if a liquid is on the
3  floor, such as a milky substance, that the longer it
4  remains on floor, factors such as evaporation act upon
5  that and would lessen the amount or concentration of
6  that liquid on the floor, correct?
7    A.  It could, yes.
8    Q.  All right.  You indicate that Ms. Noftz was
9  wearing a pair of flip-flops at the time of her fall.
10  Where did you arrive at that information?
11    A.  Well, you can see those in the photograph.
12    Q.  Okay.  And you identify them as in being in good
13  condition?
14    A.  They appeared to be.
15    Q.  All right.  Have you personally ever seen those
16  flip-flops?
17    A.  No.
18    Q.  And so, your opinion that they were in good
19  condition is what you observed in the photographs?
20    A.  And the surveillance video.
21    Q.  All right.  From the surveillance video you were
22  able to assess the condition of the shoes?
23    A.  Yeah.  There didn't appear to be any damage or
24  defects to them.
25    Q.  In your opinion that means they're in good

Page 55

1  condition?
2    A.  Yes.
3    Q.  Do you know how old they were?
4    A.  No.
5    Q.  Do you know where she bought them?
6    A.  I think from CVS.
7    Q.  That was a trick question.  Just joking with you,
8  though.  She did, ironically.
9        In looking at the surveillance video, are you
10  able to see any milky substance or liquid on the floor?
11    A.  No.
12    Q.  How about in any of the photos?  And I'm talking
13  about on the floor outside the cooler.
14    A.  No.  Well, you can see a milky substance inside
15  the cooler, but because the floor is white, you can't
16  really see a white liquid on a white floor.
17    Q.  All right.  So, we agree that the photos in the
18  surveillance video do not show a wet, milky substance on
19  the floor outside the cooler?
20    A.  That's right.
21    Q.  All right.  You say that the photos do show a
22  milky substance or moisture inside the cooler?
23    A.  Yes.
24    Q.  Is that correct?  Can you point that out for me?
25    A.  Well, this whole area that you see is white

Page 56

1  that's kind of beneath the rack --
2    Q.  Yes.
3    A.  -- rolling display, and then kind of comes up to
4  the door.
5    Q.  Okay.  So, in looking at --
6        MR. MACKINNON:  Have we marked this?
7        COURT REPORTER:  No, sir.
8        MR. MACKINNON:  All right, let's go ahead
9  and mark the entire.  I always foul things up when I
10  mark a group exhibit.
11        MR. ROUSSO:  Can I take a break for a
12  second?
13        MR. MACKINNON:  You mind if I just finish
14  because we're in the middle of a question?
15        MR. ROUSSO:  Yeah, yeah.  Oh, I thought you
16  were just talking.
17        MR. MACKINNON:  So, one minute.
18        [The referred to photograph was marked for
19        identification as Deposition Exhibit Number 1A.]
20  BY MR. MACKINNON:
21    Q.  So, we're looking at what we've marked as Exhibit
22  1A, Composite Exhibit 1A, which consists of 1, 2, 3, 4,
23  5, 6, we'll take this off, 7 photographs that you've
24  previously identified consists of photos taken by Mr.
25  Rousso at an unspecified date or an unknown date, and

Page 57

1  then those taken by Mr. Bennett and produced by CVS,
2  which appear to be limited to two photos, 2 of the 7
3  photos.
4        Okay, so, if we're looking at the first photo on
5  Exhibit 1A, can you show me here and by marking where
6  you contend the milky substance is observable?
7    A.  Just circle the whole area?  It's a large area.
8    Q.  If you could outline it.
9    A.  Oh, okay.  (Witness complying.)
10    Q.  All right.  And so, what I thought you were
11  telling me previously was that there's a difference in
12  color on the floor here.  One appears to be tan, and one
13  appears to be white.  Do you see that?
14    A.  Yes.
15    Q.  And there's a clear demarcation here.  And I'll
16  mark the line here, and you tell me if you agree with me
17  that this is the demarcation between the tan color and
18  the white color.  Do you see that?
19    A.  I do.
20    Q.  And do you agree that I've accurately marked it?
21    A.  I do.
22    Q.  All right.  Is it your testimony that this white
23  area here is a milky substance?
24    A.  That's what it appears to look like.
25    Q.  Okay.  And you base that -- you base -- you reach

Page 58

1  that opinion by looking at the photograph only, right?
2     A. Well, all, yeah. That all the photographs, but
3  that specific photograph, yes.
4           MR. MACKINNON: All right. Why don't you go
5     ahead.
6           MR. ROUSSO: Okay.
7           (RECESS TAKEN FROM 11:07 A.M. TO 11:16 A.M.)
8  BY MR. MACKINNON:
9     Q. Mr. Kendzior, referencing back to this document
10 which we've been discussing, this Composite Exhibit 1A,
11 and it also appears it was Exhibit 1 to Ron Bennett's
12 deposition, you circled this circular-ish shape here
13 around the bottom portion of the cooler, which you say
14 shows the presence of the milky wetness; is that
15 correct?
16    A. Yes, that front area.
17    Q. And then I created this line within your circular
18 object to demarcate between the presence of what you're
19 saying it's your opinion is the white milky substance
20 and the regular floor; is that correct?
21          MR. ROUSSO: Object to the form.
22    Mischaracterizes his testimony.
23          THE WITNESS: Yeah, that's not correct. The
24    line that I drew -- should we separate the lines so I
25    know what you drew and which?

Page 59

1  BY MR. MACKINNON:
2     Q. Why don't you tell me where the milky substance
3  is?
4     A. Well, it was in the front of the cart. The
5  entire area between the door and the cart was the
6  location where the moisture was.
7     Q. Yeah, but my question to you was can you see it
8  in the photo?
9     A. Well, that's where it was is what I'm saying. It
10 was there. And then the line you drew was actually the
11 worn tile.
12    Q. And that's, you know, that was a change in your
13 testimony here. And I know there was a break in time
14 and you spoke to Mr. Noftz (SIC). Is this what you all
15 discussed, correcting your testimony?
16          MR. ROUSSO: Object to the form.
17 BY MR. MACKINNON:
18    Q. What did you all discuss during the break?
19    A. We didn't discuss anything.
20    Q. Nothing?
21    A. We were just talking.
22    Q. About the case?
23    A. Yeah, just to make sure I have all the photos
24 because you pointed out one photo -- and let me back up,
25 maybe I'm wrong. Are you calling 1 the entire packet of

Page 60

1  photos?
2     Q. Yes.
3     A. Okay, because you keep -- we've only been
4  focussing on one photo in Exhibit A. There are more
5  photos that are more representative of my opinions.
6     Q. Well, we'll get to those.
7     A. So, I mean, I've circled in the photo you've
8  shown me, but if you'd like, I can go through, for
9  example, Photo Exhibit 3 and go to that.
10    Q. Let me go through the photos, if we can. It will
11 go much quicker.
12          MR. ROUSSO: I mean, don't stop him from
13    testifying. He's in the middle of saying something.
14          THE WITNESS: Well, again, and I know you
15    don't mean any offense, but you're very skilled in how
16    you're asking me to present my opinions. I did in the
17    one photo of Exhibit 1, or I guess 1A, but there are
18    other photos that depict the same liquid --
19 BY MR. MACKINNON:
20    Q. Let me ask you.
21    A. -- that would be actually better photos.
22    Q. All right, we'll get to those. You'll have an
23 opportunity.
24       If we're looking at the first photo of 1A, and I
25 had said can you show me in that photo where you

Page 61

1  observed this white milky substance?
2     A. Right.
3     Q. Do you recall that?
4     A. I do.
5     Q. And you made this circle here; is that correct?
6     A. Correct.
7     Q. And so, where within that circle can you see the
8  white milky substance?
9     A. The whole area.
10    Q. The whole area is covered in white milky
11 substance; is that what you're saying?
12    A. No, what I'm saying is the entire area, not where
13 you drew your line, but I'm saying the entire area is
14 where moisture.
15    Q. Okay, where --
16    A. The condensation, or some, whatever the substance
17 would be, I refer to it as a milky-like substance. So,
18 it's a combination of perhaps condensation from the
19 door, moisture coming from the door, or Mr. Bennett, I
20 think testified that when they received milk, it will
21 have ice chips on it. So, the ice will melt, of course,
22 you have milk residue. So, that whole area that I
23 circled is indicative of where the moisture was.
24    Q. Okay. Where in the photo can you see it?
25          MR. ROUSSO: Which photo?

Page 62

1    MR. MACKINNON:  This photo where I'm
2  pointing to.
3    THE WITNESS:  Well, it's harder to see in
4  that photo, but that's the area in that photo.
5  BY MR. MACKINNON:
6    Q.  Okay, my question is very precise.  Where in the
7  photo, the first photo on Exhibit 1A, Exhibit 1 to
8  Mr. Bennett's testimony, can you see that milky white
9  substance?
10   A.  Well, I don't know how to answer.  That's the
11 location of where the substance was.  When you say where
12 I can see it, in the photograph it's really hard to
13 tell.
14   Q.  Okay.  So, you can't see it?
15   A.  It's hard to see it.
16   Q.  I can't see it, so that's why I'm asking.  I'm
17 generally asking.  I want to know in this photo where
18 can you see it?
19   A.  In this photograph, that's my understanding.  And
20 maybe I apologize.  My understanding was that's the
21 location where the substance was.  I circled it.  Can
22 you see it in the photo?  It's hard to see.
23   Q.  Okay.
24   A.  But there are better photos.
25   Q.  We'll go through them, I promise.  I'll give you

Page 63

1  an opportunity to point it out, but in this photo here,
2  1A, the front photo here, which you circled, can you
3  point out anywhere, you can put an X on it, you can star
4  it, however you want where you can see in the photo this
5  white milky substance?
6    A.  Yeah, I can't see it in the photo, but that's the
7  location that I circled would have had moisture.
8    Q.  And you base that upon what?
9    A.  Ms. Noftz's testimony and Mr. Bennett's
10 testimony.
11   Q.  Mr. Bennett testified to seeing white milky
12 substance in this area?
13   A.  No, he testified to the fact that people -- that
14 there was in his experience this milky residue present;
15 that people would go in and out of that door and traffic
16 moisture, the milky substance, whatever we want to call
17 it, condensation, whatever liquid it was.
18   Q.  Okay.
19   A.  And so, his experience and his knowledge was,
20 yeah, that was a common understanding of his.
21   Q.  Do you recall anywhere in his testimony, and I
22 know you've got it with you, where he said he observed a
23 white milky substance, either in the cooler, or outside
24 the cooler in relation to Ms. Noftz's fall?
25   A.  No, he didn't do any inspection.  His testimony

Page 64

1  was that he had knowledge of that.
2    Q.  Very simple question.
3    MR. ROUSSO:  You've got to let him answer
4  his question.
5  BY MR. MACKINNON:
6    Q.  Do you recall anywhere in the testimony where he
7  said he observed white milky substance, either in the
8  cooler, or outside the cooler in relation to Ms. Noftz's
9  fall?
10   A.  Yeah, he didn't know.  He didn't look for any
11 moisture.
12   Q.  Okay, outside the cooler?
13   A.  Correct, or inside the cooler.  He did no
14 inspection.  He never felt the floor, so he never -- he
15 never looked.
16   Q.  Okay.  So, we agree that this front photo, 1A,
17 that's Exhibit 1 to Mr. Bennett's deposition, you can't
18 see a white milky substance; is that correct?
19   A.  Yeah, you can't see it.  It just would have been
20 in that area.
21   Q.  And it would have been based -- you assert that
22 based upon what Ms. Noftz testified?
23   A.  That's correct.
24   Q.  That she saw, okay.  Okay, so here we go.  Why
25 don't we call that one 1B.  I called it Composite

Page 65

1  Exhibit 1A, but if you want to go through them all.
2  What does this show here, 1B?
3    A.  This shows more of a close-up of the interior of
4  the cooler.
5    Q.  Okay.  In this photo can you see any white milky
6  substance?
7    A.  Well, it seems like the whole foreground would
8  have some type of a dried milk residue.
9    Q.  Okay.  She described it as wetness.  Do you see
10 any wetness in there?  You said dried residue?
11   A.  It's hard to tell if it's wet or dry, but it's
12 light colored, so that would be some type of a residue.
13   Q.  Or wearing of the tile?
14   A.  Well, the tile appears -- the worn portions of
15 the tile is the white part.
16   Q.  All right.  Well, how about this down in the
17 lower left-hand corner?  Do you believe, is it your
18 opinion here based upon your review of this photo that
19 that is dried milk?
20   A.  Well, it could be.  It could be dried milk on the
21 top of the tile.  If you look closely --
22   Q.  What else could it be?
23   A.  Well, I'm about to answer that.  This appears to
24 be some form of tile or area of wear on tile.  So,
25 there's a combination.  There's different colorations of

Page 66

1  the tile indicative of the surface, indicative of either
2  a residue or on the light portion, or dirt on the dark
3  portion.  So, I don't know if the dark portion is dirt
4  and that's regular color, or the white portion is
5  residue.
6      Q.  Or worn tile?
7      A.  Or a combination, right.
8      Q.  And, again, just to reiterate the fact, you've
9  not personally observed or taken a look at the cooler or
10  any aspect of the store?
11      A.  That's correct.
12      Q.  I'll allow you, you say there were better photos
13  which do show the wetness, milky wet substance, however
14  it was described?
15      A.  Residue.
16      Q.  Residue, however it was described.  Can you flip
17  through here and show me where you see that in any of
18  these photos?
19      A.  Well, let's go to the next one.  You can see the
20  third photo, what was I guess Exhibit 3 to somebody
21  else's deposition.
22      Q.  Yeah, I believe it was Ron Bennett.  We'll call
23  it 1C.
24      A.  Yeah.  Why this photo is better is the door is
25  open.  In the photograph I circled, the door is closed,

Page 67

1  but in the door that's opened, you can actually see
2  these marks on the ground, which appears to be the milk
3  residue and an area to what appears to be the worn tile.
4      Q.  Circle every place that you see on that photo
5  where you believe there's milk, wetness, or wet milky
6  substance.
7          MR. ROUSSO:  Object to form.
8  Mischaracterizes his testimony.
9          THE WITNESS:  I didn't say that.  I said
10      residue.  Some form of -- maybe we should use
11      contamination.
12  BY MR. MACKINNON:
13      Q.  No, let's do this just so we can get our terms
14  correct.  You agree Ms. Noftz, in fact, you stated in
15  your report that she stepped onto moisture located
16  within the cooler and did not slip.  Do you agree with
17  that?  That's in your report.
18      A.  Yes.
19      Q.  Okay.  And what I want to know from you,
20  Mr. Kendzior, is whether you have an opinion, or whether
21  you're aware of any facts or evidence that corroborate
22  or confirm the presence of this moisture located within
23  the cooler?  Can you identify it anywhere in the photos
24  what you've told us is what you relied on in reaching
25  your opinions?

Page 68

1          MR. ROUSSO:  Object to form.
2  Mischaracterizes his testimony.
3          THE WITNESS:  Yeah, we're kind of getting
4      off the road here.  Back to the photo, do you want me
5      to circle what I see?
6  BY MR. MACKINNON:
7      Q.  Well, I'm asking you can you circle where you see
8  that moisture?
9          MR. ROUSSO:  Object to the form.
10          THE WITNESS:  Well, you can't see the
11      moisture, that was the problem.  She didn't see the
12      moisture.  This is not a big flooded area.  What I'm
13      talking about is contamination, residue, combination
14      of contamination, residue, milk, water, condensation,
15      maybe melted ice, whatever that material is which I'm
16      referring to is seen here in I guess Exhibit 3.  What
17      are we calling this?
18  BY MR. MACKINNON:
19      Q.  It's each photo is going to be -- so, this will
20  be Exhibit 1C.
21      A.  Should I write on it?
22      Q.  No, the court reporter will do it.
23          MR. ROUSSO:  Well, I need her to do it now.
24      Since you're going to be referring to a bunch of
25      photos, let's just mark it so we don't get confused

Page 69

1  because I think you called that 1B a minute ago.
2          MR. MACKINNON:  No, this photo before is 1B.
3          MR. ROUSSO:  Oh, okay.
4          MR. MACKINNON:  She can mark them now.
5          [The referred to photographs were marked for
6      identification as Deposition Exhibit Numbers 1A, 1B,
7      1C, 1D, 1E, 1F and 1G.]
8  BY MR. MACKINNON:
9      Q.  So, I don't know if there's a pending question,
10  but just so we can kind of get back on track here, I
11  think you said that she did not see presence of milk; do
12  you recall that?
13      A.  Yes.
14      Q.  Well, within your report you cite to her
15  pertinent testimony on page 3 here at the top, it's
16  italicized, and I'll go to her deposition transcript.
17  Where it is is page 37, beginning at Line 22 and
18  continuing on to page 39, the portion that you cited in
19  your report.  And it says here on page 39:
20          "A.  I mean, you had to step in and reach
21      and get the milk and stuff and that stuff, so the
22      floor seemed a little wet, but I went ahead and
23      stepped in and got the milk."
24      A.  Inside the cooler.
25      Q.  Right.  So, she did see wetness inside the

Page 70

1   cooler?
2       A.  When she stepped on it, right.
3       Q.  And she stepped into it, according to her?
4       A.  Correct.
5       Q.  All right.  And so, what we've been trying to
6   establish here is where is that wetness in the photos?
7       A.  Right.
8       Q.  And I'm asking you you've relied upon her
9   testimony and these photos in reaching your opinion that
10  there was a presence of wetness?
11      A.  Right.
12      Q.  We know what she says.  It was there, okay?
13      A.  Right.
14      Q.  What I'm asking you is looking at those photos,
15  where can we see it?
16          MR. ROUSSO:  Well, I'm going to object to
17      form.  Lack of predicate.  You're showing him photos
18      from a week later and you're asking him where the
19      wetness is in the photograph.  You need to establish
20      when those were taken.
21          MR. MACKINNON:  Well, you took them, so.
22          MR. ROUSSO:  You need to establish, I mean.
23          MR. MACKINNON:  Fine.  I'm not worried about
24      it.  That's fine.  Go ahead.
25          THE WITNESS:  Well, on Photo 1A, I circled

Page 71

1       the area that the moisture, wetness, milk, residue,
2       contamination would have been located.  Basically, the
3       entire area before or between the front of the cart
4       and the door.
5   BY MR. MACKINNON:
6       Q.  Could have, could have been located?
7       A.  Well, that's where she said she stepped.
8       Q.  Right.
9       A.  And you can see her stepping into the --
10      Q.  I want to know what you have to say.
11      A.  That's what I'm saying.
12      Q.  And you say it could have been located there, but
13  we've agreed that you can't see it.
14      A.  I didn't say that.  It was located between the
15  front of the cart in the space between the cart and the
16  door, and I drew kind of a line.
17      Q.  Right.  And that's as shown in that photo, 1A?
18      A.  That's the general area.
19      Q.  All right.
20      A.  Yes, that the moisture was located.
21      Q.  And, again, as Mr. Rousso points out, we don't
22  know when that photo was taken?
23      A.  1A?
24      Q.  Right.
25      A.  I don't know.

Page 72

1       Q.  So, it doesn't show the conditions, or does it
2   show the conditions present at the time of Ms. Noftz's
3   fall?
4       A.  No, you're -- that's a different question.  I
5   don't -- if this photograph was taken at the time of
6   Ms. Noftz's fall, you can't see the liquid contaminant
7   in the photo, but that's the area that she described as
8   having the liquid or contaminant on it.
9       Q.  Fair enough.  So, you would agree that the only
10  information, evidence, however you want to call it,
11  which establishes that there, or provides that there was
12  wetness within the cooler comes from Ms. Noftz herself,
13  right?
14          MR. ROUSSO:  Object to the form.
15          THE WITNESS:  Well, Mr. Bennett talked about
16      moisture being present.
17  BY MR. MACKINNON:
18      Q.  At the time of her fall?
19      A.  Well, there's no one else has provided.  There's
20  no other depositions except her's.  So, she was the only
21  one that was asked the question.  She said yes, there
22  was.  In the absence of any other evidence, that's all I
23  have.
24      Q.  Understood, but you're rendering opinions in this
25  matter, and I need to know what you base those opinions

Page 73

1   on.
2       A.  That's what it is.
3       Q.  It's solely based upon her testimony of the
4   conditions in the store at the time of her fall?
5       A.  Yes.
6       Q.  All right.  Nothing else?
7       A.  Well, as I said, Mr. Bennett indicated his
8   knowledge of moisture and liquids in that area, but
9   because he didn't inspect the area after her fall, he
10  had no firsthand knowledge.  It doesn't mean there
11  wasn't.  They never said there wasn't.  She said there
12  was, and there's no evidence to say there wasn't is my
13  point.
14      Q.  When did Mr. Bennett say there was moisture in
15  the cooler?  On what occasion?
16      A.  Well, throughout I guess how they moved the racks
17  in and out he described the process where he was aware
18  that milk would leak, fluids would leak.  He described
19  the ice melting off of the containers of milk and that
20  would deposit on the -- on the floor and it would melt.
21      Q.  So, there would be some spills on a prior
22  occasion that occurred within the cooler?
23      A.  My understanding was more on a chronic basis, not
24  on a prior occasion.  They have a chronic problem with
25  moisture, residue, contamination, whatever you want to

Page 74

1  call this.
2      Q.  Okay.
3      A.  Combined substances being on the interior floor
4  of the cooler.
5      Q.  And where do you reach -- is that your opinion,
6  there's a chronic problem with moisture on the surface
7  of this cooler?
8      A.  That is my opinion.
9      Q.  Okay.  And where do you -- what sources of
10  information do you rely upon in reaching that
11  conclusion?
12      A.  Well, first of all, Mr. Bennett himself admitted
13  that, and then there's a record from the Health
14  Department where they went in and did an inspection and
15  found these contaminants present in the cooler.
16      Q.  Okay.  So, the Health Department and Mr. Bennett,
17  those are the two sources where that you've relied upon
18  in rendering an opinion that there's a chronic condition
19  of spillage within the cooler; is that fair?
20      A.  However, yeah, however it gets there, spillage or
21  liquid, contaminants being built up over time, yes.
22      Q.  So, it's those two sources:  Mr. Bennett's
23  testimony, and the Department of Health, or whatever you
24  want to call the Florida Department of Agriculture
25  report?

Page 75

1      A.  Yes.
2      Q.  And nothing else or anything else?
3      A.  That's all I've been provided.
4      Q.  Okay.  All right, do you know when was the last
5  time on the date of Ms. Noftz's fall that the area
6  outside the cooler was inspected?
7      A.  It wasn't inspected.
8      Q.  At any time that day?
9      A.  According to Mr. Bennett, there was no
10  inspections that he recalled ever being done.
11      Q.  That's your recollection of what his testimony
12  was?
13      A.  Yes.
14      Q.  That the floor outside the cooler was not
15  inspected at any time that day?
16      A.  Well, inside and outside of the cooler.  He
17  mentioned, he stated that there was no inspection cycle
18  or procedure that he performed.  There's no routine
19  maintenance that he performed.  Even though the company
20  had a policy, he clearly violated that.  And if I'm not
21  mistaken, his testimony was that he did not do any
22  investigation after Ms. Noftz's fall as to
23  contamination, and he did not state that at any time he
24  performed prior to Ms. Noftz's fall any inspection of
25  the area.

Page 76

1      Q.  That's your recollection of his testimony?
2      A.  Yes.
3      Q.  And based upon that recollection, that influenced
4  your opinions rendered in this matter; is that correct?
5      A.  Yeah.  All the testimony combined influences my
6  opinions.
7      Q.  Well, on that topic, though, about whether there
8  was any inspections, it came from your recollection of
9  Mr. Bennett's testimony; is that correct?
10      A.  Yes.
11      Q.  Okay.  And what were CVS's safety policies and
12  procedures or training materials related to inspecting
13  the floors, do you know?
14      A.  Well, it's here.  It's in the file.
15          MR. ROUSSO:  I took them, actually.  I'm
16      sorry.  If it's in your file.
17          THE WITNESS:  I think they're in here.
18  BY MR. MACKINNON:
19      Q.  Let me back up, then, because your report on page
20  3 says:  (Reading)
21          Unfortunately, at this time I've not been
22      provided Defendant's safety policies and procedures,
23      nor any training materials, and, therefore, cannot
24      confirm that Defendant has any such documents.
25      A.  Which report are we on?

Page 77

1      Q.  This is page 3.
2      A.  No, I'm saying which date?
3      Q.  June 25th.
4      A.  Okay.
5      Q.  So, those are the only opinions that matter in
6  this lawsuit, the ones contained in your report?
7      A.  No, no, June 29th, those policies and procedures
8  were an exhibit to Mr. Bennett's deposition.  I didn't
9  have the luxury of reviewing those policies because I
10  didn't have Mr. Bennett's deposition.  So, I revised my
11  report on June 29th to reflect Mr. Bennett's deposition.
12      Q.  Understood, but where in your report which
13  provides for your opinions does it reflect those
14  policies and procedures?
15      A.  Well, it doesn't.  They're exhibits to Mr.
16  Bennett's deposition.
17      Q.  Well, I understand, but your opinions are what's
18  provided for in your report, correct?
19      A.  Yes.
20      Q.  All right, and it doesn't make any reference to
21  those policies and procedures; is that correct?
22      A.  Well, again, that was a part of his, his
23  deposition.
24      Q.  All right, point out for me in your report where
25  it makes reference to Mr. Bennett's policies and

Page 78

1  procedures?
2      A.  It doesn't, it just refers to my reviewing
3  Mr. Bennett's deposition.  So, that would have been
4  contained in his deposition.  Those policies and
5  procedures were not provided to me independently.
6      Q.  I'm aware it's part of his deposition.  I agree
7  with you there.  My question is where in any of your
8  reports does it make reference to CVS's policies and
9  procedures as something that was probative to your
10  opinions?
11     A.  It doesn't, and I say that.
12     Q.  Okay.  You also -- we have talked a little bit
13  about the presence of, if you will, spillage of milk,
14  ice, whatever it may be that was on the floor.  You
15  agree with that, we've discussed that?
16     A.  Yes.
17     Q.  Okay, but you also make reference here about
18  condensation; you see that?
19     A.  Yes.
20     Q.  Okay.  And you agree that condensation is
21  different than like a spilled material, right?
22     A.  Yes, it's a different form of moisture buildup.
23     Q.  Right, and what are the conditions which result
24  in condensation forming?
25     A.  A couple things is humidity, temperature.

Page 79

1      Q.  Moisture levels in the air or atmosphere within
2  that space?
3      A.  Yes.
4      Q.  Near the cooler?
5      A.  Yes.
6      Q.  All right.  All right, so, temperature and
7  moisture levels can create conditions where condensation
8  results, right?
9      A.  Yes.
10     Q.  All right.  And what were the moisture levels
11  within that cooler at any time, whether it be the date
12  of her fall, or any time before or after?
13     A.  I don't know.
14     Q.  Because you didn't test it, right?
15     A.  Well, I wasn't there at the time to test it and
16  that's really what would be relevant.  So, I don't know.
17  I wasn't there, I never tested it.
18     Q.  And the temperatures within there, do you know
19  what they were?
20     A.  I don't.
21     Q.  Aren't those important factors in knowing whether
22  or not there could be a presence of moisture, knowing
23  the moisture level -- I'm sorry, condensation, knowing
24  the moisture levels and temperature within the confined
25  space?

Page 80

1      A.  Yes, could be.
2      Q.  What other factors would be important?
3      A.  To?
4      Q.  Determine the presence of conditions likely to
5  result in condensation?
6      A.  Well, you see it in the surveillance video, you
7  see condensation.
8      Q.  Do you?
9      A.  On the door, yeah.
10     Q.  Okay.  All right, condensation on the door is one
11  thing.  This talks about condensation on the floor?
12     A.  Right.
13     Q.  All right, what information do you have that
14  there was condensation on the floor?
15     A.  Well, that's a different question.
16     Q.  Well, yeah, it's a different question.  Of
17  course.
18     A.  The condensation that you can see visible on the
19  door when Mr. Noftz opens up the door over repeated
20  openings and extensions.  Meaning, if somebody was to
21  hold the door for an extended period of time, more
22  condensation would build up to the point where it would
23  actually drip out of the door into the glass onto the
24  floor.
25     Q.  How long would it take for -- hold on, let me

Page 81

1  back up.  You're the expert.
2          Would you agree that once you close that -- when
3  you open the refrigerator door, you have a differential
4  of temperatures between what's inside the cooler and
5  what's outside?
6      A.  Yes.
7      Q.  And that what's outside is air-conditioned space,
8  right?
9      A.  Yes.
10     Q.  And we're here in October 30th of 2016.  I don't
11  know the temperature on that date, but suffice it to say
12  it's not summer, right?
13     A.  Well, it's always summer here.  That's one of the
14  great things about Florida.
15     Q.  Good point, but it's an air-conditioned space.
16  We're not disputing that, right?
17     A.  Yeah, it's a temperature-controlled space.
18     Q.  And the cooler is even cooler inside because it's
19  a refrigeration unit, right?
20     A.  Yes.
21     Q.  All right.  So, when you close the door to the
22  cooler, it prevents or it's intended to prevent this
23  warmer air in the temperature-controlled space from
24  entering into it and influencing the temperature from
25  inside the cooler; agree with that?

Page 82

1   A.  Yes.
2   Q.  If condensation forms when you open the door on
3   the glass, once you close the door, it starts to
4   evaporate; would you agree with that?
5   A.  Yes, it should.
6   Q.  It should.  So, if condensation forms on the
7   outside of the glass, then you close it, the
8   condensation goes away, right?
9   A.  Or drips off.
10  Q.  How would it drip off?  Wouldn't the forces of
11  evaporation cause it to eliminate?
12  A.  We don't know.  Theoretically, yes.
13  Q.  You don't know?
14  A.  Thank you.
15  Q.  Maybe someone knows?
16  A.  In this case nobody knows.
17  Q.  Okay.
18  A.  Yeah, of course, ultimately the forces of
19  evaporation would eventually work.
20  Q.  All right.
21  A.  But we don't know what those time frames were.
22  I'm not offering an opinion as to the humidity, the
23  temperature of the room.  What I'm opining to is you can
24  see condensation forming on the door at the time
25  Ms. Noftz opens and closes it.

Page 83

1   Q.  Okay.  And you mentioned that also as you keep
2   the door open for a length or period of time, the forces
3   of condensation are greater; is that a fair statement?
4   A.  Yes, depending on the humidity of the room.  And
5   we are in a state that has a high level of humidity.
6   We're not in Arizona where it can be warm out, low
7   humidity.  We're in Florida where it's very humid.
8   Q.  Right, but to know the amount of condensation or
9   the rate of condensation, that would require testing; do
10  you agree?
11  A.  Again, it depends.  I'm not opining to any
12  quantity.  In fact, I think we beat that horse to death.
13  My understanding is what Ms. Noftz said is there was a
14  moisture on the ground, not a puddle, not a large volume
15  of water, but moisture.  How much condensation would it
16  take to create moist floor?  Well, virtually none
17  because the other part of condensation which I can't
18  see, we saw it on the door, but condensation is just as
19  impactful on floors.
20      See, the cooler, as you mentioned, is colder than
21  the outside sales floor.  So, as you open the door,
22  warm, moist air, moister air from the sales floor rushes
23  into the cooler and it will condense on the walls on the
24  door and on the floor.  The floor is notorious for
25  condensing moisture on.  It's a big problem.  In fact,

Page 84

1   we have that problem in South Texas where the floor
2   itself will condense moisture.
3   Q.  Well, let's talk about this floor in the cooler
4   in the CVS floor on October 30th, 2016.  And you say
5   that in your report that the floor both inside and
6   outside the refrigerated, the display cases would
7   frequently become wet from a leaking merchandise (i.e.
8   milk) and/or condensation.
9       All right, and so, we have talked about the milk
10  already where you've understood the sources of the milk
11  come from.  And what we're talking about now is the
12  condensation.  And so, you've said you saw it on the
13  glass, and then you generally as an expert know about
14  kind of how condensation forms and will accumulate on
15  the floor.
16  A.  Yes.
17  Q.  All right.  Are you aware of any condensation
18  being on floor of this cooler other than what
19  Ms. Noftz's testified to?
20  A.  Well, again, I want to be clear.  When we talk
21  about condensation on the floor, that's oftentimes
22  referred to what's known as sweating.  It's a problem
23  where warm, moist air will condense on a cooler surface.
24  So, every time somebody's opening and closing the cooler
25  door, the floor in the cooler is building up

Page 85

1   condensation.  So, it's a repetition.
2   Q.  But we have established once you close the door,
3   the forces of evaporation occur and the condensation
4   would go into the air?
5   A.  It takes time.  It's over a period of time.
6   Q.  My question's very simple.  I'm not talking about
7   the physics of it or the potential.  I'm saying what
8   information are you aware of that there was condensation
9   on the floor of this cooler on October 30th, 2016, other
10  than what Ms. Noftz testified to?
11  A.  Well, you can see the condensation forming on the
12  door; therefore, the condensation would be forming on
13  the floor, condensation would be forming on the racks
14  condensation would be forming on all surfaces within the
15  cooler.  See, when the moist air from the sales floor
16  rushes into the cooler, it will condense on everything.
17  So, you see evidence of condensation on the door,
18  therefore, there was condensation on other areas,
19  including the floor of the cooler.
20  Q.  Got it.  So, your opinion that there was
21  condensation on the floor is arrived at by your
22  observing condensation on the door, which you then
23  extrapolate to mean there must have been condensation on
24  the rack and the floor; is that fair?
25  A.  That's correct.

Page 86

1    Q.  All right.  And if there was condensation on the
2  floor, how would it exist?  Would it stay in one spot
3  would it pool, would it migrate, what would it do?
4    A.  Well, again, depends on the buildup.  Most of the
5  time, as I mentioned, the effect is known as sweating.
6  The floor feels moist everywhere.  It's not wet like a
7  puddle, it's moist.  Damp.  Maybe that's a better word.
8  And so, the feel is not particularly, you know, like
9  stepping in a puddle, but you're stepping in a moist
10  surface.
11    Q.  All right.  And what is the grade, or are you
12  aware of any information of what the grade of the
13  surface inside the cooler?
14    A.  Just what the other expert had measured on the
15  outside of the cooler.  I think he was on the outside,
16  not the interior.
17    Q.  So, what is it?
18    A.  It was approximately level.  It was a level
19  surface.
20    Q.  All right.  You believe it was approximately
21  level?
22    A.  According to what his measurements were.
23    Q.  All right, but that's not an opinion you
24  considered when reaching your opinions, right?
25    A.  I didn't take any measurements, but the floor on

Page 87

1  the inside of the cooler may have a gentle slope to
2  presumably a floor drain that would be inside the
3  cooler.  On the outside of the cooler on the sales floor
4  where the other expert put it level, it looked to be
5  approximately.
6    Q.  Well, okay.  And the grade of the floor would be
7  important because water flows downhill, right?
8        MR. ROUSSO:  Object to form.  What, this
9    particular floor?
10        THE WITNESS:  What does that mean?
11  BY MR. MACKINNON:
12    Q.  Yeah.  So, the grade of the interior of the
13  refrigerator would be significant or potentially
14  significant because water flows downhill, right?
15    A.  Water, yes, water does flow downhill.  I would
16  agree.
17    Q.  Liquid does?
18    A.  Yeah, liquids.
19    Q.  So, if there's a spill of milk, it would go to
20  the lowest point eventually, right?
21    A.  Depends on the amount.  If there's a small
22  amount, it won't flow at all.  It takes a certain volume
23  of water to begin to flow.
24    Q.  Right, but you've testified there was at least
25  residue or debris all over, right?

Page 88

1    A.  Whatever the contamination was.
2    Q.  That suggests at least a volume that might
3  migrate; do you agree with that?
4    A.  It could, it could.
5    Q.  Okay.  All right, all right, let's talk about
6  this Florida Department of Agriculture and Consumer
7  Services Division of Food Safety, which we'll mark as
8  part of your deposition as Exhibit E.
9    A.  We're up to E.
10        [The referred to document was marked for
11  identification as Deposition Exhibit E.]
12    Q.  How did you obtain this?
13    A.  This came from Mr. Rousso's office.
14    Q.  All right.  And is this a document -- is this a
15  type of document that you're familiar with and/or have
16  seen before?
17    A.  Not this particular document, but I've seen other
18  Food Safety Inspection reports.  Every municipality is a
19  little different in reporting.
20    Q.  Sure.  So, this is the first Florida Department
21  of Agriculture and Consumer Services Division of Food
22  Safety, Food Safety Inspection Report that you have
23  seen?
24    A.  Well, in this case, yes.
25    Q.  In any case?

Page 89

1    A.  Well, I've probably seen them in other cases.  My
2  point is they're all pretty similar.
3    Q.  All right.  And the date of this is?
4    A.  December 28th, 2015.
5    Q.  That's approximately 10 months prior?
6    A.  Yes.
7    Q.  All right.  And you agree that they passed the
8  inspection?
9    A.  Yes.
10    Q.  And then I think what you had focussed on was the
11  last page here, page 3 of 3?
12    A.  Right.
13    Q.  Where they were cited for a violation, and the
14  observation was floor and walk-in cooler has buildup of
15  spills and debris?
16    A.  Correct.
17    Q.  All right.  And that was as of at least December
18  28th, 2015; is that correct?
19    A.  Yes.
20    Q.  All right.  And, yeah, the obvious is that's 10
21  months prior, agreed?
22    A.  Yes.
23    Q.  So, you wouldn't know whether the conditions that
24  are reflected by way of this report were in existence as
25  of October 30th, 2016?

Page 90

1    A. Well, based on what I've seen, they seem to be an
2 identical condition.  The floor in this particular
3 cooler had some type of buildup.  They refer to it as
4 spills.  I consider that to just be an amount of
5 moisture and debris.  I don't see any debris.  Debris I
6 would assume would be like a solid surface like a
7 wrapper.
8    Q. Where in the cooler was this buildup of spills
9 and debris observed?
10    A. By the inspector?
11    Q. Yes.
12    A. Based on what they're saying, the entire cooler.
13    Q. Where do you see that?
14    A. It says:  Floor in the walk-in cooler.
15    Q. Okay.  So, the entire floor is your understanding
16 had a buildup of spills and debris based upon your
17 interpretation of this report?
18    A. Yeah.  And I would presume that the inspector
19 meant that in some areas there were spills, in other
20 areas there may have been debris, maybe the combination
21 of soils, but throughout the entire cooler there was
22 some level of contamination, spills and debris and
23 buildup.
24    Q. Would you agree that the only portion of the
25 report which talks about buildup of spills and debris is

Page 91

1 provided for here in page 3?
2    A. Yeah.  In the inspection I guess that's the
3 Conclusion section.
4    Q. Right.  It's under Observation?
5    A. Observation, yes.
6    Q. So, it says the floor in the walk-in cooler has
7 buildup of spills and debris.  That's it, right?
8    A. It does.
9    Q. And based upon those 12 words, you've concluded
10 that the floor in the cooler, the entirety of it, had a
11 buildup of spills and debris; is that your testimony?
12    A. Well, I'm not putting words in the inspector's
13 mouth.  I'm just telling you my interpretation.
14    Q. Yes.
15    A. What I interpret the inspector to say is that the
16 cooler had a level of soil, contamination and debris,
17 spills of any combination throughout the entire cooler.
18    Q. And you base that upon this statement here, the
19 12-word statement on page 3 of the report?
20    A. Well, that's what it says.  I mean, I'm not
21 putting words in anyone's mouth.  That's what the
22 inspector said.
23    Q. I'm not asking you to.  I'm asking for your
24 testimony.  That's why we're here.
25    A. Right.

Page 92

1    Q. So, the statement by the inspector, which is:
2 "Floor in walk-in cooler has buildup of spills and
3 debris," you have interpreted to mean there was debris,
4 spills, or contaminants on the entire floor?
5    A. Or a combination of, correct.
6    Q. Is that correct?
7    A. Yes.
8    Q. All right.  And that was as of December 20th,
9 2015?
10    A. Yes.
11    Q. How big is the floor in the cooler?
12    A. I don't know.  It would extend the entire length
13 of the refrigerated area.
14    Q. Well, I agree with that, but do you know the
15 measurements of it, the dimensions?
16    A. No, I don't.
17    Q. That would be important, would you think?
18    A. That's why I wanted to do my inspection
19 yesterday.
20    Q. Well, you've rendered a report with opinions in
21 it that didn't rely upon inspections, right?
22    A. Correct.
23    Q. And no testing?
24    A. No testing.
25    Q. Did you make any effort to speak with the

Page 93

1 individual who prepared this report?
2    A. No.
3    Q. Do you know if anyone has?
4    A. I don't know.
5        THE WITNESS:  Is this an exhibit, by the
6    way?
7        COURT REPORTER:  Is that E?
8        MR. MACKINNON:  Yes, it is.
9        COURT REPORTER:  Thank you very much.
10 BY MR. MACKINNON:
11    Q. All right, in your report here on page 4, the
12 first full sentence.
13    A. Are we still on the 25th report?
14    Q. Yes, 25th report.
15    A. Okay.
16    Q. It says:  (Reading)
17        Therefore, spilled milk may have been a
18 chronic problem known by the Defendant which demanded
19 their attention and remediation.
20        Do you see that?
21    A. I do.
22    Q. All right, and my interpretation or understanding
23 of that is that you're saying it could have been, but
24 then it could not have been.  You don't know?
25    A. Well, that's not what I'm saying.  What I'm

Page 94

1 saying is there's a history of spilled milk,
2 contaminants, soil, debris, whatever terms you want to
3 call it, combination thereof that are not only
4 documented by the Health Department, but were testified
5 to by Mr. Bennett. He stated that. So, when I say
6 chronic, The Health Department Report was November,
7 December 2015, and Ms. Bennett's, or, I'm sorry,
8 Ms. Noftz's fall was October 30th, 2016. So, 9, 10
9 months. So, in 10 months the condition as seen by the
10 Health Department was virtually identical as far as --
11     Q. That's your opinion?
12     A. Well, let me finish. As far as contaminants and
13 moisture. I don't know about debris, but, and so, you
14 take those two documents, the Health Department,
15 Mr. Bennett's testimony, to his understanding that that
16 was a condition that was common, and then the event when
17 Ms. Noftz slipped and fell, what her description was,
18 those three timelines indicate a chronic condition.
19     Q. That's your opinion?
20     A. That's my testimony. Final answer.
21     Q. Got it, okay. And so, when you say the spill may
22 have been a chronic problem known by the Defendant,
23 you're actually stating unequivocally that it was?
24     A. They knew about it. They knew this condition
25 existed and it was not the first time. Ms. Noftz's slip

Page 95

1 and fall was not the first time there was moisture in
2 that cooler.
3     Q. Okay. And you base that upon the Exhibit E, The
4 Food and Safety Inspection Report, Ms. Noftz's
5 testimony, and Mr. Bennett's testimony. Those are the
6 three things you're relying upon; is that correct?
7     A. Yes.
8     Q. All right. Do you know were there any other
9 inspections of the cooler between December 20th, 2015,
10 and October 30th, 2016?
11     A. Mr. Bennett never indicated that there was any
12 real, and I don't want to put words in his mouth, but he
13 indicated there was no documentation of any inspections.
14     Q. All right. Are you aware of any inspections
15 occurring between those two periods?
16     A. Let me -- maybe I misunderstood. When you say
17 inspections, do you mean inspections by the Health
18 Department?
19     Q. Yeah.
20     A. Oh, I'm sorry. I thought you meant inspections
21 by the store.
22     Q. Food And Safety Inspection?
23     A. I don't know.
24     Q. Did they kind of come back in and follow-up on
25 this to see if did they remedy whatever the violation

Page 96

1 is?
2     A. I don't know.
3     Q. And do you know whether CVS would clean the
4 cooler between December 28th, 2015, and October 30th,
5 2016?
6     A. Well, they were supposed to. CVS's policies
7 called for weekly cleaning.
8     Q. Do you know whether they followed those policies?
9     A. Mr. Bennett said he didn't.
10     Q. He didn't?
11     A. He didn't.
12     Q. Do you know if -- he's not the only employee at
13 CVS -- do you know if anyone else cleaned the cooler?
14     A. Well, he's the manager, right? Or was.
15     Q. Do you know if anybody else at CVS, if your
16 testimony was he didn't, do you know if anybody else
17 cleaned the cooler during that period of time?
18     A. Well, again, I don't want to put words in
19 people's mouth. Mr. Bennett was unaware there even was
20 a policy that called for routine cleaning.
21     Q. All right, but do you know if anyone cleaned the
22 cooler during that time period?
23     A. There was no evidence to show they ever did.
24     Q. Okay. And did you also see Mr. Bennett's
25 testimony that vendors would come into the cooler and

Page 97

1 deliver produce in there?
2     A. Yes.
3     Q. Okay. So, it's somewhat of a trafficked area,
4 people coming in and out of the cooler?
5     A. Workers.
6     Q. Workers, right, and employees?
7     A. Well, they're workers.
8     Q. Yeah.
9     A. And that's why you don't want to let customers in
10 that cooler, because it's a work area, right.
11     Q. You would assume, then, that given the need to
12 restock a supply of milk and whatever items are
13 contained within the cooler, that during that 10 plus
14 month period, numerous people went in and out of the
15 cooler; would you agree with that assumption?
16     A. Yes.
17     Q. All right. And that would give opportunity for
18 people to observe the conditions in the cooler, right?
19     A. Yes.
20     Q. All right. How far did Ms. Noftz step into the
21 cooler?
22     A. About a foot, guessing. I mean, the distance,
23 and I'm basing that on her testimony, but she said the
24 distance was about 2 feet. So, she took one step into
25 the cooler, so that was about a foot.

Page 98

1    Q. The distance from the rack to the threshold?
2    A. Yes, approximately.
3    Q. All right. And you, did you see -- can you see
4    how far she steps in, in the video?
5    A. About a foot. You see her foot clearly entering
6    the cooler.
7    Q. Okay.
8    A. Her entire foot.
9    Q. From what I could tell, it was cut off. I may be
10   misremembering, but that the bottom of the -- you can't
11   see actually her foot inside the cooler?
12   A. Oh, you can see her foot in the cooler. She
13   steps in the cooler. You can see her foot in the
14   cooler.
15   Q. I'm not disputing that. I'm just saying the
16   sources of evidence which you viewed which indicate she
17   stepped into the cooler. And it's your testimony that
18   you can see it on the video?
19   A. Her foot was in the cooler, yes.
20   Q. Okay. And you determined it was about a foot
21   into the cooler?
22   A. Yeah, maybe a little less, but her entire foot
23   was in the cooler.
24   Q. Her entire foot?
25   A. Yes.

Page 99

1    Q. All right. And she may have told us how, I may
2    not have asked her, but I assume she doesn't have a
3    foot-long foot?
4    A. No, correct. And in fairness, I don't know the
5    exact distance, but she estimated the distance to be
6    about 2 feet from the door of the cooler to the front of
7    the rack. When you watch the surveillance video, you
8    see her take an entire step into the cooler, and then
9    the photographs that were taken by Mr. Bennett after the
10   fall clearly shows the rack about, about 2 feet into the
11   cooler.
12   Q. Not disputing that. Okay, but I guess the point
13   I'm trying to just establish here on the record is that
14   you don't know how far she stepped in. You're
15   approximating a foot, but it could be less?
16   A. Why don't we call it a footstep. Whatever the
17   size her foot was, that's how much of it was in the
18   cooler.
19   Q. And I'm not trying to argue with you because I
20   don't know, but from what I was able to approximate, it
21   was about half a foot.
22   A. It looked a little bit more than that.
23        THE WITNESS: Am I speaking loud enough?
24        COURT REPORTER: You are, yes, sir.
25        THE WITNESS: Okay.

Page 100

1    BY MR. MACKINNON:
2    Q. You described this as a chronic problem with the
3    accumulation of a variety of things: Condensation,
4    spilled milk. I think you said soil. That maybe an
5    industry term?
6    A. Yeah, the term in my industry is referred to
7    contamination. If you don't know exactly what the
8    substance is, it's a contaminant. Could be a liquid,
9    could be a solid, or a combination.
10   Q. Got it. And if it's a chronic problem as well
11   it's an issue of the rack being pushed back requiring
12   customers to step in, would you also expect it to be a
13   chronic problem of people tracking that contaminant out
14   onto the floor?
15   A. Yes.
16   Q. All right. Are you aware of any evidence that
17   there were reports of that condition existing in the
18   store, anybody tracking contaminants out onto the floor?
19   A. Well, Mr. Bennett referred to that, that people,
20   workers would go in and out, or you mentioned
21   contractors, vendors would be walking in and out of the
22   cooler. That was my understanding that was the only
23   door into the cooler. So, in order to go into the
24   cooler as workers restock or whatever, you had to go in
25   and out of that location. So, they would be workers

Page 101

1    would be the ones trafficking those substances.
2    Q. I understood people went in and out of the
3    cooler. My question was are you aware of any evidence
4    or information that individuals would track contaminants
5    which we have kind of defined out onto the floor?
6    A. Well, what Mr. Bennett stated, he had said
7    people, workers were going in and out of the cooler, and
8    there were substances on the floor that they would then
9    be tracking from the cooler onto the floor.
10   Q. You have his deposition with you?
11   A. Yes.
12   Q. Can you find in there where he says that people
13   were tracking stuff out on the floor?
14   A. Oh, he said people were walking in and out of the
15   cooler.
16   Q. I'm not disputing that. My question is were
17   people walking in and out of the cooler and tracking
18   contaminants on the floor? Where in his testimony does
19   he say that?
20   A. He was never asked that question to my knowledge.
21   He was asked the question did people, are workers going
22   in and out of the cooler? Yes. Is there contaminants
23   in the cooler? Yes. Therefore, my conclusion is people
24   were tracking contaminants out of the cooler because
25   they were present, contaminants, and people were walking

Page 102

1   on them.  That's where I deduced that.
2       Q.  Thank you for clarifying.  Let's go back to my
3   question, though.
4           What evidence are you aware of that other than
5   your deduction that people going in and out of the
6   cooler were tracking contaminants onto the floor?
7       A.  Well, there were.  It's not a deduction.  It is a
8   deduction, but my understanding is there was
9   contaminants on the floor.  The Health Department
10  indicates that, Mr. Bennett stated that and so did
11  Ms. Noftz.  There was the presence of a contaminant,
12  moisture, whatever on the floor.  Mr. Bennett said that
13  the -- that his employees and/or vendors would use that
14  door.  It was the sole means of access to the cooler for
15  stocking.  So, therefore, if people with are going in
16  and out of that cooler, they're tracking contaminants
17  from the cooler onto the floor.
18      Q.  That's your deduction?
19      A.  Yes.
20      Q.  All right.  Other than your deduction, what
21  evidence are you aware of that individuals, workers were
22  tracking contaminants from the cooler out onto the
23  floor?
24      A.  I have no other evidence other than what I just
25  told you.

Page 103

1       Q.  Just your deduction?
2       A.  Mr. Bennett's testimony, which I deduced that
3   conclusion, correct.
4       Q.  Okay, got it.  So, that's an opinion you arrived
5   at based upon the existence of people entering and
6   exiting the cooler and the existence of contaminants on
7   the floor?
8       A.  Yes.
9       Q.  All right.  You've deduced that that, therefore,
10  means that they were then tracking the stuff on the
11  floor?
12      A.  That's correct.
13      Q.  All right, and no other source or information
14  that you're relying upon to reach that conclusion?
15      A.  That's all I have.
16      Q.  Okay.
17      A.  When I say "that's all I have," that's all I have
18  is his testimony.  And so, if you say evidence, unless
19  there's other employees that were deposed, or whoever
20  else, any eyewitnesses, I can only go with what --
21      Q.  Of course.
22      A.  -- one piece of evidence I have.  And so, that's
23  his testimony.
24      Q.  And if it's a chronic condition, though, you
25  would expect this to be something that was chronic in

Page 104

1   nature as well?  Let me try that again.
2           If the existence of contaminants is a chronic
3   condition within there and people going in and out on a
4   regular basis, your deduction would be that each one of
5   them would be tracking out there, you should expect that
6   condition to exist on a floor almost at all times?
7       A.  Depends.  Depends on how frequent people are
8   going in and out.  Meaning, time of day, traffic
9   pattern.  Depends on what the actual contamination and
10  level of contaminants are throughout the course of the
11  day.  And so, yeah, given the -- given the opportunity
12  of contaminants on the floor and people coming in and
13  out, the likelihood of contaminants migrating is -- is
14  known.  They knew that.
15      Q.  And those are all the factors that you would
16  consider, the amount of times people going in and out,
17  and all that, which you didn't consider, though, right?
18      A.  Well, I don't know the number of people going in
19  and out?
20      Q.  Right.
21      A.  But I did take into account the fact that people
22  were going in and out.  In fact, I said that in my
23  report.
24      Q.  But the amount is an important thing I think you
25  just testified, right?

Page 105

1       A.  Well, I don't know the amount, but the amount
2   could be important and the level of contamination could
3   be -- could be important.  And, again, it keeps coming
4   back to the same point, that's why you don't want
5   customers going into the cooler.
6       Q.  Okay.
7           MR. MACKINNON:  All right, that's all I
8       have.  Thank you.
9           THE WITNESS:  You're welcome.
10          MR. ROUSSO:  Couple quick follow-ups, and
11      then we'll let you out of here.
12              CROSS EXAMINATION
13  BY MR. ROUSSO:
14      Q.  So, Counsel had asked you about the policies and
15  procedures that were attached to Mr. Bennett's exhibit,
16  and somehow indicated that you did not reference those
17  policies and procedures within your report; do you
18  recall that?
19      A.  Yes.
20      Q.  Can you take a look at your report, your final
21  report of the 20 -- June 29th, 2018 on page 2?
22      A.  Well, for clarification, he was only asking
23  questions about the June 25th report.
24      Q.  Okay.
25      A.  He never, correct me if I'm wrong, but I was not

Page 106

1  asked a single question about the June 29th report.
2      MR. MACKINNON:  No, I asked you whether the
3  basis of your supplement was solely to account for
4  Mr. Bennett's testimony.
5      THE WITNESS:  Right, but his testimony was
6  in the June 29th report.
7      MR. MACKINNON:  Right.  You say I didn't ask
8  you about it.  I would dispute that.
9      THE WITNESS:  I'm sorry.  Didn't mean to get
10  into that.  I'm trying to make sure I got the right
11  report date.
12      MR. ROUSSO:  Right.  Well, let me ask the
13  questions.
14  BY MR. ROUSSO:
15      Q.  So, we're talking about your June 29th, 2018
16  report, which is the full report that takes into account
17  Mr. Bennett's testimony, correct?
18      A.  Yes.
19      MR. MACKINNON:  Object to the form.
20      MR. ROUSSO:  I'm sorry?
21      MR. MACKINNON:  Object to the form.
22      MR. ROUSSO:  Okay.  I haven't asked my
23  question yet.  I'm just kind of directing him.
24      MR. MACKINNON:  You did.  He answered.  He
25  said "yes".

Page 107

1      MR. ROUSSO:  Oh, okay.  Thank you.
2      MR. MACKINNON:  I would consider that a
3  conclusion.
4  BY MR. ROUSSO:
5      Q.  So, on page 2, I'll just read it out loud:
6  (Reading)
7      Mr. Bennett acknowledged that he was aware
8  of CVS's policy to clean the coolers and shelves on a
9  weekly -- that he was on a weekly basis, especially in
10  the areas where milk and potentially hazardous food,
11  Exhibit 9, page 137, and that he did not follow that
12  policy in his store, page 138.
13      That's part of your report, correct?
14      A.  Yes, and my June 29th report.
15      Q.  Okay.  And Exhibit 9 that you're referring to is
16  the policy and procedure, correct?
17      A.  Yes.
18      Q.  All right.  In terms of Counsel had asked you a
19  question regarding the slope of the floors and how that
20  would potentially effect the migration of liquid or the
21  flow of liquid in a potentially sloped area; do you
22  recall those questions?
23      A.  Yes.
24      Q.  If there were grooves and divots and wearing in
25  the floor as depicted in the photos that you marked,

Page 108

1  would liquid or condensation, regardless of the slope of
2  the floor, potentially get trapped in those grooves and
3  divots and worn areas?
4      A.  Yes.
5      Q.  So, would the slope of the floor under that
6  circumstances play a role in the migration of -- of a
7  liquidy substance?
8      A.  No, the slope would only be of importance if
9  there was a large quantity, a puddle, a large volume.
10  So, say somebody spilled a gallon of milk.  But, no, as
11  far as moisture, the slope is really irrelevant.
12      Q.  In the photos that were attached to Mr. Bennett's
13  deposition, and I'll specifically refer you to number 2
14  of Mr. Bennett's deposition, he -- was it your
15  understanding that he identified the white speckled
16  areas within those photographs as dried milk product?
17      A.  Yes.
18      Q.  Or milk spatter specifically?
19      A.  Yeah, milk residue, spatter.  Whatever you want
20  to call it.
21      Q.  And did Mr. Bennett's testimony regarding what he
22  perceived the white speckles to be, specifically milk
23  spatter, play into your opinion regarding the chronic
24  nature of the condition of the floor inside the cooler?
25      A.  Yes.  And, by the way, the photographs that I

Page 109

1  circled in 1A would include what appears to be the same
2  area Mr. Bennett referred to in his deposition, Exhibit
3  2.  It's a different photograph, but it's contained
4  within my circle.
5      Q.  Okay.  In Exhibit 4 to Mr. Bennett's deposition
6  we also see a similar spatter on the floor.  Did you
7  take this photograph into account when rendering your
8  opinion that there was a chronic -- what do you call it?
9      A.  Buildup of contamination.
10      Q.  Contaminants on the floor?
11      A.  Yes.
12      Q.  As far as you know, was there any type of matting
13  or mats utilized by CVS, either inside its cooler, or
14  outside its cooler based on the testimony of Mr. Bennett
15  to prevent the tracking of contaminants from inside the
16  cooler to outside the cooler?
17      A.  No, they didn't employ the use of mats on either
18  the interior or exterior of the cooler.
19      MR. ROUSSO:  Okay, no further questions.
20      MR. MACKINNON:  One or two very quick
21  follow-ups, Mr. Kendzior.  Did I get it?
22      THE WITNESS:  You did.
23      MR. ROUSSO:  Actually, I'd like to mark 2
24  and 4.
25      MR. MACKINNON:  They're already.

Page 110

1    MR. ROUSSO:  I'd like to mark these specific
2  photographs.
3    MR. MACKINNON:  Denied.  Just kidding.  Go
4  ahead.
5    MR. ROUSSO:  As Plaintiff's 1 and 2 for the
6  purposes of Mr. Kendzior's deposition.
7    THE WITNESS:  Kendzior.
8    MR. ROUSSO:  Kendzior, sorry.
9    [The referred to photographs were marked for
10  identification as Plaintiff's Deposition Exhibit
11  Numbers 1 and 2.]
12         RE-DIRECT EXAMINATION
13  BY MR. MACKINNON:
14    Q.  You viewed the surveillance video.  We've
15  established that, right?
16    A.  Yes.
17    Q.  Do you recall whether or not there were any --
18  there was any attempt by any of the CVS employees who
19  responded to Ms. Noftz after her fall to inspect the
20  floor?
21    A.  Any opportunity?
22    Q.  Any -- do you recall whether there was any effort
23  to inspect the floor?  Like, you know, assess what's
24  going on?
25    A.  Well, there appears to be two employees that

Page 111

1  responded to her fall.  Mr. Bennett we see in a blue
2  shirt, then another unidentified gentleman wearing a
3  white kind of a lab shirt, and I don't know who he was
4  and I don't think he's provided any witness statement or
5  deposition, so I don't know what he knew.
6    Q.  I'm talking about what you observed on the tape.
7    A.  Yeah, there was nobody doing any inspection.  The
8  only thing that was visible from the employees was a
9  gentleman in the white jacket kind of helping Ms. Noftz
10  pick up her items that she had dropped.  So, he was
11  taking her stuff and they put it into kind of a plastic
12  bag.  So, there was no inspection done of the area by
13  any employee.
14    Q.  That you observed?
15    A.  That I observed.
16    Q.  And, likewise, the EMS show up and they're down
17  on hands and knees on the floor.  Are you aware of any
18  statements or any evidence attributable to them
19  regarding the condition of the floor?
20    A.  No.
21    Q.  They'd be in a pretty good condition to assess
22  whether or not there was milky or liquid substance on
23  the floor; would you agree with that?
24    A.  Yeah.  If I could get their depositions, you
25  know, if they were asked those questions, I'd like to

Page 112

1  have those, absolutely.
2    Q.  That would be important; do you agree?
3    A.  Yeah, sure.  Anything that sheds more light is
4  always helpful.
5    Q.  Of course.  Likewise, and you're a slip and fall
6  expert, do you often find people -- I know this from my
7  line of work -- when they fall, their clothes get wet?
8    A.  Sometimes.
9    Q.  Any evidence that Ms. Noftz's clothes were wet?
10    A.  I don't know.
11    MR. MACKINNON:  Okay, nothing further.
12    MR. ROUSSO:  I'm sorry, I do have one
13  follow-up question.
14         RE-CROSS EXAMINATION
15  BY MR. ROUSSO:
16    Q.  You have observed in your career -- how many slip
17  and falls have you observed either on video or, well, on
18  video?
19    A.  Oh, gosh, hundreds.
20    Q.  You saw Ms. Noftz, the video regarding her fall,
21  correct?
22    A.  Yes.
23    Q.  What was it that you perceived about her, the
24  fall itself?
25    MR. MACKINNON:  Object to the form.

Page 113

1    THE WITNESS:  How she fell?
2  BY MR. ROUSSO:
3    Q.  How she fell.
4    A.  Yeah, I mean it's a classic slip and fall.  You
5  can tell that based on the nature of how she was walking
6  as she approached the area.  Just in front of the cooler
7  you see her right foot slide out in front of her
8  rapidly, and then her trailing foot kind of bend at the
9  knee and she goes down.  That's a pretty much picture
10  perfect wet floor slip and fall.
11    MR. ROUSSO:  No further questions.
12         RE-DIRECT EXAMINATION
13  BY MR. MACKINNON:
14    Q.  Any expertise in biomechanics?
15    A.  No.
16    Q.  Human factors?
17    A.  No.
18    COURT REPORTER:  Are you ordering?
19    MR. MACKINNON:  Yes.
20    MR. ROUSSO:  I will take a copy.
21
22         - - - - - -
23    (The deposition was concluded at 12:23 p.m.)
24  (Reading and signing of the deposition was not waived by
25         the witness and all parties.)

Page 114

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6

7         I, Regina Toppins, Court Reporter, Notary

8    Public, State of Florida, certify that RUSSELL KENDZIOR

9    personally appeared before me on the 27th day of

10   February, 2019, and was duly sworn.

11        Signed this 27th day of February, 2019.

12

13

14

15

16

17

18

19        _____

         Regina Toppins, Court Reporter

20       Notary Public, State of Florida

         Commission No.:  GG030486

21       Commission Expires:  September 14, 2020

22

23

24

25

Page 115

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF ORANGE

5

6         I, Regina Toppins, Court Reporter, certify that

7    I was authorized to and did stenographically report the

8    deposition of RUSSELL KENDZIOR, pages 1 through 113;

9    that a review of the transcript was requested; and that

10   the transcript is a true record of my stenographic

11   notes.

12

13        I further certify that I am not a relative,

14   employee, attorney, or counsel of any of the parties,

15   nor am I a relative or employee of any of the parties'

16   attorneys or counsel connected with the action, nor am I

17   financially interested in the action.

18

19        Dated this 27th day of February, 2019.

20

21

22

23       _____

         Regina Toppins

24       Florida Court Reporter

25

Page 116

1                       ERRATA SHEET

2    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES ON THIS PAGE

3      IN RE:  Peggy Noftz v. Holiday CVS, L.L.C.

4

                        Russell Kendzior

5                      February 27, 2019

                   (U.S. Legal Job No. 1877265)

6    _____

7    Page No.   Line No.      Change              Reason

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated in it
     are true.

24   _____

25   Date                          (WITNESS NAME)

**$**

**$400**  30:24
**$5,000**  31:6

**(**

**(2013)**  44:5

**1**

**1**  56:22 58:11
 59:25 60:17
 62:7 64:17
 110:5,11
**10**  23:12
 89:5,20 94:8,
 9 97:13
**100%**  25:10
 28:11,12
 29:17
**11:07**  58:7
**11:16**  58:7
**12**  23:12
 31:3,4 91:9
**12-word**  91:19
**12:23**  113:23
**137**  107:11
**138**  107:12
**16**  41:6 42:11
 43:5
**1960**  4:24
**1985**  38:11
**1A**  56:19,22
 57:5 58:10
 60:17,24 62:7
 63:2 64:16
 65:1 69:6
 70:25 71:17,
 23 109:1
**1B**  64:25 65:2
 69:1,2,6
**1C**  66:23
 68:20 69:7
**1D**  69:7

**1E**  69:7
**1F**  69:7
**1G**  69:7

**2**

**2**  56:22 57:2
 97:24 99:6,10
 105:21 107:5
 108:13 109:3,
 23 110:5,11
**20**  6:11
 105:21
**2013**  16:13
**2015**  16:9
 44:2 89:4,18
 92:9 94:7
 95:9 96:4
**2016**  30:18
 41:7 42:11
 43:5 81:10
 84:4 85:9
 89:25 94:8
 95:10 96:5
**2017**  26:13,21
 38:3
**2018**  14:19,20
 18:8 30:8
 39:8,12,23,24
 40:3,13,17,19
 44:15 105:21
 106:15
**20th**  92:8
 95:9
**22**  19:18
 69:17
**24th**  4:24
**25**  19:18 23:2
**25th**  14:19
 39:8,23 40:3,
 13 44:14 77:3
 93:13,14
 105:23
**26th**  16:11
 44:2
**28th**  16:9,11
 89:4,18 96:4

**29**  39:12
 40:19
**29th**  14:19
 39:24 40:16
 77:7,11
 105:21 106:1,
 6,15 107:14

**3**

**3**  56:22 60:9
 66:20 68:16
 69:15 76:20
 77:1 89:11
 91:1,19
**30%**  23:5
**30th**  18:8
 30:8,18 81:10
 84:4 85:9
 89:25 94:8
 95:10 96:4
**37**  69:17
**39**  69:18,19

**4**

**4**  19:16 22:18
 56:22 93:11
 109:5,24
**40**  19:17
 22:19

**5**

**5**  56:23
**50**  19:17
 22:19
**500**  19:16
 22:19
**5th**  26:13

**6**

**6**  56:23

**7**

**7**  56:23 57:2
**70%**  23:4 32:3

**8**

**8**  43:12
**8/15/17**  38:2
**800**  19:14
 27:4

**9**

**9**  94:8
 107:11,15
**90%**  28:12

**A**

**A-H-M-U-D-A**
 27:14
**A.M.**  58:7
**ability**  36:11
**able**  5:16
 6:13,21 16:20
 26:6 37:1
 45:4 54:22
 55:10 99:20
**about**  4:6
 7:13 10:11
 16:20 25:5,10
 28:22 30:20
 31:3 32:3
 33:10 35:3
 36:13,19
 37:17 42:7,10
 55:12,13
 59:22 65:16,
 23 68:13
 70:23 72:15
 76:7 78:13,17
 80:11 81:14
 84:3,9,11,13,
 21 85:6 88:5
 90:25 94:13,

24 97:22,24,
25 98:5,20
99:6,10,21
105:14,23
106:1,8,15
111:6 112:23
**above** 4:3
**absence** 72:22
**absolutely**
112:1
**access** 102:14
**according**
49:11 70:3
75:9 86:22
**account**
104:21 106:3,
16 109:7
**accredited**
22:4
**accumulate**
84:14
**accumulation**
100:3
**accurately**
57:20
**acknowledged**
107:7
**act** 54:4
**active** 29:3
**actual** 9:12
11:1 104:9
**actually** 5:12
9:6,9,10,13
10:18 14:3
16:13,24 23:1
33:19 34:13
43:14 59:10
60:21 67:1
76:15 80:23
94:23 98:11
109:23
**added** 23:1
**additional**
15:6,9 16:16
17:6
**admitted**
74:12

**advance** 49:2
**after** 8:3
12:2 16:15
17:8,10 18:6
24:5 45:9,13
51:19 73:9
75:22 79:12
99:9 110:19
**again** 5:3,24
6:9 11:20,21
19:10 25:20
34:4,23 36:1
60:14 66:8
71:21 77:22
83:11 84:20
86:4 96:18
104:1 105:3
**against** 23:19
31:11 35:11
**ago** 23:16
69:1
**agree** 5:5
8:13,18 41:3
46:14 47:14
54:2 55:17
57:16,20
64:16 67:14,
16 72:9 78:6,
15,20 81:2,25
82:4 83:10
87:16 88:3
89:7 90:24
92:14 97:15
111:23 112:2
**agreed** 9:1
71:13 89:21
**agreement**
18:7 29:22
30:4 31:21
**Agricultural**
43:25
**Agriculture**
16:6 74:24
88:6,21
**ahead** 13:13
56:8 58:5
69:22 70:24
110:4

**Ahmuda** 27:14,
15
**aid** 46:22
**air** 79:1
81:23 83:22
84:23 85:4,15
**air-
conditioned**
81:7,15
**Airport** 38:20
**all** 7:7,16
8:8,16 9:3,20
10:2,25 11:20
12:10 14:6
15:15,19 16:3
17:19 18:24
19:15,20,25
20:14,24
21:6,8 22:6,
9,11,24
24:10,13
25:7,13,22
26:14 27:17
28:22 29:6,17
30:23 32:7,13
36:19 37:4,9
39:17,19
40:23 44:10,
17,23 45:2,
15,18 46:4,7,
14,20 47:8
48:12,18,25
49:6,11 50:23
52:19 54:8,
15,21 55:17,
21 56:8
57:10,22
58:2,4 59:14,
18,23 60:22
65:1,16 70:5
71:19 72:22
73:6 74:12
75:3,4 76:5
77:20,24
79:6,10
80:10,13
81:21 82:20
84:9,17 85:14
86:1,11,20,23

87:22,25
88:5,14 89:2,
3,7,17,20
92:8 93:11,22
95:8,14 96:21
97:17,20 98:3
99:1 100:16
102:20 103:9,
13,15,17
104:6,15,17
105:7 107:18
113:25
**allegations**
49:17
**allow** 66:12
**almost** 28:5
104:6
**along** 31:6
44:10
**already** 24:14
25:4 84:10
109:25
**also** 8:6 22:3
49:7,20 58:11
78:12,17 83:1
96:24 100:12
109:6
**always** 8:20
56:9 81:13
112:4
**am** 14:25 20:9
29:10 36:23
99:23
**amend** 40:9
**American** 22:4
**among** 15:23
41:19 45:4
**amount** 31:12
54:5 83:8
87:21,22 90:4
104:16,24
105:1
**analogize**
12:7
**and** 4:2,8,12,
21,25 5:14,
15,16,20,22
6:3,13,17,18,

| | | | |
|---|---|---|---|
| 21 7:9,11,21, 23 8:3,15,16, 17,20,21,23, 24,25 9:8,10, 15 10:3,5,7, 15,19,20,25 11:5,10,11,15 12:7,12 13:1, 4,5,7,13,21, 24 14:1,6,18, 19 15:4,8,15 16:1,6,8,14, 16 17:6,15,25 18:1,6,8,11, 18,24 19:2,3, 15,16,20,22, 24 20:1,7,9, 12,13,15,24 21:7,8,10,17, 24 22:5,7,12, 14,18,19 23:5,19,21 24:1,11,16, 17,22 25:19 26:6,15,25 27:4,8,9,22 28:3,6,20 29:2,12,17,18 30:3,7,17,20, 23,25 31:6,9, 12,20 32:25 33:8,9,10,17, 18,24 34:7, 15,17,24,25 35:2,6,7,22 36:9,12,20,24 38:9,14,18, 19,22 39:3,4, 11,14,17,24 40:1,8,12,16 41:5 42:18 43:7,19,22, 24,25 44:4, 11,20 45:7, 11,18,21 46:7,11,17,24 47:2,5,8,11, 16 48:1,4,15, 25 49:4,6,15, | 17,18,21,22, 25 50:2,9,11, 15,18 51:1, 12,15,25 52:1,8,11,19, 21,25 53:1,13 54:2,5,12,18, 20 55:12 56:3,9,25 57:1,5,10,12, 15,16,17,20, 25 58:11,17, 20,25 59:5, 10,12,13,14, 24 60:9,14,24 61:5,7 62:19 63:8,9,15,19, 21 64:21 66:4,8,17 67:3,16,19 69:7,16,17, 19,20,21,22, 23 70:3,5,8, 9,18 71:4,9, 12,15,16,17, 21 72:25 73:8,12,17, 19,20 74:5,9, 13,14,16,23 75:2,16,20,23 76:3,11,22,23 77:7,14,20, 21,25 78:4,8, 11,20,23 79:6,10,15, 18,24 80:20 81:4,7,10,18, 24 82:25 83:1,4,23,24 84:4,5,9,11, 12,13,14,24 85:3,24 86:1, 8,11 87:6 88:6,14,21 89:3,7,10,13, 14,15,17,20 90:5,9,16,18, 22,25 91:7,9, 11,16,18 | 92:2,8,23 93:19,22 94:7,12,13, 16,17,21,25 95:1,3,4,5, 10,12,22,24 96:3,4,24,25 97:4,6,9,12, 14,17,23 98:3,17,20 99:1,4,8,19 100:10,20,21, 25 101:2,7, 14,17,22,25 102:5,10,16 103:5,6,13, 18,22,24 104:8,9,11, 12,15,16,17, 19,22 105:2, 3,10,14,16,17 107:8,10,11, 14,15,16,19, 24 108:2,3, 13,21,25 109:24 110:5, 11 111:3,4, 11,16,17 112:5,17 113:4,8,9,10, 24,25 **and/or** 84:8 88:15 102:13 **Anise** 27:13 **ankles** 47:2 **another** 17:21 111:2 **ANSI** 22:4 **answer** 62:10 64:3 65:23 94:20 **answered** 52:4 106:24 **answering** 12:21 **Answers** 17:22 43:22 | **any** 7:14 8:4, 7 9:21 10:21 11:11,24 12:3 18:11 19:2 24:8,19,21 25:8 31:12 32:13 38:13 47:17 48:19 49:23 50:1, 13,17,20 52:20 54:23 55:10,12 60:15 63:25 64:10 65:5,10 66:10,17 67:21 72:22 75:8,15,21, 23,24 76:8, 23,24 77:20 78:7 79:11,12 83:11 84:17 86:12,25 88:25 90:5 91:17 92:25 95:8,11,13,14 100:16 101:3 103:20 109:12 110:17,18,21, 22 111:4,7, 13,17,18 112:9 113:14 **anybody** 47:11 49:20 50:4 51:23 52:6,20 96:15,16 100:18 **anyone** 25:7 50:14 93:3 96:13,21 **anyone's** 91:21 **anything** 15:12,13 19:6 20:20,21 33:12 34:21 35:10 36:9 37:9 38:14,15 40:19 51:4 59:19 75:2 |

112:3
**anywhere**
  63:3,21 64:6
  67:23
**apologize**
  62:20
**Apparently**
  16:22
**appear**  14:20
  54:23 57:2
**appeared**
  53:15 54:14
**appears**
  57:12,13,24
  58:11 65:14,
  23 67:2,3
  109:1 110:25
**applied**  9:8
**apply**  36:21
**approached**
  113:6
**approximate**
  19:9 99:20
**approximately**
  86:18,20 87:5
  89:5 98:2
**approximating**
  99:15
**are**  4:6 7:7
  8:20 14:7,23
  16:1,20 17:2
  18:6 19:11
  20:24 21:3
  22:4 26:6
  31:20 32:5
  33:15 34:5,6,
  23,24 35:11,
  16,19 36:18
  37:1 39:17,20
  44:18,19
  45:4,5 46:18
  49:17,22
  50:13 52:19
  53:22 55:9
  59:25 60:4,5,
  17 62:24
  68:17 74:17
  76:25 77:5,17

78:23 83:3,5
84:17 85:8
86:11 89:24
93:13 94:3
95:5,14 97:12
99:24 100:16
101:3,21
102:4,15,21
104:7,10,15
111:17 113:18
**area**  10:4,8
12:23,24
36:6,8,20
37:8 53:1
55:25 57:7,23
58:16 59:5
61:9,10,12,
13,22 62:4
63:12 64:20
65:24 67:3
68:12 71:1,3,
18 72:7 73:8,
9 75:5,25
92:13 97:3,10
107:21 109:2
111:12 113:6
**areas**  85:18
90:19,20
107:10 108:3,
16
**Aren't**  79:21
**argue**  99:19
**Arizona**  83:6
**arms**  21:24
**around**  23:4
51:23 58:13
**arrive**  17:10
33:5 46:11
54:10
**arrived**  85:21
103:4
**as**  4:13 8:22
9:15 10:15
11:8,14
12:11,12,21,
22 13:19
14:11,12
17:9,12,15

18:1 19:20,
23,25 20:1,5,
17 21:9 22:14
24:4 25:21
26:8,10,13,18
28:3,10 30:2,
4,10,11,16
31:17,22,25
32:4,5 34:14
35:18 36:8
39:9,11,24
40:1 43:5
46:15,23,25
47:3,4,5,6,9,
19 48:15,19
50:23 51:3,4,
17 54:3,4,12
56:19,21
61:17 65:9
69:6 71:17,21
72:7 73:7
75:22 78:9
82:22 83:1,
18,20,21
84:13,22 86:5
88:7,8,11
89:17,24 90:3
92:8 94:9,10,
12 100:2,10,
24 104:1
107:25
108:10,11,16
109:12 110:5,
10 113:6
**ask**  13:21
60:20 106:7,
12
**asked**  24:16
25:3 33:10
40:23 41:15
50:4,7,19
72:21 99:2
101:20,21
105:14 106:1,
2,22 107:18
111:25
**asking**  5:9
12:16 26:17,
25 33:24

50:5,11 51:9,
11 52:19
53:11,22
60:16 62:16,
17 68:7 70:8,
14,18 91:23
105:22
**aspect**  6:8
66:10
**assert**  64:21
**assess**  54:22
110:23 111:21
**assist**  11:17
25:7
**assume**  6:3
12:13 24:22
90:6 97:11
99:2
**assuming**
26:20
**assumption**
97:15
**at**  4:3 5:21
8:16 12:4,5
16:23 17:10
19:16 22:11,
19 23:17 26:1
27:18 31:21
32:2 34:15,
17,19,21,22
35:5,14 40:2
42:12,14
46:11,12
48:12,19,22
49:11 53:6
54:9,10 55:9
56:5,21,25
57:4 58:1
60:24 66:9
69:15,17
70:14 72:2,5,
18 73:4 75:8,
15,23 76:21
79:11,15
82:24 85:21
87:22,24 88:2
89:17 96:12,
15 103:5
104:6 105:20

113:8,23
ate 24:6
atmosphere 79:1
attached 105:15 108:12
attempt 110:18
attention 93:19
attorney 7:4 24:8 32:23 33:3,17,20 34:25 42:5
attributable 111:18
auditor 7:6
August 26:13, 21 38:2
author 22:6
automobile 21:6
awaiting 40:7
aware 45:3 49:6,11,17,22 50:13,24 51:11,15 52:12,20 67:21 73:17 78:6 84:17 85:8 86:12 95:14 100:16 101:3 102:4, 21 107:7 111:17
away 33:2 82:8

**B**

back 11:16 12:18 26:16 32:22 40:25 48:4 51:23 53:2 58:9 59:24 68:4 69:10 76:19 81:1 95:24

100:11 102:2 105:4
background 45:18
bad 33:4
bag 111:12
base 49:4 57:25 63:8 72:25 91:18 95:3
based 10:19, 20,25 15:6 32:25 35:15, 16 39:19 50:7 51:18 64:21, 22 65:18 73:3 76:3 90:1,12, 16 91:9 103:5 109:14 113:5
Basically 71:2
basing 97:23
basis 13:25 31:10 73:23 104:4 106:3 107:9
beat 83:12
because 8:3 22:6 25:3,4 33:15 40:24 51:12 55:15 56:14 59:24 60:3 69:1 73:9 76:19 77:9 79:14 81:18 83:17 87:7,14 97:10 99:19 101:24
become 84:7
been 4:12 13:5 14:14 19:8,16,18 23:2,3,7,20, 21 24:7,9 32:4 33:7 34:13 37:7 39:19 41:17 51:5 58:10

60:3 64:19,21 70:5 71:2,6, 12 75:3 76:21 78:3 85:23 90:20 93:17, 23,24 94:22
before 4:1 14:8,18 18:19 23:22 26:23 31:17 51:6 69:2 71:3 79:12 88:16
begin 87:23
beginning 69:17
behalf 4:22 32:5 34:11
being 35:11 54:12 72:16 74:3,21 75:10 84:18 100:11
believe 12:16 17:24 25:2 43:12 48:18 65:17 66:22 67:5 86:20
bend 113:8
beneath 9:9 56:1
benefit 33:2
Bennett 16:2, 22 40:8 44:20 50:8 57:1 61:19 63:11 66:22 72:15 73:7,14 74:12,16 75:9 94:5 95:11 96:9,19 99:9 100:19 101:6 102:10,12 107:7 109:2, 14 111:1
Bennett's 15:10 40:14, 20 43:13,15 50:19 58:11 62:8 63:9

64:17 74:22 76:9 77:8,10, 11,16,25 78:3 94:7,15 95:5 96:24 103:2 105:15 106:4, 17 108:12,14, 21 109:5
best 5:5,9,17
better 22:16 27:6 60:21 62:24 66:12, 24 86:7
between 19:2 36:7 38:19 52:24 57:17 58:18 59:5 71:3,14,15 81:4 95:9,15 96:4
beyond 36:11 38:14
bibliography 26:3
big 68:12 83:25 92:11
bill 31:10,11
billing 18:7 31:2
biomechanics 113:14
birth 4:23
bit 21:11 37:23 51:17 78:12 99:22
blue 111:1
board 21:6 29:3
body 47:2
books 25:21
both 8:21 15:15 22:23 23:17 34:6,7 35:7 84:5
bottom 26:9 40:5 58:13 98:10

bought  55:5
Bradley
  38:11,21
breach  35:24
breached
  36:13
break  27:7
  45:21 56:11
  59:13,18
bridge  21:5
bring  24:24
  25:3,19
brought
  13:21,23
  15:23 24:13
  31:18 41:9,20
BS  38:11,13
build  80:22
building
  84:25
buildup  78:22
  86:4 89:14
  90:3,8,16,23,
  25 91:7,11
  92:2 109:9
built  74:21
bullet  11:23
  12:7
bunch  68:24
but  4:8 5:17,
  20 6:10,17
  9:17 10:5
  11:2,21,24
  14:17 16:5
  17:12 18:20
  23:2 26:7,14
  27:12 31:2
  34:10,21,22
  35:3,8,10
  36:4,6 37:1
  38:7,10,21
  39:2 40:23
  41:12 42:21
  45:4,15 47:18
  48:11 50:20
  51:19 52:6
  53:15,20,25
  55:15 58:2

59:7 60:8,15,
  17 61:13
  62:4,24 63:1,
  6 65:1,11
  67:1 69:10,22
  71:12 72:7,24
  73:8 77:12,17
  78:17 81:11,
  15 82:21
  83:8,15,18
  85:2 86:9,23,
  25 87:24
  88:17 90:21
  92:14 93:23
  94:4,13 95:12
  96:21 97:23
  98:10,22
  99:2,5,12,15,
  20 102:8
  104:21,24
  105:1,25
  106:5 108:10
  109:3
butcher  27:23
buying  52:6
by  4:15 7:3,
  17 10:14 14:2
  15:1 16:15,17
  17:24 18:8
  22:4 23:7,18,
  20,21 24:7,
  18,22 27:21
  32:17,23
  33:17 34:9,16
  35:23,24
  37:6,18 41:6,
  24 42:24
  43:17 44:20,
  21 45:5,8
  47:9,11 52:18
  56:20,24
  57:1,5 58:1,8
  59:1,17 60:19
  62:5 64:5
  67:12 68:6,18
  69:8 71:5
  72:17 76:18
  85:21 87:11
  89:24 90:10

92:1 93:5,10,
  18 94:4,5,9,
  22 95:17,21
  99:9 100:1
  105:13 106:14
  107:4 108:25
  109:13
  110:13,18
  111:12 112:15
  113:2,13,24

———————————

C

———————————

calculations
  24:17
call  8:23
  13:16 34:25
  41:12,18
  42:22 63:16
  64:25 66:22
  72:10 74:1,24
  94:3 99:16
  108:20 109:8
called  7:6
  20:11 27:13
  28:1 64:25
  69:1 96:7,20
calling  27:23
  59:25 68:17
came  14:6
  76:8 88:13
camper  31:23
can  5:18 9:3
  14:22,24
  16:24 17:19
  19:9 23:10
  26:12,17
  27:7,8,9,10
  30:15 34:7
  36:15 37:14
  41:13,14
  46:13 53:9
  54:11 55:14,
  24 56:11 57:5
  59:7 60:8,10,
  25 61:7,24
  62:8,12,18,21
  63:2,3,4 65:5

66:16,19
  67:1,13,23
  68:7 69:4,10
  70:15 71:9
  79:7 80:18
  82:23 83:6
  85:11 98:3,
  12,13,18
  101:12 103:20
  105:20 113:5
can't  33:1,
  20,21 35:2
  55:15 62:14,
  16 63:6
  64:17,19
  68:10 71:13
  72:6 83:17
  98:10
cancelled
  18:9,20
cancelling
  18:21,22
cane  46:22
cannot  36:13
  76:23
capacity
  14:12
care  13:2
  35:21,25
  36:14,16,18,
  19,25 37:2,5
career  19:12
  112:16
carefully
  36:7
cart  10:5
  59:4,5 71:3,
  15
case  6:12
  7:16 9:12,20
  11:10,15
  12:1,12 13:1,
  6 15:12
  23:23,24
  24:1,7,19
  25:8 26:8,18,
  23 27:1,13
  29:25 30:24

31:1 33:3,4,
18,19 35:2,21
36:21 37:5,12
41:3 42:2,7
51:3 59:22
82:16 88:24,
25
cases 19:22
21:4 22:21
23:12,17,18,
19 25:16
26:5,14,22
27:4 28:6
32:3,13,19
33:6 37:22
38:1 84:6
89:1
casings 11:23
12:8
cause 4:3,7
82:11
caused 45:21
CD 41:11,17,
18
center 21:17
certain 33:5,
8 87:22
chance 14:2
change 59:12
changed 33:15
changes 10:22
17:17
check 18:9
32:24
Chicago 38:23
Chicago-kent
38:25
chime 27:18
chips 61:21
chronic
73:23,24
74:6,18 93:18
94:6,18,22
100:2,10,13
103:24,25
104:2 108:23
109:8

chronological
26:15
chronologicall
y 39:6
circle 57:7
61:5,7 67:4
68:5,7 109:4
circled 58:12
60:7 61:23
62:21 63:2,7
66:25 70:25
109:1
circular
58:17
circular-ish
58:12
circumstances
108:6
cite 49:7
69:14
cited 69:18
89:13
claim 20:17
46:18 49:23
claiming
50:24 52:20
claims 21:9
22:9,14 35:11
clarification
105:22
clarified
43:7
clarifying
102:2
clarity 39:5
classes 38:14
classic 113:4
clean 96:3
107:8
cleaned
96:13,17,21
cleaning
36:22 96:7,20
cleanup 8:24
clear 19:25
20:13 34:5
39:7 44:17

45:7 57:15
84:20
clearly 75:20
98:5 99:10
client 7:3
22:20 33:22
clips 48:4
close 81:2,21
82:3,7 85:2
close-up 65:3
closed 66:25
closely 65:21
closes 82:25
closing 84:24
clothes
112:7,9
Code 44:4
coefficient
7:5,8 9:21
10:21
colder 83:20
collect
12:11,22
24:11
College 38:15
color 57:12,
17,18 66:4
colorations
65:25
colored 65:12
combination
61:18 65:25
66:7 68:13
90:20 91:17
92:5 94:3
100:9
combined 74:3
76:5
come 37:9
47:13 84:11
95:24 96:25
comes 28:9,13
31:6 52:13
56:3 72:12
coming 10:5
49:25 61:19
97:4 104:12

105:3
commence 30:8
common 63:20
94:16
communication
19:2
companies
25:8
company
20:11,22
21:19,20
25:8,14,15
28:1,22 75:19
complaint
42:23,25
complying
57:9
component
6:1,6 13:8
composite
31:24 56:22
58:10 64:25
composition
8:11 9:5
comprise
15:16 18:14
39:14
comprises
48:6
concentration
54:5
concerning
4:6
concluded
91:9 113:23
conclusion
74:11 91:3
101:23 103:3,
14 107:3
condensation
51:21 61:16,
18 63:17
68:14 78:18,
20,24 79:7,23
80:5,7,10,11,
14,18,22
82:2,6,8,24
83:3,8,9,15,

17,18 84:8,
12,14,17,21
85:1,3,8,11,
12,13,14,17,
18,21,22,23
86:1 100:3
108:1
**condense**
83:23 84:2,23
85:16
**condensing**
83:25
**condition** 6:5
8:4 11:3,7,18
12:5 17:17
33:13 34:1
54:13,19,22
55:1 74:18
90:2 94:9,16,
18,24 100:17
103:24 104:3,
6 108:24
111:19,21
**conditions**
5:21 72:1,2
73:4 78:23
79:7 80:4
89:23 97:18
**conduct** 18:20
**confined**
79:24
**confirm** 67:22
76:24
**conflict**
32:24
**confused**
34:15,23
68:25
**connection**
24:18
**consider** 18:2
24:11 40:13
90:4 104:16,
17 107:2
**consideration**
4:7 15:10
40:20

**considered**
49:22 86:24
**considering**
51:12
**consists**
56:22,24
**consulting**
20:11,22
**Consumer** 16:6
43:25 88:6,21
**contact** 32:23
**contained**
18:2 77:6
78:4 97:13
109:3
**containers**
73:19
**contaminant**
72:6,8 100:8,
13 102:11
**contaminants**
74:15,21 92:4
94:2,12
100:18 101:4,
18,22,24,25
102:6,9,16,22
103:6 104:2,
10,12,13
109:10,15
**contamination**
67:11 68:13,
14 71:2 73:25
75:23 88:1
90:22 91:16
100:7 104:9
105:2 109:9
**contend** 57:6
**content** 39:4
**contention**
50:14
**contents** 18:6
**context** 20:17
22:9 36:24
37:2 46:16
**continue**
17:19
**continuing**
69:18

**contractors**
100:21
**contradictive**
33:19
**contrary** 35:1
**cooler** 9:12
10:4 48:20
49:9,13,21
50:2,10,15,25
51:1,7,20,22,
24 52:2,9,13,
21 53:1,2
55:13,15,19,
22 58:13
63:23,24
64:8,12,13
65:4 66:9
67:16,23
69:24 70:1
72:12 73:15,
22 74:4,7,15,
19 75:6,14,16
79:4,11 81:4,
18,22,25
83:20,23
84:3,18,23,
24,25 85:9,
15,16,19
86:13,15
87:1,3 89:14
90:3,8,12,14,
21 91:6,10,
16,17 92:2,11
95:2,9 96:4,
13,17,22,25
97:4,10,13,
15,18,21,25
98:6,11,12,
13,14,17,19,
21,23 99:6,8,
11,18 100:22,
23,24 101:3,
7,9,15,17,22,
23,24 102:6,
14,16,17,22
103:6 105:5
108:24
109:13,14,16,
18 113:6

**coolers** 107:8
**coordinated**
18:25
**copy** 18:9
113:20
**corner** 26:9
37:21 65:17
**correct** 10:17
11:1 12:8
15:8,11 17:17
18:4,5,25
19:5 21:10
24:14,15
30:5,18,19
31:7 38:3
39:12 40:14,
17 44:3,5
47:19 48:2,7,
23 49:2 52:9
54:6 55:24
58:15,20,23
61:5,6 64:13,
18,23 66:11
67:14 70:4
76:4,9 77:18,
21 85:25
89:16,18
92:5,6,22
95:6 99:4
103:3,12
105:25 106:17
107:13,16
112:21
**correcting**
59:15
**correspondence**
18:11,16
**corroborate**
67:21
**corroborates**
49:23
**could** 4:16
5:8,14,24,25
7:15 9:19
11:19 13:5
15:22,23
16:19 17:18
21:25 26:25

27:3 31:13
40:2 41:25
50:12 54:7
57:8 65:20,22
71:6,12 79:22
80:1 88:4
93:23,24 98:9
99:15 100:8,9
105:2,3
111:24
**couldn't**
14:17
**counsel** 14:21
16:17 17:11
105:14 107:18
**counted** 48:10
**counting** 31:5
**country** 7:7
9:7
**couple** 11:9
78:25 105:10
**course** 33:10
61:21 80:17
82:18 103:21
104:10 112:5
**courses** 22:3
**court** 4:1,5
19:17 56:7
68:22 93:7,9
99:24 113:18
**covered** 61:10
**crash** 21:6
**create** 24:21
79:7 83:16
**created** 58:17
**crime** 11:22
12:8
**CROSS** 105:12
**current** 37:25
38:8
**customary**
8:10,11
**customer**
14:12
**customers**
49:18 50:1
97:9 100:12

105:5
**cut** 98:9
**CV** 24:22
25:20,23 26:2
37:19 38:6,7,
8
**CVS** 4:21 6:15
8:9 9:23
14:9,15 17:3
23:8 42:5
55:6 57:1
84:4 96:3,13,
15 109:13
110:18
**CVS's** 43:22
76:11 78:8
96:6 107:8
**cycle** 75:17

---

**D**

**Dallas** 38:19
**damage** 54:23
**Damp** 86:7
**dark** 66:2,3
**Darren** 41:6
**date** 4:23
16:21,23
17:7,13 26:9,
10,11,23
37:20,23
38:1,5,7 42:9
45:16 56:25
75:5 77:2
79:11 81:11
89:3 106:11
**dated** 14:19
16:8 17:2
18:8 41:6
44:2,14
**day** 18:19
20:7 21:5
22:12 28:1
30:14 75:8,15
104:8,11
**days** 15:6
17:8,10 45:9,
13

**deals** 36:10
**death** 83:12
**debris** 87:25
89:15 90:5,9,
16,20,22,25
91:7,11,16
92:3 94:2,13
**December** 16:9
44:2 89:4,17
92:8 94:7
95:9 96:4
**decide** 36:3
**decrease** 9:18
**decreases**
10:16
**deduced** 102:1
103:2,9
**deduction**
102:5,7,8,18,
20 103:1
104:4
**defects** 54:24
**defendant**
22:22 32:15,
16 33:12
34:21 35:10,
24 37:5 40:8
41:5 76:24
93:18 94:22
**Defendant's**
17:22 44:7
76:22
**defendants**
23:6 33:25
34:8,17 35:7
**defense** 7:4
**defined** 101:5
**degrade** 9:3
10:23
**degree** 10:2
**deliver** 97:1
**demand** 42:3,
5,19,21
**demanded**
93:18
**demarcate**
58:18

**demarcation**
57:15,17
**Denied** 110:3
**Department**
16:5 43:25
74:14,16,23,
24 88:6,20
94:4,6,10,14
95:18 102:9
**depending**
83:4
**depends** 6:9
9:5,19 10:15,
25 19:10
83:11 86:4
87:21 104:7,9
**depict** 60:18
**depicted**
107:25
**depo** 43:11,13
**deposed** 19:8,
16 35:14
103:19
**deposit** 73:20
**deposition**
4:1 13:14,19
16:2,4 18:18,
21 22:19
24:12 31:5,25
34:20 35:5
40:1,7,14,20
43:9,20 50:19
56:19 58:12
64:17 66:21
69:6,16 77:8,
10,11,16,23
78:3,4,6
88:8,11
101:10
108:13,14
109:2,5
110:6,10
111:5 113:23,
24
**depositions**
15:25 19:10
72:20 111:24

derive   29:15
derived   28:15
describe
  32:24 47:5
described
  39:8 65:9
  66:14,16 72:7
  73:17,18
  100:2
description
  94:17
details   8:24
detective
  51:17
determination
  46:11
determine   5:6
  7:1 11:5,8
  80:4
determined
  98:20
determining
  5:21 11:17
DFW   38:20
did   13:24
  17:10 18:2
  19:3,10
  24:10,16
  25:7,19 29:21
  32:1 35:24
  37:12 40:13
  42:18 43:14
  45:24 46:11
  54:10 55:8
  59:18 60:16
  64:13 67:16
  69:11,25
  73:14 74:14
  75:21,23
  88:12 92:25
  95:24,25
  96:23,24
  97:20 98:3
  101:21 102:10
  104:21 105:16
  106:24 107:11
  108:21 109:6,
  21,22

didn't   18:1
  19:6 24:21,24
  25:3 37:14
  39:2 41:15
  46:22 54:23
  59:19 63:25
  64:10 67:9
  68:11 71:14
  73:9 77:8,10
  79:14 86:25
  92:21 96:9,
  10,11,16
  104:17 106:7,
  9 109:17
difference
  57:11
different
  11:9 36:16
  50:20 65:25
  72:4 78:21,22
  80:15,16
  88:19 109:3
differential
  81:3
dimensions
  92:15
diminish
  38:10
dinner   24:6
DIRECT   4:14
directed
  14:20
directing
  106:23
Directors
  29:4
dirt   66:2,3
discuss   39:4
  59:18,19
discussed
  44:19 59:15
  78:15
discussing
  58:10
disk   14:1,6
display   56:3
  84:6

dispute   106:8
disputing
  81:16 98:15
  99:12 101:16
disrespect
  27:24
distance
  97:22,24 98:1
  99:5
distinguished
  46:15
Division   44:1
  88:7,21
divots   107:24
  108:3
do   4:5,9,25
  5:5 6:16,18,
  21,22 7:14,21
  8:13 11:5,13
  15:15,19
  18:11 19:15,
  20,22,25
  20:6,14 21:6,
  8,13,14,15,
  18,21,22,25
  22:3,15,18,
  23,24 24:19,
  23 25:13,16,
  18 27:3,6
  29:21,23
  30:1,11 31:9,
  12,13 32:24
  37:8 39:3,6
  40:10,11 41:3
  42:21 46:10
  49:4 51:16
  52:7,8,24
  53:5,11,16,22
  55:3,5,18,21
  57:13,18,19,
  20,21 61:3,4
  63:21,25 64:6
  65:9,17 66:13
  67:13,16
  68:4,22,23
  69:11 74:5,9,
  10 75:4,21
  76:13 79:18
  80:8,13 83:9

86:3 88:3
  90:13 92:14,
  18 93:3,20,21
  95:8,17 96:3,
  8,12,13,15,
  16,21 105:17
  107:21 109:8
  110:17,22
  112:2,6,12
document
  13:10,18
  16:11 17:21,
  23 18:1 30:3
  31:24 41:9
  58:9 88:10,
  14,15,17
documentation
  95:13
documented
  11:11 94:4
documents
  14:7,18,20
  18:10 24:11,
  20,21 31:18
  39:25 41:13,
  19,23 76:24
  94:14
does   9:18
  19:7 30:12
  65:2 72:1
  77:13 78:8
  87:10,15,17
  91:8 101:18
doesn't   72:1
  73:10 77:15,
  20 78:2,11
  99:2
doing   12:14
  19:18 23:2
  50:21 111:7
don't   5:10
  6:24,25 9:21,
  24,25 10:2,6
  14:22 16:3,4
  17:7,12 20:21
  21:6 23:1
  24:2,3,6 25:5
  26:11,21,22
  27:23 28:17

31:2 32:8,19
33:2 35:2,12
36:2 37:7
38:7,14 39:23
41:21 42:12,
20 45:2,3,8,
15 48:10,18
50:4,8,17,20
51:9 52:4
53:8,9,25
54:1 58:4
59:2 60:12,15
62:10 64:25
66:3 68:25
69:9 71:21,25
72:5 79:13,
16,20 81:10
82:12,13,21
90:5 92:12,16
93:4,24 94:13
95:12,23
96:2,18 97:9
99:4,14,16,20
100:7 104:18
105:1,4
111:3,4,5
112:10
**done** 7:5 13:5
25:11 52:5
75:10 111:12
**door** 48:20
56:4 59:5
61:19 63:15
66:24,25 67:1
71:4,16 80:9,
10,19,21,23
81:3,21 82:2,
3,24 83:2,18,
21,24 84:25
85:2,12,17,22
99:6 100:23
102:14
**down** 65:16
111:16 113:9
**downhill**
87:7,14,15
**drain** 87:2
**draw** 31:9

**drew** 58:24,25
59:10 61:13
71:16
**dried** 65:8,
10,19,20
108:16
**drip** 80:23
82:10
**drips** 82:9
**dropped**
111:10
**dry** 8:15
65:11
**Duces** 13:14
**due** 9:12 10:5
**duly** 4:12
**during** 27:7
59:18 96:17,
22 97:13

---

### E

**e-mail** 18:20
**each** 68:19
104:4
**earlier** 17:15
44:19
**education**
22:3 38:10,
13,15
**effect** 86:5
107:20
**effort** 24:10
92:25 110:22
**either** 9:19
20:17 22:22
35:5 41:11
63:23 64:7
66:1 109:13,
17 112:17
**elapsed** 52:24
**element** 6:3
**eliminate**
82:11
**else** 15:12
20:20 40:19
50:4,14 51:4

52:20 65:22
72:19 73:6
75:2 96:13,
15,16 103:20
**else's** 66:21
**employ** 109:17
**employee** 8:22
29:10 96:12
111:13
**employees**
25:13 28:24,
25 29:1,7
49:20 50:1
97:6 102:13
103:19
110:18,25
111:8
**EMS** 111:16
**enclosure**
25:21
**engaging** 46:8
**enough** 72:9
99:23
**ensure** 8:20
**entered** 29:24
**entering**
81:24 98:5
103:5
**entire** 13:23
31:18 56:9
59:5,25
61:12,13 71:3
90:12,15,21
91:17 92:4,12
98:8,22,24
99:8
**entirety**
91:10
**entitled**
16:12 17:21
**equidistant**
38:19
**equipment**
6:15,18
**especially**
107:9
**essence** 40:16

**establish**
70:6,19,22
99:13
**established**
85:2 110:15
**establishes**
72:11
**estimated**
99:5
**evaporate**
82:4
**evaporation**
54:4 82:11,19
85:3
**even** 14:11
24:6 75:19
81:18 96:19
**event** 8:3
12:6 94:16
**eventually**
82:19 87:20
**ever** 14:9
23:1,7,21
32:14 33:11,
24 34:16,20
35:9,23 37:4
47:21,24
54:15 75:10
96:23
**every** 27:2
28:6 39:17
67:4 84:24
88:18
**everybody**
22:21
**everything**
13:23 25:11
41:16 44:13
85:16
**everywhere**
86:6
**evidence** 10:4
11:25 12:3,12
33:18 35:15
47:17 49:23
50:13,17,18,
24 51:11,12,
15 52:11,20

67:21 72:10,
22 73:12
85:17 96:23
98:16 100:16
101:3 102:4,
21,24 103:18,
22 111:18
112:9
exact 17:12
31:2 32:8
45:15 53:10
54:1 99:5
exactly 100:7
EXAMINATION
4:14 105:12
110:12 112:14
113:12
examined 4:12
example 5:15
13:6 33:16
36:21 60:9
except 72:20
excerpt 16:13
excessive
10:5
exert 20:1
exhausted
31:14,15
exhibit
13:19,22
24:12 30:2
31:17,25
43:8,10,12,16
56:10,19,21,
22 57:5
58:10,11
60:4,9,17
62:7 64:17
65:1 66:20
68:16,20 69:6
77:8 88:8,11
93:5 95:3
105:15
107:11,15
109:2,5
110:10
exhibits
16:1,3 40:1

77:15
exist 45:4
86:2 104:6
existed 12:5
94:25
existence
89:24 103:5,6
104:2
existing
100:17
exiting 103:6
expect 100:12
103:25 104:5
experience
6:12 63:14,19
expert 6:17
9:6 11:8,15
12:10,11,13,
17,18,19,20,
21 13:14
14:12 17:25
19:7,21,23
20:5,17 21:4,
9 22:14 23:14
26:8,18 28:4,
10 30:13
32:4,5 34:14
35:18 36:23
81:1 84:13
86:14 87:4
112:6
expertise
12:24 33:2
36:6,9,20
113:14
experts
20:11,22 21:3
28:11,16,18
29:17
Experts'
28:12
extend 92:12
extended
80:21
extension
46:25 47:1,2
extensions
80:20

exterior
109:18
extrapolate
85:23
eyewitnesses
103:20

_____

F

_____

fact 6:11
19:15 49:6
52:12,21
63:13 66:8
67:14 83:12,
25 104:21,22
factors 54:4
79:21 80:2
104:15 113:16
facts 33:8
35:15 51:12,
17 67:21
fair 32:5
39:11 47:5
72:9 74:19
83:3 85:24
fairness 99:4
fall 5:22
8:17 12:2
16:24 17:2,8
20:1,25 21:24
22:7 45:10,21
49:2 51:20
54:9 63:24
64:9 72:3,6,
18 73:4,9
75:5,22,24
79:12 94:8
95:1 99:10
110:19 111:1
112:5,7,20,24
113:4,10
fallen 16:16
falling 44:8
falls 8:25
19:15,23,24
20:7,16 21:7,
10 112:17

familiar 15:3
35:18 88:15
far 8:13 31:1
94:10,12
97:20 98:4
99:14 108:11
109:12
fault 34:17,
18,21,22
35:20 36:10
FDA 16:12
44:4
Federal 19:17
22:6
feel 27:18
33:1 86:8
feels 86:6
feet 51:23
97:24 99:6,10
fell 5:15
6:13 10:7
44:11 46:2
53:3 94:17
113:1,3
felt 64:14
few 15:6
17:8,10 19:11
28:6 29:5,6
45:9,13 48:1,
6 53:21
file 13:23
17:20 18:6,14
31:19 42:14
43:15 76:14,
16
filed 4:22
42:25
final 94:20
105:20
find 11:23
19:6 27:3,17
37:12 41:13
101:12 112:6
findings
40:13
fine 24:25
37:16 70:23,
24

finish 7:1
9:8,9,10
56:13 94:12
firm 41:6
first 4:12
11:16 15:25
17:22 21:25
26:15 40:5
41:1 48:3
52:25 57:4
60:24 62:7
74:12 88:20
93:12 94:25
95:1
firsthand
73:10
five 9:7
48:11
flat 28:19
flip 66:16
flip-flops
54:9,16
flooded 68:12
floor 5:15,21
7:13,22 8:1,
5,23 9:10,11,
23 10:6,7,16
11:1,2,3,7,
17,18 17:17
20:8 21:12
45:20 49:19
50:3,16 51:2,
7,22 52:3,13,
22 54:3,4,6
55:10,13,15,
16,19 57:12
58:20 64:14
69:22 73:20
74:3 75:14
78:14 80:11,
14,24 83:16,
21,22,24
84:1,3,4,5,
15,18,21,25
85:9,13,15,
19,21,24
86:2,6,25
87:2,3,6,9

89:14 90:2,
14,15 91:6,10
92:2,4,11
100:14,18
101:5,8,9,13,
18 102:6,9,
12,17,23
103:7,11
104:6,12
107:25 108:2,
5,24 109:6,10
110:20,23
111:17,19,23
113:10
flooring 8:15
floors 8:20
36:22 76:13
83:19 107:19
Florida 4:3
16:5 74:24
81:14 83:7
88:6,20
Florida's
43:25
flow 87:15,
22,23 107:21
flows 87:7,14
fluids 73:18
focus 50:12
focussed
21:23 28:14
36:18 89:10
focussing
60:4
follow 107:11
follow-up
95:24 112:13
follow-ups
105:10 109:21
followed 96:8
follows 4:13
food 16:6,12,
13 44:1 88:7,
18,21,22
95:4,22
107:10
Foods 44:4

foot 97:22,25
98:5,8,11,12,
13,19,20,22,
24 99:3,15,
17,21 113:7,8
foot-long
99:3
footstep
99:16
for 4:2 5:13,
15 8:23 9:6,7
11:23 12:3
13:6,14,18,25
14:2,12 16:4,
12 18:17
19:18 20:8,18
21:12,15,18
22:2,7,16,17
23:12,14,16,
17,24 24:6,8,
17 25:3,15
26:8 29:1,13,
24 30:24
31:25 33:13,
16 34:1,6,14
35:6,8,10
36:2,21 39:4,
17,25 41:15
46:19 48:19
53:11 55:24
56:11,18 60:8
64:10 69:5
77:13,18,24
80:21,25
83:2,24 88:10
89:13 91:1,23
96:7,20 97:17
102:2,14
105:22 106:3
110:5,9
forces 82:10,
18 83:2 85:3
foreground
65:7
forget 31:17
form 10:13
18:12 19:4
20:25 34:3
52:14 58:21

59:16 65:24
67:7,10 68:1,
9 70:17 72:14
78:22 87:8
106:19,21
112:25
formal 38:13
format 33:16
forming 78:24
82:24 85:11,
12,13,14
forms 82:2,6
84:14
Fort 38:19
forth 30:25
foul 56:9
found 33:25
74:15
foundation
29:12,13
35:17
Founder 21:16
29:13
four 48:11
frames 82:21
free 27:18
frequent 8:23
104:7
frequently
84:7
friction 7:5,
8 9:22 10:21
from 12:8
14:14 15:25
16:13 17:16
18:20 28:9,
13,15 29:15
31:9 33:3
38:11 40:7
46:4,15 47:13
51:6 52:13
54:21 55:6
58:7 60:12
61:18,19
67:19 70:18
72:12 74:13
76:8 81:23,24
83:22 84:7,11

85:15 88:13
98:1,9 99:6,
20 101:9
102:17,22
109:15 111:8
112:6
**front** 15:19
41:13,23
44:20 58:16
59:4 63:2
64:16 71:3,15
99:6 113:6,7
**full** 93:12
106:16
**full-time**
21:11 22:13
28:5
**fund** 29:14
**further**
109:19 112:11
113:11

---

## G

**gait** 46:15,
18,24,25
48:16
**gallon** 108:10
**gave** 41:16
**Gavin** 4:20
**general** 11:14
71:18
**generally**
62:17 84:13
**generate** 7:21
**gentle** 87:1
**gentleman**
111:2,9
**get** 5:3,16
6:13 7:10
14:8 17:15
21:3 32:1
37:14 51:25
60:6,22 67:13
68:25 69:10,
21 106:9
108:2 109:21
111:24 112:7

**gets** 74:20
**getting** 26:16
36:1 68:3
**gig** 28:3
**give** 13:10
30:20 62:25
97:17
**given** 35:4,9
97:11 104:11
**giving** 33:11
**glass** 80:23
82:3,7 84:13
**go** 7:21 12:2
13:13 14:16
26:5 27:2
48:25 53:24
56:8 58:4
60:8,9,10,11
62:25 63:15
64:24 65:1
66:19 69:16
70:24 85:4
87:19 100:20,
23,24 102:2
103:20 110:3
**goes** 41:1
43:24 82:8
113:9
**going** 11:14,
22,23 12:1
13:15 49:21
68:19,24
70:16 101:7,
21 102:5,15
104:3,8,16,
18,22 105:5
110:24
**gone** 24:14
**good** 4:20 6:5
19:7 27:18
51:16 54:12,
18,25 81:15
111:21
**gosh** 22:21
27:2 112:19
**got** 17:20
27:20 33:4
38:9 39:21

43:18 63:22
64:3 69:23
85:20 94:21
100:10 103:4
106:10
**grade** 86:11,
12 87:6,12
**great** 81:14
**greater** 83:3
**grocery** 23:11
**grooves**
107:24 108:2
**ground** 67:2
83:14
**group** 56:10
**guess** 13:3
15:5 18:18
21:24 23:4
30:15 33:19
34:7 36:15
42:12 50:19
53:9 60:17
66:20 68:16
73:16 91:2
99:12
**guessing**
97:22
**guides** 8:22

---

## H

**had** 16:15
18:19,25
22:21 23:18,
23 24:13 25:4
34:6 37:20
49:15 60:25
63:7 64:1
69:20 73:10
75:20 86:14
89:10 90:3,16
91:10,16
100:24 101:6
105:14 107:18
111:10
**half** 30:20
32:9 99:21

**hand** 26:11
**handed** 30:3
**handing** 13:10
30:1
**hands** 111:17
**happened** 9:20
**happens** 9:15,
17
**happy** 31:22
33:21
**hard** 53:14,19
62:12,15,22
65:11
**harder** 62:3
**has** 21:13
22:11 43:7
51:20 53:16
72:19 76:24
83:5 89:14
91:6 92:2
93:3
**have** 6:15,18
9:12,21 13:5,
6 14:1,8,16,
18 15:19,21,
25 16:2,3,5,
14,18 17:23
18:11 19:8,11
21:16 22:2
23:7,9,15,21
24:3,7,14,19,
22 25:13,18
27:2 28:7,17
29:2,3,21
30:25 31:2,16
32:14 33:2,7,
11,14,24
34:16,20
35:9,16,23
36:16 37:4
40:2,24
41:13,17,22
42:14 43:14
44:24 46:22
47:21,24 48:9
49:22 50:17,
25 51:5,16,24
52:5 53:24

54:15 56:6
59:23 60:22
61:21,22 63:7
64:19,21 65:8
67:20 71:2,6,
10,12 72:23
73:24 77:9,10
78:3,12 80:13
81:3 84:1,9
85:2,23 87:1
88:15,22
90:20 92:3
93:17,23,24
94:22 99:1,2
101:5,10
102:24
103:15,17,22
105:8 112:1,
12,16,17
**haven't**
106:22
**having** 4:12
52:7,8 72:8
**hazard** 8:16,
17
**hazardous** 6:5
107:10
**hazards** 36:22
**he** 50:9,19
63:13,22,25
64:1,6,7,10,
13,14 73:9,
17,18 75:10,
16,17,18,19,
20,21,23
86:15 94:5
95:12 96:9,
10,11,16
101:6,12,14,
19,20,21
105:22,25
106:24 107:7,
9,11 108:14,
15,21 111:3,
5,10
**he's** 60:13
96:12,14
111:4

**Health** 16:12
74:13,16,23
94:4,6,10,14
95:17 102:9
**heard** 6:12
**help** 33:21
35:2
**helpful** 112:4
**helping** 29:4
111:9
**her** 16:1,17
43:22 45:21
46:17,19
47:16,23,24
48:2,3,5,16,
17 49:2,12
50:18 54:9
68:23 69:14,
16 70:3,8
71:9 72:18
73:3,4,9
79:12 94:17
97:23 98:5,8,
11,12,13,19,
22,24 99:2,8,
17 110:19
111:1,10,11
112:20,23
113:7,8
**her's** 72:20
**here** 7:25
13:22 14:18
17:12 25:19,
23 26:6,13,
20,22 27:4
30:7 34:19
37:13 38:9
40:24 41:1,
10,11,20
42:14,21
44:18 45:19
49:7 50:23
53:11 57:5,
12,15,16,23
58:12 59:13
61:5 63:1,2
64:24 65:2,18
66:17 68:4,16
69:10,15,19

70:6 76:14,17
78:17 81:10,
13 89:11
91:1,18,24
93:11 99:13
105:11
**here's** 42:7
**herein** 4:7
39:18
**herself** 72:12
**high** 83:5
**him** 14:24
42:19 60:12
64:3 70:17,18
106:23
**himself** 74:12
**hired** 6:17
30:9,14,15,20
35:23
**his** 16:4 18:5
19:3 42:14
58:22 63:14,
19,20,21,25
64:4 67:8
68:2 73:7
75:11,21 76:1
77:22 78:4,6
86:22 94:15
95:12 101:10,
18 102:13
103:18,23
106:5 107:12
109:2
**history** 94:1
**hit** 31:16
**hold** 15:2
80:21,25
**Holiday** 4:21
**honest** 13:7
**Horn** 17:24
18:3
**horse** 83:12
**hour** 30:24
**hourly** 30:23
31:10
**hours** 6:14
30:25 31:3,4

**how** 5:2 7:13
9:23,24 11:4,
5,6,7 14:3
19:8 28:22
29:7 30:25
37:19 48:9,10
52:24 53:5,23
55:3,12 60:15
62:10 65:16
73:16 80:25
82:10 83:15
84:14 86:2
88:12 92:11
97:20 98:4
99:1,14,17
104:7 107:19
112:16 113:1,
3,5
**however** 63:4
66:13,16
72:10 74:20
**Human** 113:16
**humid** 83:7
**humidity**
78:25 82:22
83:4,5,7
**hundreds**
112:19
**husband** 16:18
44:24 45:5
**Hy-vee** 23:11,
16

---

**I**

**I'D** 27:2
31:17 39:3,5
109:23 110:1
111:25
**I'LL** 7:5,10
13:10 24:5
26:11 29:12
33:3,20,21
34:25 57:15
62:25 66:12
69:16 107:5
108:13

**I'M**  5:9 7:3
8:10 9:6
11:14 12:4,
14,16 13:15
14:14 15:2,8
17:19 18:23
19:23,25
20:5,6,9,10,
13 21:2,16,19
23:9 26:7,17,
25 27:22
28:14,18
29:13 30:13
31:22 33:14,
16,24 34:5,
15,16,23,24
35:2,13,14,17
37:16,19
38:10 40:7,25
42:25 44:17
45:3 47:7,15
50:5,11 51:11
52:19 53:11,
22 55:12
59:9,25
61:12,13
62:1,16 65:23
68:7,12,15
70:8,14,16,23
71:11 75:20
76:15 77:2
78:6 79:23
82:22,23
83:11 85:6,7
91:12,13,20,
23 93:25 94:7
95:20 97:23
98:15 99:13,
19 101:16
105:25 106:9,
10,20,23
111:6 112:12

**I'VE**  6:11 9:6
14:14 19:14,
18 22:21
23:1,2,18,20
25:21 34:6,7
35:6 39:19
52:4 57:20

60:7 75:3
76:21 88:17
89:1 90:1

**i.e**  84:7

**ice**  61:21
68:15 73:19
78:14

**ideal**  6:10

**identical**
90:2 94:10

**identification**
13:19 31:25
40:1 56:19
69:6 88:11
110:10

**identified**
13:22 37:20
43:5 56:24
108:15

**identify**  6:5
26:6,18,25
45:4 54:12
67:23

**identifying**
36:22

**if**  5:9,10,15
6:21 7:3,4
11:11,24 12:2
13:21 15:2,8,
22 16:3,4,19
17:19 19:9
20:20,21
23:1,3 26:22,
23,24,25
27:2,4,17
31:12 33:1,
16,21 34:15,
24 40:2 41:25
45:3 47:5
48:1 50:4,11
53:6,20 54:2
56:13 57:4,8,
16 60:8,10,24
65:1,11,21
66:3 69:9
72:5 75:20
76:16 78:13
80:20 82:2,6

86:1 87:19,21
93:3 95:25
96:12,13,15,
16,21 100:7,
10 102:15
103:18,24
104:2 105:25
107:24 108:8
111:24,25

**ignorant**
42:21

**Illinois**
38:22

**immediately**
8:3 16:15
51:19

**impactful**
83:19

**importance**
8:24 108:8

**important**
5:12,23 6:7,
10 7:14,16,24
26:7 27:11
79:21 80:2
87:7 92:17
104:24 105:2,
3 112:2

**improve**  10:22

**in**  4:2,3,21
5:1 6:10,11
7:16 8:8,9,
10,11 9:7,11,
12,18,20,23
10:4,5,7
11:9,14,17
12:1,12,13
13:5,22 14:9,
11,12,22
15:12,16,19
17:3,20 18:3
19:12,15,18,
24 20:1,6,9,
17,23 21:9,22
22:9,11,14,19
23:15,16
24:12,18,19
25:8,11,13,17
26:15,22

27:18 28:23,
24 29:4 30:5,
10,25 32:13,
20 33:6,10,16
34:8,12,17,19
35:17,18,20
36:6,15,17,
19,21,23,24
37:1,5,8
38:2,5,11,13,
23 39:7,15,
20,22 40:5,
12,13,16,19
41:1,2,11,13,
23 42:25
43:14 44:13,
14,19 45:21
46:2,8,16
49:1,6,7,8,
15,17,21,25
50:2,9,15,25
51:1,6,13,22
52:12,14,21
53:2,14
54:11,12,18,
19,25 55:9,
12,17 56:5,14
57:11 59:4,8,
12,13 60:4,7,
13,15,16,25
61:10,24
62:3,4,6,12,
17,19,22
63:1,4,6,12,
14,15,21,23,
24 64:6,7,8,
20 65:5,10,16
66:17,25
67:1,14,17,
23,24 68:16
69:18,20,23
70:6,9,19
71:15,17
72:7,22,24
73:4,8,14,17
74:10,14,15,
18 76:4,14,
16,17 77:5,6,
12,18,24

78:4,7,24
79:1,21 80:5,
6 81:10,23
82:16 83:5,6,
7,12,25 84:1,
3,4,5,25
86:2,9 88:19,
24,25 89:1,24
90:2,8,14,19
91:1,2,6,10,
12,21 92:2,
11,20 93:11
94:9 95:1,12,
24 96:18
97:1,4,9,14,
18 98:4,12,
13,19,23
99:4,14,17
100:6,12,17,
20,21,23,24
101:2,7,12,
14,17,18,22,
23 102:5,15
103:25 104:3,
8,12,16,18,22
106:6 107:9,
12,18,21,24,
25 108:2,6,12
109:1,2,5
111:1,9,21
112:16 113:6,
7,14
**incident** 5:22
17:16 30:17
**include** 109:1
**includes** 8:6
26:2 29:9
52:8
**including**
19:17 47:1
49:20 85:19
**income** 28:9,
13,15 29:15,
18
**increase** 9:18
**increases**
10:16
**independent**
35:19 36:8

**independently**
78:5
**indicate** 46:7
54:8 94:18
98:16
**indicated**
73:7 95:11,13
105:16
**indicates**
30:7 102:10
**indicative**
61:23 66:1
**individual**
93:1
**individuals**
101:4 102:21
**industry** 8:12
12:25 13:2,3
35:17 36:16,
17 100:5,6
**influenced**
76:3
**influences**
76:5
**influencing**
81:24
**information**
7:23 8:4 9:22
12:12,23,25
15:7,9 35:1
45:25 54:10
72:10 74:10
80:13 85:8
86:12 101:4
103:13
**informed**
18:18
**initial** 15:4
39:9
**injuries**
20:18
**injury** 8:2
13:6 21:2
22:10,15 34:2
**inside** 49:8,
12 50:15
55:14,22
64:13 69:24,

25 75:16
81:4,18,25
84:5 86:13
87:1,2 98:11
108:24
109:13,15
**inspect** 73:9
110:19,23
**inspected**
7:22 75:6,7,
15
**inspecting**
36:21 76:12
**inspection**
7:13,17 8:1,
2,5 11:17
16:6 18:19,
22,23,24 44:1
63:25 64:14
74:14 75:17,
24 88:18,22
89:8 91:2
92:18 95:4,22
111:7,12
**inspections**
7:25 8:23
11:12 75:10
76:8 92:21
95:9,13,14,
17,20
**inspector**
90:10,18
91:15,22 92:1
**inspector's**
91:12
**installed**
9:25
**Institute**
20:8 21:12
22:5
**intended**
81:22
**interest**
22:11
**interior**
51:21 65:3
74:3 86:16
87:12 109:18

**interpret**
91:15
**interpretation**
90:17 91:13
93:22
**interpreted**
92:3
**Interrogatorie**
**s** 17:23 43:22
**interrupt**
16:19
**into** 14:8
15:9 28:7
29:24 36:2
51:24 52:9,21
53:1 70:3
71:9 80:23
81:24 83:23
85:4,16 96:25
97:20,24
98:17,21
99:8,10
100:23 104:21
105:5 106:10,
16 108:23
109:7 111:11
**investigation**
75:22
**investments**
29:18
**involved**
28:23,24
**involving**
19:22,24
20:6,10,15,
23,24 21:14
28:13
**ironically**
55:8
**irrelevant**
108:11
**is** 4:20,23
5:4,7,12 6:4,
7,21 7:14,23
8:10,11 9:9,
10 10:17 11:1
12:8,10,11,
14,17,22,23

13:3,7,9
14:1,3 15:10,
23,25 16:8,11
17:9,17,24
18:4,25 19:4,
20 20:1,7,21,
22 21:3,10,
12,25 22:4,9,
14,20 24:14
26:13,17
27:3,7 28:1,
3,15 29:17,20
30:5,8,18,23
31:7,12 32:5,
23 33:8,23
34:21 35:1,9,
10,20 36:5,7,
19,23 37:19,
22 38:1,2,3,
5,7,8,10,18,
21 39:3,11,12
40:14,16,17
41:9,25 42:3,
7,13,15 43:3,
12 44:13,19
46:14,17,24,
25 47:5,18,19
48:7,8,12,23
49:2,18 50:11
51:2,8,17,22
52:4,9,19
53:6,13,21
54:2,19
55:15,24,25
57:6,17,22,23
58:14,19,20
59:3,9,14
61:5,10,11,
12,13,23 62:6
64:18 65:15,
17,19 66:3,4,
24,25 67:20,
24 68:12,13,
15,16,19
69:2,17 70:6,
14,19 73:2,12
74:5,8,19
76:4,9 77:1,
21 78:7,20,25

80:10 81:7,18
82:23 83:3,
13,18,20,24
84:11,25
85:21,24
86:5,8,11,17
88:14,18,20
89:2,3,18,20
90:15,25
91:11,15
92:1,6,11
93:5,7,8,23
94:1 95:6
96:1 99:13
100:6,8
101:16,22,23
102:7,8
103:18 104:2,
13,24 106:16
107:15 108:11
112:3
**isn't**   9:3
**issue**   100:11
**issued**   39:15
**it**   5:3,14,24
6:7,9,21
7:16,20,23
9:5,10,15,16,
18,19,24,25
10:3,15,16,
23,25 11:19
12:7,20 13:9
14:6 15:21
17:18 21:2,13
22:16 23:4
25:3,4,5
26:1,10,11,
13,20,23,24
27:3,7,9,17,
20 28:6
29:14,20
30:7,11,16
31:2,14,15,22
32:1,8,20
33:6 34:17,19
35:20 36:8
37:17 38:2,9,
10 39:6,11,21
40:5,24 41:1,

5,13,16 42:3,
13,14,15,22
43:7,12,14,
15,18,24
45:19 47:3,5
48:4,8,15
49:7,15 50:2,
12,16 51:3,4
53:4,15,16,
19,20 54:3,7
57:8,20,22,24
58:11 59:4,7,
9 60:10
61:17,20,21,
24 62:12,14,
15,16,18,21,
22 63:1,3,4,
6,17,22
64:19,21,25
65:7,9,17,20,
22 66:14,16,
22,23 67:23
68:21,22,23,
25 69:17,19
70:2,3,12,15,
24 71:12,13,
14 72:1,8,10
73:2,10,20
74:20 75:7
76:8 77:13,
15,20,25
78:2,8,11,14
79:11,14,15,
17 80:6,22,25
81:11,22,24
82:3,5,6,7,
10,11,25
83:6,11,15,
18,23 84:12
85:5,7,16,20
86:2,3,17,18,
20 87:4,19,22
88:4 90:3,14
91:6,7,8,10,
20 92:12,15,
21 93:8,16,
23,24 94:3,
21,23,24,25
98:9,18,20

99:15,16,17,
20,22 100:10,
12 102:7,14
103:4 105:3
106:8 107:5
108:14,20
109:8,21
111:11 112:23
**it's**   4:17
5:9,24 6:1,3,
7,9,10,14 8:3
11:4,6,21
14:7 16:13
17:21 18:9
21:5,22,23
22:22 23:3
24:8 25:20,22
26:6,14 27:4,
5 28:6,20
29:12,13
30:24 31:15,
22 33:18
34:12,13
35:4,20 36:12
37:7 38:19,20
40:12 41:11,
19 42:2,5,16,
18 43:8 46:4,
15 47:3 48:1
50:12,13
53:14 57:7
58:19 61:18
62:3,12,15,22
65:11 68:19
69:15 73:3
74:22 76:14,
16 78:6,22
80:16 81:12,
13,15,17,18,
22 83:7,25
84:22 85:1,5
86:6,7 91:4
97:3,10 98:17
100:8,10,11
102:7 103:24
109:3 113:4
**italicized**
69:16

**items** 13:21
15:23 24:11,
16,19 41:2
97:12 111:10
**its** 9:8,17
37:5 109:13,
14
**itself** 9:11
10:6 33:18
84:2 112:24

---

### J

**jacket** 111:9
**job** 20:7,12
22:12,13 28:1
36:7
**jobs** 28:5,8
**joking** 55:7
**judge** 53:14,
19
**June** 4:24
14:19 39:8,
12,23,24
40:3,13,16,19
44:14 77:3,7,
11 105:21,23
106:1,6,15
107:14
**jury** 36:2
**just** 5:25
10:4 11:15
12:16,19
13:16 14:22
15:5 16:8,20
17:7,21 18:7,
17,21 19:7,
14,25 20:13
21:6,7 26:7
27:5,18,23
31:16 32:25
39:7,21 40:24
41:14,15,25
42:2,13 43:15
44:17 45:7,9
46:23 47:25
50:12 53:15,
21 55:7

56:13,16 57:7
59:21,23
64:19 66:8
67:13 68:25
69:10 78:2
83:18 86:14
90:4 91:13
98:15 99:13
102:24 103:1
104:25 106:23
107:5 110:3
113:6

---

### K

**keep** 31:9
60:3 83:1
**keeps** 105:3
**Kendzior**
4:11,17,18,20
5:4,5 13:14
32:1 42:1
58:9 67:20
109:21 110:7,
8
**Kendzior's**
110:6
**key** 7:25 12:6
**kidding** 110:3
**Kimberly**
17:24 18:3
**kind** 6:15
11:16,22
26:2,14 28:3
38:19 39:9
42:2 51:9
56:1,3 68:3
69:10 71:16
84:14 95:24
101:5 106:23
111:3,9,11
113:8
**knee** 113:9
**knees** 47:2
111:17
**knew** 50:9
94:24 104:14
111:5

**know** 5:10,18
9:21,24,25
10:2,6 16:3,
4,8 17:7,12
20:21 21:3
22:5 23:1
26:21,22
27:18 28:5,17
31:12,20 32:8
33:19,20 34:7
37:7 38:7,21,
22 39:1 42:20
45:2,3,8,15
47:3,17 48:3
50:4,20 51:9,
15 52:5,24
53:5,8,9,12,
22,25 54:1
55:3,5 58:25
59:12,13
60:14 62:10,
17 63:22
64:10 66:3
67:19 69:9
70:12 71:10,
22,25 72:25
75:4 76:13
79:13,16,18
81:11 82:12,
13,21 83:8
84:13 86:8
89:23 92:12,
14 93:3,4,24
94:13 95:8,23
96:2,3,8,12,
13,15,16,21
99:4,14,20
100:7 104:18
105:1 109:12
110:23 111:3,
5,25 112:6,10
**knowing**
79:21,22,23
**knowledge**
19:6 25:10
50:25 63:19
64:1 73:8,10
101:20

**known** 84:22
86:5 93:18
94:22 104:14
**knows** 82:15,
16

---

### L

**lab** 22:2
111:3
**lack** 22:16
70:17
**lapsed** 53:23
**large** 4:3
21:16 23:17
57:7 83:14
108:9
**larger** 28:7
**largest** 9:6
21:22
**last** 5:2
14:16 18:6
19:11 23:13
24:6 27:23
38:2,5 48:12
75:4 89:11
**later** 5:18
11:22 15:6
16:16 30:21
70:18
**law** 38:23
41:6
**lawsuit** 4:21
15:17 17:3
20:18 49:18
77:6
**lawsuits** 20:2
21:9 22:9,15
**leading** 5:14
6:4
**leak** 73:18
**leaking** 84:7
**least** 26:1
31:21 48:22
49:11 87:24
88:2 89:17

led 34:1
left-hand
26:9 37:20
65:17
leg 45:21
legal 35:13
36:1,2
legs 47:1,2
length 47:4
83:2 92:12
less 98:22
99:15
lessen 54:5
let 7:1 12:18
27:18 32:22
59:24 60:10,
20 64:3 76:19
80:25 94:12
95:16 97:9
104:1 105:11
106:12
let alone
24:7
let's 12:20
40:3,24 56:8
66:19 67:13
68:25 84:3
88:5 102:2
letter 41:5,
25 42:2,3,5,
13,16,19 43:3
level 79:23
83:5 86:18,21
87:4 90:22
91:16 104:10
105:2
levels 79:1,
7,10,24
liability
35:13,19
36:10
liable 32:15,
16 33:22
35:10
life 14:11
light 65:12
66:2 112:3

like 6:15
9:11 11:22
12:14 15:2,20
19:7,14 21:14
23:7 26:15
29:18 31:17,
20 34:19
35:20 38:9,
14,15,16
39:3,5 42:5
57:24 60:8
65:7 78:21
86:6,8 90:6
109:23 110:1,
23 111:25
likelihood
104:13
likely 80:4
likewise 38:5
111:16 112:5
limit 12:20
31:16 36:25
limited 32:20
34:10 38:10
48:1 57:2
limiting
11:15 33:6
limping 46:21
line 57:16
58:17,24
59:10 61:13
69:17 71:16
112:7
lines 36:7
58:24
liquid 45:20,
25 46:3,9
49:1 51:1
52:1 54:2,6
55:10,16
60:18 63:17
72:6,8 74:21
87:17 100:8
107:20,21
108:1 111:22
liquids 73:8
87:18

liquidy 108:7
list 25:16,18
26:5,24 27:5
37:13,22 38:1
litigation
12:14 20:10,
24 21:13
22:11 28:13
little 26:14
37:23 51:17
69:22 78:12
88:19 98:22
99:22
located
67:15,22
71:2,6,12,14,
20
location
44:11 59:6
62:11,21 63:7
100:25
long 12:2
31:22 37:7
80:25
longer 54:3
look 26:12
27:9 31:20
32:2 40:2
57:24 64:10
65:21 66:9
105:20
looked 48:12
53:6 64:15
87:4 99:22
looking 11:22
12:3,4 42:13
55:9 56:5,21
57:4 58:1
60:24 70:14
looks 38:9
lot 5:10 19:9
21:22 26:21
28:7 37:8
42:21
loud 99:23
107:5
low 83:6

lower 65:17
lowest 87:20
luxury 77:9

---

M

Mackinnon
4:15,21 10:14
14:25 15:1
27:11,15,17,
21 34:9
37:12,16,18
41:24 42:11,
15,17,24
43:10,17
52:18 56:6,8,
13,17,20
58:4,8 59:1,
17 60:19
62:1,5 64:5
67:12 68:6,18
69:2,4,8
70:21,23 71:5
72:17 76:18
87:11 93:8,10
100:1 105:7
106:2,7,19,
21,24 107:2
109:20,25
110:3,13
112:11,25
113:13,19
made 35:11
61:5
maintain
25:16
maintained
11:4,6
maintenance
36:23 75:19
make 5:3
39:21 59:23
77:20 78:8,17
92:25 106:10
makes 77:25
Man 24:5
manager 7:19
40:8 96:14

manufacturer
9:7
Manufacturers
22:1
many  19:8
22:5 29:7
30:25 48:9,10
112:16
mark  13:13
30:2 31:17
39:3,5,23
56:9,10 57:16
68:25 69:4
88:7 109:23
110:1
marked  13:18
31:24 39:25
56:6,18,21
57:20 69:5
88:10 107:25
110:9
marking  57:5
marks  67:2
material  8:15
52:2 68:15
78:21
materials
76:12,23
math  31:13
mathematics
38:13
mats  109:13,
17
matter  12:13
24:8 30:5
32:24 35:20
39:8,15 43:1
53:23 72:25
76:4 77:5
matters
19:14,24
20:6,10,15,
23,24 21:14
28:13 35:18
matting
109:12
may  18:8 30:8
32:8 33:5,7

36:16 44:24
51:5 52:5
78:14 87:1
90:20 93:17
94:21 98:9
99:1
maybe  26:11
27:6,7 29:12
34:15,23
44:24 59:25
62:20 67:10
68:15 82:15
86:7 90:20
95:16 98:22
100:4
me  5:2 7:1,17
8:18 12:18
13:16 14:2,6,
18,23 15:8,23
16:21 17:11
26:7 27:3,8,
18,22 28:1,18
29:2 30:3,4
32:22,23,25
35:1,16
41:15,17,23,
25 51:9,18
55:24 57:5,
11,16 59:2,24
60:8,10,16,
20,25 66:17
68:4 76:19
77:24 78:5
80:25 94:12
95:16 104:1
105:25 106:12
mean  12:13,
14,18 14:14
16:24 21:5
24:5 26:21
27:3,24 30:12
33:23 34:15,
24 37:7 38:14
53:9 60:7,12,
15 69:20
70:22 73:10
85:23 87:10
91:20 92:3
95:17 97:22

106:9 113:4
meaning  7:25
28:24 32:16
36:17 38:2
46:21 80:20
104:8
means  54:25
102:14 103:10
meant  20:3,5
90:19 95:20
measured
86:14
measurements
5:17 6:14 7:8
86:22,25
92:15
mechanics
47:1
melt  61:21
73:20
melted  68:15
melting  73:19
members  29:5
mentioned
29:6 75:17
83:1,20 86:5
100:20
merchandise
84:7
met  37:5
47:21
meter  53:16
middle  56:14
60:13
might  16:11
24:7 47:13
88:2
migrate  86:3
88:3
migrating
104:13
migration
107:20 108:6
milk  51:20,
24,25 52:1,6,
25 53:2
61:20,22

65:8,19,20
67:2,5 68:14
69:11,21,23
71:1 73:18,19
78:13 84:8,9,
10 87:19
93:17 94:1
97:12 100:4
107:10
108:10,16,18,
19,22
milky  45:20,
25 54:3
55:10,14,18,
22 57:6,23
58:14,19 59:2
61:1,8,10
62:8 63:5,11,
14,16,23
64:7,18 65:5
66:13 67:5
111:22
milky-like
61:17
mind  37:9
56:13
mine  18:6
minute  56:17
69:1
minutes  53:21
Mischaracteriz
es  58:22 67:8
68:2
misleading
5:19 12:4
21:11
misremembering
98:10
missed  15:12
Missouri
23:16
mistaken
75:21
misunderstood
95:16
moist  83:16,
22 84:23
85:15 86:6,7,

9

**moister** 83:22

**moisture**
49:8,12,19,25
50:2,10,15
51:6,20 52:1,
9,12,21 55:22
59:6 61:14,
19,23 63:7,16
64:11 67:15,
22 68:8,11,12
71:1,20 72:16
73:8,14,25
74:6 78:22
79:1,7,10,22,
23,24 83:14,
15,25 84:2
90:5 94:13
95:1 102:12
108:11

**moments** 6:14
53:21

**month** 23:15
97:14

**months** 89:5,
21 94:9

**more** 16:4
17:15 32:8,9
37:25 60:4,5
65:3 73:23
80:21 99:22
112:3

**morning**
48:14,15

**most** 8:2
23:16 47:3
86:4

**mouth** 14:22
91:13,21
95:12 96:19

**move** 27:12

**moved** 73:16

**Mr** 4:15,20
5:5 10:13,14
13:14 14:13,
21,24,25 15:1
16:2,22 18:8,
21,25 19:3

23:21,24 24:8
25:2 26:8,18
27:9,11,13,
15,16,17,20,
21 29:24 32:1
34:3,9 37:12,
14,16,18
40:14,20
41:6,22,24
42:1,9,11,12,
15,16,17,18,
24 43:7,8,10,
12,13,15,17
44:20,21
45:8,11 50:8,
19 52:14,18
56:6,8,11,13,
15,17,20,24
57:1 58:4,6,
8,9,21 59:1,
14,16,17
60:12,19
61:19,25
62:1,5,8
63:9,11 64:3,
5,17 67:7,12,
20 68:1,6,9,
18,23 69:2,3,
4,8 70:16,21,
22,23 71:5,21
72:14,15,17
73:7,14
74:12,16,22
75:9 76:9,15,
18 77:8,10,
11,15,25 78:3
80:19 87:8,11
88:13 93:8,10
94:5,15 95:5,
11 96:9,19,24
99:9 100:1,19
101:6 102:10,
12 103:2
105:7,10,13,
15 106:2,4,7,
12,14,17,19,
20,21,22,24
107:1,2,4,7
108:12,14,21

109:2,5,14,
19,20,21,23,
25 110:1,3,5,
6,8,13 111:1
112:11,12,15,
25 113:2,11,
13,19,20

**Ms** 16:1,15,24
17:8 43:20
44:11 45:10,
19 46:4 47:21
49:1,24 50:6,
15 51:2,20
52:6,13,22,25
54:8 63:9,24
64:8,22 67:14
72:2,6,12
75:5,22,24
82:25 83:13
84:19 85:10
94:7,8,17,25
95:4 97:20
102:11 110:19
111:9 112:9,
20

**much** 12:11,23
14:7 31:15
52:24 53:5,23
60:11 83:15
93:9 99:17
113:9

**multiple**
28:17

**municipality**
88:18

**must** 8:15
85:23

**my** 4:20 6:11
11:12,16
12:22,24
13:23,25 15:4
18:6,7,9
19:6,12 20:7,
11,12,22
21:8,11
22:13,17
24:22 25:15,
20,21 28:11
29:13 31:2

32:22 34:5,
10,23 35:16,
19 36:3,6,7,
8,11,17,20,25
38:8 39:19
43:15 53:20
59:7 60:5,16
62:6,19,20
73:12,23 74:8
76:5 77:10
78:2,7 83:13
85:6 89:1
91:13 92:18
93:22 94:20
100:6,22
101:3,16,20,
23 102:2,8
104:22 106:22
107:14 109:4
112:6

**myself** 45:3

---

## N

**name** 4:16,20
5:2 23:10
24:1 27:23

**narrowed**
34:13

**National** 20:8
21:12 22:4,7

**nature** 104:1
108:24 113:5

**Near** 79:4

**need** 68:23
70:19,22
72:25 97:11

**negligence**
36:10

**negligent**
33:13

**never** 6:11,12
14:11 42:18
48:10 53:6,13
64:14,15
73:11 79:17
95:11 101:20
105:25

next  21:5
  38:20 43:19
  66:19
NFSI  21:16,25
  22:1,6,11,17
  28:2,3,22
  29:1,13,15
night  14:16
  24:6
no  6:23,24
  7:3 10:1
  14:3,8,10,16
  15:14,21
  17:14 18:13,
  15,16,17
  19:6,22 20:3
  21:11 22:11
  25:9 27:24
  29:10,15
  31:11 33:24
  35:22 37:10,
  14,24 38:17
  39:21 40:22
  45:6,17
  47:11,15,16,
  22 48:21 50:7
  51:11 52:23
  54:17 55:4,
  11,14 56:7
  61:12 63:13,
  25 64:13
  67:13 68:22
  69:2 72:4,19,
  20 73:10,12
  75:9,17,18
  77:2,7 92:16,
  23,24 93:2
  95:13 96:23
  99:4 102:24
  103:13 106:2
  108:8,10
  109:17,19
  111:12,20
  113:11,15,17
nobody  82:16
  111:7
Noftz  4:22
  16:1,15 43:20
  44:11 45:19

47:21 49:1,24
  50:6,15 51:2
  52:6,13,22,25
  54:8 59:14
  64:22 67:14
  72:12 80:19
  82:25 83:13
  85:10 94:17
  97:20 102:11
  110:19 111:9
  112:20
Noftz's  16:24
  17:8 45:10
  46:4 51:20
  63:9,24 64:8
  72:2,6 75:5,
  22,24 84:19
  94:8,25 95:4
  112:9
non-refundable
  31:6
none  83:16
nor  76:23
normal  32:22
  46:8,12,18
  47:5 48:16,17
normally
  46:23 47:6,9,
  19
not  6:7,14
  7:14 9:11
  10:19 11:2,
  15,23 12:4
  13:1,4 14:7,
  11,16 18:2
  19:4,6 20:3,
  9,13 22:11
  24:16 26:7,24
  27:5,11 31:5
  32:15,16
  33:15 34:1,
  12,20 35:3,24
  36:3,14 37:16
  38:10 40:13
  41:12,19
  42:18,21,25
  45:3 48:22
  50:12 51:18
  53:14 55:18

58:23 61:12
  66:9 67:16
  68:12 69:11
  70:23 73:23
  75:14,20,21,
  23 76:21 78:5
  79:22 81:12,
  16 82:22
  83:6,11,14
  85:6 86:6,8,
  16,23 88:17
  91:12,20,23
  93:24,25
  94:3,25 95:1
  96:12 98:15
  99:2,12,19
  101:16 102:7
  105:16,25
  107:11 110:17
  111:22 113:24
Notary  4:2
noted  8:5
notes  40:24
nothing  4:8
  21:13 59:20
  73:6 75:2
  112:11
Notice  13:13
  18:17 30:2
notorious
  83:24
notwithstandin
  g  5:20
November  41:6
  42:11 43:5
  94:6
now  27:10
  28:5,6 68:23
  69:4 84:11
number  35:12
  56:19 104:18
  108:13
Numbers  69:6
  110:11
numerous
  97:14

O

object  10:13
  34:3 52:14
  58:18,21
  59:16 67:7
  68:1,9 70:16
  72:14 87:8
  106:19,21
  112:25
objective
  13:7
observable
  57:6
observation
  89:14 91:4,5
observe  97:18
observed
  47:16 48:23
  54:19 61:1
  63:22 64:7
  66:9 90:9
  111:6,14,15
  112:16,17
observing
  85:22
obtain  45:24
  88:12
obvious  89:20
obviously
  10:7 18:2
  51:12
occasion
  73:15,22,24
occur  85:3
occurred
  30:17 73:22
occurring
  95:15
October  30:17
  81:10 84:4
  85:9 89:25
  94:8 95:10
  96:4
of  4:2,22,23
  5:6,10,21
  6:3,12,15

7:2,5,8,13,25
8:1,2,4,7,24
9:7,21 10:4,
17,21 11:2,3,
7,12,16,17,
18,22 12:3,5,
10,11,13,16,
23,24 13:2,
13,23,25
15:15,19
16:2,5,21,22,
23 17:2,16,
17,22 18:6,9,
11 19:2
20:17,24,25
21:4,16,19,25
22:3,5,9,16,
17,24 23:16
24:1,13,16,
19,21 25:16,
20,22 26:1,2,
3,5,9,10,13,
14,21,22
28:3,7,9,11,
12,15 29:2,3,
13,17 31:20
32:3,5,13
33:8,10,13
34:6,8,11,12
35:19,20,21,
25 36:6,8,14,
16,18,19,20,
21,24,25
37:2,5,8,22,
23 38:1,2,7,
19 39:5,9,11
40:5,20 41:6,
14,22,23
42:2,22
43:15,20,24,
25 44:1,10,20
45:3,18
46:22,25
47:1,2,9,15
48:2,4,6,8
49:2,17,21,
23,25 50:4,9,
13,20,24,25
51:7,9,11,15,

16,17,22
52:2,11,12,
13,20 53:4
54:5,9,22
55:12 56:1,3,
14,22,24 57:2
58:13,14,18
59:4,25 60:5,
13,17,24
61:18,21,23
62:11 63:15,
20 64:1 65:3,
8,12,13,14,
18,21,24,25
66:1,10,17
67:10,21,22
68:3,14,24
69:10,11
70:10,17
71:3,15,16
72:2,5,18,22
73:3,4,8,19
74:4,7,9,12,
19,23,24
75:5,11,16,24
76:1,8 77:9,
22 78:6,7,13,
22 79:12,22
80:4,16,21,23
81:4,10,13
82:7,10,18,23
83:2,3,4,5,8,
9,15,17
84:10,14,17,
18 85:3,5,7,
8,9,17,19
86:4,12,15
87:1,3,6,12,
19,23 88:6,7,
8,15,21 89:3,
11,14,17,24,
25 90:3,4,8,
16,17,21,22,
24,25 91:7,
10,11,16,17,
19 92:2,5,8,
13,15 93:23
94:1 95:9,13,
14,24 96:17

97:3,4,12,14
98:10,16
99:6,17
100:3,11,13,
16,17,21,25
101:2,3,5,7,
14,17,22,24
102:4,5,11,
14,16,21
103:5,6,21,22
104:2,4,8,10,
12,13,16,18
105:2,11,21
106:3,23
107:8,13,18,
19,20,21
108:1,5,6,8,
10,14,24
109:9,12,14,
15,17,18
110:6,18
111:3,9,11,
12,17,19
112:5,7
113:5,6,7,8,
24
**off**  56:23
68:4 73:19
82:9,10 98:9
**offense**  60:15
**offer**  4:6
**offering**
82:22
**offhand**  37:9
**office**  18:8,
21 19:3 88:13
**often**  112:6
**oftentimes**
84:21
**Oh**  13:10
21:16 33:14
42:17 56:15
57:9 69:3
95:20 98:12
101:14 107:1
112:19
**okay**  5:2,9,
12,20 6:2

7:13 8:20
9:15 10:7
11:14 12:21
13:17,20
14:1,5,11
15:22 16:3,
10,19 17:5,9,
19 18:11
19:25 20:4
21:1 22:18
24:24 25:1,6
26:6 27:6,25
29:11,15,21
30:17 31:22
32:1 36:12
37:11 38:9,
13,18 40:2,4
41:12,19
42:17 43:2,10
44:13 45:1,7
46:7,17 47:18
48:1,22,25
51:4 52:8,24
54:12 56:5
57:4,9,25
58:6 60:3
61:15,24
62:6,14,23
63:18 64:12,
16,24 65:5,9
67:19 69:3
70:12 74:2,9,
16 75:4 76:11
77:4 78:12,
17,20 80:10
82:17 83:1
87:6 88:5
90:15 93:15
94:21 95:3
96:24 97:3
98:7,20
99:12,25
103:4,16
105:6,24
106:22 107:1,
15 109:5,19
112:11
**old**  9:23,24
26:14 55:3

**on** 4:22 5:7,
15 9:6 10:3,
16,19,20
12:25 13:24
14:6 15:6
16:23 19:14
20:15 21:4,7,
23 22:16
23:12,17
26:6,20,23,24
27:4,5,12
28:14,18
30:8,17 31:10
32:5,25 33:18
34:11 35:15
36:11,18,24
37:12,20 38:1
39:5,19 40:24
41:11,12,17
43:24 45:19,
20,25 46:13
47:23,25
48:25 49:4
50:3,7,12,16
51:7,18,21,25
52:13 53:7,16
54:2,4,6
55:10,13,16,
18 57:4,12
60:4 61:21
62:7 63:3
65:20,24 66:2
67:2,4,24
68:21 69:10,
15,18,19
70:2,25 72:8
73:1,15,20,
21,23,24
74:3,6 75:5
76:7,19,25
77:11 78:14
80:9,10,11,
14,18,25
81:11 82:2,6,
24 83:4,14,
18,19,23,24,
25 84:4,12,
14,18,21,23
85:9,11,12,

13,14,16,17,
18,21,22,23
25 87:3,21
89:10 90:1,12
91:19 92:4
93:11,13
95:24 97:23
98:18 99:13
101:8,13,18
102:1,9,12
103:6,10
104:3,6,7,9,
12 105:21
107:5,8,9
109:6,10,14,
17 110:24
111:6,17,22
112:17 113:5
**once** 81:2
82:3 85:2
**one** 5:1,8,11
14:18 16:5
21:5 23:10,23
24:16 33:9
35:12 37:25
38:2,24 40:3
46:14 49:17
56:17 57:12
59:24 60:4,17
64:25 66:19
72:19,21
80:10 81:13
86:2 97:24
103:22 104:4
109:20 112:12
**one-page** 30:3
**ones** 32:20
44:20,21 45:5
53:23 77:6
101:1
**only** 11:2,12
19:22,23
20:6,15,21
50:6,23 51:18
52:11 58:1
60:3 72:9,20
77:5 90:24
94:3 96:12

100:22 103:20
105:22 108:8
111:8
**onto** 49:19
51:1 52:9,22
67:15 80:23
100:14,18
101:5,9
102:6,17,22
**open** 66:25
81:3 82:2
83:2,21
**open-ended**
51:10
**opened** 67:1
**opening** 84:24
**openings**
80:20
**opens** 80:19
82:25
**opining** 82:23
83:11
**opinion** 8:8
9:18 32:14
33:8,25
34:20,24
35:23 36:11,
13 37:1,4
39:22 46:17
47:8,18 51:13
54:18,25
58:1,19 65:18
67:20 70:9
74:5,8,18
82:22 85:20
86:23 94:11,
19 103:4
108:23 109:8
**opinions**
13:1,4,25
15:16 18:2,4
33:10,11,14
34:5,6,8,23
35:15,16,19
36:4,5,8,24
39:17,20
40:12 41:2
44:14 53:22

60:5,16 67:25
72:24,25
76:4,6 77:5,
13,17 78:10
86:24 92:20
**opportunity**
60:23 63:1
97:17 104:11
110:21
**opposite**
10:18
**or** 6:4,14,15
7:4,14,22 8:9
9:18 10:16
12:12,19,24
13:1,2,4
14:12 15:5,20
16:5,11,17
18:9,18 19:3
20:6,17,20,25
21:9 22:9,14,
22 23:12,13,
16 24:8 25:8
27:7,18 28:11
30:15,21
31:9,21 32:4,
22 33:2,3
34:19 35:5,
10,14,19,22
36:10,14,18
38:14,15
41:11,17
44:24 46:22
48:11 49:20,
22 50:1,9,25
51:6 52:11,20
54:5,23
55:10,22
56:25 60:17
61:16,19
63:23 64:8,13
65:11,13,24
66:2,4,6,7,9
67:5,20,21,22
71:3 72:1,8,
11 74:20,23
75:2,18 76:12
79:1,12,22
81:22 82:9

83:2,8 85:7
86:11 87:13,
25 92:4,5
93:22 94:7
96:14 100:9,
20,24 101:4
103:13,19
107:20 108:1,
18 109:13,18,
20 110:17
111:4,18,22
112:17
**order** 26:15
100:23
**ordering**
113:18
**organization**
21:20,22,23
29:2,5
**originals**
31:21
**other** 10:23
14:7,19 18:17
21:3 23:23
24:8 28:22
29:1,18 30:11
33:12 39:22
40:19 47:23
49:18,20,23
50:1,8,14,17,
18,21 51:5
52:20,22
60:18 72:20,
22 80:2 83:17
84:18 85:9,18
86:14 87:4
88:17 89:1
90:19 95:8
102:4,20,24
103:13,19
**others** 42:22
**otherwise**
47:17
**our** 12:22,23
67:13
**out** 5:16 6:13
7:21 10:5
37:23 41:12

49:19,21,25
50:2,9,16
51:1 52:2,22
55:24 59:24
63:1,3,15
71:21 73:17
77:24 80:23
83:6 97:4,14
100:13,18,20,
21,25 101:2,
5,7,13,14,17,
22,24 102:5,
16,22 104:3,
5,8,13,16,19,
22 105:11
107:5 113:7
**outline** 57:8
**outlines**
24:18
**outlining**
42:2
**outside** 22:17
47:15 51:7
55:13,19
63:23 64:8,12
75:6,14,16
81:5,7 82:7
83:21 84:6
86:15 87:3
109:14,16
**over** 7:7 9:3,
11,15 10:22
19:14 21:6
23:2 24:14
32:25 33:1
41:1 74:21
80:19 85:5
87:25
**overall** 8:24
11:3,7
**overstepped**
48:19
**own** 18:3

---
**P**
---

**p.m.** 113:23

**pace** 46:8,12,
14,17
**packet** 25:22
59:25
**page** 26:15
27:2 69:15,
17,18,19
76:19 77:1
89:11 91:1,19
93:11 105:21
107:5,11,12
**pair** 54:9
**paragraph**
40:5 41:1
**paramedics**
16:25
**part** 6:3
25:20,22 26:1
43:15 51:16
65:15 77:22
78:6 83:17
88:8 107:13
**participates**
29:4
**particular**
11:10 87:9
88:17 90:2
**particularly**
86:8
**parties**
113:25
**party** 36:13
**passed** 89:7
**past** 19:18
23:2 26:5
37:22
**pattern** 104:9
**pays** 28:18
**Peggy** 4:22
43:20
**pending** 69:9
**people** 7:7
22:5 29:5,7
47:3 50:21
51:5 63:13,15
97:4,14,18
100:13,19

101:2,7,12,
14,17,21,23,
25 102:5,15
103:5 104:3,
7,12,16,18,21
112:6
**people's**
96:19
**Peoria** 38:22
**per** 30:24
**perceived**
108:22 112:23
**percentage**
22:24 28:9,15
**perfect**
113:10
**perform** 5:7
**performed**
75:18,19,24
**perhaps** 51:21
61:18
**period** 12:19
30:8 53:4
80:21 83:2
85:5 96:17,22
97:14
**periods** 95:15
**person** 5:15
7:20 25:10
50:1,6
**person's**
46:15,25
**personal**
20:18 22:10,
15
**personally**
28:14,18
54:15 66:9
**pertinent**
69:15
**petition**
42:22
**phone** 32:25
33:1
**photo** 25:25
57:4 59:8,24
60:4,7,9,17,

24,25 61:24,
25 62:1,4,7,
17,22 63:1,2,
4,6 64:16
65:5,18
66:20,24 67:4
68:4,19 69:2
70:25 71:17,
22 72:7
photograph
18:9 54:11
56:18 58:1,3
62:12,19
66:25 70:19
72:5 109:3,7
photographers
45:2
photographs
8:6 11:10
16:14,16,18,
20,21,23
17:3,6 44:10,
17,19 51:19
54:19 56:23
58:2 69:5
99:9 108:16,
25 110:2,9
photos 45:5,7
55:12,17,21
56:24 57:2,3
59:23 60:1,5,
10,18,21
62:24 66:12,
18 67:23
68:25 70:6,9,
14,17 107:25
108:12
phrase 36:1
physical
41:19,22
physics 85:7
pick 111:10
picture 113:9
piece 52:11
103:22
place 67:4
plaintiff 7:4
16:1 22:22

23:3,5,19
32:17 34:12,
14,16,17,21
35:9,24 37:6
43:20 44:8
plaintiff's
14:21 16:17
17:11,22
33:17 34:2
44:24 110:5,
10
plaintiffs
22:24 32:5
35:6
planned 18:19
plastic
111:11
play 108:6,23
please 4:16
42:12
plus 27:4
97:13
point 27:19
48:19 52:14
55:24 63:1,3
73:13 77:24
80:22 81:15
87:20 89:2
99:12 105:4
pointed 59:24
pointing 62:2
points 71:21
policies 8:21
76:11,22
77:7,9,14,21,
25 78:4,8
96:6,8
105:14,17
policy 75:20
96:20 107:8,
12,16
pool 86:3
portion 45:18
48:8 58:13
66:2,3,4
69:18 90:24
portions
65:14

possibilities
34:12
possible
12:12
potential
36:22 85:7
potentially
12:4 87:13
107:10,20,21
108:2
precise 62:6
predicate
70:17
predominantly
20:23 23:3
prepared
24:18 93:1
presence
58:14,18
67:22 69:11
70:10 78:13
79:22 80:4
102:11
present 49:1
60:16 63:14
72:2,16 74:15
101:25
presented
35:1 51:18
presents 8:16
33:18
preservation
42:16
preserved
11:25
President
21:19
presumably
87:2
presume 90:18
pretty 31:15
50:11 89:2
111:21 113:9
prevent 6:4
81:22 109:15
prevented
13:6

preventing
8:25
prevention
22:8
preventions
21:24
prevents
81:22
previously
27:22 56:24
57:11
primary 20:7
printed 14:7
41:16
prior 26:8,20
34:25 46:8
52:5 73:21,24
75:24 89:5,21
private 20:11
probably
11:23 19:8,
16,17 23:4,11
27:6 28:12
31:13 37:7
41:17 48:11
89:1
probative
78:9
problem 37:24
68:11 73:24
74:6 83:25
84:1,22 93:18
94:22 100:2,
10,13
procedure
32:22 75:18
107:16
procedures
8:22 76:12,22
77:7,14,21
78:1,5,9
105:15,17
process 32:23
73:17
produce 7:9
33:22 97:1
produced
17:3,24 18:5

30:4 57:1
**product** 21:25
  108:16
**products** 22:1
**profession**
  13:3 36:17
**projects** 26:4
**promise** 62:25
**pronounce** 5:2
**protects** 9:9
**provide** 13:7
  22:18,25
  35:12 36:7
**provided** 7:22
  13:24 25:17
  32:14 33:7,11
  35:7,8,16
  39:17,19
  41:17 72:19
  75:3 76:22
  77:18 78:5
  91:1 111:4
**provides**
  40:17 45:19
  72:11 77:13
**providing**
  33:9 34:11
  35:15
**proximate** 8:1
  11:24
**Public** 4:2
  16:12 44:4
**publications**
  25:21 26:3,4
**publish** 8:21
**published**
  15:6 33:16
**puddle** 83:14
  86:7,9 108:9
**purchase**
  51:24
**purposes** 39:5
  110:6
**pushed** 51:22
  100:11
**put** 14:22
  30:25 53:2

63:3 87:4
95:12 96:18
111:11
**putting** 22:16
91:12,21

---

**Q**

**qualify** 30:11
**quantity**
  83:12 108:9
**question** 8:10
  11:16 14:9
  21:8 33:15
  50:7,13
  51:10,16 52:4
  55:7 56:14
  59:7 62:6
  64:2,4 69:9
  72:4,21 78:7
  80:15,16
  101:3,16,20,
  21 102:3
  106:1,23
  107:19 112:13
**question's**
  34:10 85:6
**questions**
  50:20 105:23
  106:13 107:22
  109:19 111:25
  113:11
**quick** 16:19
  26:12 105:10
  109:20
**quicker** 60:11
**quickly** 5:16
**quite** 29:5,6
**quote** 49:8

---

**R**

**rack** 51:22
  56:1 85:24
  98:1 99:7,10
  100:11
**racks** 73:16

85:13
**range** 21:4
  22:3 34:6
**rapidly** 113:8
**rate** 30:23
  83:9
**rather** 5:6
  8:9,17 15:22
  40:24
**ratio** 32:8
**RE-CROSS**
  112:14
**RE-DIRECT**
  110:12 113:12
**reach** 57:25
  69:20 74:5
  103:14
**reached** 47:8
**reaching**
  44:14 48:19
  67:24 70:9
  74:10 86:24
**read** 41:5
  43:19 107:5
**reading** 40:6
  76:20 93:16
  107:6 113:24
**real** 16:19
  95:12
**really** 23:16
  33:1,21 35:1,
  2 36:11 55:16
  62:12 79:16
  108:11
**realm** 34:12
**realtime**
  53:14
**recall** 53:16
  61:3 63:21
  64:6 69:12
  105:18 107:22
  110:17,22
**recalled**
  75:10
**receipt** 40:9
**received** 14:4
  15:7 61:20

**recent** 48:15
**RECESS** 58:7
**recollection**
  24:4 75:11
  76:1,3,8
**record** 39:5
  74:13 99:13
**recorded**
  53:13
**recording**
  53:20
**records** 18:7
  24:3
**recovering**
  12:7
**reduced** 19:4
**refer** 7:5
  30:16 61:17
  90:3 108:13
**reference**
  77:20,25
  78:8,17
  105:16
**referenced**
  7:21 24:11
  44:18
**referencing**
  58:9
**referred**
  13:18 31:24
  39:25 56:18
  69:5 84:22
  88:10 100:6,
  19 109:2
  110:9
**referring**
  20:14 37:23
  42:25 68:16,
  24 107:15
**refers** 78:2
**reflect**
  77:11,13
**reflected**
  89:24
**refresh** 24:3
**refrigerated**
  84:6 92:13

refrigeration
81:19
refrigerator
81:3 87:13
regarding
35:13 107:19
108:21,23
111:19 112:20
regardless
108:1
Regina 4:1
regular 58:20
66:4 104:4
reiterate
66:8
relate 12:25
related 21:2,
8,9 22:10,15
76:12
relates 36:8
37:17 51:3,4
relation
25:11 63:24
64:8
relatively
5:16
relevant 8:4
10:10 11:21
12:23 79:16
reliability
17:16
relied 7:23
67:24 70:8
74:17
rely 7:11,18
11:10 13:24
74:10 92:21
relying 95:6
103:14
remain 8:15
remaining
23:5 31:12
remains 48:15
54:4
remediation
93:19

remedy 95:25
remember
24:2,6 34:10
35:3 48:10
Remind 5:2
remote 17:16
render 8:8
13:1,4 36:4,
5,11,13 37:1
rendered
15:16 32:14
33:8,25 34:8,
20 35:23 37:4
39:7 76:4
92:20
rendering
18:3 34:24
36:24 41:2
51:13 72:24
74:18 109:7
repeated
80:19
repetition
85:1
repetitive
9:13
report 7:9,
10,11,22 8:8,
9 15:4,5,9,19
16:7 17:23
18:3,5 33:22
34:25 39:9,
14,23,24
40:3,9,13,17,
19 44:2,14
45:19 49:7
67:15,17
69:14,19
74:25 76:19,
25 77:6,11,
12,18,24 84:5
88:22 89:24
90:17,25
91:19 92:20
93:1,11,13,14
94:6 95:4
104:23
105:17,20,21,

23 106:1,6,
11,16 107:13,
14
reporter 4:2,
5 56:7 68:22
93:7,9 99:24
113:18
reporting
88:19
reports 15:15
39:3,7,22
78:8 88:18
100:17
represent
4:21
representative
60:5
represented
23:13
representing
20:9 23:5
require 83:9
requires 9:8
requiring
100:11
research
21:17
reserve 40:8
reside 4:25
residue 51:21
61:22 63:14
65:8,10,12
66:2,5,15,16
67:3,10
68:13,14 71:1
73:25 87:25
108:19
resistance
5:6,13 7:1
9:17 10:17,
19,21,23,24
resistant
9:22
responded
110:19 111:1
responsible
33:13 34:1

35:10
restock 97:12
100:24
result 78:23
80:5
results 5:18
79:8
retail 8:11
retailer 23:7
retailers
8:21
retain 7:9
retained 7:3
12:1,13 19:23
20:5,6,9,10,
23 23:7,18,
20,21 24:7
26:22 30:10,
13 32:4,17
33:7,17 34:5,
13,16 35:24
37:6
retainer
29:21 30:4
31:7,11,21
retaining
18:7,10
retention
30:7,16
retrieved
52:25
return 31:22
53:2
returned 53:1
revenue 28:17
review 65:18
reviewed 41:2
43:24 44:13,
18
reviewing
77:9 78:2
revised 15:5
77:10
right 6:17,19
7:16 8:8 9:3,
13,17,20
10:2,11,25

11:20 12:7,10
15:15,19
17:19 18:24
20:13 22:24
24:10 25:7,13
26:25 27:10,
17 28:20,22
29:6,16,17
30:23 32:1,7,
13 35:3,8
36:4 37:4,9
38:20 40:9,
18,23 43:4,6,
23 44:10,17,
23 45:15,18
46:4,7,14,20
47:8,11
48:12,18,24,
25 49:6,10,
11,22 50:23
51:14 52:17,
19 53:5,18
54:8,15,21
55:17,20,21
56:8 57:10,22
58:1,4 60:22
61:2 65:16
66:7 69:25
70:2,5,7,11,
13 71:8,17,
19,24 72:13
73:6 75:4
77:20,24
78:21,23
79:6,8,10,14
80:10,12,13
81:8,12,16,
19,21 82:8,20
83:8 84:9,17
86:1,11,20,
23,24 87:7,
14,20,24,25
88:5,14 89:3,
7,12,17,20
91:4,7,25
92:8,21
93:11,22
95:8,14
96:14,21

97:6,10,17,
18,20 98:3
99:1 100:16
102:20 103:9,
13 104:17,20,
25 105:7
106:5,7,10,12
107:18 110:15
113:7
road  68:4
role  12:10,
11,16,22
36:3,4 108:6
rolling  56:3
ROM  41:18
Ron  15:10
40:8 58:11
66:22
room  82:23
83:4
rooted  35:17
36:19
Rousso  10:13
14:13,21,24
18:25 19:3
23:21,24 24:8
25:2 26:8,19
27:9,13,16,20
29:24 34:3
37:14 41:6,22
42:9,12,16,18
43:7,8,12
44:21 45:8,11
52:14 56:11,
15,25 58:6,21
59:16 60:12
61:25 64:3
67:7 68:1,9,
23 69:3
70:16,22
71:21 72:14
76:15 87:8
105:10,13
106:12,14,20,
22 107:1,4
109:19,23
110:1,5,8
112:12,15
113:2,11,20

Rousso's
18:8,21 88:13
routine  75:18
96:20
run  21:19,20
22:2 29:2,4
running  46:21
rushes  83:22
85:16
Russ  13:16
27:22,23
Russell  4:11,
17


S

safe  8:21
32:11 40:12
safety  8:21
16:6,13 20:8
21:12,23
36:17 44:1,4
76:11,22
88:7,18,22
95:4,22
said  10:15,
18,25 20:14
22:12 29:6
34:16 43:19
44:18 46:2
50:21 52:17
60:25 63:22
64:7 65:10
67:9 69:11
71:7 72:21
73:7,11 83:13
84:12 91:22
96:9 97:23
100:4 101:6,
14 102:12
104:22 106:25
salary  28:18,
19
sales  10:6,7
83:21,22
85:15 87:3
same  12:5
25:22 46:16

60:18 105:4
109:1
saw  48:3
64:24 83:18
84:12 112:20
say  6:9 11:14
19:20 21:25
28:12 30:15
32:11 34:7,25
36:15 40:12
42:7 47:6
48:25 50:17
55:21 58:13
62:11 66:12
67:9 71:10,
12,14 73:12,
14 78:11
81:11 84:4
91:15 94:5,21
95:16 101:19
103:17,18
106:7 108:10
saying  33:22
42:7 47:7,15
58:19 59:9
60:13 61:11,
12,13 71:11
77:2 85:7
90:12 93:23,
25 94:1 98:15
says  26:10
30:7 40:5
41:5 43:24
69:19 70:12
76:20 90:14
91:6,20 93:16
101:12
scene  11:22
12:8
school  38:23
second  20:12
23:24 56:12
secondary
38:15
seconds  48:1,
6
section  91:3

**see** 14:1
16:24 26:10,
11 27:2 38:1
40:10 45:22
46:9,13 54:11
55:10,14,16,
25 57:13,18
59:7 61:7,24
62:3,8,12,14,
15,16,18,22
63:4,6 64:18,
19 65:5,9
66:17,19
67:1,4 68:5,
7,10,11
69:11,25
70:15 71:9,13
72:6 78:18
80:6,7,18
82:24 83:18,
20 85:11,15,
17 90:5,13
93:20 95:25
96:24 98:3,5,
11,12,13,18
99:8 109:6
111:1 113:7
**seeing** 47:23
63:11
**seem** 90:1
**seemed** 69:22
**seems** 65:7
**seen** 47:24
48:9 54:15
68:16 88:16,
17,23 89:1
90:1 94:9
**send** 42:19
**sentence**
93:12
**separate**
58:24
**separately**
39:6
**series** 29:2
**serve** 19:20
20:1 34:14

**served** 26:8,
18 32:4
**Service** 16:12
**services** 16:6
22:25 44:1
88:7,21
**serving** 21:9
22:14 28:3,9
**set** 17:22
33:8
**several** 16:23
**shall** 30:8
**shape** 58:12
**she** 10:7
25:15 45:25
46:2,7,12,21,
22,23 47:8,9,
12,19 48:18,
19 49:7,8,11,
15,18 52:16
53:2 55:5,8
64:24 65:9
67:15 68:11
69:4,11,25
70:2,3,12
71:7 72:7,20,
21 73:11
97:23,24
98:4,12,16
99:1,2,5,14
111:10 113:1,
3,5,6,9
**she's** 49:5
**sheds** 112:3
**shelves** 107:8
**shirt** 111:2,3
**shoes** 54:22
**shooting**
11:24
**short** 53:4
**should** 38:21,
22 39:1 58:24
67:10 68:21
82:5,6 104:5
**shouldn't**
28:12
**show** 14:24

51:20 55:18,
21 57:5 60:25
65:2 66:13,17
72:1,2 96:23
111:16
**showing** 70:17
**shown** 60:8
71:17
**shows** 44:8
58:14 65:3
99:10
**SIC** 59:14
**side** 22:16
28:3
**sides** 23:18
34:7
**signed** 18:7
**significant**
8:16 87:13,14
**signing**
113:24
**silent** 5:4
**similar** 89:2
109:6
**simple** 50:11
64:2 85:6
**simply** 33:2,
20 35:14,20
**Since** 68:24
**single** 106:1
**sir** 17:4 33:4
56:7 99:24
**sit** 50:23
**site** 18:19,
22,23,24
**situation**
35:4
**situations**
33:5
**size** 99:17
**sketches**
24:17
**skilled** 60:15
**slide** 113:7
**slip** 5:6,13,
22 7:1 8:17
9:17,22

10:18,20,22,
23 20:1,25
21:23 22:7
67:16 94:25
112:5,16
113:4,10
**slipped** 5:15
6:13 44:11
45:19,25
94:17
**slipping** 8:16
**slips** 8:25
19:15,22,24
20:7,15 21:7,
10
**slope** 87:1
107:19 108:1,
5,8,11
**sloped** 107:21
**small** 48:8
87:21
**so** 8:13 9:10,
25 10:10,15
12:1 14:11,
14,22 16:8,18
17:2 18:9
19:2,9,11,25
20:9,12 21:2,
8,20 22:14,24
23:16,24,25
25:10,20
26:13,15,22
27:12,22,23
28:7,14 29:15
30:13,20 31:1
34:7,12 35:18
36:7,12 37:4
38:23 39:3,4,
7 40:2,12
41:14,16,19,
21 42:14
43:14 44:17
45:7,15 46:4,
17 47:3 48:1,
4 49:11 50:7,
23 51:23
53:8,14,19
54:18 55:17
56:5,17,21

57:4,10 58:24
60:7 61:7,17,
21,22 62:14,
16 63:19
64:14,16,24
65:12,24 66:3
67:13 68:19,
25 69:9,10,
21,25 70:5,21
72:1,9,20
73:21 74:16,
22 77:5,10
78:3 79:6,16
81:21 82:6
83:21 84:9,
12,24 85:1,
17,20 86:8,17
87:12,19
88:20 89:23
90:15 91:6
92:1 94:5,8,
9,13,21 97:3,
24,25 100:23,
25 102:10,15
103:4,18,22
104:11 105:14
106:15 107:5
108:5,10
111:5,10,12
**soil**  91:16
94:2 100:4
**soils**  90:21
**sole**  102:14
**solely**  46:4
73:3 106:3
**solemnly**  4:5
**solid**  90:6
100:9
**some**  16:1,14,
18,22 20:25
21:2 31:20
33:13 41:22
44:25 61:16
65:8,12,24
67:10 73:21
90:3,19,22
**somebody**  6:12
7:22 50:9,21
66:20 80:20

108:10
**somebody's**
84:24
**somehow**
105:16
**someone**  7:18,
19 50:24,25
82:15
**something**
6:11,18,21
22:15 27:7
48:22 60:13
78:9 103:25
**Sometimes**
10:22 112:8
**somewhat**  97:3
**somewhere**
23:4 27:4
51:23
**sorry**  8:10
13:15 17:19
18:23 35:2
40:25 76:16
79:23 94:7
95:20 106:9,
20 110:8
112:12
**sort**  8:6
11:12 33:13
**sound**  42:21
**source**  52:11
103:13
**sources**  74:9,
17,22 84:10
98:16
**South**  84:1
**Southlake**  5:1
38:18
**space**  71:15
79:2,25 81:7,
15,17,23
**spatter**
108:18,19,23
109:6
**speak**  92:25
**speaking**  26:4
99:23

**specific**
37:15 58:3
110:1
**specifically**
52:5 108:13,
18,22
**speckled**
108:15
**speckles**
108:22
**speculation**
51:8
**speed**  29:12
**spill**  8:23
87:19 94:21
**spillage**
74:19,20
78:13
**spilled**  46:8
78:21 93:17
94:1 100:4
108:10
**spills**  73:21
89:15 90:4,8,
16,19,22,25
91:7,11,17
92:2,4
**spoke**  59:14
**spot**  86:2
**stamp**  53:6,7
**standard**  13:2
35:21,25
36:14,16,19,
25 37:2,5
53:14
**standards**
12:25 22:5,6,
7 35:17
36:15,18,19,
20,21,23
**star**  63:3
**start**  33:17
40:3
**starts**  82:3
**state**  4:2,16
8:9 43:24
75:23 83:5

**stated**  39:22
50:8 67:14
75:17 94:5
101:6 102:10
**statement**
50:18 83:3
91:18,19 92:1
111:4
**statements**
8:7 111:18
**states**  42:22
**stating**  94:23
**stay**  36:6
86:2
**step**  33:2
51:24 52:1
69:20 97:20,
24 99:8
100:12
**stepped**  49:8,
15 50:15,25
53:1 67:15
69:23 70:2,3
71:7 98:17
99:14
**stepping**  50:2
51:1,25 52:8,
21 71:9 86:9
**steps**  98:4,13
**sticking**
35:14
**still**  8:18
20:13 93:13
**stocking**
102:15
**stop**  60:12
**store**  7:19
8:10 9:23
12:1,3 14:9,
15 16:15 40:8
44:7 66:10
73:4 95:21
100:18 107:12
**stores**  23:11
**streams**  28:17
**stride**  47:3,4
48:17

struggle
  13:15
stuff  29:18
  69:21 101:13
  103:10 111:11
submit  22:1
substance
  45:20 46:1,3
  54:3 55:10,
  14,18,22
  57:6,23 58:19
  59:2 61:1,8,
  11,16,17
  62:9,11,21
  63:5,12,16,23
  64:7,18 65:6
  66:13 67:6
  100:8 108:7
  111:22
substances
  74:3 101:1,8
such  8:15
  49:1 54:3,4
  76:24
suffice  81:11
suggested
  47:17
suggestion
  47:11,13
suggests  88:2
summaries
  24:17
summary  32:25
summer  81:12,
  13
supplement
  106:3
supplemental
  15:5,8
supplemented
  39:11
supply  97:12
support  34:8
supports
  50:14
supposed  96:6

supposedly
  52:25
sure  5:3 6:10
  15:2 17:1
  23:9 26:2
  33:14 34:10
  39:21 59:23
  88:20 106:10
  112:3
surface  5:7,
  13 6:24 7:2
  9:8 10:10,21
  66:1 74:6
  84:23 86:10,
  13,19 90:6
surfaces
  85:14
surveillance
  8:6 11:11
  14:4 44:7
  46:13 47:10,
  14,15,23,25
  51:18 53:24
  54:20,21
  55:9,18 80:6
  99:7 110:14
swear  4:5
sweating
  84:22 86:5
sworn  4:12
synonymous
  46:18

_____

T

_____

take  5:16
  6:14 7:8 23:4
  26:12 30:21
  32:19 40:2
  56:11,23
  80:25 83:16
  86:25 94:14
  99:8 104:21
  105:20 109:7
  113:20
taken  4:1
  16:14,15,16
  17:7,10

44:20,21,25
  45:5,7,8,9,13
  51:19 56:24
  57:1 58:7
  66:9 70:20
  71:22 72:5
  99:9
takes  85:5
  87:22 106:16
taking  13:13
  111:11
talk  27:8
  84:3,20 88:5
talked  72:15
  78:12 84:9
talking  10:11
  35:3 42:10
  55:12 56:16
  59:21 68:13
  84:11 85:6
  106:15 111:6
talks  80:11
  90:25
tan  57:12,17
tape  111:6
tear  10:3,16,
  19,20
technician
  7:6
Tecum  13:14
telephone
  32:24
tell  14:23
  15:23 16:21
  24:5 27:8,10
  33:3,20 41:25
  57:16 59:2
  62:13 65:11
  98:9 113:5
telling  57:11
  91:13
temperature
  78:25 79:6,24
  81:11,24
  82:23
temperature-
controlled
  81:17,23

temperatures
  79:18 81:4
term  13:3
  35:13 100:5,6
terms  67:13
  94:2 107:18
test  5:6,12
  6:24 79:14,15
tested  79:17
testified
  4:12 16:20
  17:15 19:16
  23:15 32:3,21
  33:24 35:6
  49:5,7 61:20
  63:11,13
  64:22 84:19
  85:10 87:24
  94:4 104:25
testify  35:22
  36:9
testifying
  35:14 60:13
testimony  4:6
  6:7 13:7
  15:10 22:18
  25:17 32:14
  33:7,9,11
  34:11 35:4,7,
  8,9,12 36:12
  40:14,21 46:5
  47:16 48:16
  49:12 50:8,20
  53:11 57:22
  58:22 59:13,
  15 62:8 63:9,
  10,21,25 64:6
  67:8 68:2
  69:15 70:9
  73:3 74:23
  75:11,21
  76:1,5,9
  91:11,24
  94:15,20 95:5
  96:16,25
  97:23 98:17
  101:18 103:2,
  18,23 106:4,
  5,17 108:21

109:14
**testing** 5:7,
22 7:5,14,21
22:1,2 83:9
92:23,24
**Texas** 5:1
14:14 84:1
**than** 16:4
18:17 29:18
32:9 33:12
36:17 39:22
40:20 47:23
49:23 50:14,
18 52:22
78:21 83:20
84:18 85:10
99:22 102:4,
20,24
**Thank** 13:12
82:14 93:9
102:2 105:8
107:1
**that** 4:6 5:5,
7,12,17 6:5,
7,21,22 7:7,
11,14,18,20,
21,23,24 8:6,
9,10,13,15,20
9:3,8,10
10:10,16,17
11:1,5,8,12,
13,17 12:5,8,
14,23,25
13:8,10,15,
23,24 14:1,8
15:5,10,16,
19,23 16:8,
14,20 17:6,
10,11,15,17,
23,24 18:1,2,
4,14,19,20,
24,25 19:4,20
20:1,10 21:7,
8,10,15 22:3,
9 23:2 24:1,
4,8,14,24
25:4,11,16,
19,21 26:7,9,
13,17,18,23,

25 27:3,11,13
28:23,24
29:1,4,9,17,
19,24 30:5,7,
8,11,12,18
31:6,7,9,18
32:3,5,15
33:1,18,22,
23,25 35:1,4,
9,17,24 36:9,
12,18 37:1,5,
12 38:3,5,7,
14,15,16,22
39:1,11,12
40:3,10,12,
14,16,17
41:2,3,5,9,
13,16,18,20,
25 42:4,9,21
43:5,19
44:13,18,19
45:11,19,22,
25 46:7,9,12,
13,17 47:8,
11,16,17,18,
19 48:7,16,
18,23,25
49:1,2,4,7,
12,15,17,18,
19,21,23
50:4,6,7,8,
14,22,24
51:8,20,23
52:2,5,6,7,8,
9,12 53:17,
23,25 54:2,3,
5,6,8,10,18,
25 55:7,17,
21,24,25
56:23 57:11,
13,17,18,20,
22,25 58:1,2,
3,14,16,20,24
59:12 60:5,9,
18,21,25
61:3,5,7,11,
20,22 62:4,8
63:7,8,13,15,
20 64:1,16,

18,20,21,24,
25 65:12,18,
19,23 66:17
67:4,9,15,17,
21 68:8,11,15
69:1,11,12,
18,21 70:6,9
71:1,13,14,
17,20,22
72:7,9,11,21
73:8,18,19,22
74:5,8,10,13,
17,18,19
75:5,8,10,14,
15,17,18,19,
20,21,23
76:3,4,7,9,24
77:5,21,22
78:3,9,11,14,
15,18,20
79:2,11
80:13,18
81:2,7,11,16,
25 82:4 83:1,
3,5,9,12
84:1,5 85:8,
20,24 87:2,10
88:2,3,15,22
89:7,17,18,23
90:4,13,18,
19,24 91:10,
11,15,18
92:6,8,14,17,
21 93:7,20,23
94:3,5,15,16,
23 95:2,3,6,
11 96:17,20,
22,25 97:10,
11,13,15,17,
23,25 98:10,
15,17 99:9,
12,13,22
100:4,13,16,
17,19,22,25
101:4,8,12,
16,19,20
102:1,4,5,10,
12,13,16,21
103:2,9,10,

14,19,25
104:1,4,5,14,
15,17,21,22
105:15,16,18
106:8,10,16
107:2,7,9,11,
15,19,25
108:5,12,15,
25 109:8
110:15,25
111:8,10,14,
15,23 112:2,
3,9,23 113:5
**that's** 5:1,8,
11,14 6:17
7:6 12:6,13,
21 13:20
15:11 18:5
19:15,20,23,
25 20:3,12,14
21:11 22:12,
13 24:15,25
25:20 26:1
27:11 30:13,
14,19 32:20
35:13,16,22
36:1,2,3,9,
10,20,25
37:16,23,25
40:18 42:12,
13 46:2 47:7
48:22 52:16,
19 55:20 56:1
57:24 58:23
59:9,12 62:4,
10,16,19,20
63:6 64:17,23
66:4,11 67:1,
17 70:24
71:7,11,17,18
72:4,7,22
73:2 75:3,11
76:1 79:16
80:15 81:13
84:21 85:25
86:7,23 89:5,
20 91:2,7,20,
21,24 92:18
93:25 94:11,

19,20 97:9
99:17 102:1,
18 103:4,12,
15,17,22
105:4,7
107:13 113:9
**their** 23:14
47:1,2 93:19
111:24 112:7
**them** 7:5,9
14:24 15:2,3
16:22 21:18
23:1,12,14
24:13 35:11
39:5 48:11
54:12,24 55:5
62:25 65:1
69:4 70:21
76:15 89:1
102:1 104:5
111:18
**then** 7:18,23
8:5 14:6 15:4
16:2 17:6
18:6,8 27:8
28:6 30:3
31:10 32:24
33:9 39:11
43:19,22
44:4,20 48:4,
25 51:25 52:2
53:1 56:3
57:1 58:17
59:10 74:13
76:19 82:7
84:13 85:22
89:10 93:24
94:16 97:11
99:8 101:8
103:10 105:11
111:2 113:8
**Theoretically**
82:12
**there** 5:16
6:13 10:2,4
11:11,24
13:1,4 14:1,
16 15:12 16:1
19:11 20:21

21:3 26:4
31:12 35:21
36:18 39:20
49:12 50:7,21
51:5 52:12
53:6 54:23
59:10,13
60:4,17 62:24
63:14 65:10
66:12 70:10,
12 71:12
72:11,21
73:10,11,12,
14,21 74:20
75:9,17 76:7
78:7 79:15,
17,18,22
80:14 83:13
85:8,18,20,23
86:1 87:24
90:19,20,21
92:3 95:1,8,
11,13 96:19,
23 97:1
100:17 101:8,
12,22 102:7,
8,11 104:3,5
107:24 108:9
109:8,12
110:17,18,22,
25 111:7,12,
22
**there's** 5:10
16:4 17:6
21:24 26:5,21
29:1 37:25
39:21 47:11,
16 57:11,15
65:25 67:5
69:9 72:19
73:12 74:6,
13,18 75:18
87:19,21 94:1
103:19
**therefore** 8:4
51:25 76:23
85:12,18
93:17 101:23
102:15 103:9

**thereof** 94:3
**THEREUPON**
4:10
**these** 14:23
15:15 16:23
22:18 26:2
35:18 39:22
44:17 66:18
67:2 70:9
74:15 110:1
**they** 6:13 7:4
14:20 17:7,9
20:24 21:21,
22 34:5,24
45:4,8,9,13
47:3,6 50:24
52:1 54:14,18
55:3 61:20
73:11,16,24
74:14 79:19
89:7,13 90:1,
3 94:24
95:24,25
96:6,8,23
100:25 101:8,
25 103:10
104:14 109:17
111:11,25
112:7
**They'd** 111:21
**they'll** 7:9
**they're** 15:4
28:5 46:16
54:25 76:17
77:15 89:2
90:12 97:7
102:16 109:25
111:16
**thing** 6:15
8:7 11:12
19:23 43:19
46:14 80:11
104:24 111:8
**things** 36:2
56:9 78:25
81:14 95:6
100:3
**think** 10:25

14:3,6 19:10
21:3 23:15,
23,25 25:3
31:13,15 33:3
37:20 39:4,8
40:23 41:21
42:4 43:7
44:24 50:6,8,
11 55:6 61:20
69:1,11 76:17
83:12 86:15
89:10 92:17
100:4 104:24
111:4
**third** 66:20
**thirdly** 22:5
**this** 4:21
7:16 9:11,20
11:9,15 12:1,
2 13:5,6,13
14:3,15 15:16
17:3 18:17
19:14,18
21:14 23:2,24
24:19 25:8,
11,23 26:23,
24 29:12,24
30:2,5,17,25
35:20 36:21
37:8 38:1,21
39:8,15 40:9,
23 41:3,12
42:13 43:1,3
46:16 48:14,
15 49:18
51:3,25 53:1
55:25 56:6,23
57:17,22
58:9,10,12,17
59:14 61:1,5
62:1,17,19
63:1,4,12,14
64:16 65:2,3,
5,16,18,23
66:24 67:13,
22 68:12,17,
19 69:2 72:5,
24 74:1,7
76:4,21 77:1,

6 80:11 81:22
82:16 84:3,18
85:9 87:8
88:6,12,13,
14,17,20,24
89:3,24 90:2,
8,17 91:18
93:1,5 94:24
95:25 100:2
103:25 109:7
112:6

**those**   7:7
16:19,21 17:2
20:24 24:13,
19,21 31:20
32:13,19
33:5,10,11,14
36:23 45:3,5
54:11,15 57:1
60:6,22
70:14,20
72:25 74:17,
22 77:5,7,9,
13,21 78:4
79:21 82:21
91:9 94:14,18
95:5,15 96:8
101:1 104:15
105:16 107:22
108:2,16
111:25 112:1

**though**   28:20
33:14 55:8
75:19 76:7
102:3 103:24
104:17

**thought**   25:4
56:15 57:10
95:20

**three**   21:24
94:18 95:6

**threshold**
98:1

**through**   9:14
20:10 27:2,9
60:8,10 62:25
65:1 66:17

**throughout**
73:16 90:21

91:17 104:10

**tile**   8:11
9:5,9,14
59:11 65:13,
14,15,21,24
66:1,6 67:3

**time**   5:21 8:2
9:3,11,15
10:22 11:21
12:2,5 17:2
20:21 23:13
48:4,8,12
52:15,24
53:4,5,6,7,
10,13,16,23
54:1,9 59:13
72:2,5,18
73:4 74:21
75:5,8,15,23
76:21 79:11,
12,15 80:21
82:21,24 83:2
84:24 85:5
86:5 94:25
95:1 96:17,22
104:8

**timelines**
94:18

**timely**   8:23

**times**   8:16
10:23 19:8,
11,16,17
22:19 48:9,
10,11 104:6,
16

**to**   4:6 5:2,3,
5,6,7,12,14,
16 6:4,13,14,
16,18,21 7:1,
5,8,23 8:1,4,
20 9:8,13,17
10:2,5,13,15
11:13,14,15,
16,21,22,23,
24 12:1,2,7,
11,20,22,23,
24,25 13:1,5,
7,10,15,18,21
14:6,16,20,24

15:2,20 16:1,
21 17:2,9,22
18:1,20 19:4,
6,16,17,25
20:14 21:2,3,
9,13,14 22:1,
10,15,19,25
23:3 24:4,10,
12 25:11
26:6,7,11,18,
21 27:2,3,6,
18 28:6 30:2,
4,16 31:17,24
32:11,20,25
33:6,19,21
34:1,3,4,10,
13,25 35:1,
13,15,16,22
36:2,5,7,8,9,
11 37:1,9,17,
19,23 38:10,
11,20,23
39:3,5,21,25
40:9,12,24
41:5,12,17
42:5,21,25
43:8,12,22
45:4,21 46:8
47:5 48:1,20,
25 49:5,12
50:12 51:3,4,
15,16,18,24,
25 52:2,5,7,
8,14 53:1,2,
14,15,19,24
54:14,22,23,
24 55:10
56:3,18 57:2,
12,13,24
58:7,9,11,18,
21 59:7,14,
16,23 60:6,9,
16,22 61:17
62:2,3,7,10,
12,15,17,22
63:1,11,13,
16,24 64:3,8,
17 65:1,11,23
66:8,19,20

67:2,3,7,19
68:1,4,5,9,
16,19,23,24
69:5,14,16,
18,20 70:3,5,
16,19,22
71:10 72:10,
14,25 73:12,
25 74:24
75:9,22,24
76:12 77:8,
11,15,20,25
78:2,5,8,9
79:15 80:3,4,
20,22 81:11,
21,22 82:3,
11,22,23
83:8,11,12,16
84:19,20,22
85:10,23
86:22 87:1,4,
8,19,23 88:9,
10 90:1,3,4
91:15,23
92:3,18,25
94:2,5,15
95:12,25
96:6,18,23
97:9,11,18
98:1 99:5,6,
13,19,20
100:6,12,19,
23,24 101:20
102:2,14
103:14,25
104:6 105:4,
15 106:3,9,
10,19,21
107:8,15
108:12,13,20,
22 109:1,2,5,
15,16,23
110:1,9,19,
23,25 111:1,
18,21,25
112:25

**today**   12:15
13:22 15:24
17:12 20:9

25:19 41:10,
20 50:23
53:11,25
**today's** 31:5
**together**
15:15 39:14
**told** 14:17
17:11 27:22
28:1 45:9,11
67:24 99:1
102:25
**too** 37:16
**took** 15:9
16:22 70:21
76:15 97:24
**top** 65:21
69:15
**topic** 76:7
**Toppins** 4:1
**total** 31:3,4
39:14 48:6
**towards** 6:4
**track** 52:2
69:10 101:4
**tracked** 49:18
50:16
**tracking** 50:2
51:1,6 52:21
100:13,18
101:9,13,17,
24 102:6,16,
22 103:10
104:5 109:15
**Traction**
20:11,22
28:11,12,15,
18 29:17
**traffic** 9:13
63:15 104:8
**trafficked**
97:3
**trafficking**
50:10 101:1
**trailing**
113:8
**trained** 7:8

**training**
6:16,18 8:22
21:17 22:3
76:12,23
**transcript**
40:7 69:16
**trapped** 108:2
**trial** 19:17
22:19 23:15
34:15,19
35:5,14
**trick** 50:12
55:7
**trip** 20:1,25
21:24 22:7
**trips** 19:15,
22,24 20:7,15
21:7,10
**true** 9:4
15:10
**truth** 4:8
**try** 50:12
104:1
**trying** 21:2
37:19 38:10
41:12 70:5
99:13,19
106:10
**turn** 45:21
**turned** 28:7
**two** 5:18
14:18 15:25
16:5 19:10
27:7 28:5,7
29:1,8,9
39:7,14 48:4
51:23 57:2
74:17,22
94:14 95:15
109:20 110:25
**type** 11:2
12:3 65:8,12
88:15 90:3
109:12
**typical** 22:20

---

**U**

**U.S.** 16:12
**ultimately**
82:18
**Um-hmm** 19:13
30:1
**unaware** 49:1
96:19
**under** 4:7
33:7 45:18
91:4 108:5
**understand**
14:8 16:17
17:7 26:17
33:5 37:19
77:17
**understanding**
5:20 17:9
53:21 62:19,
20 63:20
73:23 83:13
90:15 93:22
94:15 100:22
102:8 108:15
**understood**
22:12 47:18
72:24 77:12
84:10 101:2
**undertake**
24:10
**unequivocally**
94:23
**Unfortunately**
76:21
**unidentified**
111:2
**unit** 81:19
**University**
38:11
**unknown** 56:25
**unless** 9:11
103:18
**unlikely** 6:11
**unpaid** 29:10

**unquote** 49:8
**unspecified**
56:25
**up** 12:18 23:1
29:12 32:22
40:25 56:3,9
59:24 74:21
76:19 80:19,
22 81:1 84:25
88:9 111:10,
16
**updated** 26:24
27:5 37:19
38:2,6
**upon** 7:11,18,
23 11:1,10
13:24 40:9
54:4 63:8
64:22 65:18
70:8 73:3
74:10,17 76:3
90:16 91:9,18
92:21 95:3,6
103:5,14
**us** 44:4 67:24
99:1
**use** 67:10
102:13 109:17
**used** 28:6
**uses** 13:3,4
**usually** 32:23
**utilized**
109:13

---

**V**

**valuable** 8:2
**variety** 100:3
**various** 21:4
**vary** 10:19,20
**VCT** 8:11 9:3,
7,12 10:17
**vendors** 96:25
100:21 102:13
**very** 4:20
5:19 12:2
19:11 29:3

35:18,19 36:6
37:15 60:15
62:6 64:2
83:7 85:6
93:9 109:20
**video** 8:6
11:11 14:4
44:7 46:13
47:14,15,24,
25 48:6,9,13
51:19 53:7,
13,24 54:20,
21 55:9,18
80:6 98:4,18
99:7 110:14
112:17,18,20
**view** 47:9
**viewed** 98:16
110:14
**vinyl** 8:11
9:5
**violated**
75:20
**violation**
13:2,5 35:21
89:13 95:25
**virtually**
83:16 94:10
**visible** 80:18
111:8
**visited** 14:9
**volume** 28:7
83:14 87:22
88:2 108:9
**volunteers**
29:3

----

**W**

**waived** 113:24
**Wal-mart**
23:17,19,20
**walk** 47:3,23,
24
**walk-in** 89:14
90:14 91:6
92:2

**walker** 46:22
**walking** 46:8,
12,23,25
47:6,9,19
48:2,3,4,5
50:9 100:21
101:14,17,25
113:5
**walkway** 7:6
**walls** 83:23
**want** 5:3 7:4
13:21 27:3
30:2 33:21
34:4 39:21
40:23 51:15,
24 62:17
63:4,16 65:1
67:19 68:4
71:10 72:10
73:25 74:24
84:20 94:2
95:12 96:18
97:9 105:4
108:19
**wanted** 14:16
92:18
**warm** 83:6,22
84:23
**warmer** 81:23
**was** 4:12 5:14
9:23,24,25
10:3,4 12:1,
21 13:1,4,18,
24 14:17
15:5,12 17:24
18:5,18,20,24
19:4 20:5
21:8 23:3,13,
18 24:1,17
26:20,22,23
27:13 30:15
31:24 32:15,
16,17 33:6,
12,22 34:17
35:21 38:2
41:16 42:9,13
43:15,20
45:9,20 46:7,
12,22 47:9,19

48:4,16,17,19
49:1,11,12,25
50:4,6,7,9,19
52:6,12 53:4
54:8 55:7
56:18 57:11
58:11 59:4,5,
6,7,9,10,12,
13 61:23
62:11,20,21
63:14,17,19,
20 64:1
66:14,16,20,
22 68:11
70:10,12
71:14,20,22
72:5,11,20,
21,22 73:12,
14,17,23
75:4,6,9,12,
14,17,21 76:8
77:22 78:9,14
80:14,20
83:13 85:8,
18,20 86:1,
15,18,20
87:24 88:1,10
89:10,14,17
90:8,21 92:3,
8 94:6,8,10,
16,17,23,25
95:1,11,13
96:14,16,19,
23 97:24,25
98:9,19,20,23
99:17,20,21
100:22 101:3,
20,21 102:8,
11,14 103:25
105:22,25
106:3,5
107:7,9
108:9,14
109:8,12
110:18,22
111:3,7,8,10,
12,22 112:23
113:5,23,24

**wasn't** 34:17
46:21 47:12
73:11,12 75:7
79:15,17
**watch** 99:7
**water** 51:21
52:1 68:14
83:15 87:7,
14,15,23
**way** 5:5,8,9,
11,17 6:4
11:13 22:16
24:22 25:8
27:6 33:9
89:24 93:6
108:25
**ways** 5:10
11:9 35:7
**we** 13:22
21:16,25
22:2,6 24:14,
16 29:2,3
31:15 39:23
42:7 44:19
55:17 56:6
58:24 59:19,
21 60:10
63:16 64:16,
24,25 67:10,
13 68:17,25
69:10 70:12,
15 71:21
76:25 78:12
82:12,21
83:5,12,18
84:1,9,20
85:2 93:13
99:16 101:5
109:6 111:1
**we'll** 13:13
27:12 39:6
56:23 60:6,22
62:25 66:22
88:7 105:11
**we're** 10:10
35:3 39:7
45:7 56:14,21
57:4 60:24
68:3 81:10,16

83:6,7 84:11
88:9 91:24
106:15
**we've**  56:21
58:10 60:3
70:5 71:13
78:15 110:14
**wear**  9:13
10:3,5,15,19,
20,22 11:2
65:24
**wearing**  54:9
65:13 107:24
111:2
**wears**  9:9,10,
15,16
**week**  19:11
70:18
**weekly**  96:7
107:9
**weigh**  12:24
**welcome**  105:9
**well**  6:9
7:17,19,20
8:22 9:5
11:2,7,9
12:11,18
14:25 15:25
16:22 17:21
21:11 22:22
23:11,15
24:13 25:21
27:6 28:11
29:10 30:13
32:20,22
35:12 36:15
39:19 41:15
42:4 46:2,13,
16 47:13,18
48:3 50:5,6
51:5,9 53:9,
16,20,22
54:11 55:14,
25 58:2 59:4,
9 60:6,14
62:3,10 65:7,
14,16,20,23
66:19 68:7,

10,23 69:14
70:16,21,25
71:7 72:15,19
73:7,16 74:12
75:16 76:7,14
77:15,17,22
79:15 80:6,
15,16 81:13
83:16 84:3,20
85:11 86:4
87:6 88:24
89:1 90:1
91:12,20
92:14,20
93:25 94:12
96:6,14,18
97:7 100:10,
19 101:6
102:7 104:1,
18 105:1,22
106:12 110:25
112:17
**went**  38:23
69:22 74:14
97:14 101:2
**were**  6:13
11:24 16:14,
16 17:7,9
20:14 23:14
24:17 30:9,
14,20 33:15
34:1 37:6
39:25 45:2,8,
9,13 46:18
47:6 50:21
51:5 54:18,21
55:3 56:16
57:10 59:21
66:12 69:5
70:20 76:11
77:8 78:5
79:10,19
82:21 86:22
89:13,24
90:19 94:4
95:8 96:6
99:9 100:17
101:7,8,13,
14,16,24,25

102:6,7,21
103:10,19
104:22 105:15
107:24 108:12
110:9,17
111:25 112:9
**wet**  8:17
55:18 65:11
66:13 67:5
69:22 84:7
86:6 112:7,9
113:10
**wetness**  58:14
65:9,10 66:13
67:5 69:25
70:6,10,19
71:1 72:12
**what**  4:23
5:14 6:4 9:9,
10,15,17,20
12:10,14,16
13:5 14:23
15:23 16:8
17:9,20 20:3,
5,14,20 21:2,
15,18,21
22:24 24:1,6,
10 26:17 27:3
28:9,14
30:11,12,23
33:6,20,23
34:5,23 35:22
36:9,20,23
37:17,22 38:7
39:3,19 40:16
41:25 42:7,9,
13,15 46:2,24
47:7,16 49:4,
5 50:11
51:11,15,16
52:16 54:19
56:21 57:10,
24 58:18,25
59:9,14,18
61:11,12 63:8
64:22 65:2,22
66:20 67:3,
19,24 68:5,
12,16 70:5,

12,14 71:10,
11 72:25
73:2,15 74:9
75:11 76:11
78:23 79:10,
16,19 80:2,13
82:21,23
83:13 84:11,
18 85:7,10
86:3,11,12,
14,17,22
87:8,10 89:10
90:1,12
91:15,20,21
93:25 94:17
98:9 99:20
100:7 101:6
102:4,20,24
103:20 104:9
108:21 109:1,
8 111:5,6
112:23
**what's**  7:6
26:9 39:22
77:17 81:4,5,
7 84:22
110:23
**whatever**  5:22
34:1 35:11
41:18 48:8
61:16 63:16,
17 68:15
73:25 74:23
78:14 88:1
94:2 95:25
97:12 99:16
100:24 102:12
108:19
**wheel**  9:13
**when**  6:9 8:17
9:25 19:11
20:5,9,13
22:18 23:13
30:8,14,15
32:16 34:5,
11,13 35:4,8,
13,23 41:15
45:8 48:12
50:17 52:1,25

53:2 56:9
61:20 62:11
70:2,20 71:22
73:14 75:4
80:19 81:2,21
82:2 84:20
85:15 86:24
94:5,16,21
95:16 99:7
103:17 109:7
112:7
**where** 4:25
6:12 9:12
12:21 17:10
23:18,19 26:8
32:4,13,16
33:25 34:20
37:6 38:18,21
44:11 45:24
46:11 50:21
54:10 55:5
57:5 59:2,6,9
60:25 61:7,
12,14,15,23,
24 62:1,6,11,
17,21 63:4,22
64:6 66:17
67:5 68:7
69:17 70:6,
15,18 71:7
73:17 74:5,9,
14,17 77:12,
24 78:7 79:7
80:22 83:6,7
84:1,10,23
87:4 89:13
90:8,13
101:12,18
102:1 107:10
**whether** 7:14,
20 10:16
13:1,4 34:19
36:13 67:20
76:7 79:11,21
89:23 96:3,8
106:2 110:17,
22 111:22
**which** 8:22
9:5 13:21

17:24 21:13
22:2,4 24:3,
14 30:4 32:21
33:6,8,12
37:22 38:1,5,
24 39:15 41:9
43:10 44:7,18
45:4,20 46:18
48:6 49:23
50:13,19 52:4
56:22 57:2
58:10,13,25
61:25 63:2
66:13 67:2
68:15 72:11
76:25 77:2,12
78:23 83:17
85:22 88:7
90:25 92:1
93:18 98:16
101:5 103:2
104:17 106:16
**while** 24:5,9
33:9
**white** 55:15,
16,25 57:13,
18,22 58:19
61:1,8,10
62:8 63:5,11,
23 64:7,18
65:5,15 66:4
108:15,22
111:3,9
**who** 7:7,22
20:8 21:4
22:20 45:2
51:5 52:5
93:1 110:18
111:3
**who's** 7:19
28:23,24
**whoever**
103:19
**whole** 4:8
31:19 55:25
57:7 61:9,10,
22 65:7
**whose** 35:19

**why** 30:11
32:20 39:23
58:4 59:2
62:16 64:24
66:24 91:24
92:18 97:9
99:16 105:4
**wide** 21:4
22:3 34:6
**wife** 25:15
28:20
**will** 4:7 9:13
10:22,23
13:24 22:1
32:23 42:22
48:2 60:10
61:20,21
68:19,22
78:13 83:23
84:2,14,23
85:16 113:20
**with** 8:13,18
13:15,22
15:3,24 17:20
18:25 21:13,
14 24:18
25:7,10,19
29:2,24 31:6
35:18 36:10
39:4 40:3
41:3,9,20
44:10 55:7
57:16 63:22
67:16 73:24
74:6 78:7,15
81:25 82:4
88:3,15
92:14,20,25
97:15 99:19
100:2 101:10
102:15 103:20
111:23
**within** 6:14
51:7 58:17
61:7 67:16,22
69:14 72:12
73:22 74:19
79:1,11,18,24
85:14 97:13

104:3 105:17
108:16 109:4
**witness** 4:9
8:7 12:19,20,
22 13:11
19:21 28:10
34:4 42:20
43:14 52:16
57:9 58:23
60:14 62:3
67:9 68:3,10
70:25 72:15
76:17 87:10
93:5 99:23,25
105:9 106:5,9
109:22 110:7
111:4 113:1,
25
**woman's** 12:2
**won't** 87:22
**wondering**
26:7
**word** 5:1
33:23 86:7
**words** 14:22
91:9,12,21
95:12 96:18
**work** 20:15
21:4,7,12
22:17 23:3
24:18 29:1
30:24 37:8
51:17 82:19
97:10 112:7
**worked** 9:6
19:14 23:11,
17
**workers** 97:5,
6,7 100:20,
24,25 101:7,
21 102:21
**working** 20:8
21:12 33:17
**works** 25:15
**world** 6:10
21:23
**worn** 59:11
65:14 66:6

67:3 108:3
**worried** 37:17
70:23
**worry** 25:5
**Worth** 38:20
**would** 5:17,23
6:5,15 7:12,
16,18,21 8:2,
5 10:10,19,20
11:8,11,12,
16,25 12:3
15:20 18:14
23:4,5,24
24:3 25:23
26:16,20,23,
24 31:2 33:12
41:17 46:14,
23 47:6,9,14,
19 51:23,24
52:1,2,6
53:19 54:2,5
60:21 61:17
63:7,15
64:19,21
65:7,12 71:2
72:9 73:18,
20,21 78:3
79:16 80:2,
22,25 81:2
82:4,10,19
83:9,15 84:6
85:4,12,13,14
86:2,3 87:2,
6,13,15,19
90:6,18,24
92:12,17
96:3,25
97:11,15,17
100:12,20,21,
25 101:1,4,8
102:13 103:25
104:4,5,15
106:8 107:2,
20 108:1,5,8
109:1 111:23
112:2
**wouldn't**
53:19 82:10
89:23

**wrapper** 90:7
**write** 68:21
**written** 19:4
25:22 33:16
**wrong** 15:8
59:25 105:25

_____

**Y**

_____

**yeah** 4:19 6:1
10:9,12 13:23
15:4 18:5,23
22:17,23
26:4,14,20
27:16 28:25
29:20 30:1,15
31:15,20 34:4
35:6 36:6
37:22 42:8,
20,25 48:8
50:21 52:16
54:23 56:15
58:2,23 59:7,
23 63:6,20
64:10,19
66:22,24 68:3
74:20 76:5
80:9,16 81:17
82:18 87:12,
18 89:20
90:18 91:2
95:19 97:8
98:22 100:6
104:11 108:19
111:7,24
112:3 113:4
**year** 5:18
11:22 30:20
**years** 5:18
6:11 9:7
19:18,19 23:2
24:9
**yes** 6:20 7:25
8:14,19 9:2
12:9 13:9
15:18 17:4,18
19:1 20:19
23:9,25 24:15

25:12,18,24
28:21 30:6,
10,19,22 31:8
32:6,10,12,18
35:21 37:3
38:4,12,22
39:10,13,16
40:15 41:4,8
42:6 43:21
44:6,9,12,16,
22 45:12,14,
23 46:6,19
47:7,20 48:17
49:3,14,16
51:3 52:10
54:7 55:2,23
56:2 57:14
58:3,16 60:2
67:18 69:13
71:20 72:21
73:5 74:21
75:1,13 76:2,
10 77:19
78:16,19,22
79:3,5,9 80:1
81:6,9,20
82:1,5,12
83:4 84:16
87:15 88:24
89:6,9,19,22
90:11 91:5,14
92:7,10 93:8,
14 95:7 97:2,
16,19 98:2,
19,25 99:24
100:15
101:11,22,23
102:19 103:8
105:19
106:18,25
107:14,17,23
108:4,17,25
109:11 110:16
112:22 113:19
**yesterday**
18:18 92:19
**yet** 106:23
**you** 4:5,6,16,
25 5:5,8,9,17

6:9,18,22,24
7:14,18,20,23
8:8,9,13,18
9:12,25 10:2,
15,25 11:5,8,
14,16,17,24
12:2,7,13,14,
16,18 13:10,
12,14,21,22
14:1,9,22,24
15:19,20,22,
23,24 16:19,
20,24 17:10,
12,15,19
18:1,11,25
19:8,9,20
20:13,14
21:3,8,15,18,
25 22:12,15,
18,25 23:7,
10,13,21
24:3,5,10,16,
18,19,22
25:3,4,7,13,
16,19 26:4,6,
8,11,12,17,
18,25 27:3,7,
8,10,17,20,23
28:1,5,14,20
29:6,13,15,
21,24 30:9,
11,14,15,20,
25 31:9,12,
13,18,22
32:2,14 33:3,
6,7,11,15,19,
20,21,23,24,
25 34:7,15,20
35:2,9,23
36:4,12,15
37:1,4,6,12,
14,20 38:5,22
39:1,4,7,8,11
40:2,10,23
41:2,3,5,9,
12,13,14,15,
16,18,20,25
43:19,24
44:13,18,20

45:4,8,11,15,
22,24 46:7,9,
11,13,14,18
47:5,8,14,21,
24 48:2,3,9,
12,18,22,25
49:4,6,17,22
50:5,12,13,
17,23 51:11
52:19,24
53:5,8,11,16,
22,25 54:2,8,
10,11,12,15,
19,21 55:3,5,
7,9,14,15,21,
24,25 56:13,
15 57:5,6,8,
10,13,16,18,
20,25 58:4,
12,13,25
59:2,7,10,12,
14,18,24,25
60:3,14,20,25
61:3,5,7,13,
22,24 62:8,
11,14,18,22,
25 63:2,3,4,
8,21,22 64:6,
17,19,21
65:1,5,9,10,
17,21 66:12,
16,17,19
67:1,4,5,14,
16,19,20,23,
24 68:4,7,10
69:1,11,12,
14,18,20
70:8,14,19,
21,22 71:9,
10,12,13
72:6,9,10,25
73:25 74:5,9,
10,23 75:4
76:13 78:7,
12,13,14,17,
18,20 79:14,
18 80:6,8,13,
18 81:2,3,21
82:2,3,4,7,

13,14,23
83:1,10,20,21
84:4,12,13,17
85:2,8,11,17,
22 86:8,11,
20,23 88:3,
12,22 89:7,
10,23 90:13,
24 91:13,18,
23 92:3,14,
17,25 93:3,9,
20,24 94:2,
13,21 95:3,8,
14,16,17,20
96:3,8,12,13,
15,16,21,24
97:9,11,15
98:3,5,10,12,
13,16,18,20
99:7,14,19,24
100:2,4,7,12,
16,20,24
101:3,10,12
102:2,4,21,25
103:4,18,24
104:5,15,17,
24 105:4,8,
11,14,16,17,
20 106:2,7,8,
24 107:1,18,
21,25 108:13,
19 109:6,8,
12,22 110:14,
17,22,23
111:6,14,17,
23,24 112:2,
6,16,17,20,23
113:4,7,18

**you'd**  7:11
15:2 53:24
60:8

**you'll**  26:10
60:22

**you're**  5:16
6:4,17,21
11:23 15:2
17:12 25:10
27:25 33:9,10
34:11 36:1

37:23 42:9
49:6 50:24
51:9,11,12,15
52:12 53:20
58:18 60:15,
16 61:11
67:21 68:24
70:17,18
72:4,24 81:1
86:9 88:15
93:23 94:23
95:6 99:14
103:14 105:9
107:15 112:5

**you've**  15:16
17:15,20
25:11,16
27:22 30:3,4
32:3,4,13,21
34:13,25
35:4,8 39:15
41:9 43:5
44:18 56:23
60:7 63:22
64:3 66:8
67:24 70:8
74:17 84:10,
12 87:24 91:9
92:20 103:9

**your**  4:16,23
5:2 6:7 8:8,9
9:18 13:3
14:11,12,22
15:16 17:9,
20,25 18:3,14
19:2,3 21:4
22:12,20,25
23:24 24:3,
12,18,19
25:7,13,23
26:2 27:23
28:1,3,9,15,
20 29:18,21
30:4,23 31:21
33:22,23 35:1
36:4,12,15
37:19 38:6,9
39:3,9,14,17
40:13,16,19

41:2 44:14
45:19 46:17
47:9,18 48:15
49:7 51:13
52:4 53:11,22
54:18,25
57:22 58:17,
19 59:12,15
61:13 65:17,
18 67:15,17,
25 69:14,19
70:9 74:5
75:11 76:1,4,
8,16,19 77:6,
12,13,17,18,
24 78:7,9
84:5 85:20,21
86:24 88:8
90:15,16
91:11,23
93:11 94:11,
19 96:15
98:17 102:5,
18,20 103:1
104:4 105:17,
20 106:3,15
107:13
108:14,23
109:7 112:16

**yourself**
11:15 19:3
29:9