*ANSI/ASSE A1264.2 – 2012*



# AMERICAN NATIONAL STANDARD

*ANSI/ASSE A1264.2 – 2012*
*Provision of Slip Resistance*
*on Walking/Working Surfaces*

*ANSI/ASSE A1264.2 – 2012*



AMERICAN SOCIETY OF
SAFETY ENGINEERS

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party.

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party.

provide proper lighting for safety.

**6.1.1**    Transitions between bright and dark areas (and vice-versa) should be as gradual as possible, allowing time for eyes to adjust to change in lighting.

**6.1.2**    Lighting design must:

**6.1.2.1**  Minimize instances of shadows, which can obscure hazardous conditions and floor transitions.

**6.1.2.2**  Avoid creating glare, which can temporarily impair vision increasing the potential for falling.

**6.1.2.3**  Not depend on a single lighting unit, which if inoperable can result in poor light levels.

**E6.1.2.3** Use of redundant lighting systems is recommended.

**6.1.2.4**  Consider that older populations require greater levels of lighting than younger populations, due to reduced visual acuity that develops with age.

## 7.    FLOOR MATS AND RUNNERS

Mats and runners, or other comparable alternatives, shall be used when walking surfaces do not meet the guideline set forth in Section E12.2 of this standard.

**E7**    See ASTM F1637, *Standard Practice for Safe Walking Surfaces.* Mats and/or runners placed at appropriate locations to help remove contaminants (e.g., oils, solvents, water, dusts, sand, gravel, soil, flour) from the bottoms of footwear and help keep the floor in a clean and dry condition. As a rule of thumb, footprints or water prints should not be seen on the floor beyond the last mat of an installation.

**7.1    Location.** Floor mats and/or runners, or other appropriate methods, shall be at building entries and in areas where it may be foreseen that operations may encounter contaminants on floor surfaces that are not considered sufficiently slip resistant.

**E7.1**    Examples of areas which may benefit from mat installation include: machinery process areas; areas adjacent water fountains; food counters and food preparation areas; adjacent drink stations; under and around sinks at ice stations and freezers/coolers; near machinery and other areas where spills may occur.

**7.2    General Design.** Floor mats designed for removal of dust, dirt and moisture from the footwear bottom and

**E7.2**    Mats should be constructed with a slip resistant backing (to prevent sliding of the mat) and a minimal height profile (see

AMERICAN NATIONAL STANDARD A1264.2 – 2012

Larger mats tend to remain in place better than a smaller mat due to greater weight and larger dimensions.

**7.4     Installation.** Mats shall be installed so that they do not create tripping hazards. Mats and runners that are not recessed shall have a beveled or graduated edge or other appropriate treatment to help reduce the possibility of tripping on the mat edge.

**E7.4**     Vertical edges of mats and runners should not be greater than 1/4 inch. Abrupt vertical edges greater than 1/4 inch up to 1/2 inch should be beveled at a slope no greater than 1:2. Abrupt vertical changes greater than 1/2 inch should not be permitted.

**7.4.1     Layout.** Mats and runners shall be laid out to avoid overlap or gaps between them to provide a continuous walkway path.

**7.5     Inspection and Maintenance.** Mats and runners shall be routinely inspected and adequately maintained to identify and correct conditions such as buckling, edge curling and other defects. Damaged mats shall be promptly replaced.

**E7.5**     Routine inspections will quickly identify and help prioritize issues/problems related to adequate securement, contaminant saturation level, curling, buckling and rippling, displacement and other potentially hazardous conditions. Immediate remediation is recommended when a potentially hazardous condition is observed.

**7.6     Storage and Care.** Procedures shall be established for the placement, maintenance, inspection and storage of mats in accordance with manufacturer's instructions. In the absence of such instructions, mats and runners shall be stored in a way that allows them to lie flat when in use.

**E7.6**     Storage procedures should be in conformance with manufacturers specifications. Also see Section 8: Housekeeping.

Note: In the context of Section 7.6, flat means there is no buckling, rippling or curling of the mat edges when it is laid out.

**7.7     Cleaning and Trade-Out.** To maintain effective soil pick-up and track-control, and slip resistance, mats shall receive scheduled cleanings or trade-out of appropriate frequency based on the conditions to which they are subject.

**E7.7**     According to CRI's manual for school facilities, "Walk-off mats should be cleaned frequently. Once a walk-off mat becomes filled with soil, the soil will then transfer to the soles of shoes and spread throughout the facility."

**8.     HOUSEKEEPING**

**8.1     General.** A housekeeping program shall be implemented to maintain safe walking-working surfaces.

**E8.1**     A written housekeeping program is recommended to ensure consistency and quality. The program should describe materials, equipment, scheduling, methods and training of those conducting housekeeping.

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party

AMERICAN NATIONAL STANDARD A1264.2 – 2012

**8.2    Maintenance Procedures.** Written procedures, if in place, shall specify cleaning and maintenance procedures including immediate response, routine operations, remedial measures and reporting requirements.

**E8.2**    Procedures should be reviewed regularly and updated as needed so that an effective program is maintained. Drains should be kept clear and free flowing. Certain spills involving hazardous chemicals may be subject to regulatory reporting.

Periodic slip resistance testing of floor surfaces can be of value in the following situations:

- If a treatment or coating has been applied to the floor surface which may deteriorate over time.
- To monitor for floor cleanliness.
- There is no available history of slips and falls at the facility.
- To evaluate prospective flooring materials prior to installation.

**8.3    Training.** Housekeeping staff, contractors and other persons with the responsibility of a given area shall be trained in:

a. Inspection, maintenance and cleaning requirements;
b. Inspection, maintenance and cleaning procedures;
c. Safe handling and disposal of chemicals and/or solutions;
d. Safe operations of maintenance and cleaning equipment;
e. Emergency conditions and operations;
f. Recordkeeping and reporting relating to housekeeping and maintenance.

**E8.3**    Under the Hazard Communication Act (HAZCOM) workers may be subject to the Hazard Communication Act (HAZCOM) if exposed to certain chemicals.

For more information about training, consult ANSI/ASSE Z490.1, *Accepted Practices for Safety, Health and Environmental Training.*

**8.4    Supervision.** The housekeeping conditions shall be monitored and a person(s) shall be authorized to promptly initiate corrective action(s).

**E8.4**    An effective program requires employees to identify and report potential hazards to appropriate supervision. Documentation of monitoring can assist in identifying hazards (e.g., areas where repeated spills occur), which will permit better planning and anticipation of such events.

**8.4.1    Monitoring.** Monitoring of areas shall include:

**E8.4.1**    See Section 9: Warnings.

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party.

AMERICAN NATIONAL STANDARD A1264.2 – 2012

a. Inspecting all walking surfaces.
b. Arranging for prompt notification of persons responsible for clean up of hazardous conditions.
c. Placing signage, barriers or personnel until clean up is complete.

**8.5    Use of Granular Absorbents.** The use of granular absorbents where processes or the environment creates slip hazards shall be acceptable treatment in reducing slip hazards where other control methods are not feasible. The absorbent shall be swept up and replaced before the absorbent has been fully saturated.

**9.      WARNINGS/BARRICADES**

**9.1     General.** A warning shall be provided when a slip or trip hazard has been identified until appropriate corrections can be made or the area barricaded.

**E9.1**    Slip/trip hazards should be eliminated by design and arrangement if possible. The next priority is to guard the hazard if possible, and the last priority is to warn of a hazard. The intent is to eliminate and/or reduce, as much as possible, the potential for injury.

**9.1.1    Alternate Route.** When a slip/fall hazard covers an entire walkway, making it difficult to safely route personnel around the hazard, barricades shall be used to limit access (see Section 10.1). If appropriate, assign a person(s) to detour pedestrians in conjunction with the appropriate use of warning signs until the barricade can be erected or the hazard removed.

**9.2     Signage.** The signage reference for warning signs used for slip/fall hazards shall be ANSI Z535.2, *Standard for Environmental and Facilities Safety Signs.*

**E9.2**    The ANSI Z535 standards provide for the design, application and use of signs and placards in creating a uniform visual alert system. They are available from the NEMA (The Association of Electrical Equipment and Medical Imaging Manufacturers), 1300 North 17th Street, Arlington, Virginia or at the website: http://www.nema.org/.

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party.

AMERICAN NATIONAL STANDARD A1264.2 – 2012

**9.3    Symbols.** Warning signs using symbols shall use ANSI Z535.3, *Criteria for Safety Symbols*.

**9.4    Placement.** Warning signs shall be placed at approaches to, or around, areas where slip/fall hazards are forseeable. These devices shall surround or be placed around the perimeter of the hazardous area to clearly demarcate the location of the potential hazard.

**9.4.1    Unmitigated Hazards.** In cases where hazards cannot be mitigated, warning signs and barricades shall be used to reroute traffic.

**E9.4.1**    Warning signs may be ineffective for the control of slip and fall hazards in areas where routing pedestrian traffic around the hazard is difficult to accomplish, such as where the danger lies on a shorter path than the safe route. In such instances, barricading the area in conjunction with appropriate warning signs to reroute employee traffic to an entirely different route may be required.

Barricades and warning signs should be used in hazardous areas. See Section 10: Inherently Slippery Environments for details on the use of barricades.

**9.4.2    Removal of Hazard.** When the hazard has been eliminated or controlled, the sign and/or barricade shall be promptly removed.

**E9.4.2**    Leaving signage/barricades after hazardous conditions have been remediated can lead to complacency.

**10.    INHERENTLY SLIPPERY ENVI-RONMENTS**

In inherently slippery environments, an effective combination of multiple controls shall be implemented.

**E10**    Examples of inherently slippery environments include chemical processes, food processing and rendering and other operations likely to result in liquid contamination of walking/working surfaces. Training of persons to safely use such areas is highly recommended. The use of the procedures outlined in Section 8 are recommended as minimum training guidelines.

**10.1    Barricades.** Barricades shall be used to isolate processes in hazardous areas. They shall also be used to isolate slip hazards from pedestrian traffic.

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party.

**10.2    Containment.** Where spills, leakage or other emissions are anticipated, provisions shall be made to contain the spillage away from the walkway.

**10.3    Authorized Entry.** In certain inherently slippery areas, only employees who are properly trained and equipped shall be authorized to enter.

**10.4    Signage Considerations.** Signage for inherently slippery environments shall be in place in accordance with Sections 9.2, 9.3 and 9.4 of this standard.

**11.    SELECTION AND/OR TREATMENT**

**11.1    Safely Maintained.** Walking surfaces for use in accordance with 2.3 shall be safely maintained.

**11.2    Practical Considerations.** Where it is not practical to replace flooring, etching, scoring, grooving, brushing, appliqués, coatings and other such techniques shall be used to achieve acceptable slip resistance under foreseeable conditions.

**E10.2**    Examples of containment include proper drainage, scupper curbing, dikes, drip pans and operational enclosures. Some barricades may be methods of containment.

**E10.3**    Processes may have to be shut down for special cleanup operations. Equipment may include full personal protective equipment, lifelines, harnesses and/or special footwear. See Appendix A for slip-resistant footwear considerations.

**E11**    Reference to ASTM F802, *Standard Guide for Selection of Certain Walkway Surfaces When Considering Footwear Traction.* Consideration should be given towards replacement of the flooring with a different material having more pronounced surface asperities. Textured surface coatings are a viable selection alternative. The material selection should be determined based upon testing of the surface with an appropriate slip testing device.

**E11.2**    Surfacing applications and/or treatments are available that can impart increased slip resistance to problem surfaces. Some flooring surfaces can be enhanced by etching. Certain paint-on or trowel-on applications can enhance slip resistance. It is important to select one that will adhere tenaciously to the substrate. Cleanability and durability should be considered. Patch testing of prospective materials in the problem environment is recommended before proceeding with broad application. Carpeting is also an option worthy of consideration for control of slips.

This is an ASSE-produced standard. It is copyright protected and may not be reproduced or distributed to any other party.