# Florida Department of Agriculture and Consumer Services
## Division of Food Safety

### FOOD SAFETY INSPECTION REPORT

Chapter 500, Florida Statutes
(850) 245-5520

Visit #: 1219-0209-21
Bureau of Food and Meat Inspection
Attention: Records Section
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**ADAM H. PUTNAM**
**COMMISSIONER**

Print Date: December 28, 2015

| | |
|---|---|
| Food Entity Number: | 279725 |
| Food Entity Name: | CVS PHARMACY # 04799 |
| Date of Visit: | December 28, 2015 |
| Food Entity Address: | 2105 13th ST Saint Cloud, FL 34769 - 4206 |
| Food Entity Mailing Address: | 1 Cvs DR Woonsocket, RI 02895-6146 |
| Food Entity Type/Description: | 152/ Minor Outlet with Perishables |
| Food Entity Owner: | HOLIDAY CVS LLC   MAIL DROP 23062A  (CVS) |

Owner Code: CVS

### OVERALL RATING - PASSED

On December 28, 2015, CVS PHARMACY # 04799 was inspected by MICHAEL OURS, a representative of the Florida Department of Agriculture and Consumer Services and the Overall Sanitation Rating was PASSED.

### PERMIT APPLICATION INFORMATION

Permit Application Information was verified with management.

### COMPLIANCE KEY

IN = In Compliance   OUT = Not In Compliance   N/O = Not Observed   N/A = Not Applicable

### FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Violation Number | Compliance Status | Violation Description |
|---|---|---|
| 1 | IN | Supervision: Person in Charge present, demonstrates knowledge, and performs duties |
| 2 | IN | Employee Health: Management, food employee and conditional employee; knowledge, responsibilities and reporting |
| 3 | IN | Employee Health: Proper use of restriction and exclusion |
| 4 | IN | Good Hygienic Practices: Proper eating, tasting, drinking, or tobacco use |
| 5 | N/A | Good Hygienic Practices: No discharge from eyes, nose, and mouth |
| 6 | IN | Preventing Contamination by Hands: Hands clean and properly washed |
| 7 | N/A | Preventing Contamination by Hands: No bare hand contact with ready-to-eat foods or approved alternate method properly followed |
| 8 | OUT | Preventing Contamination by Hands: Adequate handwashing sinks, properly supplied and accessible |
| 9 | IN | Approved Source: Food obtained from approved source |
| 10 | N/O | Approved Source: Food received at proper temperature |
| 11 | IN | Approved Source: Food in good condition, safe and unadulterated |
| 12 | N/A | Approved Source: Required records available: shellstock tags, parasite destruction |
| 13 | IN | Protection from Contamination: Food separated and protected |
| 14 | N/A | Protection from Contamination: Food-contact surfaces: cleaned and sanitized |

FDACS 14205 Rev. 07/13
Page 1 of 3


DEPOSITION EXHIBIT E
Kendzior 2/27/19

Exhibit "E"



**ADAM H. PUTNAM**
**COMMISSIONER**

Florida Department of Agriculture and Consumer Services
Division of Food Safety

## FOOD SAFETY INSPECTION REPORT

Chapter 500, Florida Statutes
(850) 245-5520

Print Date: December 28, 2015



Visit # 1219-0209-21
Bureau of Food and Meat Inspection
Attention: Records Section
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

Food Entity Number: 279725
Food Entity Name: CVS PHARMACY # 04799
Date of Visit: December 28, 2015

### FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Violation Number | Compliance Status | Violation Description |
|---|---|---|
| 15 | IN | Protection from Contamination: Proper disposition of returned, previously served, reconditioned, and unsafe food |
| 16 | N/A | Potentially Hazardous Food Time/Temperature: Proper cooking time and temperature |
| 17 | N/A | Potentially Hazardous Food Time/Temperature: Proper reheating procedures for hot holding |
| 18 | N/O | Potentially Hazardous Food Time/Temperature: Proper cooling time and temperatures |
| 19 | N/A | Potentially Hazardous Food Time/Temperature: Proper hot holding temperatures |
| 20 | IN | Potentially Hazardous Food Time/Temperature: Proper cold holding temperatures |
| 21 | N/A | Potentially Hazardous Food Time/Temperature: Proper date marking and disposition |
| 22 | N/A | Potentially Hazardous Food Time/Temperature: Time as a public health control: procedures and records |
| 23 | N/A | Consumer Advisory: Consumer advisory provided for raw or undercooked foods |
| 24 | N/A | Highly Susceptible Populations: Pasteurized Foods, Prohibited Re-service, and Prohibited Foods* |
| 25 | N/A | Chemical: Food additives: approved and properly used |
| 26 | IN | Chemical: Toxic substances properly identified, stored, and used |
| 27 | N/A | Conformance with Approved Procedures |

### GOOD RETAIL PRACTICES

| Violation Number | Compliance Status | Violation Description |
|---|---|---|
| 37 | OUT | Prevention of Food Contamination: Contamination prevented during food preparation, storage & display - |
| 53 | OUT | Physical Facilities: Physical facilities installed, maintained, and clean |

### OBSERVATIONS AND CORRECTIVE ACTIONS

COS = Corrected on Site

**INSPECTION: RISK BASED**

#### BACK ROOM AND RELATED AREAS

| Violation Number | Citation Description | Observation | COS |
|---|---|---|---|
| 8. | Signs or posters notifying food employees to wash hands not provided at all handwashing sinks. 6-301.14 | NO SIGN POSTED IN MEN'S TOILET ROOM. | ☐ |



**ADAM H. PUTNAM**
**COMMISSIONER**

Florida Department of Agriculture and Consumer Services
Division of Food Safety

# FOOD SAFETY INSPECTION REPORT

Chapter 500, Florida Statutes
(850) 245-5520



Visit # 1219-0209-21
Bureau of Food and Meat Inspection
Attention: Records Section
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

Print Date: December 28, 2015

Food Entity Number: 279725
Food Entity Name: CVS PHARMACY # 04799
Date of Visit: December 28, 2015

**INSPECTION: GRP**

### BACK ROOM AND RELATED AREAS

| Violation Number | Citation Description | Observation | COS |
|---|---|---|---|
| 37. | Food not stored in a clean, dry location, not at least 6" above the floor; or subjected to contamination. 3-305.11 | FOOD ITEMS STORED ON FLOOR IN BACKROOM. | ☐ |
| 53. | Physical facilities cleaning not done as often as necessary to keep them clean or during periods when the least amount of food is exposed such as after closing. 6-501.12 | FLOOR IN WALK IN COOLER HAS BUILD UP OF SPILLS AND DEBRIS. | ☐ |

## COMMENTS

## ACKNOWLEDGMENT

I acknowledge receipt of a copy of this document, and I further acknowledge that I have verified the location and mailing addresses on the first page of this document are correct, or I have written the correct information on the first page of this document.

(Signature of FDACS Representative)

MICHAEL OURS, SANITATION AND SAFETY SPECIALIST

(Signature of Representative)

Ron BENNETT

Print Name and Title