UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

PEGGY NOFTZ,

Plaintiff,

vs. CASE NO.: 6:17cv1638-orl-31TBS

HOLIDAY CVS, LLC,

Defendant.
_______________________/

The Videotaped Deposition of RONALD WILLIAM BENNETT, JR., taken by the attorney for the Plaintiff, commencing at 11:00 a.m., on the 13th day of June 2018, at 348 Miracle Strip Parkway, Suite 11, Ft. Walton Beach, Florida, before Patricia C. Stephens, Certified Shorthand Reporter in and for the State of California and Florida Notary Public.

Exhibit "F"

APPEARANCES

FOR THE PLAINTIFF: DARREN J. ROUSSO, ESQUIRE
The Rousso Law Firm
9350 S. Dixie Highway
Suite 1520
Miami, Florida 33156

FOR THE DEFENDANT: R. GAVIN MACKINNON, ESQUIRE
Kelley Kronenberg
20 N. Orange Avenue
Suite 1207
Orlando, Florida 32801

THE VIDEOGRAPHER: TOMMY GRICE

---

INDEX OF WITNESS

| RONALD WILLIAM BENNETT, JR. | PAGE |
|---|---|
| Direct Examination by Mr. Rousso | 4 |
| Cross-Examination by Mr. MacKinnon | 108 |
| Redirect Examination by Mr. Rousso | 129 |
| CERTIFICATE OF OATH/REPORTER | 143 |

---

INDEX OF EXHIBITS

| PLAINTIFF'S EXHIBIT NO. | | PAGE |
|---|---|---|
| 1 | Photograph of cooler | 24 |
| 2 | Photograph of dried milk | 50 |
| 3 | Photograph of grate on floor | 64 |
| 4 | Close-up photograph of grate on floor | 66 |
| 5 | Close-up photograph of dried milk | 69 |
| 6 | Photograph of paramedics with Ms. Noftz | 73 |
| 7 | Photograph of Ms. Noftz on the floor | 73 |
| 8 | Letter dated 11/16/16 from Mr. Rousso to CVS | 75 |
| 9 | CVS Food Safety Essentials | 136 |

THE VIDEOGRAPHER: We are here today for the deposition of Ron Bennett in the case of Noftz versus Holiday CVS, Case Number 617cv1638-orl-31TBS in the United States District Court, Middle District of Florida, Orlando Division. Today's date is Wednesday, June 13th, 2018. It is one minute past 11:00 a.m.

Will the attorneys please announce themselves and who they represent?

MR. ROUSSO: Darren Rousso on behalf of the plaintiff, Peggy Noftz.

MR. MACKINNON: Gavin MacKinnon on behalf of Holiday CVS, Inc.

WHEREUPON,

RONALD WILLIAM BENNETT, JR.

was called as a witness and, after having been first duly sworn, was deposed and testified as follows:

DIRECT EXAMINATION

BY MR. ROUSSO:

Q Good morning.

A Good morning.

Q How are you?

A Not bad.

Q I just introduced myself on the record. My name is Darren Rousso, and I'm going to be taking your deposition today in an action brought by my client, Mrs. Noftz, regarding a fall that occurred at the CVS store where, I believe, you were the manager on October 30th of 2016.

A Yes.

Q That being said, can you please state your full name for the record?

A Ronald William Bennett, Junior.

Q Mr. Bennett, have you had your deposition taken before?

A No.

Q Okay. So I'm going to go over a couple quick ground rules. The reason for those rules is to make the process go smoothly for everybody involved, most importantly the court reporter to your right, to make sure that -- that you've understood all my questions and answered them truthfully and under oath. Okay?

The first ground rule would be that your answers need to be verbal, a yes or no or an explanation wherever you deem necessary. Because although this is video -- being videotaped, the court reporter cannot take down a gesture in response to one of my questions.

Do you understand that?

A I understand.
Q Great. The second rule is this: If you don't understand any question I ask, most likely I've just asked a bad question, let me know, I'll rephrase it, I'll talk you through it, whatever is necessary for you to feel comfortable that you understood the question. All right?
A Sounds good.
Q And -- and let me know if you don't understand something. All right?
A Okay.
Q The third rule would be this: Unlike in normal conversations where you may anticipate how I'm going to ask my question and answer me before I'm done, for the court reporter's sake because she can't take us down talking over one another, I would just ask that you wait for me to finish my full question before you answer, and I'll wait for you to finish your full answer before I ask my next question. And if I ever cut you off, just let me know, if you need to finish your answer or you weren't done, and I'll allow you to do it. Okay?
A Okay.
Q We don't want you guessing at anything, and we're only here to get an understanding of what you personally recall. So if you don't recall something,

it's a perfectly fine answer to say hey, I just don't recall now. This happened a while ago, whatever -- whatever it is. All right?
A Okay.
Q If you need to take a break, let me know, I'm happy to do so. The only thing I ask is if there's a pending question, we get an answer to that question before we go out on the break. All right?
A Okay.
Q Mr. Bennett, what is your current residence address?
A 19 East Casa Loma Drive, Mary Esther, Florida 32569.
Q And how long have you been residing at that address?
A About ten months, nine months.
Q Is it a rental? Do you own?
A I own. I purchased the house.
Q All right. No intent on -- on moving in the next year or so?
A No.
Q Who do you live there with?
A My girlfriend.
Q Just real quickly, what is your highest level of education?

A A -- a bachelor's, preuniversity.
Q Okay. And are you currently employed?
A I am employed.
Q And what is -- what is your current employment?
A I'm a district manager, operations manager for PPG Paint Industry.
Q That's auto paint, motorcycle paint?
A It's architectural, industrial coatings, but we do have an auto division, but I'm part of the store division, which would be house paints.
MR. ROUSSO: Oh, sorry.
(Brief interruption.)
MR. MACKINNON: You said that was PGP?
THE WITNESS: PPG, Pittsburgh Paint -- actually Pittsburgh Paint and Glass, PPG.
BY MR. ROUSSO:
Q And what is your current work address?
A Really the house. I'm at different store locations. I'm responsible for managers that manage stores so I don't have a particular store office. I work out of the house.
Q Okay. So your -- your position is as upper man- -- I think you said, "district manager"?
A Correct, yes.

Q Over -- over retail stores for PPG?
A Correct, for 13 stores about from Fort Walton Beach to South Georgia, South Alabama and Jacksonville.
Q When did -- when did you first -- strike that.
When was -- when were you employed by PPG this time around?
A It -- it's been about a year, June of last year is when I -- I took on this role.
Q Okay. Had you worked for PPG prior?
A Yes and no. I worked for Glidden Paints for 24 years, and ended up leaving them, got severanced out during the bad economy, and PPG now owns Glidden Paints, so it's -- it's a new company, but it's -- they own the company I previously worked for.
Q And when you worked for Glidden, what was your final position?
A District manager.
Q The -- at some point in -- in the last, I guess, five, six years, were you employed by CVS?
A That -- yes.
Q Okay. And tell me about your employment with CVS. When did you first become employed with them?

Page 10

A Early 2011 I got on board as an assistant store manager, and actually the store location in St. Cloud, moved on, managed two other locations, or actually assisted at -- at -- at two other locations, took over another store in St. Cloud and then ultimately finished my career at CVS at that store in St. Cloud, Florida.
Q Okay. So the store that you finished your career with CVS at, was that the store at 2105 13th Street?
A Correct.
Q Okay. And that would be what store number?
A 48799.
Q And this incident happened in October of 2016. For how long prior to the date of that incident had you been, I guess, working back at that location?
A Two to three years.
Q Okay. And your job at the time of this incident in October of 2016 would have been?
A Store manager.
Q Store manager.
A Yeah.
Q As a store manager at that time, how many employees did you supervise, if any?

Page 11

A If I include the pharmacy, which were -- there's -- the pharmacist is responsible, but I hired the pharmacy techs, and we would have any -- any point from 30 to 40 employees. If we're talking just the front store, we're probably looking at 12 to maybe 14.
Q Okay.
A And these are estimates.
Q Yeah, and if -- again, if you're estimating or guesstimating, that's okay. Just -- just let us know. Okay.
Who -- to whom did you report when you were manager at CVS store number 4799 in October of 2016?
A Tim Crane.
Q And what was his position?
A You know, I don't remember if they called it region -- I think it was region manager or district manager.
Q And do you know how many stores Mr. Crane supervised?
A I want to say anywhere between 15 and 20, I think it was 20.
Q Do you know the particular region or district over which he served as manager?
A I don't remember what the number was called, but basically it was South Orlando.

Page 12

Q In connection with your employment with CVS, did you receive training?
A Yes.
Q Okay. Can you tell me about the training you received with CVS when you were first employed?
A There was online modules that had to be completed. I was also paired up -- because of my previous experience as a -- managing stores, I was paired up as an assistant manager for a store manager that was engaged in training me, and there was not only modules that had to be done at certain periods of time, but there was reporting you had to do to him to make sure that I understand all the different parts of my position, and finally even had to go to Tim Crane, and there was questions he asked me to confirm that I had completed the training.
Q Okay. Forgive me if I asked this. What year did you start with CVS?
A 2000 and 2011.
Q And the training that you received from them, was that at or around the time that you started with them?
A It would have been from -- yes, right at the beginning, yeah.
Q And when you began in 2011, I -- I forget,

Page 13

did you begin at this particular store?
A That is correct.
Q So you received your initial training at least from the manager for whom you served as assistant manager at that particular store?
A That is correct.
Q Okay.
A And -- and there was other stores that after a certain time period I got moved to as an assistant manager to work under experienced managers to get more knowledge of the industry.
Q Okay. And -- and what year were you promoted to managing your own store?
A Two -- it was either real late 2011 or early 2012, I took over the store in -- the other store in St. Cloud.
Q Okay. So not -- not long after you started with them, within a year or so?
A Roughly a year, correct.
Q Okay. And all of your training with CVS, did that happen within that first year?
A It -- well, to being a manager, yes, but there's constant training you're doing on a weekly and monthly basis, all employees have to do.
Q What type of constant training?

Page 14

A Through the -- the -- and I don't remember what it's called, but we had a -- a -- a module we did online on a -- a Web site.
Q Okay. As -- as a CVS employee, did you receive training on the layout of this -- of the store or how the store's supposed to be laid out?
A Well -- and I'm not sure if I understand your question. The -- basically the store's already laid out for me.
Q Let me ask it a different way.
A Okay.
Q The CVS store that we're here about, the one that my client fell in the store, 4799, it -- it was set up in a particular fashion, correct, at the time that you became the assistant manager there?
A As far as the whole store's planogram, if that's what you're referring to?
Q I am. Thank you. That's what I was looking for. Is there a planogram?
A There is -- yes, there's a planogram for -- every item in the store goes into a certain location, and that's the way we can track pricing and putting product away and so forth.
Q And the planogram, would that be a written document or a visual document?

Page 15

A I -- I have had that paperwork for -- but for the most part, it's -- it's more of a -- a -- every label states where it goes, and we have mapping over -- overhead of us saying which each of the aisles are. So aisle one, two, three, four. So by knowing that the sticker for the item that you're trying to put away says aisle one and then says section A, there's -- there's an order to everything that you can visually figure out where a product goes just by walking the store and having the -- the label for that aisle.
Q When you say "the label," do you mean the label that -- that -- the price label that CVS puts on each product?
A Exactly. It doesn't go on each product, but it goes on the shelf that the product is stored.
Q Oh, okay. So there's no actual label on the product that says aisle one, section --
A Correct.
Q Okay.
A Now -- now, but we could also get what's called a scanner, and you can scan every individual product, the UPC code, and then also scanner when we had three guns in the store that you can scan and also would direct you to where you had to go as well as that was a way to create a label to -- to put below the product.

Page 16

Q Okay. But my understanding is a lot of stores have a planogram, which is kind of a -- a written schematic as to how the store is supposed to be merchandised. Is -- is it your testimony that CVS had such a document at some point during your career?
A Yes, and maybe in the computer, you know, not necessarily had paper walking around, but yes, it's -- it's -- we have it.
Q And was it part of your job as both manager and assistant manager to make sure that the store was merchandised in accordance with the planogram set forth by CVS for that particular store?
A Yes.
Q And did you receive training on -- on merchandising of products within the store?
A Yes. There are sections that don't follow the -- the planogram, that's the seasonal section, which that is basically based on what product comes in, and we fill that ourselves.
Q Is that discretionary by the store manager where seasonal items would be placed?
A They're going to be placed in the seasonal section, but where in that section, we were able to -- to set.
Q Okay.

Page 17

A The rest of 90 percent of the store is planogram 100 percent.
Q So if -- if I wanted a document that set forth how this store was laid out in a general sense, other than seasonal, I would ask for the planogram?
A That is correct.
Q All right. Do you recall what other training you would have received regarding the merchandising of product within the CVS store that you worked at?
A Every manager I worked for -- well, the -- the basic 90 percent of planogram that is set, you know, we just follow those -- those guidelines. The endcaps could be adjusted based on sale merchandise for that week or that month, as well as the seasonal section. So every manager I worked with depending on their store location, you learn from them what not only corporate, but also customers look for for how you do it.
Q Do you --
A If that makes sense.
Q Did the merchandising change on days in which certain items were on special or sale or part of a -- a coupon?
A That's correct. There would be -- the endcaps were at the end of each of the rows, those were

Page 18

up to us and corporate to set either for seasonal sales going into Halloween or Christmas, or it could have been something that was in the flyer, or it might have been something we had overstock, but it had to be set in certain guidelines, but we had some -- we have a -- as a manager, you have some leeway to -- to adjust what's going to be there.

Q Okay. Were items allowed to be merchandised on the floor, like that actual floor?

A There's -- we had to comply with 36 inches between all the racking for, I believe, it was called the ADA.

Q Sure.

A So that was really -- they -- things had to be up on shelves. Now, there were some displays that would come prepackaged and they were meant to fit like maybe like in a wing. So right by the endcap are what's called wings, and there would be something you might put there. There was select locations you could put stuff. Sometimes in the front of the store that's a wide open area, you could do a certain -- a special display up there, but normally were prepackaged, and I don't know if that makes -- best way.

Q I'm -- I'm -- I'm trying to determine is there any height requirement off the floor in which food

Page 19

and -- well, strike that -- merchandise including food and beverages needed to be placed?

A I don't remember a certain height, but I know that there -- there was a lot of limitations on what you could put over and around. There had to be a separation. You couldn't put, you know, certain product on top of food, so food was kind of its own separate category. You couldn't put deodorant above it because if there was some sort of -- because of contamination or something of that nature. You know, there really was never a situation where food product was being put on a floor, you know.

Q Did -- did the vendors of the various products in which CVS sold, maybe some of the larger vendors like Coca-Cola or something like that, did they have specific places within the store where their product was to be displayed?

A There -- well, for Coke and Pepsi, they each had their own endcap, which did have to have a flat, which is best description of that would be a -- a rubber plastic pallet. Okay. It's not a pallet, but that was the special endcap that the 12-packs would be stacked at on those endcaps, and they each had their own. Then if there was overstock, that would be put into the back warehouse area.

Page 20

Q Okay. This store had a warehouse area?

A It did.

Q Okay. And where would -- where would the warehouse area be located within the store, if you can just describe it?

A So if you come into the front door, at that point, that's the registers, then you can run -- walk down each of the aisles to the back of the store. The bathroom would be on the far right. The left side would be the pharmacy, and there's a door in the center of the back wall of the showroom that led into the warehouse area.

Q And what parts of the store could be accessed from that back area?

A What parts could be accessed --

Q What I'm looking -- what I'm looking to find out is -- strike that.

So I was asking you about the Coca-Cola products and whatnot, and you described the endcap. How about -- how about those products that were -- were kept cold, did -- were you required to place particular products in a particular area or cooler within the store based on their brand?

A Yeah, there was -- it wasn't necessarily, you know, it -- not only just brand, I mean, obviously

Page 21

milk products had to go in the cooler. That wasn't something that would go in the back.

Q Okay.

A Sour cream and so forth, I mean, for -- for -- because of the --

Q Okay.

A So that was strictly stocked. We didn't have another cooler in the warehouse that was strictly for nonperishable products --

Q Okay.

A -- such as 12-packs of soda or two liters. In the cooler areas, you would have your -- your milk and so forth and then your single-serve beverage items.

Q Okay.

A So a 12-pack or two-liter wouldn't be in there just -- they don't expect it to be cold, but your, I guess, 12-ounce, 16-ounce sodas, orange juice, and all that stuff would be stocked in the back of the cooler.

Q How -- do you recall how many coolers there were within that CVS store?

A Well, there's -- there's the big cooler.

Q When you say the "big" --

A That's -- that's the walk-in cooler, and so I just consider that quantity one.

Q Okay. And what -- tell me --

Page 22

A And -- and then there's the coolers along the wall, plus a freezer, maybe two freezers that were along the -- the other side, and those were reach-in coolers.
Q Okay. So let -- what I'm going to do is this, I'm going to turn my computer around so that the -- the videographer can capture it, okay. And I'm going to ask you if you could, and can you tell me if you can get it or --
(Discussion off the record.)
MR. ROUSSO: Got it? Okay.
BY MR. ROUSSO:
Q So in the video shot now, that you don't see, there are coolers that are going to be to your left when I turn the -- the screen around. And then coolers that are going to be directly in front of you as you look in the screen. Okay?
A Okay.
Q So I'm going to kind of be describing it in that fashion. All right. So the coolers to your left.
A That's what I'm referring to as a walk-in cooler.
Q Okay.
A The product is stocked inside. We fill, for the most part, we're filling the shelves from inside,

Page 23

and the product is being stocked in there.
Q Okay. And then the ones against the back wall, what are those?
A Those are freezer and coolers just like a refrigerator at your house, you're putting stuff in through the front door. There's no access through the back.
Q Okay. So how would you access the back of the -- the coolers to your left? What did you describe them as?
A The walk-in coolers.
Q Walk-in coolers.
A So there's just one door.
Go ahead.
Q How would an employee access it to stock those coolers, is what I'm asking, not how would a patron access them?
A No, the -- the very first door is access to go in there, and you would either have to push back or pull out the milk rack to -- to obtain access.
Q Okay. So let's just -- so that we can be clear, there's some photos that were provided to me by your counsel that apparently you had taken on the day of the incident. Do you recall taking photos on that day?
A Yes.

Page 24

Q Okay. So I'm going to show you a photo I'm going to mark as Plaintiff's Exhibit 1.
(Plaintiff's Exhibit Number 1 was marked for identification.)
MR. ROUSSO: And, Counsel, if at any time you want to see these, look at them more closely, just let me know. And I'm going to hold it up for the camera.
THE VIDEOGRAPHER: Lean it back.
MR. ROUSSO: Is that good?
THE VIDEOGRAPHER: That's good.
BY MR. ROUSSO:
Q Okay. So the cooler that you said you would access the walk-in cooler from or the door, would that be this door that's depicted in this -- in Plaintiff's Exhibit 1 (indicating)?
A That is the door, correct.
Q Okay. So in order to stack any of the cooler items that run along the walk-in cooler area, you would have to go in and out of that door as an employee?
A That is correct.
Q There's no other way to access that?
A No, no other way.
Q Okay. So what other items are located

Page 25

along that walk-in cooler? So we know we have the milk and the eggs, you see in Plaintiff's Exhibit 1, correct?
A The -- yep, there was some food products, eggs, bacon, sour cream, sodas, Cokes, Pepsis, you know, orange juice, basically single-serve -- even water, single-serve items.
Q Okay. And how often during a particular day would those items be stocked?
A We were 24-hour location, so were you saying just during the daytime or -- it could be --
Q Well, let -- let -- tell me the whole thing then.
A It could be, you know, it could be where we're getting in once a day. It could be we're getting in ten times a day. It -- it all fluctuates based on the time of the year and people are getting water, it's a hot day, or it could also be based on something's on sale.
Q Would water be in those coolers as well, the walk-in coolers?
A Not 12-packs, but individual water, yes.
Q Okay. How many walk in -- how many -- strike that.
How many cooler doors would there have been on the bank of coolers that -- that you would access

Page 26

through the walk-in cooler area?
A I don't remember the exact number, but I'm going to say roughly seven or eight, six to eight.
Q Does the photo on the computer that we looked at, does that even help you?
A It -- it does. So we got one, two, three, four, five, six, seven, I'm believing that's eight, and I'm guessing that's the -- the main door so it looks like eight.
Q Okay. And is there anything about the photo that we marked as Plaintiff's Exhibit 1 which would indicate to you that there was any type of special on any particular item that would have been located within the walk-in cooler area?
A The yellow sale tags, that means that something's on sale.
Q Okay. And can you tell from that photograph what would have been on sale?
A The eggs and the milk.
Q Okay.
A Gallons of milk.
Q And on days when eggs and gallons of milk are on sale, how often would that particular shelving unit -- well, strike that.
So from this photograph, Plaintiff's

Page 27

Exhibit 1, it also looks like there's milk in the cooler next to the cooler that provides access into the back of the walk-in cooler, correct?
A There -- there is milk to the door to the right of it, correct, yes.
Q Okay. Is there any particular way that -- reason that certain milk items are merchandised in the area of the cooler where employees would access the back of the cooler and the cooler to the right that did not provide employee access?
MR. MACKINNON: Object to the form.
You can answer if you understood.
BY MR. ROUSSO:
Q Let me explain it to you.
A Okay.
Q I -- I mean, is there any reason that certain milk products or products are -- are stored behind the door that the employees would access as opposed to the next bank of shelves?
A There's a different -- there was four different types of gallons of milk.
Q Okay.
A And the -- two of the flavors are at the door access, and then two of the flavors were beside the door access.

Page 28

Q Any particular rationale for that?
A It's planogram. I mean, it's a -- you know, if it's a big seller. We -- we fill up the shelves with it. So it was a -- we had to have it on the, you know, on the shelf. The faster moving the item, the more you're going to try and get up on the shelf.
Q Okay. So -- but, I mean, is it -- would it be by brand or is it just by flavor like two percent, one percent?
A One flavor sells quicker than the other, correct, yeah.
Q Okay. So which -- which -- customarily which, I guess, flavor would be the -- the higher seller at that particular CVS store?
A And -- and sadly, I don't even drink milk, but I know it was the red cap, which is the one at the door --
Q Okay.
A -- is the faster moving. I don't remember what percentage it was, but that was our -- our fastest mover.
Q Okay. When you say "flavor," just so we're clear, we're not talking about chocolate or vanilla, we're talking about one percent, two percent, skim?
A Correct, or whole milk. And I don't even

Page 29

remember now. Maybe that's whole milk, but the red cap milk, and it is -- it was one of those, correct.
Q The -- from the sticker that's on the door in Plaintiff's Exhibit 1, can you tell which gallon milk product was on sale, or were all on sale?
A The -- the -- the sign that's there would reference all four gallons, so except for chocolate milk, when milk was on sale in the gallon container, all four different percents would be on sale at the same time, so this could be very generic, and it may not be the exact product that's behind it, but the smaller stickers would be representation of that particular type, whether it's one percent, two percent, whole milk or whatever.
Does that -- does that make sense?
Q It does, yes.
So how often during the day on days where like gallons of milk were on sale, would employees be restocking the shelves with milk?
MR. MACKINNON: Object to the form.
You can answer if you know.
THE WITNESS: It's -- it's -- it's a guess. I mean, there's so many different variables. It could be again, a slower-moving day with milk, and -- and -- and it could be a, you know, a hot and heavy, you know, it's -- milk is a big seller

Page 30

for us, but there were times in the week where we didn't sell much. There were times where it was flying off the shelves.

BY MR. ROUSSO:

Q Did -- did CVS have -- like have coupons in their local magazines or in fliers when items like gallons of milk were on sale?

A We had a flyer, yep.

Q And on those days in which milk was on sale and -- and published in the flyer to be on sale, were those customarily busier days for the sale of milk at -- at your particular CVS?

A It -- it -- it could be, yes. Yeah. There -- there were times where we had people from other businesses come in and buy milk and -- and -- but again, all that fluctuated, but we -- we -- yeah.

Q Okay. On -- let's just -- let me try to quantify it somehow. On days that you would consider -- consider busier sale days for a milk product, how often would employees have to go into the cooler to restock the milk shelve?

A If --

MR. MACKINNON: Object to the form.

BY MR. ROUSSO:

Q You can answer. He's just going to object

Page 31

because he didn't love my question.

A Okay. But it has nothing -- I still answer --

Q Yeah, if you understand it, just answer.

A No problem. If it -- it could even be based on a milk delivery. If the milk delivered that morning, we -- they would be filling it to the capacity and we wouldn't have to get in it as often, but it -- and there would be times where we might be getting in that cooler in a 24-hour period, you know, five, six, seven times.

Q Okay. And there -- is it fair to say that employees go in and out of that cooler through the door that's marked as Plaintiff's Exhibit 1 for more than just stocking milk? I mean, there's sodas and waters and whatnot along that bank of -- I think you said maybe eight doors of coolers, correct?

A Yeah, that is correct. That's the only access to -- to stock the shelves.

Q Did -- did you have a process and procedure at your store as to the manner in which the milk was stored in the walk-in cooler and when -- I mean, I don't mean how it was set up, but I mean how it was physically placed upon the shelves?

A I don't know if there was necessarily a

Page 32

system, but we taught each other how to, you know, stock the gallons of milk.

Q Did they -- did -- did your employees stock the milk from the front of the rack or did they go in the back and, I guess, it's first product first, and restock from the back?

A And -- and that's exactly how it took. The gallons themselves are -- are stored behind, so to stock from the front would be extremely awkward. We fill from the back. And -- and not only was it more efficient, but also you're pushing the potentially older product to the front.

Q The gallons of milk that were not stored on the shelves, where would they be kept?

A They were in that cooler directly behind the door and potentially up to two more doors, so the entrance in and behind that, and depending on the quantity of milk, it could be into the second and possibly even the third door, but in behind -- inside the cooler.

Q Okay. And are there -- are there shelves inside the cooler or would they stack on the floor of -- the -- the extra milk, how did that work?

A The -- they were stacked on the floor, and four cartons per -- per plastic carton, I guess I'll say,

Page 33

so they came in, and there was four gallons to each milk carton. That's -- that's not the best description I can think of. I mean, there was -- it was a holding, carrying device, plastic that held the four gallons, and they fit like a -- Legos on top of each other stacked up behind in the cooler.

Q Okay. The -- the holders of the -- of the milk that was stacked in --

A Crates. I'm sorry, crates.

Q Crates. Okay. Were they cardboard? Were they -- were they plastic?

A Plastic.

Q Were they -- were they solid or did they -- were they like you see a lot of crates where they have, you know, multiple holes or -- or some kind of pattern?

A There was -- correct. I would say perforated. There was holes to it, not only the handles but the whole thing was not just solid.

Q Okay. So like take a crate, like one would see --

A Milk crates.

Q Milk crates.

A Yeah.

Q And there were four bottles to each crate?

A That's correct?

Page 34

Q And they would be -- the ones that were not on the shelves, would be stacked on the floor behind the shelves from the floor stacked on top of one another depending on the space needed, correct?
A Correct. Correct.
Q And on days where milk -- gallons of milk were on sale, was there usually more milk product kept in the store?
A Correct, yes.
Q Okay. Who would -- how -- how -- when would the milk deliveries occur customarily?
A Normally before I got there. Most of the time I was opening up the store -- or not opening, but I was going in at 7:00, and the milk had already been there. So usually 5:00, 4:30, 6:30.
Q Did the milk vendors have access to the store, or is it just the overnight manager?
A Yep, we're open 24/7, so they have access. They're coming right in that front door. But there would be an overnight supervisor and an overnight cashier.
Q Do you know who your overnight supervisor would have been at that time?
A I do not remember. I don't know. I had four or five different supervisors, and I don't remember who was on that shift.

Page 35

Q Do you remember any of their names?
A Of who worked with me?
Q Yeah.
A Would have been --
Q Who would have been an overnight supervisor during that time frame?
A Madrina mostly worked during the days. There was Melissa. Oh, this is sad if they find out about this.
Q That's okay. They probably will.
A Thank you. This is bad. It's -- it's been a little while, but it's been a year.
Q Do you know what, if you think about it as we're moving forward --
A Okay.
Q -- you can -- you can just let me know.
A Okay.
Q Okay. And so would it be fair to say that -- that you would not be the person who would have customarily accepted or -- or oversaw the milk delivery in the mornings at that particular CVS store?
A The only reason I would have -- that day, I was not.
Q Okay.
A And -- and I don't even know if they

Page 36

delivered that day. I -- I don't remember. But the only reason there was times where I would have a -- an overnight shift, and then of course I would see the milk guy, that person, but when I did my 7:00 to 4:00, 7:00 to 5:00 shift, I -- I -- I didn't see him.
Q And that was your customary shifts -- shifts 7:00 to 4:00, 7:00 to 5:00 during that October of '16 period?
A We were required -- not only did we do a rotation on weekends, but we did rotation from the morning to evening shifts, so most of my shifts were morning, sometimes I had evenings. And if it was an overnight shift, that meant something -- someone called out or we had too many people on vacation or something like that, but I -- at that time, I know it was a morning shift. I was there. But not for the delivery.
Q The overnight shift, pharmacy's not open overnight, correct?
A Correct.
Q How many employees would there customarily be within the store for the overnight shift?
A Two employees, unless it was a truck night, then we would have six.
Q And the truck night is just deliveries -- is deliveries of product?

Page 37

A From CVS, correct.
Q Okay. And the overnight shift, when would that -- what -- what -- what's the hours of that shift?
A 10:00 to 7:00.
Q 10:00 p.m. 7 -- to 7:00 a.m., right?
A Correct, yep. Unless if it was a truck night, that fluctuated based on when the truck was going to arrive. But --
Q Okay. Sorry.
A No, you're fine, but that's pretty much the standard, was 10:00 to 7:00.
Q Have you ever witnessed the milk delivery in the morning?
A When I did overnight shifts.
Q Okay.
A The only other time was if they had been out, and it was rare, but if we were completely out of milk and they're doing an emergency run for us.
Q Do -- do you know who the milk -- your milk vendor was at that store?
A I don't drink milk. Do you mind if I look at the label?
Q No, go ahead.
A Oh, T -- T.G. Lee. T.G. Lee.
Q And what -- what made you say that by

Page 38

looking at the label? Does it say T.G. Lee on the label?
A Yeah. Yeah.
Q Okay.
A I'm not a milk drinker so I don't -- I never -- I knew it well. I've forgotten a lot in a year, but --
Q Okay. How -- so -- so in the morning, someone from T.G. Lee or their delivery company, they would come and would they bring the cartons of milk and put them in the back of the cooler, or would they actually stock the shelves?
A Both.
Q Okay.
A So they would bring in -- not only bring in the milk, and that would get put into the cooler, we wouldn't touch it.
Q Okay.
A But then they would fill the shelves and take out any of the empties that we had.
Q Okay. When you said you wouldn't touch it, what do you mean?
A That was their responsibility was they filled what -- while they were there, they filled the milk.
Q Okay.

Page 39

A When they're making a delivery. Now the rest of the time, it was our responsibility to fill the milk, but whenever they made a delivery, it was their responsibility to not only put it behind in the cooler but also to -- to fill up the gallons, make sure everything's full and take out any of the empty plastic cartons.
Q Okay. And have you ever witnessed how they stocked the shelves with -- in -- in your walk-in cooler, like the manner in which they did it? Did they also do it from the back?
A It -- it also would have been -- been from the back. I mean, that's standardized procedure for all of us, especially in something that has a very short shelf life.
Q Okay.
A You want to make sure, as well as they do, they want to make sure that the -- what's going to go out of date sooner is sold first.
Q Okay. So if you look at Plaintiff's Exhibit 1, it looks like the -- the shelving upon which the milk and eggs are stocked is -- is a rolling shelving unit, correct?
A That is a rolling shelving unit, correct.
Q And would -- at any time that you saw the

Page 40

milk being stocked by your vendor, would they ever pull that unit out into the -- into the, I guess, the -- the actual store or would they do it from the back by going into the -- the walk-in cooler? How would that be done?
A No. They're -- they're carting in the -- the totes of gallons, so the whole cart would come out into the store to fill.
Q Okay. And then it would be pushed back into the walk-in cooler?
A Correct.
Q Okay. And then as the day went on and the milk was purchased by customers, CVS people would go and replenish the milk, but from the back, correct?
A Correct.
Q So they would not roll that cart out into the store?
A Correct.
Q Okay. The -- the milk cart that's next to the one that we see -- if you're looking at the photo, to the right of the one that we see in the photo, is that also a rolling cart?
A No, that is not. The only one is the -- is the entrance door.
Q Okay. So throughout -- and -- and let me

Page 41

ask you this question. In order for an employee to get into the back of that walk-in cooler through that door, they would likewise have to move that rolling rack filled -- filled with milk and eggs, correct?
A It would have to be either pushed back or pulled out.
Q Okay.
A Which for us, we would just push it in because everything we got is already inside.
Q What do you mean -- what do you mean by that?
A With us the access we could push it and then squeeze alongside it to fill the things from in behind.
Q Okay.
A If the vendors bring in a product from outside, we're not -- so we're stocking things that are already in there.
Q Okay. But to get -- what I'm saying is to get to stock any of those eight or so coolers or doors in that walk-in cooler, employees of CVS would have to push this particular milk rack in and out in order to gain access to the remaining coolers.
A Correct. That is correct.
Q So this -- would it be fair to say that to

Page 42

some extent or another, the -- that rack of milk and eggs is pushed back and forth throughout the course of the day for CVS employees to gain access to that cooler area?
A That -- that is the only way you can gain access, and that roller shelving unit has to be moved to -- to gain access; that is correct.
Q Okay. During the -- you talked about the overnight shift being 10:00 p.m. to 7:00 a.m. What would the next shift be called; is it the morning shift?
A Or opening shift, 7:00 to 3:00.
Q And how many employees in the front of the store would there technically be, so I'm excluding pharmacy employees?
A Yeah, normally two. Again, another situation would be on a truck, or if we were doing a seasonal changeover, we might bring in more people, but traditionally it was -- the shift was run by managers or a supervisor and a cashier.
Q Okay. So two employees, one management, one -- one cashier in the store during the day shift.
A Correct.
Q Customarily.
A Yep.
Q Unless there is a -- a truck coming.
A Yes.

Page 43

Q And then I would imagine that additional employees were brought in to help with that unloading process.
A And normally the unloading was at night, but if the truck came in so late or early in the morning, the overnight crew would stay longer to complete the task, and then the next shift is still coming in.
Q Okay.
A So we would have extra people. Or if we're doing the seasonal changeover or if a holiday just ended, we would schedule the more employees come over so we can, you know, take down Halloween and put up Christmas, you know, kind of deal.
Q Okay. So would it be accurate to say that on a normal day, no -- well, a normal day when the truck came on time overnight and it wasn't a seasonal changeover, that there would be one management employee and one other cashier employee in the CVS store where -- where you were manager in October of 2016, working the day -- the morning shift?
MR. MACKINNON: Object to the form.
THE WITNESS: That -- that is correct.
BY MR. ROUSSO:
Q Okay. And we've taken a -- the depo of one of the pharmacy employees who had indicated to us that

Page 44

their work is limited to the back, the pharmacy area. They don't really do much of anything in the front of the store; is that accurate?
A That is correct. There are situations, most of the pharmacy techs were hired through the front store, and so they were trained on being a cashier, and so if there was a situation where we had a call-out for some circumstance, there would be times where -- and -- and it was rare, but there were times where I would have the technician come up and work as a cashier for me. And visa versa, we had employees in the front that were cross-trained and licensed to go back and help out if they had a tech call out.
Q On the day of the incident where my client fell, do you recall who the other employee that would have been working with you was --
A It was a --
Q -- in the front of the store?
A It was a cashier, but I don't remember which one of the cashiers it was, but it was one of my cashiers. It was not a technician.
Q Do you know if it was a male or female?
A It was a female.
Q Do you -- do you recall where you were at the time of my client's fall?

Page 45

A I was in the manager's office.
Q And where is that located?
A Directly behind the coolers, so it's at the very front of the store but behind the coolers.
Q How would you access that office?
A They're -- so if you come in the front store entrance and you walk down past the cashier's registers, there was a door that was on that -- let's see, was that the southeast side of the building?
Q So you wouldn't access it through the cooler?
A No, no, no, no.
Q Okay. All right. And do you recall what you were doing there at the time?
A I was working on -- at the computer when I heard the lady scream.
Q Do you recall how long you were in the office prior to that time?
A I -- I don't remember if I -- I don't.
Q Okay.
A I mean, I was -- I was in there a lot. There was a lot of responsibility with the computer and scheduling and all that.
Q Is that where you spent the majority of -- of your working hours, in the manager's office doing

Page 46

managerial stuff?
A It was normally at the beginning and towards the end, I would try to go in there on a regular basis and check up on e-mails, but I didn't -- I was ringing up the register, stocking product, doing planograms, you know, it wasn't that -- I would say maybe -- depending what was going on, 20 percent of my time was spent in front of the computer in the office.
Q Okay. But you can't tell me whether you had been in there for half an hour, 15 minutes, an hour before my client's fall?
A I don't remember.
Q How did you first become aware that my client had fallen?
A I heard yelling, and my first -- I first thought it was kids, and so I came out and then I saw her on the floor.
Q Okay. And how far is -- from your office -- strike that.
The manager's office, did it have windows or a visual into the store?
A There is -- not to where the lady had, you know, got injured, just strictly there's a little window in the particular door looking out towards the cashiers.
Q Okay. So in the -- in the actual door,

Page 47

there's a small window?
A With the entrance to the manager's, there's a small window.
Q Okay. In the manager's office, are there monitors that -- that you can look at that pick up the CC TV cameras within the store?
A There is, yes.
Q The -- could you tell me how many cameras face that cooler area where my client fell? Was there different views, one from the back, one from the front?
A Depending on the angle, I want to say one or maybe two. I mean, obviously I know there was one camera that faced that area.
Q Okay.
A And I think there might have been a glimpse from the -- the photo camera. The photo area camera might have got a glimpse too. I don't remember to --
Q If you look at -- at the angle of the shot on my computer screen, can you tell me from which direction that came?
A That would be coming actually towards from the front of the store. It's not the front of the store, but from that direction, which would be the north side of the building --
Q Would that be from the photo --

Page 48

A -- facing south.
Q -- shop area?
A That is -- there is another camera we have. We got -- there's two cameras by the cashiers, and one of them was photo, and it may not have tooken (sic) this, but this, of course, is the best view.
Q Okay.
A And -- and that would just be the cooler camera.
Q Do you recall how long those cameras -- or that DVR system preserved video for or held video for?
A I -- I don't know. I mean -- it's constantly rolling. It's -- it's -- I don't remember what -- if they -- I don't know. It's -- it's all corporate. That's -- they control that.
Q Have you ever been asked to go back and -- and look at all the video maybe related to a theft or -- or some type of investigation or something like that?
A I have, yes.
Q And do you recall how far back you were able to look?
A I -- I -- we've had situations in the pharmacy. We've had situations with theft. I mean, I'm -- it's usually the day of. I've had situations where police officers come in and -- and wanted to check

Page 49

film for something. I'm sure there is a cutoff point, but I don't remember what the -- what the date was.
Q Okay. So you don't know if it's 30 days, ten days, one day, you couldn't tell me?
A I -- I know it's more than one, and I would say it's more than ten.
Q Okay. What if you had to give me your best estimate as to how long video would be kept on the DVR system?
MR. MACKINNON: Object to the form.
THE WITNESS: 30, 60, I -- I -- I really don't know.
BY MR. ROUSSO:
Q Okay. In the -- in the back of the -- the cooler area, where the milk -- the milk that's not on the shelves, the milk that's stacked would be kept, is there any -- what -- what type of flooring is back there, if you know?
A Concrete and tile. Concrete, and I think there's a little bit of tile at the entrance.
Q Okay. Do you know if -- when you say "at the entrance," do you mean -- what do you mean? I mean, we have the entrance.
A I think -- I think there's a little bit of tile there, if I'm not mistaken. Maybe it's tile all the

way through and concrete underneath it, but it seemed like there's tile and concrete.

Q Okay. Do you recall as you sit here what the -- what the flooring in the back of the cooler area would be?

A Concrete, but I believe this area here was a -- a tile to make it flow back and forth pushing a cart, but I think the rest of it was just -- just concrete.

Q Okay. And do you know what kind of -- what type of tile that would be?

A I can't answer. Hard tile.

Q Okay.

A I mean, it wasn't -- it wasn't the vinyl or anything soft in nature.

Q Show you what we marked as Plaintiff's Exhibit 2, which is a close-up shot.

(Plaintiff's Exhibit Number 2 was marked for identification.)

MR. MACKINNON: Would you mind if I look?

MR. ROUSSO: Sure.

BY MR. ROUSSO:

Q Which is a -- a close-up shot of the flooring at the entrance of the -- of the walk-in cooler. Does this help you to determine what the flooring was in

the entrance area of the cooler?

A Well, again, if I'm not mistaken, I think this is like concrete, and then that's tile. I mean, I know there was some -- there was -- at the front, there was a -- I remember there being some tile that had worn down to where I think there was concrete, if that's -- does that answer your question?

Q Umm --

A That -- that's the space -- I remember this. That was the light -- that was protectors we put on so you couldn't run the cart into the light. And if I'm not mistaken, I think that was -- again, that's the tile and that's the concrete and that's the worn section. I just remember --

Q Can you -- can you give me a favor?

A Yeah.

Q Because when you say that's this, and that's the that, we don't -- that's not going to translate on the -- on the -- on the transcript. So if you could hold this up and point to me what the -- the concrete section would be, what the tile section would have been, whatever it is that you're --

A If -- if memory serves me, that -- that -- that I remember is being the light with light protection that was on both sides of the door where we would push in

and out the cart. The cart could hit the light. There was -- there was at one point tile down, and there's some sections where the tile's worn off. And -- and I can't remember if that is a tile and that's the concrete or vice versa. And I'm thinking this was all tile, and that was concrete showing where the tile had been worn through would be my -- my -- from memory serves me (indicating), but it was -- there was one point there was tile across the whole thing, and there was some worn sections. And there would be concrete underneath those worn sections.

Q And I'm going to show you what we'll mark as Plaintiff's 3, and maybe this will be helpful as well.

And this is also another photograph of the -- of the entryway. And it seems to be kind of worn in this area (indicating) and worn -- is that what you were talking about?

A Correct.

Q Can you just hold that up and show that for the camera where the areas of tile or flooring, whatever it was you recall to be worn.

A It was in the front -- the front area where we pushed in and out the cart.

Q Okay. And -- and when you say "worn," would it make like grooves in the -- in the flooring or scratches?

A No, just to the front where, you know, over time of pushing in and out the cart, it has worn away, you know, the tile. You know it wasn't -- that's best way I can describe it.

Q Okay. So I'm going to show you on Plaintiff's 2, it seems like there's a bunch of white dried something on racks, on the milk rack itself. Is that a condition that you had ever seen when you were working at this store?

A In that particular thing, that would just be more likely milk, dried milk.

Q Can you hold that up and point it to the camera.

A (Indicating).

Q Okay. And why would there be dried milk on the -- on the racks?

A It's -- there are times where we had milk where either it busted on the customer or it had a small leak or someone had something, you know, there -- there was a -- they're all stored on top of each other, sometimes there could have been one that leaked onto another one, and then when it's getting put on there, it leaks on the --

Q Okay.

A Onto the -- the racking system.

Page 54

Q I -- I would -- I would imagine that with all those milk deliveries, some of the -- the cartons have small leaks and whatnot. Was that something that you came across from time to time while working at CVS?
A That is correct. We've had it as well as we've had people where they're grabbing a gallon of milk or a couple gallons and they drop one and then -- you know, we go out and clean it up and --
Q Okay.
A And it has, you know, splattered.
Q Okay. But if -- if you guys went out and cleaned it up, why would there be -- still be milk residue on the shelves and on the flooring and -- and the like?
A Well --
MR. MACKINNON: Object to the form.
THE WITNESS: Okay. And -- and that's --
MR. MACKINNON: Wait. Let me finish my objection. I'm sorry.
MR. ROUSSO: That's the only objection that should be made, to form.
MR. MACKINNON: Incorrect. Misstates prior testimony.
Go ahead.
THE WITNESS: Okay. What I'm referring to

Page 55

is the rack.
MR. ROUSSO: Yeah.
THE WITNESS: You know, it's -- it's gotten splattered with milk and is -- is on there.
BY MR. ROUSSO:
Q Okay. I'm -- I'm just saying if it were -- if it were cleaned up, why would -- why would there still be like dried milk on the racks?
A It didn't get as cleaned up as it could. I mean, if it splattered from the -- if he did drop the gallon outside or if we put a gallon that was -- was leaking, and once we see that's wet, then at that point, we clean it up.
Q Okay.
A But obviously we didn't get as good a cleaning on that rack.
Q Okay. From -- from this photograph, and I can show you a few more, it also looks like there's some dried milk spatters on the floor as well. Am I being accurate about that?
A Correct, yes.
Q Okay. Why would there be dried milk spatters on the floor?
A Again, if we -- if we got a gallon that's leaking, whether it's coming from manufacturer or -- or

Page 56

we've somehow damaged it and it's leaked into -- onto the floor area.
Q But why -- I mean, why would it be -- I would assume if it were cleaned quickly or timely, why would there be dried like milk spatters?
A Evidently we're not cleaning good enough. You know, if -- if that's milk; but there was times when we had milk inside there, and when he had a leak we -- we cleaned it up, but the milk's coming in. Even our crates, when you move those crates, sometimes they might have, you know, milk on it and it gets on the floor, but we go and --
Q So a lot of milk being transferred, and that rack's being pushed in and out many times, correct, during the course of the day?
A It -- it can be, yeah, depending on whether it's on sale or not.
Q And would it -- strike that.
In looking at photograph one and holding it up, can you tell me which part of the flooring was tile and which part would have been concrete within the -- the cooler?
A If I'm -- if memory serves me, the lighter area was the tile and then that was the concrete where the tile had been worn down (indicating).

Page 57

Q Okay. Do you recall whether you ever asked for tile to be replaced in that area or repaired during your tenure as the manager of that store?
A I wasn't manager of the store for ten years, but I hadn't asked for it.
Q No, the tenure, being the time frame?
A I gotcha. I gotcha. No, I had not, no.
Q Okay. Would it be fair to say that the -- I guess the -- the back area, the cooler, walk-in cooler area, that's -- that's a place where -- that's mostly for employees or people stocking, correct?
A Correct, except for vendors would also go in there.
Q Okay. And so there -- in terms of the cleaning process, I would imagine that if there were spills on the -- the floor where customers are walking constantly, the linoleum or whatever the aisleways and -- that would be something that would be cleaned up with great -- as much -- as quickly as possible, correct?
A Of course, yes.
Q But in the back where there's a lot of stocking going on and whatnot, that's somewhere you wouldn't expect customers to be, correct?
A Correct, customers are not allowed to go back in there.

Page 58

Q Okay. And are the coolers cleaned throughout the day or once a week, or what was the standard?
A If -- if we had a spill, if we had dropped something, then at that point it would be cleaned up. We had paper towels that were in there, and in back we had a -- a mop and a -- and a bucket. So depending on the severity of the spill, you know, what had occurred, then you would use those things to clean it up.
Q So if someone dropped a gallon of milk?
A Yeah.
Q You got to clean that up right away?
A And if -- if the whole thing is poured out, then that's going to be -- we're going to go grab the yellow sign, which we kept right by the manager's office, as well as in the back, that gets put out. And then you go get the appropriate equipment and clean up the area.
Q Okay. But if there's just some small leaks inside the cooler area, is that something that's cleaned up immediately or -- because they're just the normal course of --
A If -- if -- if we know of it, we're taking care of it.
Q Okay.
A We would take care of it.

Page 59

Q Was there any policy and procedure about allowing -- because that is a work area, there's a lot of product around and -- and sometimes there's leaks and spills -- about allowing customers to access the cooler, like be inside the walk-in cooler?
A Customers never went in the cooler. I don't think they even understood that that thing rolled. I mean, that was never -- customers never -- it was us and the vendors who were either putting product in or stocking product.
Q And -- and would it be fair to say that you would not want customers inside that cooler in any way?
A Really, there's no need. Everything is at that, you know, through the doors so we don't want -- correct, I would not want customers in -- in a very cold environment.
Q Okay. And would it be fair to say that because of small leaks and -- and, you know, constant -- well, because of the regularity in which there are some small leaks and -- and from the milk containers and whatnot, that you wouldn't want customers to be stepping into the cooler at all?
MR. MACKINNON: Object to the form.
BY MR. ROUSSO:
Q -- the walk-in cooler?

Page 60

A You know, it wasn't -- it -- it wasn't that it was constantly wet in there, so, I mean, I -- I don't want customers in there anyways because we fill the shelves. If I'm selling you something and you have to go through that much trouble to get that item, I'm not doing my job, so I don't want people going back there, yes. I would even say safety, but it's not that the floor was constantly wet, it was that's where we stocked our -- our material.
Q Okay. Do you -- I'm sorry.
A No, that -- go ahead.
Q But you do acknowledge that throughout the course of the day on busy days when there's milk deliveries and milk's on sale, that there are sometimes drippings and smaller type of, I guess, milk product that would be on the floor inside the cooler, but not -- not necessarily in the walkways where patrons would be?
A There could be depending on where -- if something was leaking or --
Q Does some -- is it the job of CVS to inspect each milk carton before it goes into the -- onto the shelf?
A We're -- we're checking it in. We're -- as far as -- you talking about from us doing -- are you saying from receiving it from the vendor?

Page 61

Q Well, I'm talking about when each milk product is put onto the shelf, I mean, would you have an expectation that there would be a -- a CVS employee checking to make sure there was no leak on each and every single bottle that was stocked?
A We are pulling out the gallons, and any compression on these things is going to let you know if there's leaks, so if there was a leak at that point, you know, we wouldn't put it on the shelf.
Now are we, you know, rolling it around and so forth, no, nothing -- nothing of that nature.
Q Okay.
A The only inspection we would perform, not only the vendor but ourselves, we had a regular inspection for date codes to verify that we weren't selling anything out of date.
Q Okay. And how often did that take place?
A Oh, it was -- I mean, not weekly, and sometimes even daily depending on the item, which that would have been one of the heavier items, and I can't remember if we were doing that. But it was a -- it was a constant thing, not only the vendor would check when they were delivering to see what stock was -- was in there and what the dates were, but also we had to check.
Q Okay. You said that you were trained on

Page 62

ADA --
A Um-hum.
Q -- correct? It has to be a yes or no.
A Yes.
Q It has --
A I'm sorry.
Q That's okay. I believe you were taking a sip. So take your time.
A Yes, sorry.
Q Was -- was there anything about your ADA training that talked about the accessibility of product to people who may be handicapped, in a wheelchair, on a walker, using a cane, whatever the case may be?
A Everything did have to be accessible, but I don't remember the exact details. I'm not in that -- this industry anymore.
Q Okay. So if you look at Plaintiff's Exhibit 1, which was a photo that -- that according to the -- your counsel, was taken by you on the day of the incident, can you tell me why the -- the shelving that houses the milk at this door is set back from the door threshold? For example, if you look at the one to the right side of it, it looks like everything is almost flush with the door. Was there any particular reason for that?

Page 63

A We -- either an employee or a vendor has gained access, and they've opened up the door and pushed it back to get through to the back and then has not pulled it back forward.
Q Okay. Was it -- was it the policy and procedure for CVS to have their racks flush with the -- well, this particular rack, as close to the door as possible so that people with -- handicapped people that -- didn't have to step into any part of the cooler to reach the milk?
A I don't know if it was policy, but that was -- we've always done it that way. We've always pushed it and had it flush.
Q Okay. Is that something that you instructed your employees while you were manager of this store?
A Yes, yeah.
Q So if you look at the way that the shelving unit is placed in Plaintiff's Exhibit 1, it would appear that someone gained access to the cooler, and when they came out of the cooler, for whatever reason, they did not pull the shelf back to where it was supposed to be, correct?
A That would be correct, yeah.
Q And would it be fair to say that based on

Page 64

the way the shelf is set forth in this particular picture, Plaintiff's Exhibit 1, that a patron would potentially have to step, whether it's a foot or a toe or a half a foot or whatever, to access the -- a gallon of milk?
A They sure could, yeah.
Q Okay. And those milk gallons are pretty heavy or, you know, they're a heavier product. Would that be accurate?
MR. MACKINNON: Object to the form.
THE WITNESS: It's relative. I'm doing paint now in five-gallon pails. To me, that's not, but --
BY MR. ROUSSO:
Q But to some people, a gallon of milk could be a heavier item to lift and carry, correct?
MR. MACKINNON: Object to the form.
THE WITNESS: Yeah, maybe. You know, compared to a soda, but not compared to a case of water.
(Plaintiff's Exhibit Number 3 was marked for identification.)
BY MR. ROUSSO:
Q Not a problem. Okay.
On Plaintiff's Exhibit 3 there, there seems

Page 65

to be -- three and one. There seems to be a drain, and I'll just hold the picture up.
MR. ROUSSO: Got that?
THE VIDEOGRAPHER: No.
MR. MACKINNON: Your back.
MR. ROUSSO: Geez, sorry. Thank you.
THE VIDEOGRAPHER: Okay.
BY MR. ROUSSO:
Q Do -- do you have any reason why that drain is located in that area and/or what it's used for?
A In, you know, I've looked at it. I never even really paid attention to it as being a drain. If I'm not mistaken, I don't remember that being perforated. I thought it was access to something, but if it is a drain, you know, maybe it's because the cooler's there, but I -- I wasn't there when the store got originated, but for me, I always thought that was a solid brass thing. I don't remember it being perforated like I would expect a drain to be.
Q Okay. But you do acknowledge that in Plaintiff's Exhibit 1, which is the photo that you took on that day, that that's a perforated cover? I can get you a better --
A Yeah, if -- if it is perforated, okay. Yep, that's perforated.

Page 66

Q Let me show you Plaintiff's Exhibit --
A Yep, I do see it.
MR. ROUSSO: We'll mark this as 4.
(Plaintiff's Exhibit Number 4 was marked for identification.)
BY MR. ROUSSO:
Q Do you know the purpose of that drain?
MR. MACKINNON: Object to the form.
BY MR. ROUSSO:
Q The purpose of that brass perforated cover?
A I'm guessing if there was fluids, they could get down into it, but it's nothing I've never -- to be honest, I never paid attention. I wasn't there when the store got built so I don't know what the CVS's specific reason was to put it there.
Q Do you know if that has anything to do with -- with the -- the cleaning procedure for the store?
A Nothing we had anything to do with that. I mean, if we were in the mopping, we were, you know, not mopping and putting stuff down drains; it was going and getting into a mop bucket.
Q Did you ever notice anywhere at the bottoms of these racks or in the doorway of the cooler, any type of rusting on the edges?

Page 67

A I -- I never noticed it to be honest with you.
Q Okay. Are CVS employees required to wear a certain type of shoe?
A No, besides not open toe. I mean, it had to be a shoe. I always dressed in nontennis shoes being management. As far as the pharmacy, I'm not exactly sure what their --
Q So for this -- the workers, they wouldn't have to have like a non-skid shoe or anything like that, or a sneaker?
A Nothing specialized, no, that I'm aware.
Q Do you know if at any time there were any type of mats used in the back cooler area or the cooler area upon which the milk rack is situated?
A No mats that I'm aware of. Uh-huh, no. No.
MR. ROUSSO: All right. Let's take a break. Good time.
THE VIDEOGRAPHER: We're going off the record. It is 12:15 p.m.
(Brief break.)
THE VIDEOGRAPHER: We're back on the record. This is the beginning of Tape Number 2.
BY MR. ROUSSO:

Page 68

Q You had mentioned that there were some lights inside of the doorway of the walk-in cooler where employees would enter and exit the cooler. And I think we can see the light that you're referring to in Plaintiff's Exhibit 2.
Do you agree with me that this is the light?
A Correct.
Q Do you know what those lights are used for or why they were there?
A To light the product, is, you know, so you know what's in there, I'm guessing. It's -- all the coolers have lights on them on both sides of them, so I'm guessing it's to -- to light the product.
Q Even the soda coolers and --
A I think everything had -- had -- all the way down that row it had lights on both sides, yeah.
Q Okay. Is it otherwise dark in that cooler?
A Well, there's other coolers in -- or rather lights in behind. If I -- I don't remember if there was two or three ceiling lights, but these would -- would shine onto the product.
Q Okay. It -- it's going to be hard for the camera to see, but if you look at Plaintiff's Exhibit 1, and you look at Plaintiff's Exhibit -- what I'm going to

Page 69

mark now as Plaintiff's Exhibit 5.
(Plaintiff's Exhibit Number 5 was marked for identification.)
BY MR. ROUSSO:
Q -- there -- there seems to be the -- the crate -- the crate seems to be able to be seen in the back that the milk would be stocked in, correct?
A Correct, that is the milk crate, yeah.
Q Okay. And that's how the milk would be stocked as reflected in Plaintiff's Exhibit 1, in those black perforated crates --
A Correct, yes.
Q -- stacked on top of one another.
A Correct.
Q How much room is there for employees to walk in between stacked crates as they would have existed in this picture, Plaintiff's Exhibit 1, and the shelving of the cooler, the back shelving of the cooler?
A The -- the -- so we're saying you're already inside, and from stocking to in front, it -- it could be -- well, the milk crates didn't go the whole perimeter of the wall. That was just that -- that first section. If that was pushed out, you might have two to three foot.
Q Okay.

Page 70

A And -- and also it would -- it could be a -- sometimes you would have one row, sometimes you would have two rows, sometimes it would only be four wide, sometimes you might have it eight wide depending if, you know, we had a lot of milk it was --
Q Okay.
A -- since the, you know, how quickly it was last of the delivery.
Q And the -- and the employees of CVS, would you be walking back and forth the length of the cooler along the wall where the milk would be stacked in those cartons periodically throughout the day, correct?
A Yep, sure, if we were filling something, we would be, yes.
Q Okay. On those times where the milk cartons may have been leaky or leaking or just leaking a small amount of -- of milk liquid onto the floor in the back of the -- the cooler where the employees would be walking, was there any type of measure like walk-off mats or matting that was designed to prevent those employees from picking up a little bit of milk or liquid on their -- on their shoes and bringing it back into the store through this particular door --
A There --
Q -- in Plaintiff's Exhibit 1?

Page 71

A There is no mats that I -- we had in there, huh-uh.
Q Okay.
A No.
Q Any other type of measure that you know about?
A For all the stores I worked at, I don't remember there ever being any mats in -- in our coolers.
Q Okay.
A The -- the stores that have walk-in coolers, I don't remember any mats at all.
Q Did all the C -- did all the CVSs you worked in have a walk-in cooler?
A No, no, they -- they didn't. There was some at the mall. I worked out there for a while, the Florida Mall. It was -- it did not have a walk-in cooler.
Q Okay. In the stores that you worked in that had a walk-in cooler, did they have merchandise displayed in the area where employees would walk in and out of the cooler such as in Plaintiff's Exhibit 1 where they would have to push the rack full of merchandise back and forth just to gain assess to the back of the cooler?
A I don't remember. There was 6400, which I worked at, which is at the Sea World, as an assistant.

Page 72

They had walk-in coolers, and I -- I really don't remember if there was the carts there or not. And Florida Mall did not have a walk-in cooler, and when I managed the other St. Cloud location, they did not have a walk-in cooler. I -- I don't remember if the -- the Sea World location -- I remember there was a walk-in we had parked in behind, but I don't remember if there was a cart. I wasn't there a very long time. I ended up getting promoted from assistant of that store to the first store I managed.
Q If you look at Plaintiff's Exhibit 5, and we'll hold that up, can you tell me what all this stuff on the floor is under the -- the milk -- or under the rack?
A It -- it could be dried milk. It could be, you know, a stain of some sort.
Q Could you just hold that up please for the camera, please.
A Yeah.
Q Okay. Got that.
I'm going to show you two more photos that were provided to me by your counsel that were taken, allegedly taken on the day of the incident, and I'll -- I will mark them as Plaintiff's 6 and 7.
(Plaintiff's Exhibit Numbers 6

Page 73

and 7 were marked for identification.)
BY MR. ROUSSO:
Q And ask you if you recognize these photos and -- and do you recall whether it was you who took these photos?
A I -- I believe so, yes. Yeah, and I do remember this.
Q When -- when you first came out to the area where my client -- where my client was, was she already on the ground?
A She was already on the ground.
Q Okay. Do you know if she was in the exact same position as she was when she fell or whether she rolled right or left prior to your getting outside?
A I -- I don't remember. I know once I got to her, she did not want to be moved at all. So whether she had moved prior, I -- I can't answer that. I don't remember.
Q Okay. You took -- were these the only photographs that you took, these three photographs, number one, number six and seven?
A I -- I don't remember now. I remember taking some photos, but I don't remember if that was all of them.

Page 74

Q Do you remember how many photos you took?
A I don't remember.
Q Do you know when it was you took the photographs in proximity to when she fell? Was it after the fire rescue had already arrived? Was it before? Because at least in these two photographs, it looks like -- or one of them, it looks like there's fire rescue present?
A I don't remember the exact timing of it all of when I, you know, I took the photos. I think it was all during the time while she was there, but I don't remember -- I don't remember if it was, you know, at the beginning or at the end. I don't know.
Q Okay. Do you -- do you know if anyone had walked through that area, whether it be fire rescue, whether it be another CVS or other CVS employees prior to your taking any of the photographs?
A I remember being slow that day. I remember when the fire team was there, customers were coming up, and while I was not letting them -- I shooed them on down a different way to stay out of that area; the only people that would have been in that area besides her, the lady, the fire rescue, me and a technician, that was the only people that would have been in that area.
Q Okay. Is there a regular practice of

Page 75

cleaning the back cooler? What I mean like a -- like a once a week, once a -- something like that?
A You're saying the back of the walk-in cooler --
Q Yes.
A -- is what you're referencing? Is -- if we have a leak, if, you know, something is contaminated, if something has been spilled, at that point it would be cleaned up.
Q Okay. How about on a -- on a -- like a regular maintenance-type basis?
A We did not have a -- no.
Q I'm going to show you what we'll mark as Plaintiff's Exhibit -- I believe we're on eight.
(Plaintiff's Exhibit Number 8 was marked for identification.)
BY MR. ROUSSO:
Q And this is a three-page document --
MR. ROUSSO: Staple that.
BY MR. ROUSSO:
Q -- which is a letter from my law firm. It also has a certified mail receipt on page 2, a certification signed on page 3, and another copy of -- of the letter with a fax confirmation on page 4. Okay.
The first thing I'd want to ask is, can you

Page 76

tell me if that's your signature?
A That is not my signature.
Q Okay. Can you tell me whose signature that would have been?
A I -- I have no idea.
Q Okay.
A If -- if this was at the store, it could have been any of the employees, more than likely either a supervisor, manager or cashier.
Q Okay. If -- whose job would it be to open certified letters?
A Predominantly the store manager.
Q Okay. Do you -- the -- the address on this letter, is that -- is it addressed correctly to that particular store?
A As my memory serves me, that looks right, yes.
Q Okay. And do you recall ever seeing this letter before?
A I don't remember seeing it, but whenever I did receive something official like that, I would get it up to the appropriate people, either Tim Crane or HR or depending what the situation was a -- was at matter, you know, I would send it on up.
Q Okay. Had you ever received a letter like

Page 77

this before while you were working at CVS?
A I -- I have received different things, not necessarily for this, usually it might have been something about they wanted records for drug information, a prescription or something of that nature, and I would funnel that up to my district or region manager and -- and let them handle it.
Q Had you ever seen a letter from a law firm requesting that CVS or you, as being the manager of this particular store, preserve video of an incident?
A I've had -- not from a -- a letter, and -- and I may have, to be honest, but I -- I do remember there were times where I've had officers come in trying to get certain information, and I would have them fill out a form, and then I would put it onto a -- a DVD form to let them have access to it.
Q All right. Is -- is there a form you would utilize if you received a letter from a law firm such as Plaintiff's Exhibit 8 related to pulling and preserving video evidence?
A Well, access to this also would be from the corporate level, so I would let them handle that. I would send this on up to my boss and have it forwarded on up to them to -- to handle. I wouldn't, you know, extract stuff at the store unless it was a local

Page 78

representative because they also had a -- a loss prevention as well as my -- my boss. And I'm sure many others had -- had access to all -- all that stuff.

Q So they would have access to the videos from a corporate-type office?

A It's a system that they can see into the store and can also pull up information.

Q Okay.

A I have never gotten a call from -- I don't remember ever hearing from someone from corporate calling me asking me to preserve. The only time I've ever preserved anything is putting on a disk for a situation where, you know, a theft or, you know, a police officer's come in and asked and I had them fill out that form.

Q Okay. So is it -- is it your testimony that following this letter arriving at the store, which it appears to have arrived at the store, that you took no effort personally to retrieve or preserve any video?

A That's correct. I would not have tried to do any of that. I -- I very well could have received this, I don't remember, but if I did, I would have funneled up to my -- my bosses and let them tell me what to do. But I have never had anybody from my company call me saying, you know, save this video or do anything of that nature.

Page 79

Q And how would you have funneled it up; is there some type of intercompany or interoffice e-mail system?

A I -- I -- I would -- this would have been faxed. Anything of legal document or something like that, I would have faxed it to my boss and -- asking him to send it to the appropriate people.

Q Okay. Now, on the last page, this is a fax confirmation page, and this was faxed to a number (407) 892-6432. Do you know if that was the fax number at your store?

A I -- I don't. The fax machine was in the pharmacy, it wasn't -- I didn't have --

Q Okay.

A -- readily access to it. I didn't use it. They had to fax prescriptions, so when I wanted to fax something or if I was receiving a fax, I would have to go back to the pharmacy and -- and get it. So -- so they would have had to have seen it and -- and gave it to me if it came through that fax.

Q If a fax came into the store of this nature, a letter from a law firm about an incident that happened, would it be your expectation that whoever was in the pharmacy pulling faxes would have brought it to your attention as the store manager?

Page 80

A Yes.

Q Okay. And you don't recall whether or not you saw this letter as we sit here today?

A Yeah, I don't remember. There's -- I worked at CVS for a while. I mean, it was six, seven years, and there was different things that have occurred. And I know I've gotten a lot of stuff. Whether I got this specifically, if I had gotten it, it would have got sent up to my bosses.

Q Do you have the ability -- did -- you said for police officers, you've in the past pulled video or put video on a disk. Did -- did you have that ability to do that from the store?

A I did, yes.

Q So had you received this letter, you would have physically been able to retract video, but your -- your process would have been to send it up to corporate or your -- or your boss?

A Correct, yes.

Q Okay. Do you recall ever receiving instruction from Tim Cain or -- or --

A Tim Crane.

Q Crane or anybody else above you at CVS to go ahead and pull and preserve any video of this incident?

Page 81

A I do not remember that at all, uh-huh, no.

Q So there is video of this incident. Do you know how that video was -- strike that.

On the day of the incident, did you preserve or extract any video as a result of the fall?

A I looked at the video, but did -- I don't -- I do not remember ever saving it or sending it or -- or anything of that nature, no.

Q Okay. So the video that -- that we have here, that wouldn't have been something that you personally preserved and downloaded onto a disk or some type of storage?

A Correct, I -- I would not have, uh-huh.

Q And the video that I -- that we have starts a few minutes before the -- the fall and goes to beyond the fall and after my client is taken away by fire rescue. The letter that my firm wrote to CVS asks for all video from the hours of 9:00 a.m. to 5:00 p.m. from the store. Can you tell me why video from that time frame, 9:00 a.m. to 5:00 p.m., was not pulled or preserved?

A You -- you would have to ask CVS. I -- I have no idea. I -- whatever film you have, you didn't get it from me so you would have to ask them.

Q Okay. Fair enough.

Page 82

Do you know what the address of the corporate office is for CVS?
A I -- I do not, uh-huh.
Q All right. So at some point, you came upon my client laying on the ground, correct?
A That's correct.
Q Did you speak with her?
A Yes, I did.
Q And my understanding is that she -- that you -- did you ask her what happened?
A Well, the first thing was checking on her. You know, and she had stated that she broke her leg. She did state that her stuff had fallen. Her stuff was laying around her, and I said, ma'am, I'm going to pick up your stuff and put it together. She also stated that she had slipped and she thought the floor was wet.
Q Okay.
A I had at that point said -- you know, I looked, and I believe his name was Richard, was also there, we both looked, the floor was not wet.
Q So let me stop you there. Okay.
A Okay.
Q So you were -- you were looking for some type of puddle or -- or accumulation of liquid, correct?

Page 83

MR. MACKINNON: Object to form. Misstates the testimony.
BY MR. ROUSSO:
Q Is it fair to say that you were looking for some type of puddle or accumulation of liquid?
A Correct, 'cause she had stated that she had slipped in water.
Q Okay. Did --
A Or she slipped and the floor was wet. I don't remember hearing her saying "water."
Q Do you -- you know, we can look at the video, but on the video, it does not appear that you put your hands down and rubbed the floor, anything like that, but instead you just made a visual-type inspection; is that what your recollection is?
A Yeah, it seemed like I had -- probably had the camera to the -- the camera's probably on my back, and she was laying in front of me, and I think Richard was over there (indicating), and I -- I remember, you know, looking around to see, you know, if there was a shiny spot where it was -- it was wet, and -- and at some point, it was like, okay, well, I don't see it, but I'm not worried about that with her. I am going to make sure she's okay.
Q Sure.

Page 84

A And the focus was -- was on getting her taken care of.
Q So your -- so is it fair to say that your main focus was on making sure my client was okay?
A Most certainly, yes.
Q Okay. And that you -- you did take a look at the floor, but it would -- would have been a -- more of a perfunctory-type look or a -- a brief look before you focused your attention on making sure my client was okay?
A It was enough to look to make sure that I stated to her well, ma'am, the floor is not wet, and I can tell what is, and she got a little irritated, and that's when I'm like -- I backed off.
Q Okay.
A But to what I saw, that floor was not wet.
Q Okay. Did you -- did you check to see if there was like moisture -- like there's a difference between a puddle which could visibly be seen or moisture or slickness which you may have to use your hand or your foot to determine?
A I -- I don't remember taking my hand and wiping and -- and -- or getting paper towels to see if it accumulated or anything like that, no.
Q Okay. And again, we can watch the video,

Page 85

but I'm trying to save a little bit of time here. It does not appear that at any point from the time you got there to the end of the video that you went inside the cooler or opened the cooler door to determine whether there was any wetness on the floor inside the cooler beyond the door?
A I do not remember going inside that cooler, and I -- I don't think there would have been a reason for me to because the focus was on her. I -- you know, wouldn't have cared about it.
Q So as we sit here today, you cannot testify under oath whether or not there was any type of liquid or wetness or moisture on the floor inside the cooler beyond the door?
A I -- I have no idea either way.
Q Okay. And you made no inspection of that area after, meaning the inside of the door of the cooler?
A No, I -- I couldn't tell you. I don't remember the last time I went back to it again. Her -- she was the focus to me.
Q Fair enough.
A So I don't remember opening that door or checking, no.
Q Okay.

Page 86

A At some point would I have been in the cooler, yes, to fill, but not based on that situation.
Q Okay. Do you recall when it would have been that you would have been in the cooler to fill it after my client's fall?
A And I have no idea.
Q How about before my client's fall?
A No idea. It -- it seemed like it was earlier in the morning, but I don't remember the exact time of the day.
Q I think it was like 1:30 maybe.
A Okay. So it wasn't midafternoon, so again, I don't remember. I have no idea. So many different years, so many times getting in the cooler.
Q Sure.
A I don't remember well, it took place right before or right after, but --
Q Sure. So as we sit here today, you can testify that you saw no puddle of water on the floor in the area of my client, correct?
A Correct.
Q You cannot testify that there was no moisture on the floor in the area where her foot hit causing her to slip?
A I -- I -- again, my inspection was looking

Page 87

for a shiny area. So whatever that equates to, you know, that's what I was looking for.
Q Did you -- you went down to look for shine or were you --
A I mean, it -- it was, you know, looking to see if there was something -- and -- and, you know, I don't remember -- it seemed, again, if my position was right, I think the camera was behind me with her in front, and I remember looking and -- and I saw nothing where -- and again, I don't -- there was nothing -- I would have remembered if there was something I had specifically did, if I had just mopped or something like that, that had not occurred --
Q Okay.
A -- at all, yeah.
Q Okay. But from a video perspective, we can't tell what was going on in front of that cooler during the time period before my client fell, correct?
MR. MACKINNON: Object to the form.
THE WITNESS: I -- I think you stated you only had a few minutes before and a few minutes after while she was there.
BY MR. ROUSSO:
Q Okay. So you can't testify based on your personal knowledge as to what would have been going on in

Page 88

front of the cooler area prior to my client's fall and that time frame depicted in the video?
A I -- I was in the office so I do not know what took place out there.
Q Do you know -- can you tell me the last time an employee would have walked in and out of that cooler and moved the cart prior to my client's fall?
A There's not set times. I don't even remember if this was truck day or if this was their delivery day. So it's -- it's filled on need, not filled at a certain time. It is something that, you know, the managers and supervisors, we constantly would, you know, check things like depending if it was summer, ice and water and certain endcaps and milk to make sure it's filled periodically, but it wasn't a set thing that you're going in there because that's based on the consumer picking it up --
Q Okay.
A -- week to week, day to day could be different.
Q Is there anything about any of these photos and -- and how the milk seems to be stacked which would indicate to you how long before my client -- how long before this photo was taken the milk would have been last stacked?

Page 89

A Well, you got one, two, three, four, five -- four, five, six, seven, eight, nine, ten -- a guess, again, I don't know what day the truck was there or not, but we have -- I'm just going to say we've sold -- ten gallons are missing from that. Again, there could have been gallons that were sold there, but from that rack, ten gallons are missing.
Q Okay.
A And I -- I don't remember if it was a busy day or slow day, if it was right after, I don't know, but we sold ten gallons since the last time it was filled.
Q It does appear from the back of this photo that there are -- milk is stacked pretty high up in the back in the crates, correct?
A We can have a lot of milk, so that still -- how much is there doesn't tell me whether it came in that morning. I don't remember what --
Q Okay.
A But, I mean, obviously we've -- we've still got some in there, but we wouldn't go through it and then -- we would still have to have some to go beyond the next time because we don't know exactly how much we're going to sell. Does that make sense?
Q Yeah.
A So we were constantly going to have milk

Page 90

back there.
Q Okay.
A There was -- unless we did not get a shipment or for some reason we just had a -- a major rush on milk, we pretty much always still had cartons back there because you had to have some stock.
Q Okay. And you can't -- you can't tell me as we sit here today, you can't testify whether there was any milk spillage in the back of the cooler area in the area where the milk was stacked up?
A I -- I have no idea.
Q Okay.
A Yeah, I don't know.
Q You indicated that there were two employees in the store, you and -- and one cashier employee normally during a day shift, correct?
A No, it -- there was --
Q Two front of the house?
A Just two employees total, a manager or a supervisor and a cashier.
Q And one employee.
A There would only be -- in the front store unless there was a truck day or we were doing a seasonal changeover, there would only be two employees in that front store, and that's including myself.

Page 91

Q That's including yourself?
A Yes.
Q So if you were in the back in the office doing your office work and there were customers in the store purchasing stuff, the other employee would have to be at the register, correct?
A That's correct. We always had -- for a day shift, we always had someone manning the registers.
Q Was there anybody -- anybody whose job it would have been to be up and down the aisles assisting customers while -- while the cash register person was ringing up stuff and you -- you were doing managerial work in the back?
A We were all instructed, and we did a very good job of the customer service, you know, we would ask -- offered help, and when people came in the store, if they, you know, were within sight, we offered help to them. Now, with me doing managerial work and cashier up there, unless someone asked the cashier hey, can someone help me get such and such, then she would page me, and I would come out and say, you know, whether I'm getting something from the back warehouse or showing them where the product is at.
Q Okay.
A But there -- it was just the two of us so

Page 92

there's no one else to be out on the floor at that time.
Q So is it fair to say that if you're in the back doing office work and there are people purchasing items at the register, there would be no employee in the front of the house, not pharmacy employee, who would be walking up and down the aisles, inspecting the floors, making sure there's no slip-or-trip hazards on the floors within the store?
A You know, at -- at that time, if there's two of us and I'm doing that, there's no one else out there, so there's no one physically to be out there. But again, back to before, I mean, we're walking the store constantly.
Q Sure.
A You know, the -- verify stocks, you know, when I take over the shift from the overnight team, the first thing I do is walk the perimeter. I see if everything is filled. What's -- what am I going to be doing that day.
Q Sure.
A You know, am I jumping into a planogram or -- or has an area just got wiped out from sales. So we are constantly on the floor, but there's times where --
Q Sure. But if it's --

Page 93

A -- just -- just that cashier is there and -- and I'm in the warehouse or I'm in the -- the manager's office.
Q Okay. And -- and so is it fair to say that an hour can go by where you're doing some other type of work in the warehouse -- is it fair to say that -- that a time period like an hour can go by where you're doing work in the office and -- or you're in the warehouse and the cash register person is at the register ringing up customers and whatnot, where there would be nobody walking up and down the aisles inspecting for spills or hazards of any kind?
A Sure, yeah.
Q Did you -- did you check my client's clothing to see if there was any dampness on her shorts or her leg or her --
A I -- I did not, no.
Q Did you see anybody else do that?
A I did not touch her. She did not want to be touched.
Q Smart.
A And even so, I wouldn't start touching somebody's clothing --
Q Obviously.
A -- so, so, no.

Page 94

Q Okay. And you didn't move her so you didn't see what would have been underneath her while she was laying on the floor until maybe she was cleared out by fire rescue.
A She did not want to be moved. She was not touched. She was in that much pain. She didn't -- so I don't know what was -- you know, I have no idea what was underneath her.
Q Okay. So if there was some type of water or wetness that were underneath her, you would not have been able to visually inspect that while she was on the floor, correct?
A That's correct.
Q In regards to the eggs, when the egg deliveries came in, were they -- were each box opened to make sure there was no cracked egg or anything like that?
A No, no.
Q So there was no one in CVS who would be doing that, correct?
A They came in a case maybe of 20. Now, if we put them on the shelf and we thought there was some reason that, you know, if the box had been crushed in, then at that point we would inspect every single carton, but it wasn't standard procedure that we inspected when

Page 95

the cargo came in and everything looked, you know, in proper placement.
Q Was there somebody at CVS whose job it was to check the temperature of the coolers at that store?
A That was responsibility that we did three times a day, and that would have been not only manager, supervisor, someone of that nature that had access, there was a thermometer reading that was right next to the manager's office, and we would have to go in and do audits and type in the temperatures.
Q Okay. Would you have to actually physically go into the cooler to take the temperature, or did you utilize that thermometer by the manager's office?
A For the walk-in cooler, that thermometer was just for the -- for that -- that walk-in cooler.
Q Okay. Was it placed at the front of the cooler towards the doors, or was it placed in the back of the cooler where the manager's office was?
A Where the thermometer's at, I don't know, but the reader was by the manager's office.
Q Okay.
A Does -- does that make sense? Am I -- I -- I don't know whether the actual thermometer -- I know it was in the cooler --

Page 96

Q Okay.
A -- but where it was located, I -- I can't answer that question.
Q So the thermometer -- the reader was remote from the thermometer?
A Correct. Now, there was another thermometer that hung right by that milk rack that was in there, and actually we had thermometers in all of the other coolers too.
Q Okay.
A But that particular one had -- had a reader right by -- right outside the manager's office. And the only ones that had readers were -- I think it was the ice coolers, and they had a reader at the bottom that you could visually see from the outside.
Q Okay. So you didn't use a separate thermometer to take the temperature, only the one that read by the manager's office, correct?
A There was one in there, but we -- when we are doing our audit that -- we took the temperature from that one.
Q From which one?
A From the one that was outside the manager's office, the --
Q Okay. So not --

Page 97

A I was going to say the LCD, I think it was like an LCD reader, you know, red and black kind of.
Q But not from the actual thermometer that was hanging in the -- in the cooler, correct?
A Correct.
Q All right. Do you know if it was CVS's policy that the temperature was required to be taken from the actual thermometer that was hanging or located inside the cooler?
A I -- I'm going to say no. I mean, this -- the cool -- the thermometer still was going to be in the cooler. The reader is out. And they wouldn't put that there if they didn't want me to use it, so --
Q Okay. But you could read -- you could read the temperature from the actual thermometer itself if someone went over to look at the thermometer, correct, it wasn't just from the LCD reader?
A Well, we -- the -- maybe I should back up. We did have -- in there we had a small -- just a standardized thermometer that was hanging. I don't remember -- I don't remember why it was there or who placed it there. Obviously it was so we could -- we could check on it. But we also had a thermometer system that remotely we could read. Now, there still would have had to have been another thermometer in there, that's not

Page 98

the one that's hanging that's giving us the temperature, but the reading is by the manager's office so we could verify.

Q And when you filled out your compliance checklist, you would -- you would take the readings from the thermometer by the manager's office?

A That is correct.

Q Okay.

A Yeah.

Q Do you know if there was anybody who would check or verify the temperature of the milk when it was received -- first received from the vendor?

A We would not, uh-huh, no. I can say the milk typically a lot of times surprising enough came in frozen.

Q Okay. They keep it pretty cold during the transport.

A And I'm -- literally certain times where it was frozen, and I -- I'm not a milk drinker, but that was -- that was standard for them.

Q Okay. And then -- but the -- the refrigerator that the milk was in, that's not a freezer, correct?

A This is on their truck. I have no idea, no.

Page 99

Q I mean, when you would put it -- when you -- this --

A This isn't -- this isn't correct.

Q Sorry.

A I'm sorry.

Q That's okay. That was my fault.

So the walk-in cooler depicted in Plaintiff's Exhibit 1, that's not a freezer, correct?

A Correct, that is not a freezer.

Q So when the milk would come in like ice, what would happen to the milk when it was put in the cooler, which I would imagine is substantially warmer than the freezer; what would happen to the milk so the container or anything -- would there be condensation or ice dripping or anything like that?

A There -- there could be.

Q Okay.

A It wasn't that the floor was constantly wet, but there would be times that it could be from -- from the condensation, and some of those crates would be -- would be wet.

Q Okay. And when large milk -- when large milk orders came in, is it your testimony that you would frequently find that the milk came in extremely cold and even ice when it was delivered?

Page 100

A Yes, yeah.

Q Okay. And then, I guess, throughout the day, that would have to thaw a bit in that cooler, correct?

A Correct.

Q You did not check at all on the day that my client fell to determine whether there was any type of water on the ground that could have come from milk that was delivered ice, ice-cold and warmed up during the course of the day?

A You're saying that on the outside of the cooler?

Q Inside the cooler.

A I -- I have no idea. It would have been -- if I was feeling something and I would have noticed it at that time, but it was -- there's not a set procedure for me to walk in that cooler to see how the floor is on the inside or -- or what's going on in there.

Q Okay. And if there were small spots of like ice that had melted and that were not just like large pools of water, is that something that would necessarily be cleaned up if it were in the back of the cooler?

A If it was in the back of the cooler, it would -- if it was wet, we're talking about a couple of

Page 101

drips of water, no.

Q Talking about like an ice -- an ice cube melting or chips of ice melting off of the -- off of the --

A They -- they didn't come in to the point where there was like ice like, but it was slushy. You know, I mean, it was -- and that's when I realized that, you know, they were basically frozen. But yeah, if there -- if there was condensation that came off a gallon jug in there, it could go on the floor, and I would not go and -- keep in mind they're stacked in those racks. I can't see what's --

Q Of course.

A -- what's underneath it.

Q And they may not be large enough to really warrant a full clean-up-type thing.

A I would agree with that.

Q All right. Did you -- did you speak to any of the employees at CVS following the fall about the fall itself?

A I know I'm sure I talked to the cashier. She was involved with -- we were trying to locate the lady that fell, her husband, you know, upon talking to her. And so we were working trying -- and then I even talked to the pharmacy because I was -- I had asked her

permission -- she wanted me to get ahold of her husband, and -- and we had paramedics already coming, and, you know, just trying to comfort her, and she -- and I said, "Is there anything I can do for you?"

And she said, "Yep, call my husband."

And -- and we'll, what's his phone number?

She goes, "I don't know."

And I said, "Well, do you get prescriptions here?"

And she said, "Yes."

And I said, "Well, I can go back with your permission and look up the phone number."

I did. I called -- well, I found out later that it was her phone number. It wasn't his. She also stated that he worked for the city and -- and gave me his name. And I tried calling the police and asking to see if they knew of this employee. We were trying to relay what had happened for her. Unfortunately, they didn't know. It could have been a different part of the division like that. But I did meet him. Later on in the day, he came into the store.

Q Okay. And you spoke to him?

A I did speak to him.

Q Tell me the nature of the conversation, please.

A He came in and talked with the cashier and said, "My wife's come in shopping and she hasn't come back. And I know she came here." And whoever the cashier was called me up. And I had saved notes about the phone number and all that. And at that point, I had said, Sir -- I said, you know, she -- she broke her leg or it was ankle or something of that nature. And I said, I was trying to call you. Here's the number I was trying to call.

And he said, "Well, that's -- that's her number."

And -- and I told him all the details and what hospital she had been taken to. And -- and I -- I kept saying I'm sorry to him. You know, I felt bad for her. And -- and at that point, he had stated to me that this has happened before, don't feel bad. She has a -- a bone disease that makes her bones brittle.

Q Okay. So he didn't -- he didn't say to you that -- that she had fallen before or slipped before; he just said that she had broke bones or -- or mentioned that she had broke bones before because of her brittle bones?

A I -- I -- I don't know what he was trying to relay. I mean, he said that this has happened before, whether it was broken bones or -- or falls.

Q You don't --

A I don't know. I don't know. But that she had -- he was trying to comfort me because he could see I -- I felt really bad because he didn't know -- had no idea what was going on. But I don't know what he was thinking at the time, but that's --

Q Okay.

A -- that was the message he said to me.

Q All right. So just to be clear because I interrupted you, you -- you don't know whether he meant she had broken bones before or she had slipped and fallen before. He had just said this had happened before, correct?

A That is correct.

Q Okay. Do you know if there had been any other slips and falls in that CVS at all?

A While I was there, I have not had a single one.

Q Okay. Just -- I'm almost done, but it would appear to me, just based on what you have said, and please correct me if I'm wrong, that with just you or a manager and one other employee in the front of the store, that it -- it would be difficult to inspect the milk containers as they came in and were put on the shelves just due to time constraints and job duty constraints

during the course of the day.

A When -- when they're getting checked in, it's in the early, early hours of the morning. There would be either a cashier and a supervisor or two supervisors, but someone of authority and then -- and they have to check in the milk. So if there's something that's wrong or bad, you know, at that time, we will reject it and clean up the mess. They have to be scanned and -- and we have to, you know, identify that we're receiving in the product when -- when they're making a delivery.

Q Okay. But -- but again, there's nobody whose job function it is to check the temperature of the milk when it comes in?

A We did not check the temperature of the milk as it was going to be coming off the truck. Besides -- no, from the -- besides if we happen to touch one, that would be the only time.

Q Okay. Do you know whether the -- the shelving as depicted in Plaintiff's Exhibit 1, which is set back and not flush with the door, do you know if that complies with ADA standards?

A I do not. I can't answer that question. I don't know.

Q You guys sell flip-flops at CVS, right?

Page 106

A We do sell sandals and yes, some of them I guess would be considered flip-flops.
Q And you -- you're aware of, I guess, that in Florida, being a manager, that your patrons come in with all different type of footwear, correct?
A Sure. Yeah.
Q Flip-flops, sneakers, whatever?
A Sure.
Q Right? And it would be CVS's policy and procedure that its stores should be safe for all of its customers, correct?
A Sure. Yes.
Q Regardless of the type of footwear that they're wearing, correct?
A Yes.
Q I'm almost there. I'm just looking for --
(Discussion off the record.)
MR. ROUSSO: Off the record for a second just so we don't have a running tape.
THE VIDEOGRAPHER: We're going off the record. It is nine minutes past 1:00 p.m.
(Discussion off the record.)
THE VIDEOGRAPHER: We're back on the record. It is 1:10 p.m.
BY MR. ROUSSO:

Page 107

Q Do you ever recall having an issue with the seals in the door around the walk-in cooler?
A Uh-huh, no.
Q And -- and when I say "seals," I mean the gaskets.
A There -- there was a rubber gasket on all the refrigerators and ice doors, and I -- I don't remember having any -- any problem with it, no.
Q Okay. So you never had to -- as far as you know, you never had to order replacements or new replacements?
A No.
Q All right.
MR. ROUSSO: I have no further questions. I may have some follow-up if I can find the document I'm looking for or there's anything I need to ask you. Thank you so much for your time. I appreciate it.
THE WITNESS: No problem.
MR. ROUSSO: Actually, there's -- there's one question I need to ask.
BY MR. ROUSSO:
Q So you've told me the truth today in all your answers?
A That is correct.

Page 108

Q Okay. And so counsel for CVS, he's going to be asking you some questions. If he asks the same questions about the same topics, your answers will be the same, right?
A Correct.
Q All right. That's all I have. Thank you.

CROSS-EXAMINATION

BY MR. MACKINNON:
Q All right. Mr. Bennett, again, my name is Gavin MacKinnon. I represent CVS here. I've got some questions I want to kind of let our jury, in the event they ever look at this, know a little bit more about you.
You indicated you have a college degree.
A That is correct.
Q All right. What year did you graduate?
A '90 -- '97.
Q All right. And where did you attend college?
A Purdue University.
Q Purdue in Ohio?
A No, in Indiana.
Q Oh, I'm sorry. Indiana.
And you say you have a B.A. degree. What -- can you be more specific?

Page 109

A Organizational leadership and supervision.
Q All right. And I think you had said you had a prior work history in the paint industry.
A That is correct.
Q And that's where you are currently working, right?
A Correct.
Q And you had the seven, eight-year stint working for CVS?
A Correct.
Q All right. And so fair to say you have 20-plus years in professional management?
A Well, I took over my first store as a manager in '97, with the -- with the Glidden Paints, so --
Q That's 20-plus years in management. Okay.
A Yes. Yes.
Q During your tenure as the store manager of this particular store in St. Cloud we've been talking about, did you ever experience any problems handling or addressing spills within the store?
MR. ROUSSO: Object to the form.
THE WITNESS: No.
BY MR. MACKINNON:

Page 110

Q All right. And so you never found yourself in a situation where there was a problem with spills occurring and you weren't -- the store was unable to address them in a timely manner?
A No, none at all.
Q In fact, I believe you testified this is the one and only alleged slip and fall during your entire tenure in the store?
MR. ROUSSO: Object to the form. Mischaracterizes testimony.
THE WITNESS: Correct.
BY MR. ROUSSO:
Q Did -- did I state that correctly?
A Yes. As long as I had been employed through that store, I -- I never had a -- anybody slip and fall.
Q All right. And did you leave CVS to take your job with PP and G?
A PPG, correct.
Q PPG, I'm sorry.
A That's okay.
Q And how would you characterize your tenure at CVS? Was it positive? Did you leave on good terms?
A I left on good terms. I enjoyed it.
Q I think you had described undergoing -- and

Page 111

I'll just generalize here -- both written and oral testing throughout your entire tenure with CVS; is that accurate?
A That is correct.
Q And did that include topics such as store safety?
A Yes, it would.
Q All right. And so you felt -- do you feel like you were properly and adequately trained in addressing any unsafe conditions which may exist in the store?
A Yes.
Q All right. Would you agree that CVS put a lot of planning into how the products were placed in the store?
A Yes.
Q All right. Okay. On the date of this incident, which was October 30th, 2016, as you sit here today, do you have any idea or information as to whether or not and how many times the -- the walk-in cooler was accessed by either a vendor or an employee?
A I -- I don't have any idea. I don't remember.
Q All right. So it could have been one, none, or I think you had said upwards of ten?

Page 112

A It could have, yeah.
Q But you don't know?
A Yeah.
Q All right. You ever receive any complaints from anyone, whether it be an employee, a vendor, a customer, about accessing milk in the cooler?
A No.
Q So no one said, hey, I have to reach in, step into the cooler to get this? No one ever raised that as a concern?
A No, unless we've had where a vendor or we were in there, and I've had people open the door and say, sir, can you give me -- and, you know, because that's -- I'm in there. That would be the only time. I have never had where I'm outside and someone complains about -- usually that somebody was there and they're talking to that individual saying, you know, can you grab me X or whatever, whatever they're looking for.
Q Understood. So you're saying just when -- when actively restocking and -- and it's not in its normal set up, then someone -- you -- on occasion someone might have said something to you about impeding their ability to get some milk; is that what you were trying to convey?
A Correct, yeah.

Page 113

Q I gotcha. Okay. Now, you had talked about this cooler door in question where the milk rack was as being the entrance point into the walk-in cooler, right?
A Correct.
Q And so as a result of this being an entrance into the cooler, do you think then it would be inspected probably more often than any of the other cooler areas since it was a access point?
A I -- I don't know if "inspected" would be the word. I mean, we're definitely -- if something's going wrong there, we're going to know it versus other areas because we're going through there. You know, so if there's a leak or if there's a, you know, damage or something of that nature, we're going through there more than other areas.
Q Including if someone had tracked something as they came out of the cooler in the area in front of the -- the milk rack?
MR. ROUSSO: Object to the form.
THE WITNESS: If -- if you would repeat that question?
BY MR. MACKINNON:
Q Sure. You -- because this is an entry and exit point to and from the walk-in cooler, and

Page 114

customers -- vendors and employees are on occasion going back there, stand to reason then if that -- someone had tracked something from the cooler onto the tile floor in the store area, that that would be something you would notice?

MR. ROUSSO: Object to the form. Speculation.

THE WITNESS: Yes, if -- if something's wet or if there's a -- a spill of some sort, we're going to take, you know, get it taken care of. And we're in that area a lot, so to answer your question is yes.

BY MR. MACKINNON:

Q And because you're in that area a lot, would part of your duties and training be to look for any -- any sort of spill or hazard?

A You know, it's not only just look, but you're walking, and if you feel something on the floor that's not supposed to be there, we get it taken care of. But we -- we are observant to make sure that we don't have, you know, wet floors.

Q Okay. You had described this method in which you have -- when you encountered Ms. Noftz -- plaintiff's lying on the ground after her fall. You indicated that you had bent over and you were kind of

Page 115

looking for any -- anything which might have caused her to slip and fall. Do you think you did an adequate effort to determine whether or not there was something there?

A I -- I'd say yes. I mean, it stuck my mind when she said that she thought the floor was wet, I -- I mean, I remember being -- specifically looking down to verify whether that had happened or not. I knew at some point I'm going to do a report, or if there is a spill, I've got to get it cleaned up. And -- and I didn't see anything, any contaminants on the floor.

Q After she was removed, did you re-inspect the area?

A That, I don't remember.

Q Okay. How about was the area cleaned up?

A There was -- besides picking up her stuff, it wasn't anything, you know, there was nothing there for me to clean up. She wasn't bleeding. There was no, you know, nothing left behind that took place for me to have to clean that area up.

Q Okay. So fair to say the area there -- there was nothing to clean up is what you're saying?

A That's correct.

Q All right. All right. If you could hand me those photos, stacked photos and everything. All

Page 116

right. I'm going to ask you about a few of them. All right.

Let's start with -- let's look at photos three -- two, three, four and five. If you will take a look at Plaintiff's Exhibits 2 through 5.

A Okay.

Q All right. Do you know when those photos were taken?

A I -- I have -- I do not know.

Q All right. So not knowing when they were taken, do you know if they were taken on the date -- on -- on -- let me say it this way, on October 30th, 2016?

A I -- I have no idea.

Q So you wouldn't know whether those photos would accurately capture the conditions of the store or whatever is depicted in each photo as it occurred on October 30th, 2016?

A I -- I had no idea, but this is that store. I mean, I -- I know, but other than that, I have no idea what -- what timing or day or when these were taken.

Q Weeks, if not months, later?

A I have no idea.

Q All right. And so there was some testimony about, you know, what is this? You had said it looked

Page 117

like dried milk; is that correct?

A That's correct.

Q So you don't know whether that dried as shown in these photos was dry milk that was present on October 30th, 2016?

A I have no idea.

Q All right. Now, let's -- let me ask you about Exhibit 1, 6 and 7. If you will take a look at those.

Now, we can confidentially say those were taken on October 30th, 2016.

A That is correct.

Q So would each of those photos truly and accurately depict the condition of the store or what is depicted in each photo?

MR. ROUSSO: Object to the form.

THE WITNESS: Yes.

BY MR. MACKINNON:

Q Okay. And you, in fact, took those photos?

A Yes.

Q And if you look at -- I just want to see the number, Exhibit 7, you can see it -- it shows an angle of Plaintiff's bottom of her left foot, right -- or left shoe, I should say. Not foot, shoe.

Page 118

A It -- it -- it does show her foot and shoe and the angles that they're laying.
Q All right. And so as you're walking around, do you remember perhaps looking at the bottom of her flip-flop to see if there was some wet substance or anything on it?
A I -- I don't remember that. I don't know.
Q All right. Is that something -- if there had been some wetness on her -- the bottom of her left flip-flop or right flip-flop, that you would have noticed?
MR. ROUSSO: Object to the form.
THE WITNESS: I have no idea. I mean, I -- I remember looking on the floor, but I -- it just would not seem normal for me to go and check the lady's footwear, to be honest.
BY MR. MACKINNON:
Q Okay. In looking at the photo there, is -- can you notice whether or not there is anything on the bottom of at least that left flip-flop?
MR. ROUSSO: Object to the form.
THE WITNESS: I have no idea.
BY MR. MACKINNON:
Q Okay. On the date of the fall, October 30th, 2016, do you recall seeing any dried milk in and

Page 119

around the entrance to the milk cooler there?
MR. ROUSSO: Object to the form. Asked and answered.
THE WITNESS: I do not remember seeing anything, none, no.
BY MR. MACKINNON:
Q Okay. All right. Would you agree, Mr. Bennett, that the conditions inside the cooler, if there's an unsafe condition, that that's important to recognize it and rectify it?
A It very much so, yes.
MR. ROUSSO: Object to the form.
BY MR. MACKINNON:
Q Because even if customers don't go back there, you have employees and vendors that go back there.
A Correct.
Q And their safety is important as well.
A Yes.
Q And so would you say that the area in the interior of the walk-in cooler, the -- making sure that it's kept reasonably clean is important?
A Yeah, if -- if something is broken, damaged, we're cleaning it up. We're cleaning up that spill. We are removing it from there. We don't want to have glass or fluids around.

Page 120

Q I think there was an insinuation that a spill occurs and hey, it's out of sight, out of mind, who cares. Would that be accurate?
MR. ROUSSO: Object to the form. Mischaracterizes testimony. Mischaracterizes the question.
THE WITNESS: That -- that -- that is not -- I mean, we -- we clean up our -- our messes. It's -- we are concerned about everybody, not --
BY MR. MACKINNON:
Q So you would categorically reject that suggestion that the -- the walk-in cooler area is a area which is neglected in some ways as far as spills and -- and -- and dangerous conditions?
MR. ROUSSO: Object to form. Mischaracterizes the testimony and -- go --
THE WITNESS: It -- it wasn't a dangerous area. I was in it daily and weekly, and it is something that we -- we maintained.
BY MR. MACKINNON:
Q All right. Do you ever have any vendor complain to you about hey, I got to go back in this dank, wet cooler area?
MR. ROUSSO: Object to the form.

Page 121

THE WITNESS: No. I mean, I don't remember anybody saying -- the cart -- moving the cart, I've had people complain about that. It's a heavy cart, but going back in there, no, not at all.
BY MR. MACKINNON:
Q Okay. The photograph with this -- we've not established whether it's a drain cover or a cover to something. So the silver grate, if I can characterize it as that, as pictured on Exhibit 4, you ever see any liquids go down into that area?
A No, and I -- I call it brass.
Q Brass. There you go. Okay.
What did I call it?
A Silver.
Q Silver. I am color blind, but I can tell that's -- that's gold. Brass.
This particular area of the store in front of the cooler, is it a well-lit area?
A Yes, it is.
Q Would you describe it as a very well-lit area?
A It -- very bright, yes.
Q And the product inside the cooler, is that illuminated as well?

Page 122

A It is, yes.
Q And the point and purpose of that is to showcase it?
A Yes, yep.
Q Okay. This question has been asked of you in a variety of different forms, but I've written it down as such, and so I want to present it to you again.
Did you see any evidence of anything spilled or any substance in the area where you encountered the plaintiff after her fall?
A Nothing at all.
Q You had testified at one point that you remember that the store -- I think you described it as a slow day. Is that consistent with your recollection?
A It does. With me being in the office, it -- it for some reason, it just reminded me that it was a slow day that day.
Q And -- okay. So you describe it as a slow day. If you can just explain what does that -- what do you mean by that? Is that the volume of customers?
A Correct. It -- it's -- our busiest time, and of course it fluctuates depending on time of the year and the seasonality and even the day of the week and the hours, but you know, usually the morning shift, which is normally what I was doing, and I know for sure I was in

Page 123

the morning shift, was a slower period of time. We picked up more in the afternoon and the evening. It was a very busy store at that time.
Q Okay. And when you describe it as a -- as a slow day, is that in comparison to other days at this time?
MR. ROUSSO: Object to the form.
THE WITNESS: Yeah, it -- it just -- I just remember, you know, the -- the most important -- about the incident was, of course, when that happened for her, and I don't remember there being a lot of people in there. I remember a couple ladies coming in that I kind of shoo'd them because they wanted to gawk, but it wasn't like -- you know, normally if something happens, there's a lot of people, everybody.
It wasn't -- it wasn't that way. It wasn't a packed house. It wasn't -- it was -- to me it seemed like it was a slower day. And even when I look at the -- how many milk we sold, that's not a busy day. Now, I don't -- again, I don't remember when it was filled, but I'm speculating it would have been more than likely the overnight team.
MR. ROUSSO: Object to form. Move to

Page 124

strike. Speculation.
BY MR. MACKINNON:
Q Okay. But as you sit here today, your recollection was the store was less busy than a typical day for this time?
A It -- it seemed that way.
Q You said that the cooler temperature would be checked three times a day. Did I understand you correctly?
A At the beginning of every shift, that was the responsibility.
Q And why was this done?
A To maintain the -- the products inside at the correct temperature so they didn't go bad.
Q Like food safety?
A Yeah, yeah.
Q About how long after Ms. Noftz, the plaintiff here, left the store by way of ambulance, did her husband arrive?
A I was still there. And it was a morning shift. So it had to have been before four or five o'clock in the afternoon, but I don't remember exactly the timing, you know, whether it was -- I -- I don't. You know, but if this happened at one o'clock and I -- I would normally go home at 4:00 or 5:00, and I didn't stay

Page 125

after for any reason, so it had to have been either four hours or -- there was some time lag but to what extent, I don't know.
Q Okay. So up to four hours later is when he arrived?
A At the maximum.
Q Okay. But not immediately?
A It was not immediately, yeah.
Q All right. And he had basically made a statement which you inferred to mean that plaintiff had at least fallen and injured herself prior to this?
MR. ROUSSO: Object to the form. Leading. Mischaracterizes the witness' testimony.
THE WITNESS: He had said to me -- I -- I was trying to comfort her -- him, trying to give him all the information I had. You know, I felt bad. It was -- it was a bad situation, and I was trying to make sure he had all the information, and I think he -- he realized how bad I felt for -- for the lady, and had said to me, you know, don't worry about it. This has happened before. And something of the nature of she's got brittle bones, or she's got a disease that gives her brittle bones. And that -- that's what was said to me.

Page 126

BY MR. MACKINNON:

Q Okay. Do you think CVS did anything wrong in maintaining the store on October 30th, 2016, which would have led to Ms. Noftz's falling?

MR. ROUSSO: Object to the form.

THE WITNESS: No.

BY MR. MACKINNON:

Q Are you aware of any policies and procedures that were not adhered to on October 30th, 2016, which would have caused or contributed to this fall?

A No.

Q Have you ever had any prior complaints about there being wetness in and around the milk cooler?

MR. ROUSSO: Object to the form.

THE WITNESS: No.

MR. ROUSSO: And asked and answered.

BY MR. MACKINNON:

Q All right. I'd like to have you take a look at the surveillance video, and ask you some questions as we go through it.

Have you seen it before?

A I have. When -- the initial day was the time I looked at it.

Page 127

Q Okay. Since then have you looked at it?

A I haven't seen it, no.

Q Give me a moment here.

MR. ROUSSO: Are we off the record?

THE VIDEOGRAPHER: No.

MR. ROUSSO: While you're setting it up, can I just --

MR. MACKINNON: Yes. Absolutely. Let's go off the record then.

THE VIDEOGRAPHER: We're going off the record. It is 1:32 p.m.

(Brief break.)

THE VIDEOGRAPHER: We're back on the record. It is 1:39 p.m.

BY MR. MACKINNON:

Q Mr. Bennett, Ms. Noftz testified essentially to the effect that this was kind of her neighborhood drugstore that she was -- described herself as a regular customer or something to that effect.

Had you ever seen her before?

A I -- I don't remember her. There was -- it was a busy store. And there were some people that stood out that talked to me and asked questions, but I don't remember her before or after that day.

Q Okay. How about Mr. Noftz?

Page 128

A I met him that one time. And again, I couldn't -- maybe I met him before, but there's so many people came through that I don't remember everybody.

Q Sure. And some people you can describe as a regular customer that you're familiar with. And what I'm understanding you is saying is (sic) that's not your recollection of Ms. Noftz?

A Yes.

Mr. ROUSSO: Object to the form.

THE WITNESS: That's correct.

BY MR. MACKINNON:

Q How often would milk go on sale?

A It -- it seemed like -- I keep -- I worked for them for a long period of time, and it would seem like it was once every other week kind of deal.

Q And if we look at the photo which shows the price, if you wouldn't mind.

A Which we can see on that one right there (indicating).

Q 2.79, is that per gallon?

A That is per gallon.

Q Do you recall how that sales price relates to the actual nonsales price? What is milk sold for normally when not on sale?

A You know what, I think milk was always on sale, if I -- if I remember correctly.

Page 129

Q So the 2.79, is that a price that is -- CVS typically sold milk at that time?

A Yeah, it was the eggs that rotated. I think the milk was always on sale. And nonchocolate milk and not the half gallons. It was the gallons, yes.

Q Okay. So let's explore this a little bit because it, believe it or not, is kind of an issue.

Was the 2.79 as advertised for milk as shown in the Plaintiff's Exhibit 1, which we've established was taken on October 30th, 2016, a special price that CVS sold the milk at or its regular price?

A That pretty much is the regular price. I mean, it says it's on sale, but it's -- it was always on sale.

Q Okay.

A I -- I -- now that I think about it, it was the eggs that rotated where sometimes it was 99 cents, and sometimes it wasn't, and that was like an every other week sort of thing.

Q So a regular customer who came to the store on a regular basis would be able to purchase the milk from CVS in and around that price, it didn't fluctuate?

A Correct.

Q All right.

Page 130

MR. MACKINNON: That's all I got.

REDIRECT EXAMINATION

BY MR. ROUSSO:

Q I have -- I just have a couple of follow-ups. All right?

A Yep.

Q To determine whether it was a busy morning that day, would I be able to look to the sales numbers for the -- for the sales that morning?

A You could, and I won't have this information, but you also could look at transaction counts.

Q Okay. And also to see how much milk was sold, that would also be in the transactions?

A Correct, we would have -- well, it wouldn't be transactions, but I'm sure -- if memory serves me, there was a way to look and see exactly how much quantity of any of the items had been sold.

Q Okay. You had testified earlier that it is your policy as manager of the store that the rack where the milk is located as depicted in Plaintiff's Exhibit 1, should not have been set back into the cooler where patrons would have to step anywhere into the cooler in order to access it, correct?

Page 131

A That is correct.

Q And so would you agree with me that the way that the milk rack as depicted in Plaintiff's Exhibit 1, is set up -- is -- would be against your directives to your employees as to where that rack should be located, correct?

A Correct. I always wanted it right at the door.

Q Okay. And counsel was talking to you about, you know, maintaining the back area and very important to maintain the back area and whatnot. You had testified under oath that the floor area in front of, you know, inside the cooler was significantly worn, the tiles, right, right through to the concrete?

A That is correct.

Q Okay. Is there any policy and procedure of CVS that -- that worn floors should -- should be repaired or replaced -- the word is promptly?

A Nothing that I'm aware of that if -- if, no.

Q Okay.

A There's carpet squares that we will -- whether it's policy or not, if -- if a carpet square gets stained, we will pull those up ourselves and replace those, but as far as the tile and so forth, I don't know

Page 132

anything that's a set policy.

Q Would you agree with me based on what you have already said that the area in -- inside the cooler where the tiles are worn down to the concrete would be in a state of disrepair?

A I didn't like the look of it, but it didn't cause us any problems. But I did not like the look of it, and that was one of the reasons why I always try to have that -- that -- that cart to the front.

Q Do you know if worn floors could be -- could result in slips or trips, especially two different types of floors?

A I would say, yes, they could.

Q Okay. So would you agree with me that you would want that floor to be in a proper condition and repaired for both aesthetic and safety reasons?

A Sure. Yes.

Q Since your employees are walking back and forth, in and out of that area, correct?

A Correct.

Q Okay. Counsel also asked you that if there was some type of spill on the floor in the area inside of the cooler, that that would be noticed by you, and you had said more likely than other areas because we're in and out of there quite often, correct?

Page 133

A Correct.

Q But you also testified that you don't know when the last time that area was accessed prior to my client's fall, correct?

A That's correct.

Q Could have been hours, could have been minutes.

A Yeah, I don't remember the last time I was in there, and I have no idea when the last time the other employees were in there.

Q Okay. So there could have been some wetness on the floor in the area in front of that milk shelf but inside of the cooler that was not noticed because there were no employees in and out of there for a period of time, correct?

MR. MACKINNON: Hold up. Hold up. Object to the form. Calls for speculation.

THE WITNESS: It -- it --

BY MR. ROUSSO:

Q In fact, yes, it does call for speculation.

A It -- it could. But I also have to admit that's not an area that normally was wet. If there was --

Q Well, let's also --

A And I'm guessing you're referencing this

Page 134

area (indicating).

Q I'm talking about -- I'm talking about the area where all this dried-up milk is located underneath the shelving units. That dried-up milk was once not dried, correct?

A Correct.

Q Okay. And you testified that, you know, that -- that if there were any type of, you know, wetness or spills, that it would be cleaned up, correct?

A Correct.

Q But it appears from these photos that milk was allowed, and whatever else was on the bottom of here, was allowed to remain at least underneath these shelves for such a period of time to allow them to dry up and remain there.

A And -- and I would correct -- this is a photo.

Q You can look at this one. You can look at the milk on --

A Yeah, correct. Yes.

Q Okay. And since you were not in -- you can't tell us when the last time you were in that cooler was before the incident?

A Right. I have no idea.

Q With that in -- with that in mind, you

Page 135

can't say whether -- and -- and also based on the fact that you testified that you never opened the door after -- of the cooler to look inside that area after my client's fall?

A I don't remember doing anything of that nature.

Q And you didn't look in the cooler either?

A No.

Q That wasn't a place that you inspected, right?

A I do not remember doing that, uh-huh.

Q So you cannot testify one way or another whether there was any type of wetness on the floor inside of the cooler area just before the shelving?

A I -- I have no idea.

Q Okay. So if -- if Ms. Noftz had testified that -- that there was wetness inside the cooler, in the area where she had to step in to get the milk, you could not dispute that one way or another, correct?

MR. MACKINNON: Object to the form.

THE WITNESS: I -- I have no idea.

BY MR. ROUSSO:

Q Okay. You had testified earlier that there was no periodic procedure for cleaning the coolers, correct?

Page 136

A Correct, there wasn't a regular maintenance as when -- based on need.

Q Okay. So they weren't cleaned once a week or once a month by virtue of CVS's own policy?

A I -- I don't have that -- I don't remember what their policy was, but basically I'm telling you what we did was, if we had a spill that something was, you know, damaged or broken, at that point it would get cleaned up.

Q Okay. But wouldn't you be required to follow CVS's policy?

A Sure. I just don't know what -- I don't remember what the heck it was if there was one.

Q Okay. But if --

A I don't remember having a set maintenance to clean the floors inside there.

Q If you were required to clean those coolers once a week as part of regular maintenance for CVS's policy, you don't recall that being something that was done in your store?

A We did not.

Q Okay. I'm going to show you a document that we are marking as Plaintiff's -- I think I'm on nine.

(Plaintiff's Exhibit Number 9 was marked for identification.)

Page 137

MR. MACKINNON: I'm sorry. You just gave me this today.

MR. ROUSSO: No problem.

MR. MACKINNON: Yesterday.

MR. ROUSSO: Yes, I'm sorry. That wasn't for the record.

BY MR. ROUSSO:

Q This is a document I got from your counsel. CVS Food Safety Essentials is the -- is the heading of it. And this appears to be CVS's policy regarding food safety.

Do you recall seeing a document like this before?

A I -- I'm sure I have, but, I mean, I don't remember it.

Q Would you take a look at page -- page 4 of 9, please?

A Okay.

Q If you look down one, two, three -- six bullet points under "clean."

A Clean coolers and freezers?

Q Yes. It says, "Clean coolers and freezers including shelving on a weekly basis, especially coolers that are used to store potentially hazardous food such as

milk or eggs."

Did I read that correctly?

A You -- you did.

Q Okay. And that was not a policy that you recall being implemented at your store?

A That is correct.

Q Okay. It says -- the next bullet item, it says, "Clean coolers and freezers promptly following discovery of spills."

Did I read that, correct?

A Yes.

Q Do you consider the period of time that would allow milk to dry up on the floor after some type of leak or spill to be prompt?

A I'm gonna say no.

Q On the next thing it says -- it says, "Check coolers and freezer temperature when the store opens and every four hours thereafter as directed by current operations guidelines and record those temperatures on a holding temperature log."

Did I read that correctly?

A Correct.

Q You indicated that it was checked three times, correct?

A Correct.

Q And you're a 24-hour store, correct?

A Correct.

Q So that would not be every four hours, correct?

A Correct.

Q Okay. Do you agree with me that it would be CVS's policy or -- or at least your policy in your store that Ms. Noftz should not have had to step into the cooler at -- at all to access the milk?

A Correct.

Q And do you also agree with me that you are aware, based on your time working at CVS, that the inside of the milk cooler is exposed to more types of liquids or drippings being on the floor than the walkways within the -- the store that patrons are normally required to utilize?

A I would say any of the wet areas, anything that's got liquids would be higher, so vitamin section, there would be very little, but your sodas and -- that are even outside and so forth, those would be, so yes, any of those areas that have liquids are more likely to be wet.

Q Okay. Counsel asked you, do you know of any policy or procedure that CVS may have violated as it relates to that day, and you had said no. Okay. But

we've gone over a couple of policies and procedures regarding regular cleaning of the -- of the freezer and --

A Cooler.

Q -- the cooler, sorry, as well as the manner in which the shelvings (sic) were set back within the cooler, that were -- seemed to be violative or either your policy or CVS's policy, correct?

MR. MACKINNON: Object to the form. Misstates prior testimony.

THE WITNESS: I would say correct.

BY MR. ROUSSO:

Q Last thing is this, on page 4 of 9, again, it says -- it says, "Temperature checks must be done using a portable thermometer, not," which is underlined, "the thermometer that is mounted inside the unit."

Do you see that?

A I -- I do.

Q But is it fair to say that you did not do temperature checks of that cooler with a portable thermometer?

A I -- I'm going to agree with you, but I really don't know the difference between, you know, I'm guessing portable is one I can carry around, not the thermometer that's mounted inside the unit, so I would

agree with you.

Q Okay.

A Yeah.

Q And I'm saying whether one method is better than the other. I'm just saying CVS required you, the manager who did these checks, to do the temperature checks with a portable, not the thermometer that is mounted inside, correct?

A Correct.

Q All right. That's all I have. Thank you so much.

MR. MACKINNON: Nothing further.

THE VIDEOGRAPHER: This concludes the deposition. We're going of the video. It is 1:56 p.m.

(Discussion off the record.)

THE WITNESS: Waive.

THE REPORTER: Do you want that transcribed?

MR. ROUSSO: I do, please.

THE REPORTER: Do you want a copy?

MR. MACKINNON: Take a copy.

THE VIDEOGRAPHER: DVD?

MR. ROUSSO: I do, please.

MR. MACKINNON: Does it come with?

Page 142

THE VIDEOGRAPHER: No.

MR. MACKINNON: We'll take one.

THE VIDEOGRAPHER: Do you want it sync'd or just normal?

MR. ROUSSO: I would like it synced.

MR. MACKINNON: Sure.

THE VIDEOGRAPHER: Okay.

MR. ROUSSO: Thank you for your time. I appreciate it.

THE WITNESS: Anytime.

(Deposition concluded at 1:56 p.m.)

Page 143

CERTIFICATE OF OATH

STATE OF FLORIDA )
)
COUNTY OF ESCAMBIA )

I, Patricia C. Stephens, CSR, Notary Public, State of Florida, hereby certify that Ronald William Bennett, Jr. personally appeared before me on 6-13-18 and was duly sworn.

Signed this 26th day of June 2018.

_________________________
Patricia C. Stephens

Page 144

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
)
COUNTY OF ESCAMBIA )

I, Patricia C. Stephens, CSR, Certified Shorthand Reporter, certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true record of the testimony given by the witness; that the witness did waive reading and signing.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in this action.

_________________________
Patricia C. Stephens, CSR
Certified Shorthand Reporter

**Exhibits**

**EX 0001 Ron Bennett 061318** 24:2,3,16 25:2 26:11 27:1 29:4 31:14 39:21 62:18 63:19 64:2 65:21 68:24 69:10,17 70:25 71:21 99:8 105:20 117:8 129:10 130:22 131:3
**EX 0002 Ron Bennett 061318** 50:17,18 68:5
**EX 0003 Ron Bennett 061318** 64:21,25
**EX 0004 Ron Bennett 061318** 66:4 121:10
**EX 0005 Ron Bennett 061318** 69:1,2 72:11
**EX 0006 Ron Bennett 061318**
**EX 0007 Ron Bennett 061318** 117:23
**EX 0008 Ron Bennett 061318** 75:15 77:19
**EX 0009 Ron Bennett 061318** 136:25

**1**

**1** 3:4 24:2,3,16 25:2 26:11 27:1 29:4 31:14 39:21 62:18 63:19 64:2 65:21 68:24 69:10,17 70:25 71:21 99:8 105:20 117:8 129:10 130:22 131:3
**100** 17:2
**108** 2:16
**10:00** 37:4,5,11 42:8
**11/16/16** 3:11
**11:00** 4:7
**12** 11:5
**12-ounce** 21:17
**12-pack** 21:15
**12-packs** 19:22 21:11 25:21
**1207** 2:7
**129** 2:17
**12:15** 67:21
**13** 9:2
**136** 3:12
**13th** 4:6 10:9
**14** 11:5
**143** 2:22
**15** 11:20 46:10
**1520** 2:4
**16** 36:8
**16-ounce** 21:17
**19** 7:12
**1:00** 106:21
**1:10** 106:24
**1:30** 86:11
**1:32** 127:11
**1:39** 127:14
**1:56** 141:15 142:11

**2**

**2** 3:5 50:17,18 53:6 67:24 68:5 75:22 116:5
**2.79** 128:20 129:2,9
**20** 2:7 11:20,21 46:7 94:21
**20-plus** 109:13,17
**2000** 12:19
**2011** 10:1 12:19,25 13:14
**2012** 13:15
**2016** 5:6 10:16,20 11:12 43:19 111:18 116:13,18 117:5,11 118:25 126:3,10 129:11
**2018** 4:7
**2105** 10:9
**24** 3:4 9:13
**24-hour** 25:10 31:10 139:1
**24/7** 34:18

**3**

**3** 3:6 52:12 64:21,25 75:23
**30** 11:4 49:3,11
**30th** 5:5 111:18 116:12,18 117:5,11 118:25 126:3,9 129:11
**32569** 7:13
**32801** 2:8
**33156** 2:5
**36** 18:10
**3:00** 42:10

**4**

**4** 2:15 3:7 66:3,4 75:24 121:10 137:17 140:13
**40** 11:4
**407 892-6432** 79:10
**4799** 11:12 14:13
**48799** 10:14
**4:00** 36:4,7 124:25
**4:30** 34:15

**5**

**5** 3:8 69:1,2 72:11 116:5
**50** 3:5
**5:00** 34:15 36:5,7 81:18,20 124:25

**6**

**6** 3:9 72:24,25 117:8
**60** 49:11
**617cv1638-orl-31tbs** 4:4
**64** 3:6
**6400** 71:24
**66** 3:7
**69** 3:8
**6:30** 34:15

**7**

**7**  3:10 37:5
72:24 73:1
117:8,23
**73**  3:9,10
**75**  3:11
**7:00**  34:14
36:4,7 37:4,
5,11 42:8,10

**8**

**8**  3:11 75:15
77:19

**9**

**9**  136:25
137:18 140:13
**90**  17:1,12
108:17
**9350**  2:4
**97**  108:17
109:15
**99**  129:18
**9:00**  81:18,20

**A**

**a.m.**  4:7 37:5
42:8 81:18,20
**ability**
80:10,12
112:23
**able**  16:23
48:21 69:6
80:16 94:11
129:22 130:9
**about**  7:16
9:2,9,23 12:4
14:12 20:18,
20 26:10
28:23,24
35:9,13 42:7
52:16 55:20

59:1,4 60:24
61:1 62:10,11
71:6 75:10
77:4 79:22
83:23 85:10
86:7 88:21
100:25 101:2,
19 103:4
108:3,13
109:21 112:6,
15,22 113:1
115:15 116:1,
25 117:8
120:9,23
121:3 123:10
124:17 125:21
126:14 127:25
129:17 131:10
134:2
**above**  19:8
80:23
**Absolutely**
127:8
**accepted**
35:20
**access**  23:6,
8,15,17,18,20
24:14,23
25:25 27:2,8,
10,18,24,25
31:19 34:16,
18 41:12,23
42:3,5,6
45:5,10 59:4
63:2,20 64:4
65:14 77:16,
21 78:3,4
79:15 95:7
113:9 130:25
139:9
**accessed**
20:14,15
111:21 133:3
**accessibility**
62:11
**accessible**
62:14
**accessing**
112:6

**accordance**
16:11
**according**
62:18
**accumulated**
84:24
**accumulation**
82:24 83:5
**accurate**
43:14 44:3
55:20 64:9
111:3 120:3
**accurately**
116:16 117:14
**acknowledge**
60:12 65:20
**across**  52:8
54:4
**action**  5:3
**actively**
112:20
**actual**  15:16
18:9 40:3
46:25 95:24
97:3,8,15
128:23
**actually**  8:16
10:2,4 38:11
47:21 95:11
96:8 107:20
**ADA**  18:12
62:1,10
105:22
**additional**
43:1
**address**  7:11,
15 8:18 76:13
82:1 110:4
**addressed**
76:14
**addressing**
109:22 111:10
**adequate**
115:2
**adequately**
111:9

**adhered**  126:9
**adjust**  18:6
**adjusted**
17:14
**admit**  133:21
**advertised**
129:9
**aesthetic**
132:16
**after**  4:17
13:9,17 74:4
81:16 85:17
86:5,17 87:22
89:10 114:24
115:12 122:10
124:17 125:1
127:24 135:3
138:13
**afternoon**
123:2 124:22
**again**  11:8
29:23 30:15
42:14 51:2,12
55:24 84:25
85:20 86:12,
25 87:7,10
89:3,5 92:12
105:12 108:10
122:7 123:21
128:1 140:13
**against**  23:2
131:4
**ago**  7:2
**agree**  68:6
101:17 111:13
119:7 131:2
132:2,14
139:6,11
140:22 141:1
**ahead**  23:14
37:23 54:24
60:11 80:24
**ahold**  102:1
**aisle**  15:5,7,
10,17
**aisles**  15:4
20:8 91:10
92:6 93:11

**aisleways** 57:17
**Alabama** 9:3
**all** 5:18 6:7, 10 7:3,8,19 12:13 13:20, 24 17:7 18:11 21:17 22:20 25:16 29:5,7, 8 30:16 39:13 45:13,23 48:14,17 49:25 52:5 53:20 54:2 59:22 67:18 68:12,16 71:7,11,12 72:12 73:17, 24 74:9,11 77:17 78:3 81:1,18 82:4 87:15 91:14 96:8 97:6 100:6 101:18 103:5,12 104:9,16 106:5,10 107:6,13,23 108:6,10,16, 18 109:3,12 110:1,5,17 111:8,13,17, 24 112:4 115:24,25 116:1,7,10,24 117:7 118:3,8 119:7 120:22 121:5 122:11 125:9,16,18 126:20 129:25 130:1,6 134:3 139:9 141:10
**alleged** 110:7
**allegedly** 72:23
**allow** 6:21 134:14 138:13
**allowed** 18:8 57:24 134:12, 13
**allowing** 59:2,4
**almost** 62:23 104:19 106:16
**along** 22:1,3 24:19 25:1 31:16 70:11
**alongside** 41:13
**already** 14:8 34:14 41:9,18 69:20 73:10, 12 74:5 102:2 132:3
**also** 12:7 15:20,22,23 17:17 25:18 27:1 32:11 39:5,10,12 40:22 52:13 55:18 57:12 61:24 70:1 75:22 77:21 78:1,7 82:15, 19 97:23 102:14 130:12,14,15 132:21 133:2, 21,24 135:1 139:11
**although** 5:22
**always** 63:12 65:17 67:6 90:5 91:7,8 128:25 129:5, 14 131:7 132:8
**am** 8:3 14:18 55:19 83:23 92:18,21 95:23 121:16
**ambulance** 124:18
**amount** 70:17
**and** 4:9,17,18 5:2,18,19 6:9,14,18,19, 21,23 7:14 8:2,4,16,18 9:3,12,13,14, 17,23 10:2,5, 12,15,19 11:3,7,8,14, 18,20 12:10, 13,14,19,20, 25 13:8,12, 20,23 14:1,7, 21,22,23,24 15:3,7,9,21, 22,23 16:6,9, 10,14,18 18:1,16,18,22 19:1,2,5,18, 23 20:3,10, 13,19 21:4, 12,13,17,23, 25 22:1,3,7, 8,15 23:1,2, 4,19 24:5,7, 20 25:2,8,17 26:7,10,17, 19,22 27:9, 23,24 28:6, 15,25 29:2, 10,24,25 30:9,10,15 31:8,12,13, 15,20,22 32:5,7,10,16, 17,18,21,24 33:1,4,24 34:1,6,14,20, 24 35:18,25 36:3,6,12,24 37:2,17,18,25 38:9,15,18 39:6,8,22,25 40:9,12,13,25 41:4,12,22 42:1,2,5,11, 18 43:1,4,7, 12,16,18,24 44:6,8,9,10, 12 45:2,7,13, 22,23 46:2,4, 15,16,18 47:15 48:4,5, 8,16,17,20,25 49:5,19 50:1, 2,7,10 51:3, 11,13,17,20 52:1,2,3,4,5, 9,11,12,13, 14,15,18,22, 23 53:2,12, 15,22 54:3,7, 8,10,11,13,17 55:4,12,17 56:1,8,11,12, 13,14,18,19, 21,24 57:14, 17,22 58:1,6, 7,13,16,17 59:1,3,9,11, 17,18,20 60:4,14,15 61:4,6,10,17, 18,20,23 63:2,3,5,13, 20,25 64:7,16 65:1 66:21 68:3,15,25 69:9,17,20 70:1,9,10,22 71:20,23 72:1,2,3,11, 23,24 73:1,4, 5,7,22 74:20, 23 75:18,23 76:18 77:5,6, 7,11,12,14, 15,19,23 78:2,7,14,22 79:1,6,9,18, 19 80:2,6,7, 24 81:11,14, 15,16 82:9, 12,14,15,16, 19 83:9,13, 18,19,21 84:1,6,12,13, 22,23,25 85:8,16 86:6 87:6,9,10,21 88:1,6,7,12,

13,14,22 89:9,20 90:7, 15,20,21,25 91:4,10,12, 14,16,18,20, 21 92:3,6,10 93:2,4,8,10, 11,22 94:1,22 95:1,6,9,10 96:8,12,14 97:2,12 98:4, 18,19,21 99:20,22,24 100:2,9,15, 19,20 101:7, 10,11,15,24 102:2,3,5,6, 8,10,11,12, 15,16,22 103:1,2,3,4, 5,7,10,12,13, 15 104:11,16, 20,22,24,25 105:4,5,8,9, 21 106:1,3,9 107:4,7 108:1,18,24 109:1,3,6,9, 12 110:1,3,7, 16,17,18,22, 25 111:1,5,8, 9,20 112:12, 13,15,16,20 113:6,24,25 114:1,11,14, 15,18,25 115:2,10,25 116:4,24 117:8,13,19, 22 118:1,2,3, 15,25 119:2, 10,15,17,19 120:2,14,15, 17,19 121:12, 24 122:2,7, 18,22,23,25 123:2,4,11,19 124:12,20,24, 25 125:9,11, 17,19,20,22, 24 126:8,14, 18,21 127:22, 23 128:1,4,5, 14,16 129:5, 6,19,23 130:11,14,18 131:2,9,10, 11,16,24,25 132:8,15,16, 18,19,23,25 133:9,14,25 134:7,12,14, 16,21 135:1,7 137:11,22,23 138:4,8,17, 18,19 139:1, 11,19,20,25 140:1,3 141:4

**and/or** 65:10

**angle** 47:11, 18 117:24

**angles** 118:2

**ankle** 103:7

**announce** 4:8

**another** 6:16 10:5 21:8 34:3 42:1,14 48:3 52:13 53:22 69:13 74:16 75:23 96:6 97:25 135:12,19

**answer** 6:14, 17,18,20 7:1, 7 27:12 29:20 30:25 31:3,4 50:12 51:7 73:18 96:3 105:23 114:11

**answered** 5:19 119:3 126:18

**answers** 5:21 107:24 108:3

**anticipate** 6:13

**any** 6:3 10:25 11:3 18:25 24:5,18 26:12 27:6,16 28:1 35:1 38:19 39:6,25 41:20 49:17 59:1,12 61:6 62:24 63:9 65:9 66:24 67:13 70:19 71:5,8, 11 74:17 76:8 78:18,20 80:24 81:5 85:2,5,12 88:21 90:9 93:12,15 100:7 101:18 104:15 107:8 109:21 111:10,19,22 112:4 113:8 114:16 115:1, 11 118:25 120:22 121:10 122:8,9 125:1 126:8,13 130:19 131:16 132:7 134:8 135:13 139:17,21,24

**anybody** 78:23 80:23 91:9 93:18 98:10 110:15 121:2

**anymore** 62:16

**anyone** 74:14 112:5

**anything** 6:23 26:10 44:2 50:15 61:16 62:10 66:16, 19 67:10 78:12,24 79:5 81:8 83:13 84:24 88:21 94:16 99:14, 15 102:4 107:16 115:1, 11,17 118:6, 19 119:5 122:8 126:2 132:1 135:5 139:17

**Anytime** 142:10

**anyways** 60:3

**anywhere** 11:20 66:23 130:24

**apparently** 23:23

**appear** 63:19 83:12 85:2 89:12 104:20

**APPEARANCES** 2:1

**appears** 78:17 134:11 137:11

**appreciate** 107:18 142:9

**appropriate** 58:17 76:22 79:7

**architectural** 8:9

**are** 4:1,24 8:2 11:7 15:4 16:16 18:17 22:14,16 23:3,4 24:25 25:17 26:23 27:7,17,23 32:8,21 39:22 41:17 44:4 47:4 53:17 57:16,24 58:1 59:19 60:14, 24 61:6,10 64:7 67:3 68:9 89:5,7, 13 92:3,23 96:20 109:6 114:1,20 119:24 120:9 126:8 127:4 132:4,18 136:23 137:25 139:11,15,20,

21
**area**  18:21
  19:25 20:1,4,
  12,14,22
  24:19 26:1,14
  27:8 42:3
  44:1 47:9,13,
  16 48:2 49:15
  50:4,6 51:1
  52:15,21
  56:2,24 57:2,
  9,10 58:17,19
  59:2 65:10
  67:14,15
  71:20 73:9
  74:15,21,22,
  24 85:17
  86:20,23 87:1
  88:1 90:9,10
  92:22 113:18
  114:4,11,14
  115:13,15,20,
  21 119:19
  120:13,19,24
  121:11,18,19,
  22 122:9
  131:10,11,12
  132:3,19,22
  133:3,12,22
  134:1,3
  135:3,14,18
**areas**  21:12
  52:19 113:9,
  13,16 132:24
  139:17,21
**around**  9:8
  12:21 16:7
  19:5 22:6,15
  59:3 61:10
  82:14 83:20
  107:2 118:4
  119:1,25
  126:14 129:23
  140:24
**arrive**  37:8
  124:19
**arrived**  74:5
  78:17 125:5

**arriving**
  78:16
**as**  4:17,18
  8:23 10:1,24
  11:23 12:8,9
  13:4,9 14:4,
  16 15:24
  16:3,9 17:15
  18:5 21:11
  22:16,21
  23:10 24:2,20
  25:19 26:11
  27:18 31:8,
  14,21 35:13
  39:17 40:12
  44:10 49:8
  50:3,16 52:12
  54:5 55:9,15,
  19 57:3,19
  58:16 60:23,
  24 63:7 65:12
  66:3 67:7
  69:1,10,16
  71:21,25
  72:24 73:14
  75:13 76:16
  77:9,18 78:2
  79:25 80:3
  81:5 85:11
  86:18 87:25
  90:8 104:24
  105:16,20
  107:9 109:14,
  19 110:14
  111:5,18,19
  112:10 113:2,
  6,18 116:17
  117:3 118:3
  119:17 120:14
  121:10,21,25
  122:7,13,18
  123:4 124:3
  126:22 127:19
  128:4 129:9
  130:21,22
  131:3,5,25
  136:2,18,23
  137:25 138:18
  139:24 140:5

**ask**  6:3,14,
  16,19 7:6
  14:10 17:5
  22:8 41:1
  73:4 75:25
  81:22,24
  82:10 91:16
  107:17,21
  116:1 117:7
  126:21
**asked**  6:4
  12:15,17
  48:16 57:1,5
  78:14 91:19
  101:25 119:2
  122:5 126:18
  127:23 132:21
  139:23
**asking**  20:18
  23:16 78:11
  79:6 102:16
  108:2
**asks**  81:17
  108:2
**assess**  71:23
**assistant**
  10:1 12:9
  13:4,10 14:15
  16:10 71:25
  72:9
**assisted**  10:4
**assisting**
  91:10
**assume**  56:4
**at**  5:4 6:23
  7:14 8:19
  9:20 10:4,6,
  9,17,19,24
  11:5,12
  12:11,21,23
  13:1,3,5
  14:14 16:5
  17:10,25
  19:22 20:6
  23:5 24:5,6
  26:5 27:23
  28:14,16 29:9
  30:11,12

31:21 34:14,
  22 35:21
  36:15 37:20,
  22 38:1
  39:20,25
  40:20 43:4
  44:24 45:3,
  14,15 46:2
  47:5,18 48:17
  49:20,21
  50:24 51:4
  52:2 53:9
  54:4 55:12
  56:19 58:5
  59:13,22 61:8
  62:17,21,22
  63:18 65:11
  66:23 67:13
  68:24,25
  71:7,11,15,25
  72:11 73:17
  74:6,12,13
  75:8 76:7,23
  77:1,25
  78:16,17
  79:11 80:5,23
  81:1,6 82:4,
  18 83:11,21
  84:7 85:2
  86:1 87:15
  88:11 91:6,23
  92:1,4,9 93:9
  94:24 95:3,4,
  17,20 96:14
  97:16 100:6,
  15 101:19
  103:5,15
  104:6,16
  105:7,25
  108:13 110:5,
  23 115:8
  116:3,5
  117:8,22
  118:4,18,20
  121:4 122:11,
  12 123:3,5,20
  124:10,13,24,
  25 125:6,11
  126:21,25

127:1 128:16 129:3,12 130:12 131:7 134:13,18 136:8 137:17 138:5 139:7, 9,12 142:11
**attend** 108:18
**attention** 65:12 66:13 79:25 84:9
**attorneys** 4:8
**audit** 96:20
**audits** 95:10
**authority** 105:5
**auto** 8:8,10
**Avenue** 2:7
**aware** 46:13 67:12,16 106:3 126:8 131:19 139:12
**away** 14:23 15:6 53:2 58:12 81:16
**awkward** 32:9

B

**B.A.** 108:24
**bachelor's** 8:1
**back** 10:17 19:24 20:8, 11,14 21:2,18 23:2,7,8,19 24:9 27:2,8 32:5,6,10 38:10 39:11, 13 40:3,9,14 41:2,5 42:2 44:1,12 47:10 48:16,20 49:14,17 50:4,7 57:9, 21,25 58:6,16 60:6 62:21 63:3,4,22 65:5 67:14,23 69:7,18 70:10,18,22 71:22,23 75:1,3 79:18 83:17 85:20 89:12,14 90:1,5,9 91:3,13,22 92:3,12 95:18 97:18 100:22, 24 102:11 103:3 105:21 106:23 114:2 119:14,15 120:23 121:4 127:13 130:23 131:10,11 132:18 140:6
**backed** 84:14
**bacon** 25:5
**bad** 4:25 6:4 9:14 35:11 103:14,16 104:4 105:7 124:14 125:17,19
**bank** 25:25 27:19 31:16
**based** 16:18 17:14 20:23 25:16,18 31:6 37:7 63:25 86:2 87:24 88:16 104:20 132:2 135:1 136:2 139:12
**basic** 17:12
**basically** 11:25 14:8 16:18 25:6 101:8 125:9 136:6
**basis** 13:24 46:4 75:11 129:22 137:24
**bathroom** 20:9
**Beach** 9:3
**became** 14:15
**because** 5:22 6:15 12:7 19:8,9 21:5 31:1 41:9 51:17 58:20 59:2,18,19 60:3 65:15 74:6 78:1 85:9 88:16 89:22 90:6 101:25 103:21 104:3,4,9 112:13 113:13,24 114:14 119:14 123:14 129:8 132:24 133:14
**become** 9:24 46:13
**been** 4:17 7:14 9:9 10:17,20 12:23 18:2,3 25:24 26:13, 18 34:14,22 35:4,5,11,12 37:16 39:12 44:16 46:10 47:15 48:16 51:22 52:6 53:21 56:21, 25 61:20 70:16 74:22, 24 75:8 76:4, 8 77:3 79:4 80:16,17 81:10 84:7 85:8 86:1,4 87:25 88:24 89:6 91:10 94:2,11,23 95:6 97:25 100:14 102:19 103:13 104:15 109:20 110:14 111:24 118:9 122:5 123:23 124:21 125:1 130:19,23 133:6,11
**before** 5:12 6:14,17,18 7:8 34:12 46:11 60:21 74:5 76:19 77:1 81:15 84:8 86:7,17 87:18,21 88:23,24 92:12 103:16, 19,21,24 104:11,12 124:21 125:22 126:23 127:20,24 128:2 134:23 135:14 137:14
**began** 12:25
**begin** 13:1
**beginning** 12:24 46:2 67:24 74:13 124:10
**behalf** 4:10, 12
**behind** 27:18 29:11 32:8, 15,17,19 33:6 34:2 39:4 41:14 45:3,4 68:20 72:7 87:8 115:19
**being** 5:8,23 13:22 19:11 23:1 40:1 42:8 44:6 51:5,24 55:19 56:13,14 57:6 65:12,13,18 67:6 71:8 74:18 77:9 106:4 113:3,6 115:7 122:15 123:12 126:14 136:19 138:5 139:14

**believe**  5:5
  18:11 50:6
  62:7 73:7
  75:14 82:19
  110:6 129:8
**believing**
  26:7
**below**  15:25
**Bennett**  2:13
  4:2,16 5:10,
  11 7:10
  108:10 119:8
  127:16
**bent**  114:25
**beside**  27:24
**besides**  67:5
  74:22 105:17
  115:16
**best**  18:23
  19:20 33:2
  48:6 49:7
  53:3
**better**  65:23
  141:4
**between**  11:20
  18:11 69:16
  84:19 140:23
**beverage**
  21:13
**beverages**
  19:2
**beyond**  81:15
  85:6,13 89:21
**big**  21:21,22
  28:3 29:25
**bit**  49:20,24
  70:21 85:1
  100:3 108:13
  129:7
**black**  69:11
  97:2
**bleeding**
  115:18
**blind**  121:16
**board**  10:1
**bone**  103:17

**bones**  103:17,
  20,21,22,25
  104:11
  125:23,24
**boss**  77:23
  78:2 79:6
  80:18
**bosses**  78:22
  80:9
**both**  16:9
  38:12 51:25
  68:13,17
  82:20 111:1
  132:16
**bottle**  61:5
**bottles**  33:24
**bottom**  96:14
  117:24 118:4,
  9,20 134:12
**bottoms**  66:23
**box**  94:15,23
**brand**  20:23,
  25 28:8
**brass**  65:17
  66:10 121:12,
  13,17
**break**  7:5,8
  67:19,22
  127:12
**brief**  8:13
  67:22 84:8
  127:12
**bright**  121:23
**bring**  38:9,14
  41:16 42:16
**bringing**
  70:22
**brittle**
  103:17,21
  125:23,24
**broke**  82:12
  103:6,20,21
**broken**  103:25
  104:11 119:22
  136:8
**brought**  5:3
  43:2 79:24

**bucket**  58:7
  66:22
**building**  45:9
  47:24
**built**  66:14
**bullet**  137:21
  138:7
**bunch**  53:6
**busier**  30:11,
  19
**busiest**
  122:21
**businesses**
  30:15
**busted**  53:18
**busy**  60:13
  89:9 123:3,21
  124:4 127:22
  130:8
**but**  8:10 9:15
  11:2,25 12:11
  13:22 14:2
  15:1,15,20
  16:1,7,23
  17:17 18:4,5,
  22 19:3,21
  21:16 25:21
  26:2 28:7,16,
  20 29:1,11
  30:1,15,16
  31:2,8,23
  32:1,10,19
  33:18 34:13,
  19 35:12
  36:1,4,10,15,
  16 37:8,10,17
  38:6,18 39:3,
  5 40:14 41:19
  42:16 43:5
  44:9,19,20
  45:4 46:4,9
  47:23 48:6
  49:2 50:1,6,8
  52:8 54:11
  55:15 56:3,7,
  9,11 57:5,21
  58:18 60:7,
  12,16 61:14,

  21,24 62:14
  63:11 64:13,
  15,19 65:14,
  16,17,20
  66:12 68:21,
  24 72:7 73:24
  74:11 76:20
  77:12 78:21,
  23 80:16 81:6
  83:12,14,22
  84:7,16 85:1
  86:2,9,17
  87:16 88:15
  89:4,6,10,19,
  20 91:25
  92:11,23,25
  94:25 95:21
  96:2,11,19
  97:3,14,23
  98:2,19,21
  99:19 100:16
  101:6,8
  102:20 104:2,
  5,6,19 105:5,
  12 112:2
  114:17,20
  116:19,20
  118:14 121:4,
  16 122:6,24
  123:14,22
  124:3,22,24
  125:2,7
  127:23 128:2
  129:14
  130:12,17
  131:25 132:6,
  7 133:2,13,21
  134:11 136:6,
  10,14 137:15
  139:19,25
  140:19,22
**buy**  30:15
**by**  2:15,16,17
  4:21 5:3 8:17
  9:7,21 15:5,9
  16:12,20
  18:17 22:12
  23:22 24:12
  27:13 28:8

30:4,24 37:25 40:1,3,13 41:10 42:17 43:23 48:4 49:13 50:22 55:5 58:15 59:24 62:19 64:14,23 65:8 66:6,9 67:25 69:4 72:22 73:3 75:17,20 81:16 83:3 87:23 93:5,7 94:4 95:13,21 96:7,12,18 98:2,6 106:25 107:22 108:9 109:25 110:12 111:21 113:23 114:13 117:18 118:17,23 119:6,13 120:11,21 121:6 122:20 124:2,18 126:1,7,19 127:15 128:11 130:4 132:23 133:19 135:22 136:4 137:8 138:18 140:12

## C

**Cain** 80:21
**call** 44:13 78:9,23 102:5 103:8,9 121:12,14 133:20
**call-out** 44:7
**called** 4:17 11:15,25 14:2 15:21 18:11, 18 36:13 42:9 102:13 103:4
**calling** 78:10 102:16
**Calls** 133:17
**came** 33:1 43:5,16 46:16 47:20 54:4 63:21 73:9 79:20,21 82:4 89:16 91:16 94:15,21 95:1 98:14 99:23, 24 101:9 102:21 103:1, 3 104:24 113:18 128:3 129:21
**camera** 24:8 47:13,16 48:3,9 52:19 53:13 68:24 72:18 83:17 87:8
**camera's** 83:17
**cameras** 47:6, 8 48:4,10
**can** 5:8 12:4 14:22 15:8, 21,23 20:4,7 22:7,8 23:21 26:17 27:12 29:4,20 30:25 33:2 35:16 42:4 43:11 47:5,19 51:15 52:18 53:4,12 55:18 56:16, 20 62:20 65:22 68:4 72:12 75:25 76:3 78:6,7 81:19 83:11 84:13,25 86:18 88:5 89:15 91:19 93:5,7 98:13 102:4,11 107:15 108:25 112:13,17 117:10,23 118:19 121:9, 16 122:19 127:7 128:4, 18 134:18 140:24
**can't** 6:15 46:9 50:12 52:3 61:20 73:18 87:17, 24 90:7,8 96:2 101:12 105:23 134:22 135:1
**cane** 62:13
**cannot** 5:23 85:11 86:22 135:12
**cap** 28:16 29:1
**capacity** 31:7
**capture** 22:7 116:16
**cardboard** 33:10
**care** 58:23,25 84:2 114:10, 19
**cared** 85:10
**career** 10:6,9 16:5
**cares** 120:3
**cargo** 95:1
**carpet** 131:22,23
**carry** 64:16 140:24
**carrying** 33:4
**cart** 40:7,16, 19,22 50:8 51:11 52:1,22 53:2 72:8 88:7 121:2,4 132:9
**carting** 40:6
**carton** 32:25 33:2 60:21 94:24
**cartons** 32:25 38:9 39:7 54:2 70:12,16 90:5
**carts** 72:2
**Casa** 7:12
**case** 4:2,3 62:13 64:19 94:21
**cash** 91:11 93:9
**cashier** 34:20 42:18,20 43:18 44:6, 10,19 76:9 90:15,20 91:18,19 93:1 101:21 103:1, 4 105:4
**cashier's** 45:7
**cashiers** 44:20,21 46:24 48:4
**categorically** 120:12
**category** 19:8
**cause** 83:6 132:7
**caused** 115:1 126:10
**causing** 86:24
**ceiling** 68:21
**center** 20:10
**cents** 129:18
**certain** 12:11 13:9 14:21 17:22 18:5,21 19:3,6 27:7, 17 67:4 77:14 88:11,14 98:18
**certainly** 84:5
**CERTIFICATE** 2:22

**certification** 75:23
**certified** 75:22 76:11
**change** 17:21
**changeover** 42:16 43:10, 17 90:24
**characterize** 110:22 121:9
**check** 46:4 48:25 61:22, 24 84:17 88:13 93:14 95:4 97:23 98:11 100:6 105:6,13,15 118:15 138:17
**checked** 105:2 124:8 138:23
**checking** 60:23 61:4 82:11 85:24
**checklist** 98:5
**checks** 140:14,20 141:6,7
**chips** 101:3
**chocolate** 28:23 29:7
**Christmas** 18:2 43:12
**circumstance** 44:8
**city** 102:15
**clean** 54:8 55:13 58:9, 12,17 105:8 115:18,20,22 119:21 120:8 136:16,17 137:21,22,23 138:8
**clean-up-type** 101:16
**cleaned** 54:12 55:7,9 56:4,9 57:18 58:1,5, 19 75:9 100:22 115:10,15 134:9 136:3,9
**cleaning** 55:16 56:6 57:15 66:17 75:1 119:23 135:24 140:2
**clear** 23:22 28:23 104:9
**cleared** 94:3
**client** 5:3 14:13 44:14 46:14 47:9 73:10 81:16 82:5 84:4,9 86:20 87:18 88:23 100:7
**client's** 44:25 46:11 86:5,7 88:1,7 93:14 133:4 135:4
**close** 63:7
**close-up** 3:7, 8 50:17,23
**closely** 24:6
**clothing** 93:15,23
**Cloud** 10:3,5, 6 13:16 72:4 109:20
**coatings** 8:9
**Coca-cola** 19:15 20:18
**code** 15:22
**codes** 61:15
**Coke** 19:18
**Cokes** 25:5
**cold** 20:21 21:16 59:15 98:16 99:24
**college** 108:14,19
**color** 121:16
**come** 18:16 20:6 30:15 38:9 40:7 43:11 44:10 45:6 48:25 77:13 78:14 91:21 99:10 100:8 101:5 103:2 106:4 141:25
**comes** 16:18 105:14
**comfort** 102:3 104:3 125:15
**comfortable** 6:6
**coming** 34:19 42:24 43:7 47:21 55:25 56:9 74:19 102:2 105:16 123:13
**company** 9:15, 16 38:8 78:23
**compared** 64:19
**comparison** 123:5
**complain** 120:23 121:3
**complains** 112:15
**complaints** 112:4 126:13
**complete** 43:6
**completed** 12:7,15
**completely** 37:17
**compliance** 98:4
**complies** 105:22
**comply** 18:10
**compression** 61:7
**computer** 16:6 22:6 26:4 45:15,22 46:8 47:19
**concern** 112:10
**concerned** 120:9
**concluded** 142:11
**concludes** 141:13
**concrete** 49:19 50:1,2, 6,9 51:3,6, 13,21 52:4,6, 10 56:21,24 131:14 132:4
**condensation** 99:14,20 101:9
**condition** 53:8 117:14 119:9 132:15
**conditions** 111:10 116:16 119:8 120:15
**confidentially** 117:10
**confirm** 12:15
**confirmation** 75:24 79:9
**connection** 12:1
**consider** 21:24 30:18, 19 138:12
**considered** 106:2
**consistent** 122:14
**constant** 13:23,25 59:18 61:22
**constantly** 48:13 57:17 60:2,8 88:12 89:25 92:13,

23 99:18
**constraints**
104:25
**consumer**
88:17
**container**
29:8 99:14
**containers**
59:20 104:24
**contaminants**
115:11
**contaminated**
75:7
**contamination**
19:9
**contributed**
126:10
**control** 48:15
**conversation**
102:24
**conversations**
6:13
**convey** 112:24
**cool** 97:11
**cooler** 3:4
20:22 21:1,8,
12,18,21,23
22:22 24:13,
14,19 25:1,24
26:1,14 27:1,
2,3,8,9 30:20
31:10,13,22
32:15,20,22
33:6 38:10,15
39:4,9 40:4,
10 41:2,21
42:3 45:11
47:9 48:8
49:15 50:4,24
51:1 56:22
57:9 58:19
59:4,5,6,12,
22,25 60:16
63:9,20,21
66:24 67:14
68:2,3,18
69:18 70:10,
18 71:13,17,

19,21,23
72:3,5 75:1,4
85:4,5,7,13,
18 86:2,4,14
87:17 88:1,7
90:9 95:12,
15,16,18,19,
25 97:4,9,12
99:7,12
100:3,12,13,
17,23,24
107:2 111:20
112:6,9
113:2,3,7,9,
18,25 114:3
119:1,8,20
120:13,24
121:19,24
124:7 126:15
130:23,24
131:13 132:3,
23 133:13
134:22 135:3,
7,14,17
139:9,13
140:4,5,7,20
**cooler's**
65:15
**coolers** 21:19
22:1,4,14,15,
20 23:4,9,11,
12,16 25:19,
20,25 31:17
41:20,23
45:3,4 58:1
68:13,15,19
71:8,11 72:1
95:4 96:9,14
135:24 136:17
137:22,23,24
138:8,17
**copy** 75:23
141:21,22
**corporate**
17:17 18:1
48:15 77:22
78:10 80:17
82:2

**corporate-type**
78:5
**correct** 8:25
9:2 10:11
13:2,6,19
14:14 15:18
17:6,24
24:17,22 25:3
27:3,5 28:11,
25 29:2
31:17,18
33:16,25
34:4,5,9
36:18,19
37:1,6 39:23,
24 40:11,14,
15,18 41:4,24
42:6,21 43:22
44:4 52:17
54:5 55:21
56:14 57:11,
12,19,23,24
59:15 62:3
63:23,24
64:16 68:8
69:7,8,12,14
70:12 78:19
80:19 81:13
82:5,6,25
83:6 86:20,21
87:18 89:14
90:16 91:6,7
94:12,13,20
96:6,18 97:4,
5,16 98:7,23
99:3,8,9
100:4,5
104:13,14,21
106:5,11,14
107:25 108:5,
15 109:5,8,11
110:11,19
111:4 112:25
113:5 115:23
117:1,2,12
119:16 122:21
124:14 128:10
129:24
130:16,25

131:1,6,7,15
132:19,20,25
133:1,4,5,15
134:5,6,9,10,
16,20 135:19,
25 136:1
138:6,10,22,
24,25 139:1,
2,4,5,10
140:8,11
141:8,9
**correctly**
76:14 110:13
124:9 129:1
138:2,21
**could** 15:20
17:14 18:2,
19,21 19:5
20:13,15 22:8
25:11,14,15,
18 29:10,23,
24 30:13 31:5
32:18 41:12
47:8 51:20
52:1 53:21
55:9 60:18
64:6,15 66:12
69:21 70:1
72:15,17 76:7
78:20 84:19
88:19 89:6
96:15 97:14,
22,23,24 98:2
99:16,19
100:8 101:10
102:19 104:3
111:24 112:1
115:24
130:11,12
132:10,11,13
133:6,11,21
135:18
**couldn't**
19:6,8 49:4
51:11 85:19
128:2
**counsel** 23:23
24:5 62:19
72:22 108:1

131:9 132:21 137:9 139:23
**counts** 130:13
**couple** 5:14 54:7 100:25 123:13 130:5 140:1
**coupon** 17:23
**coupons** 30:5
**course** 36:3 42:2 48:6 56:15 57:20 58:21 60:13 100:10 101:13 105:1 122:22 123:10
**court** 4:5 5:17,23 6:15
**cover** 65:22 66:10 121:8
**cracked** 94:16
**Crane** 11:13, 18 12:14 76:22 80:22, 23
**crate** 33:19, 24 69:6,8
**crates** 33:9, 10,14,21,22 56:10 69:11, 16,21 89:14 99:20
**cream** 21:4 25:5
**create** 15:25
**crew** 43:6
**Cross-examination** 2:16 108:8
**cross-trained** 44:12
**crushed** 94:23
**cube** 101:2
**current** 7:10 8:4,18 138:19
**currently** 8:2 109:6
**customarily** 28:12 30:11 34:11 35:20 36:20 42:22
**customary** 36:6
**customer** 53:18 91:15 112:6 127:19 128:5 129:21
**customers** 17:18 40:13 57:16,23,24 59:4,6,8,12, 15,21 60:3 74:19 91:4,11 93:10 106:11 114:1 119:14 122:20
**cut** 6:19
**cutoff** 49:1
**CVS** 3:11,12 4:3,13 5:4 9:21,24 10:6, 9 11:12 12:2, 5,18 13:20 14:4,12 15:12 16:4,12 17:9 19:14 21:20 28:14 30:5,12 35:21 37:1 40:13 41:21 42:3 43:18 54:4 60:20 61:3 63:6 67:3 70:9 74:16 77:1,9 80:5,23 81:17,22 82:2 94:19 95:3 101:19 104:16 105:25 108:1, 11 109:10 110:17,23 111:2,13 126:2 129:2, 12,23 131:17 137:10 139:12,24
141:5
**CVS's** 66:14 97:6 106:9 136:4,11,18 137:11 139:7 140:8
**CVSS** 71:12

**D**

**daily** 61:19 120:19
**damage** 113:14
**damaged** 56:1 119:23 136:8
**dampness** 93:15
**dangerous** 120:15,18
**dank** 120:23
**dark** 68:18
**Darren** 2:3 4:10 5:2
**date** 4:6 10:16 39:19 49:2 61:15,16 111:17 116:11 118:24
**dated** 3:11
**dates** 61:24
**day** 23:23,24 25:9,15,16,18 29:16,23 35:22 36:1 40:12 42:2,20 43:15,20 44:14 48:24 49:4 56:15 58:2 60:13 62:19 65:22 70:12 72:23 74:18 81:4 86:10 88:9, 10,19 89:3,10 90:16,23 91:7 92:19 95:6 100:3,6,10 102:21 105:1
116:21 122:14,17,19, 23 123:5,19, 21 124:5,8 126:24 127:24 130:9 139:25
**days** 17:21 26:22 29:16 30:9,11,18,19 34:6 35:7 49:3,4 60:13 123:5
**daytime** 25:11
**deal** 43:13 128:15
**deem** 5:22
**DEFENDANT** 2:6
**definitely** 113:11
**degree** 108:14,24
**delivered** 31:6 36:1 99:25 100:9
**deliveries** 34:11 36:24, 25 54:2 60:14 94:15
**delivering** 61:23
**delivery** 31:6 35:20 36:16 37:12 38:8 39:1,3 70:8 88:10 105:11
**deodorant** 19:8
**depending** 17:16 32:17 34:4 46:7 47:11 56:16 58:7 60:18 61:19 70:4 76:23 88:13 122:22
**depict** 117:14
**depicted** 24:15 88:2

99:7 105:20 116:17 117:15 130:22 131:3
**depo** 43:24
**deposed** 4:18
**deposition** 4:2 5:3,11 141:14 142:11
**describe** 20:5 23:9 53:4 121:21 122:18 123:4 128:4
**described** 20:19 110:25 114:22 122:13 127:18
**describing** 22:19
**description** 19:20 33:2
**designed** 70:20
**details** 62:15 103:12
**determine** 18:24 50:25 84:21 85:4 100:7 115:3 130:8
**device** 33:4
**did** 9:5,24 10:25 11:11 12:2,18 13:1, 21 14:2,4 16:14 17:21 19:13,15,19 20:2,21 23:9 27:9 30:5 31:20 32:3,4, 23 33:13 34:16 36:4,9, 10 37:14 39:10 46:13, 20 55:10 61:17 62:14 63:21 66:23 71:12,16,19 72:3,4 73:17 75:12 76:21 78:21 80:10, 12,14 81:4,6 82:7,8,10,13 83:8 84:6,17 87:3,12 90:3 91:14 93:14, 17,18,19 94:5 95:5,13 97:19 100:6 101:18 102:13,20,23 105:15 108:16,18 109:21 110:13,17,23 111:5 115:2, 12 121:14 122:8 124:8, 18 126:2 132:7 136:7, 21 138:2,3, 10,21 140:19 141:6
**didn't** 21:7 30:2 31:1 36:5 46:4 55:9,15 63:9 69:21 71:14 79:13,15 81:23 94:1,2, 6 96:16 97:13 101:5 102:18 103:18 104:4 115:10 124:14,25 129:23 132:6 135:7
**difference** 84:18 140:23
**different** 8:19 12:13 14:10 27:20, 21 29:9,22 34:24 47:10 74:21 77:2 80:6 86:13 88:20 102:19 106:5 122:6 132:11
**difficult** 104:23
**direct** 2:15 4:20 15:24
**directed** 138:18
**direction** 47:20,23
**directives** 131:4
**directly** 22:16 32:15 45:3
**discovery** 138:9
**discretionary** 16:20
**discussion** 22:10 106:17, 22 141:16
**disease** 103:17 125:23
**disk** 78:12 80:12 81:11
**display** 18:21
**displayed** 19:17 71:20
**displays** 18:15
**dispute** 135:19
**disrepair** 132:5
**district** 4:4, 5 8:6,24 9:19 11:16,23 77:6
**division** 4:6 8:10,11 102:20
**Dixie** 2:4
**do** 5:25 6:21 7:6,17,22 8:10 11:18,22 12:12 13:24 15:11 17:7, 18,19 18:21 21:19 22:5 23:24 34:21, 23 35:1,13 36:9 37:19,21 38:21 39:10, 17 40:3 41:10 44:2,15,22,24 45:13,17 48:10,20 49:21,22 50:3,10 57:1 60:10,12 65:9,20 66:2, 7,16,19 67:13 68:6,9 73:5, 7,13 74:1,3, 14 76:13,18 77:12 78:20, 23,24 79:10 80:10,13,20 81:1,2,7 82:1,3 83:11 85:7 86:3 88:3,5 92:17 93:18 95:9 97:6 98:10 102:4,8 104:15 105:19,21,23 106:1 107:1 111:8,19 113:7 115:2,9 116:7,9,11 118:4,25 119:4 120:22 122:19 126:2 128:22 132:10 135:11 137:13 138:12 139:6, 11,23 140:17, 18,19 141:6, 18,20,21,24 142:3
**document** 14:25 16:5 17:3 75:18 79:5 107:16 136:22 137:9, 13

**does** 26:4,5,6 29:14,15 38:1 50:25 51:7 60:20 83:12 85:2 89:12,23 95:23 118:1 122:15,19 133:20 141:25
**doesn't** 15:14 89:16
**doing** 13:23 37:18 42:15 43:10 45:14, 25 46:5 60:5, 24 61:21 64:11 90:23 91:4,12,18 92:3,10,19 93:5,7 94:20 96:20 122:25 135:5,11
**don't** 6:3,9, 23,25 7:1 8:21 11:15,24 14:1 16:16 18:22 19:3 21:16 22:13 26:2 28:15, 19,25 31:22, 25 34:23,24 35:25 36:1 37:21 38:4 44:2,19 45:19 46:12 47:17 48:12,13,14 49:2,3,12 51:18 59:7,14 60:2,6 62:15 63:11 65:13, 18 66:14 68:20 71:7, 11,24 72:1,5, 7 73:16,18, 23,24 74:2,9, 11,12,13 76:20 78:9,21 79:12 80:2,4 81:7 83:10,22 84:22 85:8, 19,23 86:9, 13,16 87:7,10 88:8 89:3,9, 10,17,22 90:13 94:7 95:20,24 97:20,21 102:7 103:16, 23 104:1,2,5, 10 105:24 106:19 107:7 111:22 112:2 113:10 114:20 115:14 117:3 118:7 119:14, 24 121:1 123:11,21 124:22,23 125:3,21 127:21,23 128:3 131:25 133:2,8 135:5 136:5,12,15, 19 137:15 140:23
**done** 6:14,21 12:11 40:5 63:12 104:19 124:12 136:20 140:14
**door** 20:6,10 23:6,13,18 24:14,15,17, 20 26:8 27:4, 18,24,25 28:17 29:3 31:13 32:16, 19 34:19 40:24 41:2 45:8 46:24,25 51:25 62:21, 24 63:2,7 70:23 85:4,6, 14,17,23 105:21 107:2 112:12 113:2 131:8 135:2
**doors** 25:24 31:17 32:16 41:20 59:14 95:18 107:7
**doorway** 66:24 68:2
**down** 5:24 6:16 20:8 43:12 45:7 51:6 52:2 56:25 66:12, 21 68:17 74:20 83:13 87:3 91:10 92:6 93:11 115:7 121:11 122:6 132:4 137:20
**downloaded** 81:11
**drain** 65:1,9, 12,15,19 66:7 121:8
**drains** 66:21
**dressed** 67:6
**dried** 3:5,8 53:7,11,15 55:8,19,22 56:5 72:15 117:1,3 118:25 134:5
**dried-up** 134:3,4
**drink** 28:15 37:21
**drinker** 38:4 98:19
**dripping** 99:15
**drippings** 60:15 139:14
**drips** 101:1
**Drive** 7:12
**drop** 54:7 55:10
**dropped** 58:4, 10
**drug** 77:4
**drugstore** 127:18
**dry** 117:4 134:14 138:13
**due** 104:25
**duly** 4:17
**during** 9:14 16:5 25:8,11 29:16 35:6,7 36:7 42:7,20 56:15 57:2 74:11 87:18 90:16 98:16 100:9 105:1 109:19 110:7
**duties** 114:15
**duty** 104:25
**DVD** 77:15 141:23
**DVR** 48:11 49:8

**E**

**e-mail** 79:2
**e-mails** 46:4
**each** 15:4,13, 14 17:25 19:19,23 20:8 32:1 33:1,5, 24 53:20 60:21 61:1,4 94:15 116:17 117:13,15
**earlier** 86:9 130:20 135:23
**early** 10:1 13:15 43:5 105:3
**East** 7:12
**economy** 9:14
**edges** 66:25
**education** 7:25
**effect** 127:17,19
**efficient** 32:10

**effort** 78:18 115:3
**egg** 94:14,16
**eggs** 25:2,5 26:19,22 39:22 41:4 42:1 94:14 129:4,18 138:1
**eight** 26:3,7, 9 31:17 41:20 70:4 75:14 89:2
**eight-year** 109:9
**either** 13:14 18:1 23:19 41:5 53:18 59:9 63:1 76:8,22 85:15 105:4 111:21 125:1 135:7 140:7
**else** 80:23 92:1,10 93:18 134:12
**emergency** 37:18
**employed** 8:2, 3 9:7,21,24 12:5 110:14
**employee** 14:4 23:15 24:21 27:10 41:1 43:17,18 44:15 61:3 63:1 88:6 90:15,21 91:5 92:4,5 102:17 104:22 111:21 112:5
**employees** 10:25 11:4 13:24 27:8,18 29:17 30:20 31:13 32:3 36:20,22 41:21 42:3, 11,13,19 43:2,11,25 44:11 57:11 63:15 67:3 68:3 69:15 70:9,18,20 71:20 74:16 76:8 90:14, 19,24 101:19 114:1 119:15 131:5 132:18 133:10,14
**employment** 8:5 9:23 12:1
**empties** 38:19
**empty** 39:6
**encountered** 114:23 122:10
**end** 17:25 46:3 74:13 85:3
**endcap** 18:17 19:19,22 20:19
**endcaps** 17:13,25 19:23 88:14
**ended** 9:13 43:10 72:8
**engaged** 12:10
**enjoyed** 110:24
**enough** 56:6 81:25 84:11 85:22 98:14 101:15
**enter** 68:3
**entire** 110:7 111:2
**entrance** 32:17 40:24 45:7 47:2 49:20,22,23 50:24 51:1 113:3,7 119:1
**entry** 113:24
**entryway** 52:14
**environment** 59:16
**equates** 87:1
**equipment** 58:17
**especially** 39:14 132:11 137:24
**ESQUIRE** 2:3,6
**essentially** 127:17
**Essentials** 3:12 137:10
**established** 121:8 129:11
**Esther** 7:12
**estimate** 49:8
**estimates** 11:7
**estimating** 11:8
**even** 12:14 25:6 26:5 28:15,25 31:5 32:19 35:25 56:9 59:7 60:7 61:19 65:12 68:15 88:8 93:22 99:25 101:24 119:14 122:23 123:19 139:20
**evening** 36:11 123:2
**evenings** 36:12
**event** 108:12
**ever** 6:19 37:12 39:8 40:1 48:16 53:8 57:1 66:23 71:8 76:18,25 77:8 78:10,11 80:20 81:7 107:1 108:13 109:21 112:4, 9 120:22 121:10 126:13 127:20
**every** 14:21 15:2,21 17:11,15 61:4 94:24 124:10 128:15 129:19 138:18 139:3
**everybody** 5:16 120:10 123:16 128:3
**everything** 15:8 41:9 59:13 62:14, 23 68:16 92:18 95:1 115:25
**everything's** 39:6
**evidence** 77:20 122:8
**Evidently** 56:6
**exact** 26:2 29:10 62:15 73:13 74:9 86:9
**exactly** 15:14 32:7 67:7 89:22 124:22 130:18
**Examination** 2:15,17 4:20 130:3
**example** 62:22
**except** 29:7 57:12
**excluding** 42:12
**Exhibit** 3:3 24:2,3,16 25:2 26:11 27:1 29:4 31:14 39:21 50:17,18 62:18 63:19 64:2,21,25 65:21 66:1,4

68:5,24,25 69:1,2,10,17 70:25 71:21 72:11,25 75:14,15 77:19 99:8 105:20 117:8, 23 121:10 129:10 130:22 131:3 136:25
**Exhibits** 3:1 116:5
**exist** 111:10
**existed** 69:16
**exit** 68:3 113:25
**expect** 21:16 57:23 65:19
**expectation** 61:3 79:23
**experience** 12:8 109:21
**experienced** 13:10
**explain** 27:14 122:19
**explanation** 5:21
**explore** 129:7
**exposed** 139:13
**extent** 42:1 125:2
**extra** 32:23 43:9
**extract** 77:25 81:5
**extremely** 32:9 99:24

**F**

**face** 47:9
**faced** 47:13
**facing** 48:1
**fact** 110:6 117:19 133:20
135:1
**fair** 31:12 35:18 41:25 57:8 59:11,17 63:25 81:25 83:4 84:3 85:22 92:2 93:4,6 109:12 115:21 140:19
**fall** 5:4 44:25 46:11 81:5,15,16 86:5,7 88:1,7 101:19 110:7, 16 114:24 115:2 118:24 122:10 126:11 133:4 135:4
**fallen** 46:14 82:13 103:19 104:11 125:11
**falling** 126:4
**falls** 103:25 104:16
**familiar** 128:5
**far** 14:16 20:9 46:18 48:20 60:24 67:7 107:9 120:14 131:25
**fashion** 14:14 22:20
**faster** 28:5, 19
**fastest** 28:20
**fault** 99:6
**favor** 51:15
**fax** 75:24 79:8,10,12, 16,17,20,21
**faxed** 79:5,6, 9
**faxes** 79:24
**feel** 6:6 103:16 111:8 114:18
**feeling** 100:15
**fell** 14:13 44:15 47:9 73:14 74:4 87:18 100:7 101:23
**felt** 103:14 104:4 111:8 125:16,19
**female** 44:22, 23
**few** 55:18 81:15 87:21 116:1
**figure** 15:8
**fill** 16:19 22:24 28:3 32:9 38:18 39:2,5 40:8 41:13 60:3 77:14 78:14 86:2,4
**filled** 38:23 41:4 88:10,15 89:11 92:18 98:4 123:22
**filling** 22:25 31:7 70:13
**film** 49:1 81:23
**final** 9:18
**finally** 12:14
**find** 20:17 35:8 99:24 107:15
**fine** 7:1 37:10
**finish** 6:17, 18,20 54:18
**finished** 10:6,8
**fire** 74:5,7, 15,19,23 81:16 94:4
**firm** 2:3 75:21 77:8,18 79:22 81:17
**first** 4:17 5:20 9:5,24 12:5 13:21 23:18 32:5 39:19 46:13, 15 69:22 72:10 73:9 75:25 82:11 92:17 98:12 109:14
**fit** 18:16 33:5
**five** 9:21 26:7 31:10 34:24 89:2 116:4 124:21
**five-gallon** 64:12
**flat** 19:19
**flavor** 28:8, 10,13,22
**flavors** 27:23,24
**fliers** 30:6
**flip-flop** 118:5,10,20
**flip-flops** 105:25 106:2, 7
**floor** 3:6,7, 10 18:9,25 19:12 32:22, 24 34:2,3 46:17 55:19, 23 56:2,11 57:16 60:7,16 70:17 72:13 82:16,20 83:9,13 84:7, 12,16 85:5,13 86:19,23 92:1,23 94:3, 12 99:18 100:17 101:10 114:3,18 115:6,11 118:14 131:12 132:15,22

133:12 135:13 138:13 139:14
**flooring** 49:17 50:4, 24,25 52:19, 24 54:13 56:20
**floors** 92:6,7 114:21 131:17 132:10,12 136:16
**Florida** 2:5,8 4:5 7:13 10:7 71:16 72:3 106:4
**flow** 50:7
**fluctuate** 129:23
**fluctuated** 30:16 37:7
**fluctuates** 25:16 122:22
**fluids** 66:11 119:25
**flush** 62:24 63:6,13 105:21
**flyer** 18:3 30:8,10
**flying** 30:3
**focus** 84:1,4 85:9,21
**focused** 84:9
**follow** 16:16 17:13 136:11
**follow-up** 107:15
**follow-ups** 130:6
**following** 78:16 101:19 138:8
**follows** 4:18
**food** 3:12 18:25 19:1,7, 11 25:4 124:15

137:10,11,25
**foot** 64:3,4 69:24 84:21 86:23 117:24, 25 118:1
**footwear** 106:5,13 118:16
**for** 2:3,6 4:1 5:9,15,16 6:5,15,17,18 8:7,20 9:1,2, 11,12,13,16, 17 10:16 12:9 13:4 14:9,19, 20 15:1,2,6, 10 16:12 17:5,11,14,18 18:1,11 19:18 21:4,5,9 22:25 24:4,8 28:1 29:7 30:1,11,19 31:14 36:16, 21 37:18 39:13 41:1,8 42:3 44:7,10 46:10 48:11 49:1 50:19 52:18 57:2,4, 5,10,12 61:15 62:22,24 63:6,21 64:22 65:10,17 66:5,17 67:9 68:9,23 69:3, 15 71:7,15 72:17 73:1 75:16 77:3,4 78:12 80:5,11 81:17 82:2,23 83:4 85:8 87:1,2,3 90:4 91:7 93:11 95:15,16 98:20 100:16 102:4,15,18 103:14 106:10,16,18

107:16,17 108:1 109:10 112:18 114:15 115:1,17,19 118:15 122:16,25 123:11 124:5 125:1,20 128:14,23 129:9 130:10 132:16 133:14,17,20 134:14 135:24 136:18 137:1, 7 142:8
**forget** 12:25
**Forgive** 12:17
**forgotten** 38:5
**form** 27:11 29:19 30:23 43:21 49:10 54:16,21 59:23 64:10, 17 66:8 77:15,17 78:14 83:1 87:19 109:23 110:9 113:20 114:6 117:16 118:12,21 119:2,12 120:4,16,25 123:7,25 125:12 126:5, 16 128:9 133:17 135:20 140:9
**forms** 122:6
**Fort** 9:2
**forth** 14:23 16:11 17:4 21:4,13 42:2 50:7 61:11 64:1 70:10 71:23 131:25 132:19 139:20
**forward** 35:14 63:4

**forwarded** 77:23
**found** 102:13 110:1
**four** 15:5 26:7 27:20 29:7,8 32:25 33:1,4,24 34:24 70:3 89:1,2 116:4 124:21 125:1, 4 138:18 139:3
**frame** 35:6 57:6 81:20 88:2
**freezer** 22:2 23:4 98:22 99:8,9,13 138:17 140:2
**freezers** 22:2 137:22,23 138:8
**frequently** 99:24
**from** 3:11 9:2 11:3 12:20,23 13:4 17:17 20:14 22:25 24:14 26:17, 25 29:3 30:14 32:4,6,9 34:3 36:10 37:1 38:8 39:11,12 40:3,14 41:13,16 46:18 47:10, 16,19,21,23, 25 52:7 54:4 55:10,17,25 59:20 60:24, 25 62:21 69:20 70:21 72:9 75:21 77:8,11,18,21 78:5,9,10,23 79:22 80:13, 21 81:18,19, 24 85:2 87:16

89:5,6,12 91:22 92:16, 22 96:5,15, 20,22,23 97:3,7,15,17 98:5,12 99:19,20 100:8 105:17 112:5 113:25 114:3 119:24 129:23 134:11 137:9

**front** 11:4 18:20 20:6 22:16 23:6 32:4,9,12 34:19 42:11 44:2,5,11,18 45:4,6 46:8 47:10,22 51:4 52:21 53:1 69:20 83:18 87:9,17 88:1 90:18,22,25 92:5 95:17 104:22 113:18 121:18 131:12 132:9 133:12

**frozen** 98:15, 19 101:8

**full** 5:9 6:17,18 39:6 71:22 101:16

**function** 105:13

**funnel** 77:6

**funneled** 78:22 79:1

**further** 107:14 141:12

G

**gain** 41:22 42:3,4,6 71:23

**gained** 63:2, 20

**gallon** 29:4,8 54:6 55:11,24 58:10 64:4,15 101:9 128:20, 21

**gallons** 26:21,22 27:21 29:7,17 30:7 32:2,8, 13 33:1,4 34:6 39:5 40:7 54:7 61:6 64:7 89:5,6,7,11 129:6

**gasket** 107:6

**gaskets** 107:5

**gave** 79:19 102:15 137:2

**Gavin** 2:6 4:12 108:11

**gawk** 123:14

**Geez** 65:6

**general** 17:4

**generalize** 111:1

**generic** 29:10

**Georgia** 9:3

**gesture** 5:24

**get** 6:24 7:7 13:11 15:20 22:8 28:6 31:8 38:15 41:1,19,20 55:9,15 58:17 60:5 63:3 65:22 66:12 76:21 77:14 79:18 81:24 90:3 91:20 102:1,8 112:9,23 114:10,19 115:10 135:18 136:8

**gets** 56:11 58:16 131:23

**getting** 25:15,17 31:9 53:22 66:22 72:9 73:15 84:1,23 86:14 91:21 105:2

**girlfriend** 7:23

**give** 49:7 51:15 112:13 125:15 127:3

**gives** 125:23

**giving** 98:1

**glass** 8:16 119:25

**Glidden** 9:12, 14,17 109:15

**glimpse** 47:15,17

**go** 5:14,16 7:8 12:14 15:14,24 21:1,2 23:14, 19 24:20 30:20 31:13 32:4 37:23 39:18 40:13 44:12 46:3 48:16 54:8,24 56:12 57:12, 24 58:14,17 60:4,11 69:21 79:17 80:24 89:20,21 93:5,7 95:9, 12 101:10,11 102:11 118:15 119:14,15 120:17,23 121:11,13 124:14,25 126:22 127:8 128:12

**goes** 14:21 15:3,9,15 60:21 81:15 102:7

**going** 5:2,14 6:14 16:22 18:2,7 22:5, 6,7,14,16,19 24:1,2,7 26:3 28:6 30:25 34:14 37:7 39:18 40:3 46:7 51:18 52:11 53:5 57:22 58:14 60:6 61:7 66:21 67:20 68:23,25 72:21 75:13 82:14 83:23 85:7 87:17,25 88:16 89:4, 23,25 92:18 97:1,10,11 100:18 104:5 105:16 106:20 108:1 113:12, 13,15 114:1, 10 115:9 116:1 121:4 127:10 136:22 140:22 141:14

**gold** 121:17

**gone** 140:1

**gonna** 138:15

**good** 4:22,23 6:8 24:10,11 55:15 56:6 67:19 91:15 110:23,24

**got** 9:13 10:1 13:9 22:11 26:6 34:12 41:9 46:23 47:17 48:4 55:24 58:12 65:3,16 66:14 72:20 73:16 80:7,8 84:13 85:2 89:1,20 92:22 108:11 115:10 120:23 125:22,23

130:1 137:9 139:18
**gotcha** 57:7 113:1
**gotten** 55:3 78:9 80:7,8
**grab** 58:14 112:17
**grabbing** 54:6
**graduate** 108:16
**grate** 3:6,7 121:9
**great** 6:2 57:19
**GRICE** 2:9
**grooves** 52:24
**ground** 5:15, 20 73:11,12 82:5 100:8 114:24
**guess** 9:21 10:17 21:17 28:13 29:21 32:5,25 40:2 57:9 60:15 89:3 100:2 106:2,3
**guessing** 6:23 26:8 66:11 68:12,14 133:25 140:24
**guesstimating** 11:9
**guidelines** 17:13 18:5 138:19
**guns** 15:23
**guy** 36:4
**guys** 54:11 105:25

**H**

**had** 5:11 9:11 10:17 12:6, 11,12,14,15 14:2 15:1,22, 24 16:4,7 18:4,5,10,14 19:5,19,23 20:1 21:1 23:23 28:4 30:8,14 34:14,23 36:12,14 37:16 38:19 43:25 44:7, 11,13 46:10, 14,22 48:22, 23,24 49:7 51:5 52:6 53:8,17,18,19 54:5,6 56:8, 25 57:7 58:4, 6,8 61:14,24 63:13 66:19 67:5 68:1,16, 17 70:5 71:1, 19 72:1,6 73:18 74:5,14 76:25 77:8, 11,13 78:1,3, 14,23 79:16, 19 80:8,15 82:12,13,16, 18 83:6,16 87:11,12,13, 21 90:4,5,6 91:7,8 94:23 95:7 96:8,11, 13,14 97:19, 23,25 100:20 101:25 102:2, 18 103:4,5, 13,15,19,20, 21 104:3,4, 11,12,15,17 107:9,10 109:3,4,9 110:14,15,25 111:25 112:11,12,15 113:1,17 114:2,22,25 115:8 116:19, 25 118:9 121:3 122:12 124:21 125:1, 9,10,14,16, 18,20 126:13 127:20 130:19,20 131:11 132:24 135:16,18,23 136:7 139:8, 25
**hadn't** 57:5
**half** 46:10 64:4 129:6
**Halloween** 18:2 43:12
**hand** 84:20,22 115:24
**handicapped** 62:12 63:8
**handle** 77:7, 22,24
**handles** 33:17
**handling** 109:21
**hands** 83:13
**hanging** 97:4, 8,20 98:1
**happen** 13:21 99:11,13 105:17
**happened** 7:2 10:15 79:23 82:10 102:18 103:16,24 104:12 115:8 123:11 124:24 125:21
**happens** 123:15
**happy** 7:6
**hard** 50:12 68:23
**has** 31:2 39:14 42:5 53:2 54:10 62:3,5 63:1,3 66:16 75:8,22 92:22 103:16, 24 122:5 125:21
**hasn't** 103:2
**have** 5:11 7:14 8:10,21 10:20 11:3 12:23 13:24 15:1,3 16:2,8 17:8 18:2,3, 5,6 19:16,19 21:8,12 23:19 24:20 25:1,24 26:13,18 28:4 30:5,20 31:8, 20 33:14 34:16,18,22 35:4,5,19,22 36:2,23 37:12 39:8,12 41:3, 5,21 43:9 44:9,16 46:20 47:15,17 48:3,5,16,19 49:23 51:22 53:21 54:3 56:11,21 60:4 61:2,20 62:14 63:6,9 64:3 65:9 67:10 68:13 69:16, 23 70:2,3,4, 16 71:10,13, 16,19,22 72:3,4 74:22, 24 75:7,12 76:4,5,8 77:2,3,12,14, 16,23 78:4,9, 17,19,20,21, 23 79:1,4,6, 13,17,19,24 80:6,8,10,12, 16,17 81:9, 10,13,14,22, 23,24 84:7,20 85:8,10,15 86:1,3,4,6,13 87:11,25

88:6,24 89:4,
6,15,21,25
90:6,11 91:5,
10 94:2,7,10
95:6,9,11
97:19,24,25
98:24 100:3,
8,14,15
102:19
104:17,20
105:6,8,9
106:19
107:14,15
108:6,14,24
109:12
111:19,22,24
112:1,8,14,22
114:21,23
115:1,19
116:9,14,20,
23 117:6
118:10,13,22
119:15,25
120:22 123:23
124:21 125:1
126:4,10,13,
20,23,24
127:1 130:5,
11,16,23,24
132:3,9
133:6,9,11,21
134:24
135:15,21
136:5 137:15
139:8,21,24
141:10
**haven't** 127:2
**having** 4:17
15:9 107:1,8
136:15
**hazard** 114:16
**hazardous**
137:25
**hazards** 92:7
93:12
**he** 11:23
12:15 31:1
55:10 56:8
102:15,21

103:1,10,15,
18,19,23,24
104:3,4,5,8,
10,12 108:2
125:4,9,14,
18,19
**he's** 30:25
108:1
**heading**
137:10
**heard** 45:16
46:15
**hearing** 78:10
83:10
**heavier** 61:20
64:8,16
**heavy** 29:25
64:8 121:4
**heck** 136:13
**height** 18:25
19:3
**held** 33:4
48:11
**help** 26:5
43:2 44:12
50:25 91:16,
17,20
**helpful** 52:12
**her** 46:16
73:17 74:22
82:7,10,11,
12,13,14
83:10,23
84:1,12 85:9,
20 86:23,24
87:8 93:15,
16,19 94:1,2,
8,10 101:23,
24,25 102:1,
3,14,18
103:6,10,15,
17,21 114:24
115:1,16
117:24 118:1,
5,9 122:10
123:11 124:19
125:15,24
127:17,20,21,

24
**here** 4:1 6:24
14:12 50:3,6
80:3 81:10
85:1,11 86:18
90:8 102:9
103:3 108:11
111:1,18
124:3,18
127:3 134:12
**Here's** 103:8
**herself**
125:11 127:18
**hey** 7:1 91:19
112:8 120:2,
23
**high** 89:13
**higher** 28:13
139:18
**highest** 7:24
**Highway** 2:4
**him** 12:12
36:5 79:6
102:20,22,23
103:12,14
125:15,16
128:1,2
**hired** 11:2
44:5
**his** 11:14
82:19 102:6,
14,15
**history** 109:4
**hit** 52:1
86:23
**hold** 24:7
51:20 52:18
53:12 65:2
72:12,17
133:16
**holders** 33:7
**holding** 33:3
56:19 138:20
**holes** 33:15,
17
**holiday** 4:3,
13 43:10

**home** 124:25
**honest** 66:13
67:1 77:12
118:16
**hospital**
103:13
**hot** 25:17
29:24
**hour** 46:10
93:5,7
**hours** 37:3
45:25 81:18
105:3 122:24
125:2,4 133:6
138:18 139:3
**house** 7:18
8:11,19,22
23:5 90:18
92:5 123:18
**houses** 62:21
**how** 4:24 6:13
7:14 10:16,24
11:18 14:6
16:3 17:4,18
20:19,20
21:19 23:8,
15,16 25:8,
22,24 26:23
29:16 30:19
31:23 32:1,7,
23 34:10
36:20 38:7
39:8 40:4
42:11 45:5,17
46:13,18 47:8
48:10,20 49:8
61:17 69:9,15
70:7 74:1
75:10 79:1
81:3 86:7
88:22,23
89:16,22
100:17 110:22
111:14,20
115:15 123:20
124:17 125:19
127:25
128:12,22
130:14,18

**HR** 76:22
**huh-uh** 71:2
**hung** 96:7
**husband** 101:23 102:1, 5 124:19

**I**

**I'D** 75:25 115:5 126:20
**I'LL** 6:4,5, 18,21 32:25 65:2 72:23 111:1
**I'M** 5:2,14 6:13,14 7:6 8:6,10,19,20 14:7 18:24 20:16 22:5,6, 7,19,21 23:16 24:1,7 26:2, 7,8 33:9 38:4 41:19 42:12 48:24 49:1,25 51:2,12 52:5, 11 53:5 54:19,25 55:6 56:23 60:4,5, 10 61:1 62:6, 15 64:11 65:13 66:11 67:7,12,16 68:12,13,25 72:21 75:13 78:2 82:14 83:22 84:14 85:1 89:4 91:21 92:10 93:2 97:10 98:18,19 99:5 101:21 103:14 104:19,21 106:16 107:16 108:23 110:20 112:14,15 115:9 116:1 123:22 128:6 130:17 131:19 133:25 134:2 136:6,22,23 137:2,6,15 138:15 140:22,23 141:4,5
**I'VE** 6:3 38:5 48:24 65:11 66:12 77:11, 13 78:11 80:7 108:11 112:12 115:10 121:3 122:6
**ice** 88:13 96:13 99:10, 15,25 100:9, 20 101:2,3,6 107:7
**ice-cold** 100:9
**idea** 76:5 81:23 85:15 86:6,8,13 90:11 94:7 98:24 100:14 104:5 111:19, 22 116:14,19, 20,23 117:6 118:13,22 133:9 134:24 135:15,21
**identification** 24:4 50:19 64:22 66:5 69:3 73:2 75:16 137:1
**identify** 105:9
**if** 6:2,9,19, 20,25 7:5,6 10:25 11:1,4, 8,15 12:17 14:7,16 17:3, 20 18:22 19:8,23 20:4, 6 22:8 24:5 27:12 28:3 29:20 30:22 31:4,5,6,25 35:8,13,25 36:12 37:6, 16,17,21 39:20 40:20 41:16 42:15 43:5,9,10 44:7,12,22 45:6,19 47:18 48:14 49:3,7, 17,21,25 50:20 51:2,6, 11,19,23 52:4 54:11 55:6,7, 10,11,24 56:4,7,23 57:15 58:4, 10,13,18,22 60:4,18 61:7, 8,21 62:17,22 63:11,18 65:12,14,24 66:11,16,20 67:13 68:20, 24 69:23 70:4,13 72:2, 5,7,11 73:4, 13,24 74:12, 14 75:6,7 76:1,7,10 77:18 78:21 79:10,17,20, 21 80:8 83:20 84:17,23 87:6,7,11,12 88:9,13 89:9, 10 91:3,17 92:2,9,17,25 93:15 94:9, 21,23 97:6, 13,15 98:10 100:15,19,22, 24,25 101:8,9 102:17 104:15,21 105:6,17,21 107:15 108:2 113:10,11,13, 14,17,21 114:2,8,9,18 115:9,24 116:4,11,22 117:8,22 118:5,8 119:8,14,22 121:9 122:19 123:15 124:24 128:16,17 129:1 130:17 131:19,23 132:10,21 133:22 134:8 135:16 136:7, 13,14,17 137:20
**illuminated** 121:25
**imagine** 43:1 54:1 57:15 99:12
**immediately** 58:20 125:7,8
**impeding** 112:22
**implemented** 138:5
**important** 119:9,17,21 123:9 131:11
**importantly** 5:17
**in** 4:2,4 5:3, 24 6:12 7:19 9:20 10:2,5, 6,15,20 11:12 12:1,10,25 13:15,16 14:13,14,21 15:23 16:6, 11,18,22,23 17:4,21 18:3, 4,17,20,25 19:14 20:10, 22 21:1,2,8, 12,15,18 22:13,16,17, 19 23:1,5,19 24:15,18,20

25:2,15,16, 19,22 27:1,7 29:4,8 30:1, 5,6,9,10,15 31:8,9,10,13, 21,22 32:4, 15,17,19 33:1,6,8 34:7,14,19 35:21 37:13 38:5,7,10,14 39:4,9,10,14 40:6,21 41:1, 8,13,16,18, 20,22 42:11, 16,20 43:2,5, 7,18,19 44:2, 11,18 45:1,6, 17,21,25 46:3,8,10,24, 25 47:4 48:22,25 49:14 50:4, 15,25 51:25 52:15,21,22, 24 53:2,10 56:9,14,19 57:2,13,14, 21,25 58:6,16 59:6,9,12,15, 19 60:2,3,17, 23 61:23 62:12,15 63:19 64:1,12 65:10,11,20 66:20,24 67:6,14 68:4, 12,18,19,20 69:6,7,10,16, 17,20 70:11, 17,25 71:1,8, 13,18,20,21 72:7 73:13 74:4,6,22,24 77:13 78:14 79:12,24 80:11 83:7,18 86:1,4,9,14, 19,23 87:8, 17,25 88:2,3, 6,16 89:13, 14,16,20 90:9,15,22,24 91:3,4,13,16 92:2,4 93:2, 6,8 94:6,14, 15,19,21,23 95:1,9,10,18, 25 96:7,8,19 97:4,11,19,25 98:14,22 99:7,10,11, 23,24 100:3, 17,18,22,24 101:5,10,11 102:20 103:1, 2 104:16,22, 24 105:2,3,6, 10,14,20 106:4 107:2, 23 108:12,21, 22 109:4,13, 15,17,20 110:2,4,6,8 111:9,10,14 112:6,8,12, 14,20 113:2, 18 114:3,11, 14,22 116:17 117:4,15,19 118:18,25 119:19 120:14,19,23 121:4,18 122:6,9,15,25 123:2,5,12,13 124:22 126:3, 14 129:10,23 130:15,22,24 131:3,12 132:3,4,11, 15,19,22,24 133:9,10,12, 14,20 134:21, 22,25 135:7, 17,18 136:20 139:7 140:6

**Inc** 4:13

**inches** 18:10

**incident** 10:15,16,20 23:24 44:14 62:20 72:23 77:10 79:22 80:25 81:2,4 111:18 123:10 134:23

**include** 11:1 111:5

**including** 19:1 90:25 91:1 113:17 137:24

**Incorrect** 54:22

**INDEX** 2:11 3:1

**Indiana** 108:22,23

**indicate** 26:12 88:23

**indicated** 43:25 90:14 108:14 114:25 138:23

**indicating** 24:16 52:7,15 53:14 56:25 83:19 128:19 134:1

**individual** 15:21 25:21 112:17

**industrial** 8:9

**industry** 8:7 13:11 62:16 109:4

**inferred** 125:10

**information** 77:4,14 78:7 111:19 125:16,18 130:12

**initial** 13:3 126:24

**injured** 46:23 125:11

**inside** 22:24, 25 32:19,22 41:9 56:8 58:19 59:5,12 60:16 68:2 69:20 85:3,5, 7,13,17 97:8 100:13,18 119:8 121:24 124:13 131:13 132:3,22 133:13 135:3, 13,17 136:16 139:12 140:16,25 141:8

**insinuation** 120:1

**inspect** 60:21 94:11,24 104:23

**inspected** 94:25 113:8, 10 135:9

**inspecting** 92:6 93:11

**inspection** 61:13,15 83:14 85:16 86:25

**instead** 83:14

**instructed** 63:15 91:14

**instruction** 80:21

**intent** 7:19

**intercompany** 79:2

**interior** 119:20

**interoffice** 79:2

**interrupted** 104:10

**interruption** 8:13
**into** 14:21 18:2 19:24 20:6,11 27:2 30:20 32:18 38:15 40:2,4, 8,10,16 41:2 46:21 51:11 56:1 59:22 60:21 63:9 66:12,22 70:22 78:6 79:21 92:21 95:12 102:21 111:14 112:9 113:3,7 121:11 130:23,24 139:8
**introduced** 5:1
**investigation** 48:18
**involved** 5:16 101:22
**irritated** 84:13
**is** 4:6,7 5:2, 15,22 6:2,5 7:3,6,10,17, 24 8:4,18,23 9:10 11:2 13:2,6 14:19, 20 15:15 16:1,2,3,4, 18,20 17:1,6, 12 18:24 19:20 20:17 22:5,24 23:1, 16,18 24:10, 17,22 26:10 27:4,6,16 28:7,8,16,19 29:2,25 31:12,18 34:17 35:8,11 36:24,25 39:19,22,24 40:21,23 41:9,19,24 42:2,4,6,9,24 43:7,22 44:1, 3,4 45:2,24 46:18,22 47:7 48:3,6 49:1, 16,17 50:17, 23 51:3,22,24 52:4,13,15 53:7 54:5 55:1,4 58:13, 19 59:2,13 60:20 61:2,7 62:21,23 63:14,19 64:1 65:10,14,21, 24 67:15,21, 24 68:6,11,18 69:8,15 71:1, 25 72:13 74:25 75:6,7, 18,21,25 76:2,14 77:17 78:12,15 79:1,8 81:2, 16 82:2,9 83:4,14,15 84:3,12,13 88:11,21 89:13,16 91:23 92:2, 17,18 93:1,4, 6,9 97:12 98:2,7,24 99:9,12,23 100:17,21 102:4 104:14 105:13,20 106:21,24 107:25 108:10,15 109:5 110:6 111:2,4 112:23 113:24 114:12 115:9, 22 116:17,19, 25 117:1,12, 14 118:8,18, 19 119:17,21, 22 120:7,13, 14,19 121:19, 20,24 122:1, 2,14,20,24 123:5 125:4 127:11,14 128:6,20,21, 23 129:2,8,13 130:20,22 131:1,4,15, 16,18 134:3, 16 137:9,10 138:6 139:13 140:13,15,16, 19,24 141:4, 7,14
**isn't** 99:3
**issue** 107:1 129:8
**it** 4:7 6:4,5, 21 7:3,17 9:9 11:16,21,25 12:23 13:14, 22 14:10,13 15:3,14,15 16:4,8,9 17:18 18:2,3, 4,11 19:8 20:2,5,24,25 21:16 22:7,9, 11,19 23:15 24:7,9 25:11, 14,15,16,18 26:6,8 27:1, 5,14 28:4,7, 8,16,20 29:2, 10,11,15,22, 24 30:2,13,18 31:2,4,5,7,8, 12,23 32:7, 10,18 33:3,17 34:17 35:13, 18 36:12,15, 22 37:6,17 38:1,5,16,20 39:2,3,4,10, 11,12,21 40:3,9 41:5, 8,12,13,25 42:9,17 43:14,16 44:9,17,19, 20,21,22,23 45:10 46:2,6, 16,20 48:5 50:1,7,8,14 51:22 52:8, 14,20,21,24 53:2,3,4,6, 12,18,22 54:5,8,10,12 55:6,7,9,10, 13,18 56:1,3, 4,9,11,16,18, 19 57:5,8 58:5,9,22,23, 25 59:8,11,17 60:1,2,8,20, 21,23,25 61:9,10,18,21 62:3,5,23 63:3,4,5,11, 12,13,19,22, 25 65:11,12, 14,18,24 66:2,12,15,21 67:1,5,21 68:17,18,23 69:20 70:1,3, 4,5,7,22 71:16 72:15 73:5 74:3,4, 5,6,7,9,10, 12,15,16 75:8,21 76:7, 10,14,20,21, 24 77:3,7,15, 16,23,25 78:15,17 79:1,6,7,13, 15,18,19,20, 23,24 80:5,8, 17 81:7,24 82:15 83:4, 12,16,21,22 84:3,7,11,23 85:1,10,20

86:3,4,8,11, 12,16 87:5,7 88:11,13,15, 17 89:9,10, 11,12,16,20 90:17 91:9,25 92:2 93:4,6 94:25 95:3, 17,18,24 96:2,13 97:1, 6,13,16,21, 22,23 98:11, 16,18 99:1, 11,18,19,23, 25 100:14,15, 16,22,24,25 101:6,7,10,14 102:14,19 103:7,25 104:19,23 105:8,13,14, 16 106:9,21, 24 107:8,18 110:23,24 111:7,24 112:1,5 113:7,9,12 114:10,19 115:5,10,17 116:12,17,25 117:23 118:1, 6,14 119:10, 11,23,24 120:18,19 121:9,12,14, 19,20,21,23 122:1,3,6,7, 13,15,16,18, 21,22 123:2, 4,8,14,17,18, 19,22,23 124:6,20,21, 23 125:1,8, 17,21 126:22, 23,25 127:1, 2,6,11,14,21 128:13,14,15 129:4,6,8,14, 17,18,19,23 130:8,16,20, 25 131:7 132:6,8 133:18,20,21 134:9,11 136:8,13 137:11,16,23 138:7,16,23 139:6,24 140:14,19 141:14,25 142:3,5,9

**it's** 7:1 8:9 9:9,15 14:2 15:2 16:8 19:21 25:17 28:2,3 29:12, 21,25 32:5 35:11,12 45:3 47:22 48:12, 13,14,24 49:3,5,6,25 53:17,22 55:3,25 56:1, 17 60:7 64:3, 11 65:10,15 66:12 68:12, 14,23 78:6 88:10,14 92:25 105:3 112:20 114:17 119:21 120:2, 9 121:3,8 122:21 129:14 131:23

**item** 14:21 15:6 26:13 28:5 60:5 61:19 64:16 138:7

**items** 16:21 17:22 18:8 21:13 24:19, 25 25:7,9 27:7 30:6 61:20 92:4 130:19

**its** 19:7 106:10 112:20 129:12

**itself** 53:7 97:15 101:20

**J**

**Jacksonville** 9:4

**job** 10:19 16:9 60:6,20 76:10 91:9,15 95:3 104:25 105:13 110:18

**JR** 2:13 4:16

**jug** 101:10

**juice** 21:17 25:6

**jumping** 92:21

**June** 4:6 9:9

**Junior** 5:10

**jury** 108:12

**just** 5:1 6:4, 16,19 7:1,24 11:4,9 15:9 17:13 20:5,25 21:16,24 23:4,13,21 24:7 25:11 28:8,22 30:17,25 31:4,14 33:18 34:17 35:16 36:24 41:8 43:10 46:23 48:8 50:8 51:14 52:18 53:1,10 55:6 58:18,20 65:2 69:22 70:16 71:23 72:17 83:14 87:12 89:4 90:4,19 91:25 92:22 93:1 95:16 97:17,19 100:20 102:3 103:20 104:9, 12,19,20,21, 25 106:16,19 111:1 112:19 114:17 117:22 118:14 122:16,19 123:8 127:7 130:5 135:14 136:12 137:2 141:5 142:4

**K**

**keep** 98:16 101:11 128:13

**Kelley** 2:6

**kept** 20:20 32:14 34:7 49:8,16 58:15 103:14 119:21

**kids** 46:16

**kind** 16:2 19:7 22:19 33:15 43:13 50:10 52:14 93:12 97:2 108:12 114:25 123:13 127:17 128:15 129:8

**knew** 38:5 102:17 115:8

**know** 6:4,9,20 7:5 11:9,15, 18,22 16:6 17:12 18:22 19:4,6,10,12 20:25 24:7 25:1,5,14 28:3,5,16 29:20,24,25 31:10,25 32:1 33:15 34:21, 23 35:13,16, 25 36:15 37:19 43:12, 13 44:22 46:6,23 47:12 48:12,14 49:3,5,12,18,

21 50:10 51:4 53:1,3,19 54:8,10 55:3 56:7,11 58:8, 22 59:14,18 60:1 61:7,9, 10 63:11 64:8,18 65:11,15 66:7,14,16,20 67:13 68:9, 11,12 70:5,7 71:5 72:16 73:13,16 74:3,10,12, 13,14 75:7 76:24 77:24 78:13,24 79:10 80:7 81:3 82:1,12, 18 83:11,20 85:9 87:1,5,6 88:3,5,11,12 89:3,10,22 90:13 91:15, 17,21 92:9, 15,21 94:7,23 95:1,20,24 97:2,6 98:10 101:7,8,21,23 102:3,7,19 103:3,6,14,23 104:2,4,5,10, 15 105:7,9, 19,21,24 107:10 108:13 112:2,13,17 113:10,12,13, 14 114:10,17, 21 115:17,19 116:7,9,11, 15,20,25 117:3 118:7 122:24,25 123:9,15 124:23,24 125:3,16,21 128:25 131:10,13,25 132:10 133:2 134:7,8 136:8,12 139:23 140:23

**knowing** 15:5 116:10

**knowledge** 13:11 87:25

**Kronenberg** 2:6

**L**

**label** 15:3, 10,11,12,16, 25 37:22 38:1

**ladies** 123:13

**lady** 45:16 46:22 74:22 101:23 125:20

**lady's** 118:16

**lag** 125:2

**laid** 14:6,8 17:4

**large** 99:22 100:21 101:15

**larger** 19:14

**last** 9:9,20 70:8 79:8 85:20 88:5,24 89:11 133:3, 8,9 134:22 140:13

**late** 13:14 43:5

**later** 102:13, 20 116:22 125:4

**law** 2:3 75:21 77:8,18 79:22

**laying** 82:5, 14 83:18 94:3 118:2

**layout** 14:5

**LCD** 97:1,2,17

**leadership** 109:1

**Leading** 125:12

**leak** 53:19 56:8 61:4,8 75:7 113:14 138:14

**leaked** 53:21 56:1

**leaking** 55:12,25 60:19 70:16

**leaks** 53:23 54:3 58:18 59:3,18,20 61:8

**leaky** 70:16

**Lean** 24:9

**learn** 17:17

**least** 13:4 74:6 118:20 125:11 134:13 139:7

**leave** 110:17, 23

**leaving** 9:13

**led** 20:11 126:4

**Lee** 37:24 38:1,8

**leeway** 18:6

**left** 20:9 22:14,20 23:9 73:15 110:24 115:19 117:24,25 118:9,20 124:18

**leg** 82:12 93:16 103:6

**legal** 79:5

**Legos** 33:5

**length** 70:10

**less** 124:4

**let** 6:4,9,20 7:5 11:9 14:10 22:5 24:7 25:12 27:14 30:17 35:16 40:25 54:18 61:7 66:1 77:7,16, 22 78:22 82:21 108:12 116:12 117:7

**let's** 23:21 30:17 45:8 67:18 116:3 117:7 127:8 129:7 133:24

**letter** 3:11 75:21,24 76:14,19,25 77:8,11,18 78:16 79:22 80:3,15 81:17

**letters** 76:11

**letting** 74:20

**level** 7:25 77:22

**licensed** 44:12

**life** 39:15

**lift** 64:16

**light** 51:10, 11,24 52:1 68:4,7,11,14

**lighter** 56:23

**lights** 68:2, 9,13,17,20,21

**like** 18:9,16, 17 19:15 23:4 26:8 27:1 28:8 29:17 30:5,6 33:5, 14,19 36:15 39:10,21 48:18 50:2 51:3 52:24 53:6 54:14 55:8,18 56:5 59:5 62:23 65:18 67:10 70:19 74:7 75:1,2,10 76:21,25 79:5

83:13,16,22 84:14,18,24 86:8,11 87:12 88:13 93:7 94:16 97:2 99:10,15 100:20 101:2, 6 102:20 111:9 117:1 123:15,19 124:15 126:20 128:13,15 129:19 132:6, 7 137:13 142:5
**likely** 6:3 53:11 76:8 123:23 132:24 139:21
**likewise** 41:3
**limitations** 19:4
**limited** 44:1
**linoleum** 57:17
**liquid** 70:17, 21 82:24 83:5 85:12
**liquids** 121:11 139:13,18,21
**literally** 98:18
**liters** 21:11
**little** 35:12 46:23 49:20, 24 70:21 84:13 85:1 108:13 129:7 139:19
**live** 7:22
**local** 30:6 77:25
**locate** 101:22
**located** 20:4 24:25 26:13 45:2 65:10 96:2 97:8
130:22 131:5 134:3
**location** 10:2,17 14:21 17:16 25:10 72:4,6
**locations** 8:20 10:3,4 18:19
**log** 138:20
**Loma** 7:12
**long** 7:14 10:16 13:17 45:17 48:10 49:8 72:8 88:23 110:14 124:17 128:14
**longer** 43:6
**look** 17:18 22:16 24:6 37:21 39:20 47:5,18 48:17,21 50:20 62:17, 22 63:18 68:24,25 72:11 83:11 84:6,8,11 87:3 97:16 102:12 108:13 114:15,17 116:3,5 117:8,22 123:20 126:21 128:16 130:9, 12,18 132:6,7 134:18 135:3, 7 137:17,20
**looked** 26:5 65:11 81:6 82:19,20 95:1 116:25 126:25 127:1
**looking** 11:5 14:19 20:16 38:1 40:20 46:24 56:19 82:23 83:4,20
86:25 87:2,5, 9 106:16 107:16 112:18 115:1,7 118:4,14,18
**looks** 26:8 27:1 39:21 55:18 62:23 74:6,7 76:16
**loss** 78:1
**lot** 16:1 19:4 33:14 38:5 45:21,22 56:13 57:21 59:2 70:5 80:7 89:15 98:14 111:14 114:11,14 123:12,16
**love** 31:1
**lying** 114:24

**M**

**ma'am** 82:14 84:12
**machine** 79:12
**Mackinnon** 2:6,16 4:12 8:14 27:11 29:19 30:23 43:21 49:10 50:20 54:16, 18,22 59:23 64:10,17 65:5 66:8 83:1 87:19 108:9, 11 109:25 113:23 114:13 117:18 118:17,23 119:6,13 120:11,21 121:6 124:2 126:1,7,19 127:8,15 128:11 130:1 133:16 135:20
137:2,5 140:9 141:12,22,25 142:2,6
**made** 37:25 39:3 54:21 83:14 85:16 125:9
**Madrina** 35:7
**magazines** 30:6
**mail** 75:22
**main** 26:8 84:4
**maintain** 124:13 131:11
**maintained** 120:20
**maintaining** 126:3 131:10
**maintenance** 136:1,15,18
**maintenance-type** 75:11
**major** 90:4
**majority** 45:24
**make** 5:16,17 12:12 16:10 29:14 39:5, 17,18 50:7 52:24 61:4 83:23 84:11 88:14 89:23 94:16 95:23 114:20 125:18
**makes** 17:20 18:23 103:17
**making** 39:1 84:4,9 92:7 105:10 119:20
**male** 44:22
**mall** 71:15,16 72:3
**man-** 8:24
**manage** 8:20
**managed** 10:3 72:4,10

**management** 42:19 43:17 67:7 109:13, 17
**manager** 5:5 8:6,24 9:19 10:2,21,22,24 11:12,16,17, 23 12:9 13:4, 5,10,22 14:15 16:9,10,20 17:11,16 18:6 34:17 43:19 57:3,4 63:15 76:9,12 77:6, 9 79:25 90:19 95:6 104:22 106:4 109:15, 19 130:21 141:6
**manager's** 45:1,25 46:20 47:2,4 58:15 93:3 95:9,13, 19,21 96:12, 18,23 98:2,6
**managerial** 46:1 91:12,18
**managers** 8:20 13:10 42:17 88:12
**managing** 12:8 13:13
**manner** 31:21 39:10 110:4 140:5
**manning** 91:8
**manufacturer** 55:25
**many** 10:24 11:18 21:19 25:22,24 29:22 36:14, 20 42:11 47:8 56:14 74:1 78:2 86:13,14 111:20 123:20 128:2
**mapping** 15:3
**mark** 24:2 52:11 66:3 69:1 72:24 75:13
**marked** 24:4 26:11 31:14 50:16,19 64:22 66:5 69:3 73:1 75:16 137:1
**marking** 136:23
**Mary** 7:12
**material** 60:9
**mats** 67:14,16 70:19 71:1,8, 11
**matter** 76:23
**matting** 70:20
**maximum** 125:6
**may** 6:13 29:10 48:5 62:12,13 70:16 77:12 84:20 101:15 107:15 111:10 139:24
**maybe** 11:5 16:6 18:17 19:14 22:2 29:1 31:16 46:7 47:12 48:17 49:25 52:12 64:18 65:15 86:11 94:3,21 97:18 128:2
**me** 6:4,9,14, 17,20 7:5 9:23 12:4,10, 15,17 14:9,10 21:25 22:8 23:22 24:7 25:12 27:14 30:17 35:2,16 40:25 44:10 46:9 47:8,19 49:4,7 51:15, 20,23 52:7 54:18 56:20, 23 62:20 64:12 65:17 66:1 68:6 72:12,22 74:23 76:1,3, 16 78:11,22, 24 79:19 81:19,24 82:21 83:18 85:9,21 87:8 88:5 89:16 90:7 91:18,20 97:13 100:17 102:1,15,24 103:4,15 104:3,8,20,21 107:23 112:13,17 115:18,19,25 116:12 117:7 118:15 122:15,16 123:18 125:14,20,25 127:3,23 130:17 131:2 132:2,14 137:3 139:6, 11
**mean** 15:11 20:25 21:4 27:16 28:2,7 29:22 31:15, 22,23 33:3 38:21 39:13 41:10 45:21 47:12 48:12, 23 49:22 50:14 51:3 55:10 56:3 59:8 60:2 61:2,18 66:20 67:5 75:1 80:5 87:5 89:19 92:12 97:10 99:1 101:7 103:24 107:4 113:11 115:5,7 116:20 118:13 120:8 121:1 122:20 125:10 129:14 137:15
**meaning** 85:17
**means** 26:15
**meant** 18:16 36:13 104:10
**measure** 70:19 71:5
**meet** 102:20
**Melissa** 35:8
**melted** 100:20
**melting** 101:3
**memory** 51:23 52:7 56:23 76:16 130:17
**mentioned** 68:1 103:20
**merchandise** 17:14 19:1 71:19,22
**merchandised** 16:4,11 18:9 27:7
**merchandising** 16:15 17:9,21
**mess** 105:8
**message** 104:8
**messes** 120:9
**met** 128:1,2
**method** 114:22 141:4
**Miami** 2:5
**midafternoon** 86:12
**Middle** 4:5
**might** 18:3,18 31:9 42:16 47:15,17 56:10 69:23 70:4 77:3 112:22 115:1

**milk** 3:5,8 21:1,12 23:20 25:1 26:19, 21,22 27:1,4, 7,17,21 28:15,25 29:1,2,4,7,8, 13,17,18,23, 25 30:7,9,11, 15,19,21 31:6,15,21 32:2,4,13,18, 23 33:1,8,21, 22 34:6,7,11, 14,16 35:20 36:3 37:12, 18,19,21 38:4,9,15,24 39:3,22 40:1, 13,14,19 41:4,22 42:1 49:15,16 53:7,11,15,17 54:2,6,12 55:4,8,19,22 56:5,7,8,11, 13 58:10 59:20 60:13, 15,21 61:1 62:21 63:10 64:5,7,15 67:15 69:7,8, 9,21 70:5,11, 15,17,21 72:13,15 88:14,22,24 89:13,15,25 90:5,9,10 96:7 98:11, 14,19,22 99:10,11,13, 22,23,24 100:8 104:23 105:6,14,16 112:6,23 113:2,19 117:1,4 118:25 119:1 123:20 126:14 128:12,23,25 129:3,5,9,12, 22 130:14,22 131:3 133:12 134:3,4,11,19 135:18 138:1, 13 139:9,13

**milk's** 56:9 60:14

**mind** 37:21 50:20 101:11 115:5 120:2 128:17 134:25

**minute** 4:7

**minutes** 46:10 81:15 87:21 106:21 133:7

**Mischaracterizes** 110:10 120:5,17 125:13

**missing** 89:5, 7

**Misstates** 54:22 83:1 140:10

**mistaken** 49:25 51:2,12 65:13

**module** 14:2

**modules** 12:6, 10

**moisture** 84:18,19 85:13 86:23

**moment** 127:3

**monitors** 47:5

**month** 17:15 136:4

**monthly** 13:24

**months** 7:16 116:22

**mop** 58:7 66:22

**mopped** 87:12

**mopping** 66:20,21

**more** 13:11 15:2 24:6 28:5 31:14 32:10,16 34:7 42:16 43:11 49:5,6 53:11 55:18 72:21 76:8 84:7 108:13,25 113:8,15 123:2,23 132:24 139:13,21

**morning** 4:22, 23 31:7 36:11,12,15 37:13 38:7 42:9 43:5,20 86:9 89:17 105:3 122:24 123:1 124:20 130:8,10

**mornings** 35:21

**most** 5:16 6:3 15:2 22:25 34:12 36:11 44:5 84:5 123:9

**mostly** 35:7 57:10

**motorcycle** 8:8

**mounted** 140:16,25 141:8

**move** 41:3 56:10 94:1 123:25

**moved** 10:3 13:9 42:5 73:17,18 88:7 94:5

**mover** 28:21

**moving** 7:19 28:5,19 35:14 121:2

**Mr** 2:15,16,17 3:11 4:10,12, 21 5:11 7:10 8:12,14,17 11:18 22:11, 12 24:5,10,12 27:11,13 29:19 30:4, 23,24 43:21, 23 49:10,13 50:20,21,22 54:16,18,20, 22 55:2,5 59:23,24 64:10,14,17, 23 65:3,5,6,8 66:3,6,8,9 67:18,25 69:4 73:3 75:17, 19,20 83:1,3 87:19,23 106:18,25 107:14,20,22 108:9,10 109:23,25 110:9,12 113:20,23 114:6,13 117:16,18 118:12,17,21, 23 119:2,6,7, 12,13 120:4, 11,16,21,25 121:6 123:7, 25 124:2 125:12 126:1, 5,7,16,18,19 127:4,6,8,15, 16,25 128:9, 11 130:1,4 133:16,19 135:20,22 137:2,4,5,6,8 140:9,12 141:12,20,22, 24,25 142:2, 5,6,8

**Mrs** 5:3

**Ms** 3:9,10 114:23 124:17 126:4 127:16 128:7 135:16 139:8
**much** 30:2 37:10 44:2 57:19 60:5 69:15 89:16, 22 90:5 94:6 107:17 119:11 129:13 130:14,18 141:11
**multiple** 33:15
**must** 140:14
**my** 5:1,3,18, 24 6:14,17,19 7:23 10:6 12:7,13 14:13 16:1 22:6 31:1 36:4,11 44:14,20,25 46:7,11,13,15 47:9,19 52:7 54:18 60:6 73:10 75:21 76:2,16 77:6, 23 78:2,22,23 79:6 80:9 81:16,17 82:5,9 83:17 84:4,9,22 86:5,7,20,25 87:7,18 88:1, 7,23 93:14 99:6 100:6 102:5 103:2 108:10 109:14 115:5 133:3 135:3
**myself** 5:1 90:25

**N**

**name** 5:2,9 82:19 102:16 108:10
**names** 35:1
**nature** 19:10 50:15 61:11 77:5 78:25 79:22 81:8 95:7 102:24 103:7 113:15 125:22 135:6
**necessarily** 16:7 20:24 31:25 60:17 77:3 100:22
**necessary** 5:22 6:5
**need** 5:21 6:20 7:5 59:13 88:10 107:17,21 136:2
**needed** 19:2 34:4
**neglected** 120:14
**neighborhood** 127:18
**never** 19:11 38:5 59:6,8 65:11 66:12, 13 67:1 78:9, 23 107:9,10 110:1,15 112:14 135:2
**new** 9:15 107:10
**next** 6:19 7:20 27:2,19 40:19 42:9 43:7 89:22 95:8 138:7,16
**night** 36:22, 24 37:7 43:4
**nine** 7:16 89:2 106:21 136:24
**no** 3:3 5:13, 21 7:19,21 9:12 15:16 23:6,18 24:23,24 31:5 37:10,23 40:6,23 43:15 45:12 53:1 57:6,7 59:13 60:11 61:4,11 62:3 65:4 67:5,12,16,17 71:1,4,14 75:12 76:5 78:17 81:1,8, 23 84:24 85:15,16,19, 24 86:6,8,13, 19,22 90:11, 17 92:1,4,7, 10,11 93:17, 25 94:7,16, 18,19 97:10 98:13,24,25 100:14 101:1 104:4 105:17 107:3,8,12, 14,19 108:22 109:24 110:5 112:7,8,9,11 115:18 116:14,19,20, 23 117:6 118:13,22 119:5 121:1, 4,12 126:6, 12,17 127:2,5 131:20 133:9, 14 134:24 135:8,15,21, 24 137:4 138:15 139:25 142:1
**nobody** 93:10 105:12
**Noftz** 3:9,10 4:3,11 5:4 114:23 124:17 127:16,25 128:7 135:16 139:8
**Noftz's** 126:4
**non-skid** 67:10
**nonchocolate** 129:5
**none** 110:5 111:25 119:5
**nonperishable** 21:9
**nonsales** 128:23
**nontennis** 67:6
**normal** 6:13 43:15 58:20 112:21 118:15 142:4
**normally** 18:22 34:12 42:14 43:4 46:2 90:16 122:25 123:15 124:25 128:24 133:22 139:15
**north** 47:23
**not** 4:25 12:10 13:17 14:7 16:7 17:17 19:21 20:25 23:16 25:21 27:9 28:23 29:10 32:10,13 33:2,17,18 34:1,13,23 35:19,23 36:9,16,17 38:4,14 39:4 40:16,23 41:17 44:21 46:22 47:22 48:5 49:15,25 51:2,12,18 56:6,17 57:7, 24 59:12,15 60:5,7,16 61:13,18,22 62:15 63:3,21

64:13,19,24 65:13 66:20 67:5,7 71:16 72:2,3,4 73:17 74:20 75:12 76:2 77:2,11 78:19 80:2 81:1,7, 13,20 82:3,20 83:12,23 84:12,16 85:2,7,12 86:2 87:13 88:3,8,10 89:4 90:3 92:5 93:17,19 94:5,10 95:6 96:25 97:3,25 98:13,19,22 99:8,9 100:6, 16,20 101:10, 15 104:17 105:15,21,23 111:20 112:20 114:17,19 115:3,8 116:9,10,22 117:25 118:15,19 119:4 120:8, 10 121:4,8 123:20 125:7, 8 126:9 128:6,24 129:6,8 130:23 131:23 132:7 133:13, 22 134:4,21 135:11,19 136:21 138:4 139:3,8 140:15,19,24 141:7

**notes** 103:4

**nothing** 31:2 61:11 66:12, 19 67:12 87:9,10 115:17,19,22 122:11 131:19 141:12

**notice** 66:23 114:5 118:19

**noticed** 67:1 100:15 118:11 132:23 133:13

**now** 7:2 9:14 15:20 18:15 22:13 29:1 39:1 61:10 64:12 69:1 73:23 79:8 91:18 94:21 96:6 97:24 113:1 117:7, 10 123:21 129:17

**number** 4:3 10:13 11:12, 24 24:3 26:2 50:18 64:21 66:4 67:24 69:2 73:22 75:15 79:9,10 102:6,12,14 103:5,8,11 117:23 136:25

**numbers** 72:25 130:9

O

**o'clock** 124:22,24

**oath** 5:19 85:12 131:12

**OATH/REPORTER** 2:22

**object** 27:11 29:19 30:23, 25 43:21 49:10 54:16 59:23 64:10, 17 66:8 83:1 87:19 109:23 110:9 113:20 114:6 117:16 118:12,21 119:2,12 120:4,16,25 123:7,25 125:12 126:5, 16 128:9 133:16 135:20 140:9

**objection** 54:19,20

**observant** 114:20

**obtain** 23:20

**obviously** 20:25 47:12 55:15 89:19 93:24 97:22

**occasion** 112:21 114:1

**occur** 34:11

**occurred** 5:4 58:8 80:6 87:13 116:17

**occurring** 110:3

**occurs** 120:2

**October** 5:5 10:15,20 11:12 36:7 43:19 111:18 116:12,18 117:5,11 118:24 126:3, 9 129:11

**of** 2:11,22 3:1,4,5,6,7, 8,9,10 4:2,5, 10,13 5:5,24 6:24 7:25 8:10,22 9:9 10:15,16,19, 20 11:12 12:7,11,13 13:11,20,25 14:5 15:2,4 16:1,2,9,15 17:1,9,12,22, 25 18:20 19:4,7,9,10, 13,14,20 20:8,10,11,13 21:5,11,18 22:16,19 23:8,23 24:18,20 25:17,25 26:12,21,22 27:2,5,8,9, 19,21,23,24 29:2,12,17 30:7,11 31:13,16,17 32:2,4,13,18, 22 33:3,5,7, 14,15 34:3,6, 12 35:1,2 36:3,7,11,25 37:3,17 38:9, 10,19 39:2,6, 14,19 40:7,21 41:2,20,21 42:1,2,11 43:13,19,24, 25 44:2,5,14, 18,20,25 45:4,9,22,24, 25 46:7,8 47:18,22,23 48:4,6,18,24 49:14,17,20, 24 50:4,8,10, 11,23,24 51:1,25 52:13,14,19 53:2,6,20 54:2,6 56:13, 15,20 57:3,4, 14,20,21 58:8,10,21, 22,23,25 59:2,18,19 60:13,15,20 61:11,16,20 62:11,19,23 63:9,15,21 64:4,15,19 66:7,10,24,25

67:4,14,16,24
68:2,13
69:13,18,22
70:5,8,9,10,
17,18,19,21
71:5,21,22,23
72:9,16,23
73:25 74:7,9,
10,17,21,25
75:3,23 76:8
77:5,9,10
78:20,24
79:2,5,21
80:7,24 81:2,
4,5,8,12,18
82:1,24 83:5,
18 84:2,8
85:1,3,12,16,
17 86:10,19,
20 87:17
88:1,6,21
89:12,15
90:9,18
91:15,25
92:5,10 93:5,
12 94:9,21
95:4,7,17,18
96:8 97:2
98:11,14
99:20 100:7,
10,11,19,21,
22,24,25
101:1,3,13,19
102:1,17,19,
24 103:7,21
104:22 105:1,
3,5,13,15
106:1,3,5,10,
13 108:12
109:19
111:14,17,25
113:6,8,15,18
114:9,10,15,
16,19,25
116:1,16
117:13,14,24
118:4,9,20,24
119:20 120:2
121:18,19

122:2,5,6,8,
20,22,23
123:1,10,12,
13,16 124:10,
18 125:22
126:8 127:17
128:7,14,15
129:8,20
130:5,19,21
131:12,16,19
132:5,6,7,8,
12,19,22,25
133:12,13,14,
15 134:8,12,
14 135:3,5,
13,14 136:4,
18 137:10,17
138:9,12,14
139:13,17,21,
23 140:1,2,
13,20 141:14
**off** 6:19
18:25 22:10
30:3 52:3
67:20 84:14
101:3,9
105:16
106:17,18,20,
22 127:4,9,10
141:16
**offered**
91:16,17
**office** 8:21
45:1,5,18,25
46:8,19,20
47:4 58:15
78:5 82:2
88:3 91:3,4
92:3 93:3,8
95:9,14,19,21
96:12,18,24
98:2,6 122:15
**officer's**
78:13
**officers**
48:25 77:13
80:11
**official**
76:21

**often** 25:8
26:23 29:16
30:19 31:8
61:17 113:8
128:12 132:25
**Oh** 8:12 15:16
35:8 37:24
61:18 108:23
**Ohio** 108:21
**okay** 5:14,19
6:11,21,22
7:4,9 8:2,23
9:11,23 10:8,
12,19 11:6,9,
10 12:4,17
13:7,12,17,20
14:4,11
15:16,19
16:1,25 18:8
19:21 20:1,3
21:3,6,10,14,
25 22:5,7,11,
17,18,23
23:2,8,21
24:1,13,18,25
25:8,22
26:10,17,20
27:6,15,22
28:7,12,18,22
30:17 31:2,12
32:21 33:7,
10,19 34:10
35:10,15,17,
18,24 37:2,9,
15 38:3,7,13,
17,20,25
39:8,16,20
40:9,12,19,25
41:7,15,19
42:7,19 43:8,
14,24 45:13,
20 46:9,18,25
47:4,14 48:7
49:3,7,14,21
50:3,10,13
52:23 53:5,
15,24 54:9,
11,17,25
55:6,14,17,22

57:1,8,14
58:1,18,24
59:17 60:10
61:12,17,25
62:7,17 63:5,
14 64:7,24
65:7,20,24
67:3 68:18,23
69:9,25 70:6,
15 71:3,9,18
72:20 73:13,
20 74:14,25
75:10,24
76:3,6,10,13,
18,25 78:8,15
79:8,14 80:2,
20 81:9,25
82:17,21,22
83:8,22,24
84:4,6,10,15,
17,25 85:16,
25 86:3,12
87:14,16,24
88:18 89:8,18
90:2,7,12
91:24 93:4
94:1,9 95:11,
17,22 96:1,
10,16,25
97:14 98:8,
16,21 99:6,
17,22 100:2,
19 102:22
103:18 104:7,
15,19 105:12,
19 107:9
108:1 109:17
110:21 111:17
113:1 114:22
115:15,21
116:6 117:19
118:18,24
119:7 121:7,
13 122:5,18
123:4 124:3
125:4,7 126:2
127:1,25
129:7,16
130:14,20

131:9,16,21
132:14,21
133:11 134:7,
21 135:16,23
136:3,10,14,
22 137:19
138:4,7
139:6,23,25
141:2 142:7
**older** 32:11
**on** 3:6,7,10
4:10,12 5:1,5
7:8,19 9:10
10:1,3 13:23
14:3,5 15:12,
14,15,16
16:14,18
17:14,16,21,
22 18:9,15
19:4,7,11,23
20:9,23
23:23,24
25:16,18,25
26:4,12,16,
18,22,23
28:4,5,6
29:3,5,8,9,
16,17 30:7,9,
10,17,18 31:6
32:13,17,22,
24 33:5 34:2,
3,4,6,7,25
36:10,14 37:7
38:1 40:12
42:15 43:15,
16 44:6,14
45:8,15 46:3,
4,7,17 47:11,
19 49:8,15
51:11,19,25
53:5,7,15,16,
18,20,22,23
54:13 55:4,8,
16,19,23
56:11,16,17
57:16,22 58:7
60:13,14,16,
18 61:4,7,9,
19,25 62:12,

19 63:25
64:25 65:22
66:25 67:23
68:13,17
69:13 70:15,
21,22 72:13,
23 73:11,12
74:20 75:10,
14,22,23,24
76:13,24
77:23 78:12
79:8 80:12
81:4 82:5,11
83:12,17
84:1,4,9
85:5,9,13
86:2,19,23
87:17,24,25
88:10,16 90:5
92:1,7,23
93:15 94:3,
11,22 97:23
98:24 100:6,
8,11,17,18
101:10 102:20
104:5,20,24
106:23 107:6
110:23,24
111:17 112:21
114:1,18,24
115:11
116:11,12,17
117:4,11
118:6,9,14,
19,24 121:10
122:22 126:3,
9 127:13
128:12,18,24,
25 129:5,11,
14,22 132:2,
22 133:12
134:12,19
135:1,13
136:2,23
137:24
138:13,16,20
139:12,14
140:13

**once** 25:15
55:12 58:2
73:16 75:2
128:15 134:4
136:3,4,18
**one** 4:7 5:24
6:16 14:13
15:5,7,17
21:24 23:13
26:6 28:8,10,
16,24 29:2,13
33:19 34:3
40:20,21,23
42:19,20
43:17,18,24
44:20 47:10,
11,12 48:4
49:4,5 52:2,8
53:21,22 54:7
56:19 61:20
62:22 65:1
69:13 70:2
73:22 74:7
89:1 90:15,21
92:1,10,11
94:19 96:11,
17,19,21,22,
23 98:1
104:18,22
105:18 107:21
110:7 111:24
112:8,9
122:12 124:24
128:1,18
132:8 134:18
135:12,19
136:13 137:20
140:24 141:4
142:2
**ones** 23:2
34:1 96:13
**online** 12:6
14:3
**only** 6:24 7:6
12:10 17:17
20:25 31:18
32:10 33:17
35:22 36:1,9
37:16 38:14

39:4 40:23
42:4 54:20
61:13,14,22
70:3 73:20
74:21,23
78:11 87:21
90:22,24 95:6
96:13,17
105:18 110:7
112:14 114:17
**onto** 53:21,25
56:1 60:21
61:2 68:22
70:17 77:15
81:11 114:3
**open** 18:20
34:18 36:17
67:5 76:10
112:12
**opened** 63:2
85:4 94:15
135:2
**opening** 34:13
42:10 85:23
**opens** 138:18
**operations**
8:6 138:19
**opposed** 27:19
**or** 5:21 6:20
7:20 10:3
11:9,16,22
12:21 13:14,
18 14:5,25
17:15,22
18:2,3 19:9,
15 20:22
21:11,15 22:9
23:19 24:14
25:11,18 26:3
27:17 28:8,
23,25 29:5,13
30:6 32:4,22
33:13,15
34:13,17,24
35:20 36:14
38:8,10 40:3
41:5,20 42:1,
10,15,17
43:5,9,10

44:22 46:21 47:12 48:10, 11,17,18 50:14 52:4, 19,24 53:18, 19 54:7 55:11,25 56:4,17 57:2, 11,17 58:2,20 59:9 60:19 62:3 63:1 64:3,4,8 66:24 67:10, 11,14 68:10, 19,21 70:16, 20,21 72:2,13 73:14,15 74:7,13,16 76:9,22 77:5, 6,9 78:13,18, 24 79:2,5,17 80:2,11,18, 21,23 81:5,7, 8,11,20 82:24 83:5,9 84:8, 19,20,23,24 85:4,12,13,23 86:17 87:4,12 88:9 89:4,10 90:4,19,23 91:22 92:22 93:2,8,11,16 94:10,16 95:12,18 97:8,21 98:11 99:14,15 100:18 101:3 103:7,19,20, 25 104:11,21 105:4,7 107:10,16 109:21 111:19,20,21, 25 112:11,17 113:14 114:9, 16 115:3,8,9 116:16,21 117:14,24 118:5,10,19 119:25 121:8 122:9 124:21, 25 125:2,23 126:10 127:19,24 129:8,12 131:18,23 132:11 134:9 135:12,19 136:4,8 138:1,14 139:7,13,24 140:7,8 142:3

**oral** 111:1

**orange** 2:7 21:17 25:6

**order** 15:8 24:18 41:1,22 107:10 130:25

**orders** 99:23

**Organizational** 109:1

**originated** 65:16

**Orlando** 2:8 4:5 11:25

**other** 10:3,4 13:8,15 17:5, 7 22:3 24:23, 24,25 28:10 30:14 32:1 33:5 37:16 43:18 44:15 53:20 68:19 71:5 72:4 74:16 91:5 93:5 96:9 104:16,22 113:8,12,16 116:20 123:5 128:15 129:19 132:24 133:9 141:5

**others** 78:3

**otherwise** 68:18

**our** 28:20 39:2 56:9 60:8 71:8 96:20 108:12 120:8 122:21

**ourselves** 16:19 61:14 131:24

**out** 7:8 8:22 9:14 14:6,9 15:8 17:4 20:17 23:20 24:20 31:13 35:8 36:14 37:17 38:19 39:6,18 40:2, 7,16 41:6,22 44:12,13 46:16,24 52:1,22 53:2 54:8,11 56:14 58:13,16 61:6,16 63:21 69:23 71:15, 21 73:9 74:21 77:15 78:14 88:4,6 91:21 92:1,10,11,22 94:3 97:12 98:4 102:13 113:18 120:2 127:23 132:19,25 133:14

**outside** 41:17 55:11 73:15 96:12,15,23 100:11 112:15 139:20

**over** 5:14 6:16 9:1 10:5 11:23 13:15 15:3 19:5 43:11 53:1 83:19 92:16 97:16 109:14 114:25 140:1

**overhead** 15:4

**overnight** 34:17,20,21 35:5 36:3,13, 17,18,21 37:2,14 42:8 43:6,16 92:16 123:23

**oversaw** 35:20

**overstock** 18:4 19:24

**own** 7:17,18 9:16 13:13 19:7,19,23 136:4

**owns** 9:14

**P**

**p.m.** 37:5 42:8 67:21 81:18,20 106:21,24 127:11,14 141:15 142:11

**packed** 123:18

**page** 2:13 3:3 75:22,23,24 79:8,9 91:20 137:17 140:13

**paid** 65:12 66:13

**pails** 64:12

**pain** 94:6

**paint** 8:7,8, 15,16 64:12 109:4

**paints** 8:11 9:12,15 109:15

**paired** 12:7,8

**pallet** 19:21

**paper** 16:7 58:6 84:23

**paperwork** 15:1

**paramedics** 3:9 102:2

**parked** 72:7

**part** 8:10 15:2 16:9

17:22 22:25 56:20,21 63:9 102:19 114:15 136:18
**particular** 8:21 11:22 13:1,5 14:14 16:12 20:21, 22 25:8 26:13,23 27:6 28:1,14 29:12 30:12 35:21 41:22 46:24 53:10 62:24 63:7 64:1 70:23 76:15 77:10 96:11 109:20 121:18
**parts** 12:13 20:13,15
**past** 4:7 45:7 80:11 106:21
**patron** 23:16 64:2
**patrons** 60:17 106:4 130:24 139:15
**pattern** 33:15
**Peggy** 4:11
**pending** 7:7
**people** 25:17 30:14 36:14 40:13 42:16 43:9 54:6 57:11 60:6 62:12 63:8 64:15 74:21, 24 76:22 79:7 91:16 92:3 112:12 121:3 123:12,16 127:22 128:3, 4
**Pepsi** 19:18
**Pepsis** 25:5
**per** 32:25 128:20,21
**percent** 17:1, 2,12 28:8,9, 24 29:13 46:7
**percentage** 28:20
**percents** 29:9
**perfectly** 7:1
**perforated** 33:17 65:13, 18,22,24,25 66:10 69:11
**perform** 61:13
**perfunctory-type** 84:8
**perhaps** 118:4
**perimeter** 69:22 92:17
**period** 13:9 31:10 36:8 87:18 93:7 123:1 128:14 133:15 134:14 138:12
**periodic** 135:24
**periodically** 70:12 88:15
**periods** 12:11
**permission** 102:1,12
**person** 35:19 36:4 91:11 93:9
**personal** 87:25
**personally** 6:25 78:18 81:11
**perspective** 87:16
**PGP** 8:14
**pharmacist** 11:2
**pharmacy** 11:1,3 20:10 42:13 43:25 44:1,5 48:23 67:7 79:13, 18,24 92:5 101:25
**pharmacy's** 36:17
**phone** 102:6, 12,14 103:5
**photo** 24:1 26:4,11 40:20,21 47:16,25 48:5 62:18 65:21 88:24 89:12 116:17 117:15 118:18 128:16 134:17
**photograph** 3:4,5,6,7,8, 9,10 26:18,25 52:13 55:17 56:19 121:7
**photographs** 73:21 74:4,6, 17
**photos** 23:22, 24 72:21 73:4,6,24 74:1,10 88:21 115:25 116:3, 7,15 117:4, 13,20 134:11
**physically** 31:23 80:16 92:11 95:12
**pick** 47:5 82:14
**picked** 123:2
**picking** 70:21 88:17 115:16
**picture** 64:2 65:2 69:17
**pictured** 121:10
**Pittsburgh** 8:15,16
**place** 20:21 57:10 61:17 86:16 88:4 115:19 135:9
**placed** 16:21, 22 19:2 31:24 63:19 95:17, 18 97:22 111:14
**placement** 95:2
**places** 19:16
**plaintiff** 2:3 4:11 122:10 124:18 125:10
**plaintiff's** 3:3 24:2,3,16 25:2 26:11,25 29:4 31:14 39:20 50:16, 18 52:12 53:6 62:17 63:19 64:2,21,25 65:21 66:1,4 68:5,24,25 69:1,2,10,17 70:25 71:21 72:11,24,25 75:14,15 77:19 99:8 105:20 114:24 116:5 117:24 129:10 130:22 131:3 136:23, 25
**planning** 111:14
**planogram** 14:16,19,20, 24 16:2,11,17 17:2,5,12 28:2 92:21
**planograms** 46:6
**plastic** 19:21 32:25 33:4, 11,12 39:6
**please** 4:8 5:8 72:17,18 102:25 104:21 137:18

141:20,24
**plus** 22:2
**point** 9:20 11:3 16:5 20:7 49:1 51:20 52:2,8 53:12 55:12 58:5 61:8 75:8 82:4,18 83:22 85:2 86:1 94:24 101:5 103:5, 15 113:3,9,25 115:9 122:2, 12 136:8
**points** 137:21
**police** 48:25 78:13 80:11 102:16
**policies** 126:8 140:1
**policy** 59:1 63:5,11 97:7 106:9 130:21 131:16,23 132:1 136:4, 6,11,19 137:11 138:4 139:7,24 140:8
**pools** 100:21
**portable** 140:15,20,24 141:7
**position** 8:23 9:18 11:14 12:13 73:14 87:7
**positive** 110:23
**possible** 57:19 63:8
**possibly** 32:19
**potentially** 32:11,16 64:3 137:25
**poured** 58:13
**PP** 110:18
**PPG** 8:7,15,16 9:1,7,11,14 110:19,20
**practice** 74:25
**Predominantly** 76:12
**prepackaged** 18:16,22
**prescription** 77:5
**prescriptions** 79:16 102:8
**present** 74:8 117:4 122:7
**preserve** 77:10 78:11, 18 80:24 81:5
**preserved** 48:11 78:12 81:11,21
**preserving** 77:19
**pretty** 37:10 64:7 89:13 90:5 98:16 129:13
**preuniversity** 8:1
**prevent** 70:20
**prevention** 78:2
**previous** 12:8
**previously** 9:16
**price** 15:12 128:17,22,23 129:2,12,13, 23
**pricing** 14:22
**prior** 9:11 10:16 45:18 54:22 73:15, 18 74:16 88:1,7 109:4
125:11 126:13 133:3 140:10
**probably** 11:5 35:10 83:16, 17 113:8
**problem** 31:5 64:24 107:8, 19 110:2 137:4
**problems** 109:21 132:7
**procedure** 31:20 39:13 59:1 63:6 66:17 94:25 100:16 106:10 131:16 135:24 139:24
**procedures** 126:9 140:1
**process** 5:16 31:20 43:3 57:15 80:17
**product** 14:22 15:9,13,14, 15,17,22,25 16:18 17:9 19:6,11,16 22:24 23:1 29:5,11 30:19 32:5,11 34:7 36:25 41:16 46:5 59:3,9, 10 60:15 61:2 62:11 64:8 68:11,14,22 91:23 105:10 121:24
**products** 16:15 19:14 20:19,20,22 21:1,9 25:4 27:17 111:14 124:13
**professional** 109:13
**promoted** 13:13 72:9
**prompt** 138:14
**promptly** 131:18 138:8
**proper** 95:2 132:15
**properly** 111:9
**protection** 51:24
**protectors** 51:10
**provide** 27:10
**provided** 23:22 72:22
**provides** 27:2
**proximity** 74:4
**published** 30:10
**puddle** 82:24 83:5 84:19 86:19
**pull** 23:20 40:1 63:22 78:7 80:24 131:24
**pulled** 41:6 63:4 80:11 81:20
**pulling** 61:6 77:19 79:24
**purchase** 129:22
**purchased** 7:18 40:13
**purchasing** 91:5 92:3
**Purdue** 108:20,21
**purpose** 66:7, 10 122:2
**push** 23:19 41:8,12,21 51:25 71:22
**pushed** 40:9 41:5 42:2 52:22 56:14

63:2,13 69:23
**pushing** 32:11 50:7 53:2
**put** 15:6,25 18:18,19 19:5,6,8,11, 24 38:10,15 39:4 43:12 51:10 53:22 55:11 58:16 61:2,9 66:15 77:15 80:12 82:15 83:12 94:22 97:12 99:1,11 104:24 111:13
**puts** 15:12
**putting** 14:22 23:5 59:9 66:21 78:12

Q

**quantify** 30:18
**quantity** 21:24 32:18 130:18
**question** 6:3, 4,6,14,17,19 7:7 14:8 31:1 41:1 51:7 96:3 105:23 107:21 113:2, 22 114:12 120:6 122:5
**questions** 5:18,24 12:15 107:14 108:2, 3,12 126:22 127:23
**quick** 5:15
**quicker** 28:10
**quickly** 7:24 56:4 57:19 70:7
**quite** 132:25

R

**rack** 23:20 32:4 41:3,22 42:1 53:7 55:1,16 63:7 67:15 71:22 72:14 89:7 96:7 113:2,19 130:21 131:3, 5
**rack's** 56:14
**racking** 18:11 53:25
**racks** 53:7,16 55:8 63:6 66:24 101:11
**raised** 112:9
**rare** 37:17 44:9
**rather** 68:19
**rationale** 28:1
**re-inspect** 115:12
**reach** 63:10 112:8
**reach-in** 22:3
**read** 96:18 97:14,24 138:2,10,21
**reader** 95:21 96:4,11,14 97:2,12,17
**readers** 96:13
**readily** 79:15
**reading** 95:8 98:2
**readings** 98:5
**real** 7:24 13:14
**realized** 101:7 125:19
**really** 8:19 18:14 19:10 44:2 49:11
59:13 65:12 72:1 101:15 104:4 140:23
**reason** 5:15 27:7,16 35:22 36:2 62:24 63:21 65:9 66:15 85:8 90:4 94:23 114:2 122:16 125:1
**reasonably** 119:21
**reasons** 132:8,16
**recall** 6:25 7:2 17:7 21:19 23:24 44:15,24 45:13,17 48:10,20 50:3 52:20 57:1 73:5 76:18 80:2,20 86:3 107:1 118:25 128:22 136:19 137:13 138:5
**receipt** 75:22
**receive** 12:2 14:5 16:14 76:21 112:4
**received** 12:5,20 13:3 17:8 76:25 77:2,18 78:20 80:15 98:12
**receiving** 60:25 79:17 80:20 105:10
**recognize** 73:4 119:10
**recollection** 83:15 122:14 124:4 128:7
**record** 5:1,9 22:10 67:21, 24 106:17,18, 21,22,24
127:4,9,11,14 137:7 138:19 141:16
**records** 77:4
**rectify** 119:10
**red** 28:16 29:1 97:2
**Redirect** 2:17 130:3
**reference** 29:7
**referencing** 75:6 133:25
**referring** 14:17 22:21 54:25 68:4
**reflected** 69:10
**refrigerator** 23:5 98:22
**refrigerators** 107:7
**regarding** 5:4 17:8 137:11 140:2
**Regardless** 106:13
**regards** 94:14
**region** 11:16, 22 77:6
**register** 46:5 91:6,11 92:4 93:9
**registers** 20:7 45:8 91:8
**regular** 46:3 61:14 74:25 75:11 127:19 128:5 129:12, 13,21,22 136:1,18 140:2
**regularity** 59:19

**reject** 105:8 120:12
**related** 48:17 77:19
**relates** 128:22 139:25
**relative** 64:11
**relay** 102:17 103:24
**remain** 134:13,15
**remaining** 41:23
**remember** 11:15,24 14:1 19:3 26:2 28:19 29:1 34:23,24 35:1 36:1 44:19 45:19 46:12 47:17 48:13 49:2 51:5,9, 14,24 52:4 61:21 62:15 65:13,18 68:20 71:8, 11,24 72:2,5, 6,7 73:8,16, 19,23,24 74:1,2,9,12, 18 76:20 77:12 78:10, 21 80:4 81:1, 7 83:10,19 84:22 85:7, 20,23 86:9, 13,16 87:7,9 88:9 89:9,17 97:21 107:8 111:23 115:7, 14 118:4,7,14 119:4 121:1 122:13 123:9, 11,12,22 124:22 127:21,24 128:3 129:1 133:8 135:5, 11 136:5,13, 15 137:16
**remembered** 87:11
**reminded** 122:16
**remote** 96:4
**remotely** 97:24
**removed** 115:12
**removing** 119:24
**rental** 7:17
**repaired** 57:2 131:17 132:16
**repeat** 113:21
**rephrase** 6:4
**replace** 131:24
**replaced** 57:2 131:18
**replacements** 107:10,11
**replenish** 40:14
**report** 11:11 115:9
**reporter** 5:17,23 141:18,21
**reporter's** 6:15
**reporting** 12:12
**represent** 4:9 108:11
**representation** 29:12
**representative** 78:1
**requesting** 77:9
**required** 20:21 36:9 67:3 97:7 136:10,17 139:15 141:5
**requirement** 18:25
**rescue** 74:5, 7,15,23 81:17 94:4
**residence** 7:10
**residing** 7:14
**residue** 54:13
**response** 5:24
**responsibility** 38:22 39:2,4 45:22 95:5 124:11
**responsible** 8:20 11:2
**rest** 17:1 39:2 50:8
**restock** 30:20 32:5
**restocking** 29:18 112:20
**result** 81:5 113:6 132:11
**retail** 9:1
**retract** 80:16
**retrieve** 78:18
**Richard** 82:19 83:18
**right** 5:17 6:7,10 7:3,8, 19 12:23 17:7 18:17 20:9 22:20 27:5,9 34:19 37:5 40:21 45:13 58:12,15 62:23 67:18 73:15 76:16 77:17 82:4 86:16,17 87:8 89:10 95:8 96:7,12 97:6 101:18 104:9 105:25 106:9 107:13 108:4, 6,10,16,18 109:3,7,12 110:1,17 111:8,13,17, 24 112:4 113:4 115:24 116:1,2,7,10, 24 117:7,24 118:3,8,10 119:7 120:22 125:9 126:20 128:18 129:25 130:6 131:7, 14 134:24 135:10 141:10
**ringing** 46:5 91:12 93:9
**role** 9:10
**roll** 40:16
**rolled** 59:7 73:15
**roller** 42:5
**rolling** 39:22,24 40:22 41:3 48:13 61:10
**Ron** 4:2
**Ronald** 2:13 4:16 5:10
**room** 69:15
**rotated** 129:4,18
**rotation** 36:10
**roughly** 13:19 26:3
**Rousso** 2:3, 15,17 3:11 4:10,21 5:2 8:12,17 22:11,12 24:5,10,12 27:13 30:4,24 43:23 49:13 50:21,22 54:20 55:2,5 59:24 64:14, 23 65:3,6,8

66:3,6,9 67:18,25 69:4 73:3 75:17, 19,20 83:3 87:23 106:18, 25 107:14,20, 22 109:23 110:9,12 113:20 114:6 117:16 118:12,21 119:2,12 120:4,16,25 123:7,25 125:12 126:5, 16,18 127:4,6 128:9 130:4 133:19 135:22 137:4,6,8 140:12 141:20,24 142:5,8

**row** 68:17 70:2

**rows** 17:25 70:3

**rubbed** 83:13

**rubber** 19:20 107:6

**rule** 5:20 6:2,12

**rules** 5:15

**run** 20:7 24:19 37:18 42:17 51:11

**running** 106:19

**rush** 90:4

**rusting** 66:25

S

**sad** 35:8

**sadly** 28:15

**safe** 106:10

**safety** 3:12 60:7 111:6 119:17 124:15 132:16 137:10,12

**said** 5:8 8:14,24 24:13 31:16 38:20 61:25 80:10 82:14,18 102:3,5,8,10, 11 103:2,6,7, 10,20,24 104:8,12,20 109:3 111:25 112:8,22 115:6 116:25 124:7 125:14, 20,25 132:3, 24 139:25

**sake** 6:15

**sale** 17:14,22 25:18 26:15, 16,18,23 29:5,8,9,17 30:7,9,10,11, 19 34:7 56:17 60:14 128:12, 24 129:1,5, 14,15

**sales** 18:1 92:22 128:22 130:9,10

**same** 29:9 73:14 108:2, 3,4

**sandals** 106:1

**save** 78:24 85:1

**saved** 103:4

**saving** 81:7

**saw** 39:25 46:16 80:3 84:16 86:19 87:9

**say** 7:1 11:20 15:11 21:22 26:3 28:22 31:12 32:25 33:16 35:18 37:25 38:1 41:25 43:14 46:6 47:11 49:6,21 51:17 52:23 57:8 59:11,17 60:7 63:25 83:4 84:3 89:4 91:21 92:2 93:4,6 97:1, 10 98:13 103:18 107:4 108:24 109:12 112:12 115:5, 21 116:12 117:10,25 119:19 132:13 135:1 138:15 139:17 140:11,19

**saying** 15:4 25:11 41:19 55:6 60:25 69:19 75:3 78:24 83:10 100:11 103:14 112:17,19 115:22 121:2 128:6 141:4,5

**says** 15:6,7, 17 129:14 137:23 138:7, 8,16 140:14

**scan** 15:21,23

**scanned** 105:8

**scanner** 15:21,22

**schedule** 43:11

**scheduling** 45:23

**schematic** 16:3

**scratches** 52:25

**scream** 45:16

**screen** 22:15, 17 47:19

**Sea** 71:25 72:5

**seals** 107:2,4

**seasonal** 16:17,21,22 17:5,15 18:1 42:16 43:10, 16 90:23

**seasonality** 122:23

**second** 6:2 32:18 106:18

**section** 15:7, 17 16:17,23 17:15 51:13, 21 69:23 139:18

**sections** 16:16 52:3,9, 10

**see** 22:14 24:6 25:2 33:14,20 36:3,5 40:20, 21 45:9 55:12 61:23 66:2 68:4,24 78:6 83:20,22 84:17,23 87:6 92:17 93:15, 18 94:2 96:15 100:17 101:12 102:16 104:3 115:10 117:22,23 118:5 121:10 122:8 128:18 130:14,18 140:17

**seeing** 76:18, 20 118:25 119:4 137:13

**seem** 118:15 128:14

**seemed** 50:1 83:16 86:8 87:7 123:19 124:6 128:13

140:7

**seems**  52:14
53:6 64:25
65:1 69:5,6
88:22

**seen**  53:8
69:6 77:8
79:19 84:19
126:23 127:2,
20

**select**  18:19

**sell**  30:2
89:23 105:25
106:1

**seller**  28:3,
13 29:25

**selling**  60:4
61:16

**sells**  28:10

**send**  76:24
77:23 79:7
80:17

**sending**  81:7

**sense**  17:4,20
29:14 89:23
95:23

**sent**  80:9

**separate**  19:7
96:16

**separation**
19:6

**served**  11:23
13:4

**serves**  51:23
52:7 56:23
76:16 130:17

**service**  91:15

**set**  14:14
16:11,24
17:3,12 18:1,
4 31:23 62:21
64:1 88:8,15
100:16 105:21
112:21 130:23
131:4 132:1
136:15 140:6

**setting**  127:6

**seven**  26:3,7
31:10 73:22
80:5 89:2
109:9

**severanced**
9:13

**severity**  58:8

**she**  6:15
73:10,12,13,
14,17,18
74:4,11 82:9,
12,15,16
83:6,9,18
84:13 85:21
87:22 91:20
93:19 94:2,3,
5,6,11 101:22
102:1,3,5,7,
10,14 103:2,
3,6,13,16,19,
20,21 104:2,
11 115:6,12,
18 127:18
135:18

**she's**  83:24
125:22,23

**shelf**  15:15
28:5,6 39:15
60:22 61:2,9
63:22 64:1
94:22 133:13

**shelve**  30:21

**shelves**  18:15
22:25 27:19
28:3 29:18
30:3 31:19,24
32:14,21
34:2,3 38:11,
18 39:9 49:16
54:13 60:4
104:24 134:13

**shelving**
26:23 39:21,
22,24 42:5
62:20 63:18
69:17,18
105:20 134:4
135:14 137:24

**shelvings**
140:6

**shift**  34:25
36:3,5,13,16,
17,21 37:2,3
42:8,9,10,17,
20 43:7,20
90:16 91:8
92:16 122:24
123:1 124:10,
21

**shifts**  36:6,
7,11 37:14

**shine**  68:22
87:3

**shiny**  83:21
87:1

**shipment**  90:4

**shoe**  67:4,6,
10 117:25
118:1

**shoes**  67:6
70:22

**shoo'd**  123:13

**shooed**  74:20

**shop**  48:2

**shopping**
103:2

**short**  39:14

**shorts**  93:15

**shot**  22:13
47:18 50:17,
23

**should**  54:21
97:18 106:10
117:25 130:23
131:5,17
139:8

**show**  24:1
50:16 52:11,
18 53:5 55:18
66:1 72:21
75:13 118:1
136:22

**showcase**
122:3

**showing**  52:6

91:22

**shown**  117:4
129:10

**showroom**
20:11

**shows**  117:23
128:16

**sic**  48:5
128:6 140:6

**side**  20:9
22:3 45:9
47:23 62:23

**sides**  51:25
68:13,17

**sight**  91:17
120:2

**sign**  29:6
58:15

**signature**
76:1,2,3

**signed**  75:23

**significantly**
131:13

**silver**  121:9,
15,16

**since**  70:7
89:11 113:9
127:1 132:18
134:21

**single**  61:5
94:24 104:17

**single-serve**
21:13 25:6,7

**sip**  62:8

**sir**  103:6
112:13

**sit**  50:3 80:3
85:11 86:18
90:8 111:18
124:3

**site**  14:3

**situated**
67:15

**situation**
19:11 42:15
44:7 76:23
78:12 86:2

110:2 125:17
**situations**
  44:4 48:22,
  23,24
**six**  9:21
  26:3,7 31:10
  36:23 73:22
  80:5 89:2
  137:20
**skim**  28:24
**slickness**
  84:20
**slip**  86:24
  110:7,15
  115:2
**slip-or-trip**
  92:7
**slipped**  82:16
  83:7,9 103:19
  104:11
**slips**  104:16
  132:11
**slow**  74:18
  89:10 122:14,
  17,18 123:5
**slower**  123:1,
  19
**slower-moving**
  29:23
**slushy**  101:6
**small**  47:1,3
  53:18 54:3
  58:18 59:18,
  20 70:17
  97:19 100:19
**smaller**  29:11
  60:15
**Smart**  93:21
**smoothly**  5:16
**sneaker**  67:11
**sneakers**
  106:7
**so**  5:14 6:25
  7:6,20 8:21,
  23 9:15 10:8
  13:3,17,18
  14:23 15:4,5,

16 17:3,15
18:14,17 19:7
20:6,18 21:4,
7,13,15,23
22:5,6,13,19,
20 23:8,13,21
24:1,13,18,25
25:1,10 26:6,
8,25 28:4,7,
12,22 29:7,9,
16,22 32:8,16
33:1,19
34:15,18
35:18 36:11
38:4,7,14
39:20 40:7,
16,25 41:17,
20,25 42:12,
19 43:5,9,11,
14 44:6,7
45:3,6,10
46:16,25 49:3
51:11,19 53:5
56:13 57:14
58:7,10 59:14
60:2,6 61:8,
11 62:8,17
63:8,18 66:14
67:9 68:11,13
69:19 73:7,17
77:22 78:4,15
79:16,18
80:15 81:2,9,
24 82:4,21,23
84:3 85:11,23
86:12,13,14,
18 87:1,24
88:3,10
89:15,25
91:3,25 92:2,
11,22 93:4,
22,25 94:1,6,
9,19 96:4,16,
25 97:13,22
98:2 99:7,10,
13 101:24
103:18 104:9
105:6 106:19
107:9,17,23

108:1 109:12,
16 110:1
111:8,24
112:8,19
113:6,13
114:11 115:21
116:10,15,24
117:3,13
118:3 119:11,
19 120:12
121:9 122:7,
18 124:14,21
125:1,4 128:2
129:2,7,21
131:2,25
132:14 133:11
135:12,16
136:3 139:3,
18,20 140:25
141:11
**soda**  21:11
  64:19 68:15
**sodas**  21:17
  25:5 31:15
  139:19
**soft**  50:15
**sold**  19:14
  39:19 89:5,6,
  11 123:20
  128:23 129:3,
  12 130:15,19
**solid**  33:13,
  18 65:17
**some**  9:20
  16:5 18:5,6,
  15 19:9,14
  23:22 25:4
  33:15 42:1
  44:8 48:18
  51:4,5 52:2,9
  54:2 55:18
  58:18 59:19
  60:20 64:15
  68:1 71:15
  72:16 73:24
  79:2 81:11
  82:4,23 83:5,
  21 86:1
  89:20,21

90:4,6 93:5
94:9,22 99:20
106:1 107:15
108:2,11
112:23 114:9
115:8 116:24
118:5,9
120:14 122:16
125:2 126:21
127:22 128:4
132:22 133:11
138:13
**somebody**  95:3
  112:16
**somebody's**
  93:23
**somehow**  30:18
  56:1
**someone**  36:13
  38:8 53:19
  58:10 63:20
  78:10 91:8,19
  95:7 97:16
  105:5 112:15,
  21 113:17
  114:2
**something**
  6:10,25 18:3,
  4,18 19:10,15
  21:2 36:13,14
  39:14 48:18
  49:1 53:7,19
  54:3 57:18
  58:5,19 60:4,
  19 63:14
  65:14 70:13
  75:2,7,8
  76:21 77:4,5
  79:5,17 81:10
  87:6,11,12
  88:11 91:22
  100:15,21
  103:7 105:6
  112:22
  113:15,17
  114:3,4,18
  115:3 118:8
  119:22 120:20
  121:9 123:15

125:22 127:19
136:7,19
**something's**
25:18 26:16
113:11 114:8
**sometimes**
18:20 36:12
53:21 56:10
59:3 60:14
61:19 70:2,3,
4 129:18,19
**somewhere**
57:22
**sooner** 39:19
**sorry** 8:12
33:9 37:9
54:19 60:10
62:6,9 65:6
99:4,5 103:14
108:23 110:20
137:2,6 140:5
**sort** 19:9
72:16 114:9,
16 129:20
**Sounds** 6:8
**sour** 21:4
25:5
**south** 9:3
11:25 48:1
**southeast**
45:9
**space** 34:4
51:9
**spatters**
55:19,23 56:5
**speak** 82:7
101:18 102:23
**special** 17:22
18:21 19:22
26:12 129:11
**specialized**
67:12
**specific**
19:16 66:15
108:25
**specifically**
80:8 87:12
115:7

**speculating**
123:22
**speculation**
114:7 124:1
133:17,20
**spent** 45:24
46:8
**spill** 58:4,8
114:9,16
115:9 119:24
120:2 132:22
136:7 138:14
**spillage** 90:9
**spilled** 75:8
122:9
**spills** 57:16
59:4 93:11
109:22 110:2
120:14 134:9
138:9
**splattered**
54:10 55:4,10
**spoke** 102:22
**spot** 83:21
**spots** 100:19
**square** 131:23
**squares**
131:22
**squeeze** 41:13
**St** 10:3,5,6
13:16 72:4
109:20
**stack** 24:18
32:22
**stacked** 19:22
32:24 33:5,8
34:2,3 49:16
69:13,16
70:11 88:22,
25 89:13
90:10 101:11
115:25
**stain** 72:16
**stained**
131:24
**stand** 114:2

**standard**
37:11 58:3
94:25 98:20
**standardized**
39:13 97:20
**standards**
105:22
**Staple** 75:19
**start** 12:18
93:22 116:3
**started** 12:21
13:17
**starts** 81:14
**state** 5:8
82:13 110:13
132:5
**stated** 82:12,
15 83:6 84:12
87:20 102:15
103:15
**statement**
125:10
**states** 4:4
15:3
**stay** 43:6
74:21 124:25
**step** 63:9
64:3 112:9
130:24 135:18
139:8
**stepping**
59:21
**sticker** 15:6
29:3
**stickers**
29:11
**still** 31:2
43:7 54:12
55:7 89:15,
19,21 90:5
97:11,24
124:20
**stint** 109:9
**stock** 23:15
31:19 32:1,3,
8 38:11 41:20
61:23 90:6

**stocked** 21:7,
18 22:24 23:1
25:9 39:9,22
40:1 60:8
61:5 69:7,10
**stocking**
31:15 41:17
46:5 57:11,22
59:10 69:20
**stocks** 92:15
**stood** 127:22
**stop** 82:21
**storage** 81:12
**store** 5:4
8:11,19,21
10:2,5,6,8,9,
12,21,22,24
11:5,12 12:9
13:1,5,13,15
14:5,12,13,21
15:9,23 16:3,
10,12,15,20
17:1,4,9,16
18:20 19:16
20:1,4,8,13,
22 21:20
28:14 31:21
34:8,13,17
35:21 36:21
37:20 40:3,8,
17 42:12,20
43:18 44:3,6,
18 45:4,7
46:21 47:6,22
53:9 57:3,4
63:16 65:16
66:14,18
70:23 72:9,10
76:7,12,15
77:10,25
78:7,16,17
79:11,21,25
80:13 81:19
90:15,22,25
91:5,16 92:8,
12 95:4
102:21 104:22
109:14,19,20,
22 110:3,8,15

111:5,11,15 114:4 116:16, 19 117:14 121:18 122:13 123:3 124:4, 18 126:3 127:22 129:21 130:21 136:20 137:25 138:5, 17 139:1,8,15
**store's** 14:6, 8,16
**stored** 15:15 27:17 31:22 32:8,13 53:20
**stores** 8:21 9:1,2 11:18 12:8 13:8 16:2 71:7,10, 18 106:10
**Street** 10:10
**strictly** 21:7,8 46:23
**strike** 9:5 19:1 20:17 25:23 26:24 46:19 56:18 81:3 124:1
**stuck** 115:5
**stuff** 18:19 21:18 23:5 46:1 66:21 72:12 77:25 78:3 80:7 82:13,15 91:5,12 115:16
**substance** 118:5 122:9
**substantially** 99:12
**such** 16:5 21:11 71:21 77:18 91:20 111:5 122:7 134:14 137:25
**suggestion** 120:13
**Suite** 2:4,7
**summer** 88:13
**supervise** 10:25
**supervised** 11:19
**supervision** 109:2
**supervisor** 34:20,21 35:5 42:18 76:9 90:20 95:7 105:4
**supervisors** 34:24 88:12 105:5
**supposed** 14:6 16:3 63:22 114:19
**sure** 5:18 12:12 14:7 16:10 18:13 39:5,17,18 49:1 50:21 61:4 64:6 67:7 70:13 78:2 83:23,25 84:4,9,11 86:15,18 88:14 92:7, 14,20,25 93:13 94:16 101:21 106:6, 8,12 113:24 114:20 119:20 122:25 125:18 128:4 130:17 132:17 136:12 137:15 142:6
**surprising** 98:14
**surveillance** 126:21
**sworn** 4:18
**sync'd** 142:3
**synced** 142:5
**system** 32:1 48:11 49:9
53:25 78:6 79:3 97:23

**T**

**T.G.** 37:24 38:1,8
**tags** 26:15
**take** 5:23 6:15 7:5 33:19 38:19 39:6 43:12 58:25 61:17 62:8 67:18 84:6 92:16 95:12 96:17 98:5 110:17 114:10 116:4 117:8 126:20 137:17 141:22 142:2
**taken** 5:12 23:23 43:24 62:19 72:22, 23 81:16 84:2 88:24 97:7 103:13 114:10,19 116:8,11,21 117:11 129:11
**taking** 5:2 23:24 58:22 62:7 73:24 74:17 84:22
**talk** 6:5
**talked** 42:7 62:11 101:21, 25 103:1 113:1 127:23
**talking** 6:16 11:4 28:23,24 52:16 60:24 61:1 100:25 101:2,23 109:20 112:16 131:9 134:2
**tape** 67:24 106:19
**task** 43:7
**taught** 32:1
**team** 74:19 92:16 123:24
**tech** 44:13
**technically** 42:12
**technician** 44:10,21 74:23
**techs** 11:3 44:5
**tell** 9:23 12:4 21:25 22:8 25:12 26:17 29:4 46:9 47:8,19 49:4 56:20 62:20 72:12 76:1,3 78:22 81:19 84:13 85:19 87:17 88:5 89:16 90:7 102:24 121:16 134:22
**telling** 136:6
**temperature** 95:4,12 96:17,20 97:7,15 98:1, 11 105:13,15 124:7,14 138:17,20 140:14,20 141:6
**temperatures** 95:10 138:20
**ten** 7:16 25:16 49:4,6 57:4 89:2,5, 7,11 111:25
**tenure** 57:3,6 109:19 110:8, 22 111:2
**terms** 57:14 110:23,24
**testified** 4:18 110:6

122:12 127:16 130:20 131:12 133:2 134:7 135:2,16,23

**testify** 85:11 86:19,22 87:24 90:8 135:12

**testimony** 16:4 54:23 78:15 83:2 99:23 110:10 116:24 120:5, 17 125:13 140:10

**testing** 111:2

**than** 17:5 28:10 31:14 49:5,6 76:8 99:13 113:8, 16 116:20 123:23 124:4 132:24 139:14 141:5

**Thank** 14:18 35:11 65:6 107:17 108:6 141:10 142:8

**that** 5:4,8, 18,20,25 6:6, 16 7:7,14 8:14,20 9:6, 22 10:6,8,9, 12,16,17,24 12:6,9,11,12, 15,20,21 13:2,5,6,8,21 14:12,13,14, 24 15:1,5,6, 8,10,12,15, 17,23,24 16:4,10,12, 16,18,19,20, 23 17:3,6,9, 12,14,15,20 18:3,9,14,15, 23 19:1,4,10, 15,20,21,22, 24 20:6,11, 14,17,20 21:1,2,7,8, 18,20,24 22:2,6,13,14, 16,20 23:21, 22,23,24 24:10,13,15, 17,19,20,22, 23 25:1,23,25 26:4,5,11,12, 13,15,17,23, 24 27:2,6,7, 9,16,18 28:1, 14,20 29:12, 14 30:16,18 31:6,9,12,13, 16,18 32:13, 15,17,23 33:4,8 34:1, 19,22,25 35:6,19,21,22 36:1,4,6,7, 13,15 37:3,7, 20,25 38:15, 19,22 39:14, 18,24,25 40:2,4,16,20, 21,23 41:2,3, 11,17,21,24, 25 42:1,3,4, 5,6 43:1,2, 14,17,22,25 44:3,4,11,15 45:2,5,8,9, 18,23,24 46:6,13,19 47:5,9,13,20, 21,23,25 48:3,8,11,15, 18 50:11 51:5,7,9,10, 12,18,22,23, 24,25 52:4,5, 15,18 53:8, 10,12,21 54:1,3,5,20 55:11,12,16, 20 56:14,18, 24 57:2,3,8, 15,18 58:5,6, 12,16,19 59:2,7,8,11, 12,14,17,21 60:1,5,7,11, 12,14,15 61:3,5,8,11, 15,17,19,21, 25 62:11,15, 18,20,25 63:8,9,11,12, 14,18,20,24, 25 64:2,9 65:3,9,10,13, 17,20,21,22 66:7,10,16,19 67:10,12,16 68:1,4,6,17, 18 69:7,8,22, 23 70:20 71:1,5,10,18, 19 72:9,12, 17,20,21,22 73:18,21,24 74:15,18,21, 22,23,24 75:2,8,19 76:2,3,14,16, 21 77:5,6,9, 22 78:3,6,14, 16,17,20,25 79:6,10,20, 22,23 80:6, 12,13 81:1,3, 8,9,10,14,17, 19 82:9,12, 13,15,18 83:4,6,12,13, 15,23 84:3,6, 11,16,24 85:2,3,7,16, 23 86:2,4,19, 22 87:1,13,17 88:2,6,11,15 89:5,6,7,13, 15,16,23 90:14,24 92:1,2,9,10, 19 93:1,4,6, 18 94:6,10, 11,17,20,23, 24,25 95:4,5, 6,7,8,13,15, 16,23 96:3,7, 11,13,14,17, 20,21,23 97:3,7,8,12, 20,24 98:7, 19,20,22 99:6,9,15,18, 19,23,24 100:3,6,8,11, 16,17,20,21 101:7,9,17,23 102:14,15,20 103:5,7,15, 17,19,20,21, 24 104:2,8, 14,16,21,23 105:7,9,18, 21,23 106:3, 4,10,13 107:25 108:15 109:5 110:13, 15 111:2,4,5, 13 112:10,14, 16,17,23 113:15,22 114:2,4,11, 14,20,25 115:6,8,14, 19,20 116:19, 20 117:1,3,4, 12 118:2,7,8, 10,20 119:8, 9,15,19,20,23 120:1,3,7,12, 13,20 121:3, 10,11,24 122:2,12,13, 14,16,17,19, 20 123:3,5, 10,13,17 124:6,7,10 125:10,23,24 126:9 127:17, 18,19,22,23, 24 128:1,3,5,

18,20,21,22 129:2,3,4,12, 13,17,18,19, 23 130:9,10, 15,20,21 131:1,2,3,5, 12,15,17,19, 22 132:3,8,9, 14,15,19,21, 23 133:2,3, 12,13,22 134:4,7,8,9, 11,22,25 135:2,3,5,9, 11,17,19,23 136:5,7,8,19, 23 137:6,25 138:2,4,6,10, 12,21,23 139:3,6,8,11, 12,15,19,21, 24,25 140:7, 16,17,19,20 141:7,18

**that's** 8:8 11:9 14:17, 18,22 16:17 17:24 18:20 20:7 21:23 22:21 24:11, 15 26:7,8 29:1,3,6,11 31:14,18 32:7 33:2,25 35:10 37:10 39:13 40:19 48:15 49:15,16 51:3,6,9,12, 13,17,18 52:4 53:3 54:17,20 55:12,24 56:7 57:10,22 58:14,19 60:8 62:7 64:12 65:22,25 69:9 76:1 78:19 82:6 84:14 87:2 88:16 90:25 91:1,7 94:13 97:25 98:1,22 99:6, 8 101:7 103:10 104:6 105:7 108:6 109:6,17 110:21 112:13 114:19 115:23 117:2 119:9 121:17 123:20 125:24 128:6, 10 130:1 132:1 133:5, 22 139:18 140:25 141:10

**thaw** 100:3

**theft** 48:17, 23 78:13

**their** 17:16 19:16,19,23 20:23 30:6 35:1 38:8,22 39:3 44:1 63:6 67:8 70:22 88:9 98:24 112:22 119:17 136:6

**them** 5:19 9:13,25 12:21,22 13:18 17:17 23:10,17 24:6 38:10 48:5 68:13 72:24 73:25 74:7,20 77:7,14,16, 22,24 78:14, 22 81:24 91:18,22 94:22 98:20 106:1 110:4 116:1 123:14 128:14 134:14

**themselves** 4:9 32:8

**then** 10:5 15:7,22 19:23 20:7 21:13 22:1,15 23:2 25:13 27:24 36:3,23 38:18 40:9,12 41:13 43:1,7 46:16 51:3 53:22 54:7 55:12 56:24 58:5,8, 14,16 63:3 77:15 89:21 91:20 94:24 98:21 100:2 101:24 105:5 112:21 113:7 114:2 127:1,9

**there** 7:22 12:6,10,11,14 13:8 14:15, 19,20 16:16 17:24 18:7, 15,18,19,22, 25 19:4,5,9, 10,18,24 20:24 21:16, 19 22:14 23:1,19 25:4, 24 26:10,12 27:4,6,16,20 29:6 30:1,2, 14 31:9,12,25 32:21 33:1,3, 16,17,24 34:7,12,15,19 35:8 36:2,16, 20 38:23 41:18 42:12, 24 43:17 44:4,7,8,9 45:8,14,21,22 46:3,10,22 47:4,7,9,12, 15 48:3 49:1, 16,17,25 51:4,5,6 52:1,2,8,9,10 53:15,17,19, 21,22 54:12 55:4,7,22 56:5,7,8 57:13,14,15, 25 58:6 59:1, 19 60:2,3,6, 14,18 61:3,4, 8,23 62:10,24 64:25 65:1, 15,16 66:11, 13,15 67:13 68:1,10,12,20 69:5,15 70:19,24 71:1,8,14,15, 24 72:2,6,7,8 74:11,19,25 77:13,17 79:2 80:6 81:2 82:20,21 83:19,20 84:18 85:3,5, 8,12 86:22 87:6,10,11,22 88:4,16,21 89:3,5,6,13, 16,20 90:1,3, 6,8,14,17,22, 23,24 91:4,9, 19,25 92:3,4, 11 93:1,10,15 94:9,16,19,22 95:3,7 96:6, 8,19 97:13, 19,21,22,24, 25 98:10 99:14,16,19 100:7,18,19 101:6,9,10 102:4 104:15, 17 105:3 106:16 107:6 110:2 112:12, 14,16 113:12, 13,15 114:2, 19 115:3,4,9, 16,17,18,21, 22 116:24 118:5,8,18,19 119:1,15,24 120:1 121:4, 13 123:11,12 124:20 125:2

126:14
127:21,22
128:18 130:18
131:16
132:21,25
133:9,10,11,
14,22 134:8,
15 135:13,17,
23 136:1,13,
16 139:19
**there's** 7:6
11:2 13:23
14:20 15:7,16
18:10 20:10
21:21 22:1
23:6,13,22
24:23 27:1,20
29:22 31:15
46:23 47:1,2
48:4 49:20,24
50:2 52:2
53:6 55:18
57:21 58:18
59:2,3,13
60:13 61:8
68:19 74:7
80:4 84:18
88:8 92:1,7,
9,10,11,23
100:16 105:6,
12 107:16,20
113:14 114:9
119:9 123:16
128:2 131:22
**thereafter**
138:18
**thermometer**
95:8,13,15,24
96:4,5,7,17
97:3,8,11,15,
16,20,23,25
98:6 140:15,
16,21,25
141:7
**thermometer's**
95:20
**thermometers**
96:8

**these** 11:7
24:6 61:7
66:24 68:21
73:4,6,20,21
74:6 88:21
116:21 117:4
134:11,13
141:6
**they** 4:9 9:15
11:15 18:14,
16 19:15,18,
23 21:16 31:7
32:3,4,14,15,
22,24 33:1,5,
10,11,13,14
34:1,18 35:8,
10,25 37:16
38:8,9,10,14,
18,22,23
39:3,8,10,17,
18 40:1,3,16
41:3 44:2,6,
13 48:14,15
54:7 56:10
59:7 61:22
63:20,21 64:6
66:11 67:9
68:10 69:16
71:14,19,22
72:1,4 77:4
78:1,4,6
79:16,18
91:17 94:15,
21 96:14
97:12,13
98:16 101:5,
8,15 102:17,
18 104:24
105:6,8
108:13 113:18
116:10,11
123:14 124:14
132:13 136:3
**they're** 16:22
34:19 37:18
39:1 40:6
45:6 53:20
54:6 58:20
64:8 101:11

105:2,10
106:14
112:16,18
118:2
**they've** 63:2
**thing** 7:6
25:12 33:18
52:9 53:10
58:13 59:7
61:22 65:18
75:25 82:11
88:15 92:17
101:16 129:20
138:16 140:13
**things** 18:14
41:13,17 58:9
61:7 77:2
80:6 88:13
**think** 8:24
11:16,21
31:16 33:3
35:13 47:15
49:19,24 50:8
51:2,6,12
59:7 68:3,16
74:10 83:18
85:8 86:11
87:8,20 96:13
97:1 109:3
110:25 111:25
113:7 115:2
120:1 122:13
125:19 126:2
128:25 129:5,
17 136:23
**thinking** 52:5
104:6
**third** 6:12
32:19
**this** 5:22
6:2,12 7:2
9:8,10 10:15,
19 12:17 13:1
14:5 17:4
20:1 22:6
24:15 26:25
29:10 35:8,9,
11 41:1,22,25
48:5,6 50:6,

25 51:3,10,
17,20 52:5,
12,13,15 53:9
55:17 62:16,
21 63:7,15
64:1 66:3
67:9,24 68:6
69:17 70:23
72:12 73:8
75:18 76:7,
13,18 77:1,3,
9,21,23
78:16,21,24
79:4,8,9,21
80:3,8,15,24
81:2 88:9,24
89:12 97:10
98:24 99:2,3
102:17
103:16,24
104:12 108:13
109:20 110:6
111:17 112:9
113:2,6,24
114:22
116:12,19,25
120:23 121:7,
18 122:5
123:5 124:5,
12,24 125:11,
21 126:10
127:17 129:7
130:11 133:25
134:3,16,18
137:3,9,11,13
140:13 141:13
**those** 5:15
17:13,25
19:23 20:20
22:3 23:3,4,
16 25:9,19
29:2 30:9,11
41:20 48:10
52:10 54:2
56:10 58:9
64:7 68:9
69:10 70:11,
15,20 99:20
101:11 115:25

116:7,15
117:9,10,13,
19 131:24,25
136:17 138:19
139:20,21
**thought** 46:16
65:14,17
82:16 94:22
115:6
**three** 10:18
15:5,23 26:6
65:1 68:21
69:24 73:21
89:1 95:5
116:4 124:8
137:20 138:23
**three-page**
75:18
**threshold**
62:22
**through** 6:5
14:1 23:6
26:1 31:13
41:2 44:5
45:10 50:1
52:6 59:14
60:5 63:3
70:23 74:15
79:20 89:20
110:15
113:13,15
116:5 126:22
128:3 131:14
**throughout**
40:25 42:2
58:2 60:12
70:12 100:2
111:2
**tile** 49:19,
20,25 50:2,7,
11,12 51:3,5,
13,21 52:2,4,
5,6,8,19 53:3
56:20,24,25
57:2 114:3
131:25
**tile's** 52:3
**tiles** 131:14

132:4
**Tim** 11:13
12:14 76:22
80:21,22
**time** 9:8
10:19,24
12:11,21 13:9
14:14 24:5
25:17 29:9
34:13,22 35:6
36:15 37:16
39:2,25 43:16
44:25 45:14,
18 46:8 53:2
54:4 57:6
62:8 67:13,19
72:8 74:11
78:11 81:19
85:1,2,20
86:10 87:18
88:2,6,11
89:11,22
92:1,9 93:7
100:16 104:6,
25 105:7,18
107:18 112:14
122:21,22
123:1,3,6
124:5 125:2
126:25 128:1,
14 129:3
133:3,8,9,15
134:14,22
138:12 139:12
142:8
**timely** 56:4
110:4
**times** 25:16
30:1,2,14
31:9,11 36:2
44:8,9 53:17
56:7,14 70:15
77:13 86:14
88:8 92:23
95:6 98:14,18
99:19 111:20
124:8 138:24
**timing** 74:9
116:21 124:23

**to** 3:11 5:2,
14,15,17,21,
24 6:6,14,17,
18,20,21,24
7:1,5,6,7 9:3
10:16,18
11:4,5,11,20
12:6,11,12,
14,15 13:9,
10,13,22,24
14:6,17 15:6,
8,24,25 16:3,
10,22,23
18:1,4,6,7,8,
10,14,16,24
19:2,5,17,19
20:8,16,21
21:1,16 22:5,
6,7,14,16,19,
20,21 23:9,
15,18,19,20,
22 24:1,2,6,
7,18,20,23
26:3,12 27:2,
4,9,11,14,19
28:4,6 29:19
30:10,17,20,
23,25 31:7,8,
12,19,21
32:1,8,11,16
33:1,17,24
34:16 35:18
36:4,7,11
37:4,5,8,11
39:2,4,5,17,
18 40:8,19,20
41:1,3,5,13,
19,20,21,22,
23,25 42:3,5,
6,8,10 43:2,
6,14,21,25
44:1,12 45:18
46:3,22 47:2,
11,17 48:16,
17,21,25
49:7,8,10
50:7,25 51:6,
18,20 52:11,
14,20 53:1,5,

12 54:4,16,
21,25 57:2,8,
23,24 58:9,
12,14 59:4,
11,17,21,23
60:4,5,20
61:4,7,15,23,
24 62:3,12,
14,18,22
63:3,6,7,9,
10,20,22,25
64:3,4,10,12,
15,16,17,19
65:1,12,14,19
66:8,12,15,
16,19 67:1,3,
6,10 68:4,11,
14,23,24,25
69:5,6,15,20,
23 70:20
71:22,23
72:9,21,22
73:9,15,17
74:4,16,21
75:13,25
76:10,14,22
77:6,12,14,
16,19,21,23,
24 78:3,4,11,
17,18,19,22,
23 79:6,7,9,
15,16,17,18,
19,24 80:9,
12,16,17,23
81:15,17,18,
20,22,24
82:14 83:1,4,
17,20,23
84:3,11,12,
16,17,20,21,
23 85:1,3,4,
9,20,21 86:2,
4,24 87:1,3,
5,19,25 88:1,
7,14,19,22,23
89:4,21,23,25
90:6 91:5,10,
17 92:1,2,11,
12,18 93:4,6,

15,19 94:5,
11,14,15
95:4,8,9,11,
12 96:17
97:1,7,10,11,
13,16,25
99:11,13
100:3,7,17
101:5,15,18,
21,22,23,25
102:1,3,16,
17,22,23
103:8,9,13,
14,15,18,24
104:3,8,9,20,
23,25 105:6,
8,9,13,16,17
107:9,10,17,
21 108:2,12
109:12,23
110:3,9,17
111:19 112:8,
9,16,22,23
113:12,20,25
114:2,6,10,
11,15,19,20
115:2,3,7,9,
10,18,19,20,
21,22 116:1
117:16,22
118:5,12,15,
16,21 119:1,
2,9,12,24
120:4,16,23,
25 121:8
122:2,7
123:5,7,14,
18,25 124:13,
21 125:1,2,4,
10,11,12,14,
15,18,20,25
126:4,5,9,10,
16,20 127:17,
19,23 128:9,
23 129:21,22
130:8,9,14,
18,24,25
131:4,5,9,11,
14 132:4,8,9,

15 133:3,17,
21 134:13,14
135:3,18,20
136:10,16,17,
22 137:11,25
138:13,14
139:8,9,13,
15,21,25
140:7,9,19,22
141:6
**today** 4:1 5:3
80:3 85:11
86:18 90:8
107:23 111:19
124:3 137:3
**Today's** 4:6
**toe** 64:3 67:5
**together**
82:15
**told** 103:12
107:23
**TOMMY** 2:9
**too** 36:14
47:17 96:9
**took** 9:10
10:5 13:15
32:7 65:21
73:5,20,21
74:1,3,10
78:17 86:16
88:4 96:20
109:14 115:19
117:19
**tooken** 48:5
**top** 19:7 33:5
34:3 53:20
69:13
**topics** 108:3
111:5
**total** 90:19
**totes** 40:7
**touch** 38:16,
20 93:19
105:17
**touched** 93:20
94:6
**touching**
93:22

**towards** 46:3,
24 47:21
95:18
**towels** 58:6
84:23
**track** 14:22
**tracked**
113:17 114:3
**traditionally**
42:17
**trained** 44:6
61:25 111:9
**training**
12:2,4,10,16,
20 13:3,20,
23,25 14:5
16:14 17:8
62:11 114:15
**transaction**
130:12
**transactions**
130:15,17
**transcribed**
141:19
**transcript**
51:19
**transferred**
56:13
**translate**
51:19
**transport**
98:17
**tried** 78:19
102:16
**trips** 132:11
**trouble** 60:5
**truck** 36:22,
24 37:6,7
42:15,24
43:5,15 88:9
89:3 90:23
98:24 105:16
**truly** 117:13
**truth** 107:23
**truthfully**
5:19

**try** 28:6
30:17 46:3
132:8
**trying** 15:6
18:24 77:13
85:1 101:22,
24 102:3,17
103:8,23
104:3 112:23
125:15,18
**turn** 22:6,15
**TV** 47:6
**two** 10:3,4,18
13:14 15:5
21:11 22:2
26:6 27:23,24
28:8,24 29:13
32:16 36:22
42:14,19
47:12 48:4
68:21 69:23
70:3 72:21
74:6 89:1
90:14,18,19,
24 91:25
92:10 105:4
116:4 132:11
137:20
**two-liter**
21:15
**type** 13:25
26:12 29:12
48:18 49:17
50:11 60:15
66:24 67:4,14
70:19 71:5
79:2 81:12
82:24 83:5
85:12 93:5
94:9 95:10
100:7 106:5,
13 132:22
134:8 135:13
138:13
**types** 27:21
132:12 139:13
**typical** 124:4
**typically**

98:14 129:3

U

**uh-huh** 67:16 81:1,13 82:3 98:13 107:3 135:11
**ultimately** 10:5
**Um-hum** 62:2
**Umm** 51:8
**unable** 110:3
**under** 5:19 13:10 72:13 85:12 131:12 137:21
**undergoing** 110:25
**underlined** 140:15
**underneath** 50:1 52:10 94:2,8,10 101:14 134:3, 13
**understand** 5:25 6:1,3,10 12:13 14:7 31:4 124:8
**understanding** 6:24 16:1 82:9 128:6
**understood** 5:18 6:6 27:12 59:7 112:19
**Unfortunately** 102:18
**unit** 26:24 39:23,24 40:2 42:5 63:19 140:16,25
**United** 4:4
**units** 134:4
**University** 108:20
**unless** 36:22 37:6 42:24 77:25 90:3,23 91:19 112:11
**Unlike** 6:12
**unloading** 43:2,4
**unsafe** 111:10 119:9
**until** 94:3
**up** 9:13 12:7, 9 14:14 18:1, 15,21 24:7 28:3,6 31:23 32:16 33:5 34:13 39:5 43:12 44:10 46:4,5 47:5 51:20 52:18 53:12 54:8,12 55:7,9,13 56:9,20 57:18 58:5,9,12,17, 20 63:2 65:2 70:21 72:8, 12,17 74:19 75:9 76:22,24 77:6,23,24 78:7,22 79:1 80:9,17 82:15 88:17 89:13 90:10 91:10, 12,18 92:6 93:9,11 97:18 100:9,22 102:12 103:4 105:8 112:21 115:10,15,16, 18,20,22 119:23 120:8 123:2 125:4 127:6 131:4, 24 133:16 134:9,14 136:9 138:13
**UPC** 15:22
**upon** 31:24 39:21 67:15 82:4 101:23
**upper** 8:24
**upwards** 111:25
**us** 6:15 11:9 15:4 18:1 30:1 37:18 39:14 41:8,12 43:25 59:8 60:24 91:25 92:10 98:1 132:7 134:22
**use** 58:9 79:15 84:20 96:16 97:13
**used** 65:10 67:14 68:9 137:25
**using** 62:13 140:15
**usually** 34:7, 15 48:24 77:3 112:16 122:24
**utilize** 77:18 95:13 139:16

V

**vacation** 36:14
**vanilla** 28:23
**variables** 29:22
**variety** 122:6
**various** 19:13
**vendor** 37:20 40:1 60:25 61:14,22 63:1 98:12 111:21 112:5,11 120:22
**vendors** 19:13,15 34:16 41:16 57:12 59:9 114:1 119:15
**verbal** 5:21
**verify** 61:15 92:15 98:3,11 115:8
**versa** 44:11 52:5
**versus** 4:3 113:12
**very** 23:18 29:10 39:14 45:4 59:15 72:8 78:20 91:14 119:11 121:21,23 123:3 131:10 139:19
**vice** 52:5
**video** 5:23 22:13 48:11, 17 49:8 77:10,20 78:18,24 80:11,12,16, 24 81:2,3,5, 6,9,14,18,19 83:12 84:25 85:3 87:16 88:2 126:21 141:14
**videographer** 2:9 4:1 22:7 24:9,11 65:4, 7 67:20,23 106:20,23 127:5,10,13 141:13,23 142:1,3,7
**videos** 78:4
**videotaped** 5:23
**view** 48:6
**views** 47:10
**vinyl** 50:14
**violated** 139:24
**violative** 140:7
**virtue** 136:4
**visa** 44:11

**visibly** 84:19
**visual** 14:25 46:21
**visual-type** 83:14
**visually** 15:8 94:11 96:15
**vitamin** 139:18
**volume** 122:20

W

**wait** 6:17,18 54:18
**Waive** 141:17
**walk** 20:7 25:22 45:7 69:16 71:20 92:17 100:17
**walk-in** 21:23 22:21 23:11, 12 24:14,19 25:1,20 26:1, 14 27:3 31:22 39:9 40:4,10 41:2,21 50:24 57:9 59:5,25 68:2 71:10, 13,16,19 72:1,3,5,6 75:3 95:15,16 99:7 107:2 111:20 113:3, 25 119:20 120:13
**walk-off** 70:19
**walked** 74:15 88:6
**walker** 62:13
**walking** 15:9 16:7 57:16 70:10,19 92:6,12 93:11 114:18 118:3 132:18
**walkways** 60:17 139:14
**wall** 20:11 22:2 23:3 69:22 70:11
**Walton** 9:3
**want** 6:23 11:20 24:6 39:17,18 47:11 59:12, 14,15,21 60:3,6 73:17 75:25 93:19 94:5 97:13 108:12 117:22 119:24 122:7 132:15 141:18,21 142:3
**wanted** 17:3 48:25 77:4 79:16 102:1 123:14 131:7
**warehouse** 19:25 20:1,4, 11 21:8 91:22 93:2,6,8
**warmed** 100:9
**warmer** 99:12
**warrant** 101:16
**was** 4:17,18 8:14 9:7,17 10:9 11:14, 16,21,24,25 12:6,7,8,9, 10,12,14,21 13:8,14 14:13,18 15:24 16:9,10 17:4 18:3,11, 14,19 19:4,7, 9,10,11,17, 21,24 20:18, 24 21:7,8 24:3 25:4 26:12 27:20 28:4,16,20 29:2,5,8 30:2,9 31:21, 23,25 32:10 33:1,3,8,16, 17,18 34:7, 13,14,25 35:8,23 36:2, 6,12,15,16,22 37:6,7,11,16, 17,20 38:22 39:2,3 40:13 42:17 43:4 44:7,9,16,17, 19,20,21,22, 23 45:1,8,9, 15,21,22 46:2,4,7,8,16 47:9,12 48:5 49:2 50:6,8, 18,25 51:4,5, 6,10,12,25 52:2,5,6,8,9, 20,21 53:20 54:3 55:11 56:7,20,24 58:2 59:1,8 60:2,7,8,19 61:4,5,8,18, 21,23 62:10, 18,19,24 63:5,11,12,22 64:22 65:14, 17 66:4,11, 15,21 68:20 69:2,22,23 70:5,7,19,20 71:14,16,24 72:2,6,7 73:5,10,12, 13,14,24 74:3,4,5,10, 11,12,19,20, 23 75:15 76:7,23 77:25 79:9,10,12, 17,23 80:5,6 81:3,20 82:11,13,16, 19,20 83:9, 18,19,20,21, 22 84:1,4,9, 11,16,18 85:5,9,12,21 86:8,11,22,25 87:2,5,6,7,8, 10,11,17,22 88:3,9,13,24 89:3,9,10,11 90:3,8,10,17, 23 91:9,11,25 93:15 94:3,5, 6,7,9,11,16, 19,22 95:3,5, 8,16,17,18, 19,21,25 96:2,4,6,7, 13,19,23 97:1,4,6,7,8, 11,20,21,22 98:10,11,19, 20,22 99:6, 11,18,25 100:7,9,15, 16,24,25 101:6,7,9,22, 25 102:14 103:4,7,8,23, 25 104:3,5,8, 17 105:16 107:6 110:2, 3,23 111:18, 20 112:16 113:2,9 115:3,6,12, 15,16,17,18, 22 116:24 117:4 118:5 120:1,19 122:16,25 123:1,2,10, 18,19,22 124:4,10,12, 20,23 125:2, 8,15,17,24 126:24 127:17,18,21, 22 128:15,25 129:4,5,6,9,

11,14,17,18,
19 130:8,14,
18 131:9,13
132:8,22
133:3,8,13,
22,23 134:4,
12,13,23
135:13,17,24
136:6,7,13,
19,25 138:4,
23
**wasn't**  20:24
21:1 43:16
46:6 50:14
53:3 57:4
60:1 65:16
66:13 72:8
79:13 86:12
88:15 94:25
97:17 99:18
102:14
115:17,18
120:18
123:14,17,18
129:19 135:9
136:1 137:6
**watch**  84:25
**water**  25:6,
17,19,21
64:20 83:7,10
86:19 88:14
94:9 100:8,21
101:1
**waters**  31:15
**way**  14:10,22
15:25 18:23
24:23,24 27:6
42:4 50:1
53:4 59:12
63:12,18 64:1
68:17 74:21
85:15 116:12
123:17 124:6,
18 130:18
131:2 135:12,
19
**ways**  120:14
**we**  4:1 6:23
7:7,8 8:10

11:3 14:2,22
15:3,20,22
16:8,18,23
17:13 18:4,5,
10 21:7 22:24
23:21 25:1,10
26:4,6,11
28:3,4 30:1,
8,14,16 31:7,
8,9 32:1,9
36:9,10,14,23
37:17 38:15,
19 40:20,21
41:8,9,12
42:15,16
43:9,11 44:7,
11 48:3,4
49:23 50:16
51:10,18,25
52:22 53:17
54:8 55:11,
12,13,15,24
56:8,12 58:4,
5,6,15,22,25
59:14 60:3,8
61:6,9,10,13,
14,15,21,24
63:1 66:19,20
68:4 70:5,13
71:1 72:6
75:6,12 80:3
81:9,14 82:20
83:11 84:25
85:11 86:18
87:16 88:12
89:4,11,15,
20,21,22,25
90:3,4,5,8,23
91:7,8,14,15,
17 92:23
94:22,24,25
95:5,9 96:8,
19,20 97:18,
19,22,23,24
98:2,13
101:22,24
102:2,17
105:7,9,15,17
106:1,19

112:11
114:19,20
117:10 119:24
120:8,9,20
123:1,20
126:22 127:4
128:16,18
130:16
131:22,24
136:7,21,23
**we'll**  52:11
66:3 72:12
75:13 102:6
142:2
**we're**  6:24
11:4,5 14:12
22:25 25:15
28:22,23,24
34:18 35:14
41:17 43:9
56:6 58:14,22
60:23 67:20,
23 69:19
75:14 89:22
92:12 100:25
105:9 106:20,
23 113:11,12,
13,15 114:9,
11 119:23
127:10,13
132:24 141:14
**we've**  43:24
48:22,23
54:5,6 56:1
63:12 89:4,19
109:20 112:11
121:7 129:10
140:1
**wear**  67:3
**wearing**
106:14
**Web**  14:3
**Wednesday**  4:6
**week**  17:14
30:1 58:2
75:2 88:19
122:23 128:15
129:20 136:3,
18

**weekends**
36:10
**weekly**  13:23
61:18 120:19
137:24
**Weeks**  116:22
**well**  13:22
14:7 15:24
17:11,15
19:1,18 21:21
25:12,19
26:24 38:5
39:17 43:15
51:2 52:12
54:5,15 55:19
58:16 59:19
61:1 63:7
68:19 69:21
77:21 78:2,20
82:11 83:22
84:12 86:16
89:1 97:18
102:8,11,13
103:10 109:14
119:17 121:25
130:16 133:24
140:5
**well-lit**
121:19,21
**went**  40:12
54:11 59:6
85:3,20 87:3
97:16
**were**  5:5 9:7,
21 11:1,11
12:5 13:12
16:23 17:22,
25 18:8,15,
16,22 20:20,
21 21:20
22:2,3 23:22
25:10 27:24
29:5,17 30:1,
2,7,10,14
32:13,15,24
33:10,11,13,
14,24 34:1,7
36:9,11 37:17
38:23 42:15

43:2,19 44:5,
6,9,11,24
45:14,17
48:20 52:16
53:8 55:6,7
56:4 57:15
58:6 59:9
61:21,23,24,
25 62:7 63:15
66:20 67:13
68:1,10 70:13
72:22 73:1,20
74:19 77:1,13
82:23 83:4
87:4 89:6,25
90:14,23
91:3,4,12,14,
17 94:10,15
96:13 100:19,
20,22 101:8,
22,24 102:17
104:24 111:9,
14 112:12,23
114:25 116:8,
10,11,21
117:10 126:9
127:22
133:10,14
134:8,21,22
136:17 140:6,
7

**weren't** 6:21
61:15 110:3
136:3

**wet** 55:12
60:2,8 82:16,
20 83:9,21
84:12,16
99:19,21
100:25 114:8,
21 115:6
118:5 120:24
133:22
139:17,22

**wetness** 85:5,
13 94:10
118:9 126:14
133:12 134:8
135:13,17

**what** 6:24
7:10,24 8:4,
18 9:17 10:12
11:14,24
12:17 13:12,
25 14:2,17,18
16:18 17:7,17
19:4 20:13,
15,16 21:25
22:5,21 23:3,
9,16 24:25
26:18 28:20
35:13 37:3,25
38:21,23
41:10,19 42:8
45:13 46:7
48:14 49:2,7,
17,22 50:3,4,
10,16,25
51:20,21
52:11,15
54:25 58:2,8
61:23,24
65:10 66:14
67:8 68:9,25
72:12 75:1,6,
13 76:23
78:22 82:1,10
83:15 84:13,
16 87:2,17,25
88:4 89:3,17
92:18 94:2,7
99:11,13
102:18
103:13,23
104:5,20
108:16,25
112:23 115:22
116:21,25
117:14 121:14
122:19,25
125:2,24
128:5,23,25
132:2 136:6,
12,13

**what's** 15:20
18:6,17 37:3
39:18 68:12
92:18 100:18

101:12,14
102:6

**whatever** 6:5
7:2,3 29:13
51:22 52:19
57:17 62:13
63:21 64:4
81:23 87:1
106:7 112:18
116:17 134:12

**whatnot** 20:19
31:16 54:3
57:22 59:21
93:10 131:11

**wheelchair**
62:12

**when** 9:5,7,
10,17,24
11:11 12:5,25
15:11,22
21:22 22:15
26:22 28:22
29:8 30:6
31:22 34:10
36:4 37:2,7,
14 38:20 39:1
43:15 45:15
49:21 51:17
52:23 53:8,22
56:7,8,10
60:13 61:1,22
63:20 65:16
66:13 72:3
73:9,14 74:3,
4,10,19 79:16
84:14 86:3
91:16 92:16
94:14,25
96:19 98:4,11
99:1,10,11,
22,25 101:7
105:2,10,14
107:4 112:19,
20 114:23
115:6 116:7,
10,21 123:4,
10,19,22
125:4 126:24
128:24 133:3,

9 134:22
136:2 138:17

**whenever** 39:3
76:20

**where** 5:5
6:13 15:3,9,
24 16:21,23
19:11,16 20:3
25:14 27:8
29:16 30:1,2,
14 31:9 32:14
33:14 34:6
36:2 43:18,19
44:7,8,9,14,
24 45:2,24
46:22 47:9
48:25 49:15
51:6,25 52:3,
6,19,21 53:1,
17,18 54:6
56:24 57:10,
16,21 60:8,
17,18 63:22
68:2 70:11,
15,18 71:20,
21 73:10
77:13 78:13
83:21 86:23
87:10 90:10
91:22 92:24
93:5,7,10
95:19,20 96:2
98:18 101:6
108:18 109:6
110:2 112:11,
15 113:2
122:9 129:18
130:21,23
131:5 132:4
134:3 135:18

**WHEREUPON**
4:15

**wherever** 5:22

**whether** 29:12
46:9 55:25
56:16 57:1
64:3 73:5,14,
17 74:15,16
80:2,7 85:4,

12 89:16 90:8
91:21 95:24
100:7 103:25
104:10 105:19
111:19 112:5
115:3,8
116:15 117:3
118:19 121:8
124:23 130:8
131:23 135:1,
13 141:4
**which** 8:11
11:1,23 15:4
16:2,17 17:22
18:25 19:14,
19,20 26:11
28:12,13,16
29:4 30:9
31:21 39:10,
21 41:8 44:20
47:19,23
50:17,23
56:20,21
58:15 59:19
61:19 62:18
65:21 67:15
71:24,25
75:21 78:16
84:19,20
88:22 96:22
99:12 105:20
111:10,18
114:23 115:1
120:14 122:24
125:10 126:3,
10 128:16,18
129:10 140:6,
15
**while** 7:2
35:12 38:23
54:4 63:15
71:15 74:11,
20 77:1 80:5
87:22 91:11
94:2,11
104:17 127:6
**white** 53:6
**who** 4:9 7:22
11:11 34:10,

21,25 35:2,5,
19 37:19
43:25 44:15
59:9 62:12
73:5 92:5
94:19 97:21
98:10 120:2
129:21 141:6
**whoever** 79:23
103:3
**whole** 14:16
25:12 28:25
29:1,13 33:18
40:7 52:9
58:13 69:21
**whom** 11:11
13:4
**whose** 76:3,10
91:9 95:3
105:13
**why** 53:15
54:12 55:7,22
56:3,4 62:20
65:9 68:10
81:19 97:21
124:12 132:8
**wide** 18:20
70:3,4
**wife's** 103:2
**will** 4:8
35:10 52:12
72:24 105:7
108:3 116:4
117:8 131:22,
24
**William** 2:13
4:16 5:10
**window** 46:23
47:1,3
**windows** 46:20
**wing** 18:17
**wings** 18:18
**wiped** 92:22
**wiping** 84:23
**with** 3:9 7:22
9:24 10:9
12:1,5,18,22
13:18,20

16:11 17:16
18:10 28:4
29:18,23 35:2
39:9 41:4,12
43:2 44:16
45:22 47:2
48:23 51:24
54:1 55:4
57:18 62:24
63:6,8 66:17,
19 67:1 68:6
75:24 82:7
83:23 87:8
91:18 101:17,
22 102:11
103:1 104:21
105:21,22
106:5 107:1,8
109:15 110:2,
18 111:2
116:3 121:7
122:14,15
128:5 131:2
132:2,14
134:25 139:6,
11 140:20,22
141:1,7,25
**within** 13:18,
21 16:15 17:9
19:16 20:4,22
21:20 26:13
36:21 47:6
56:21 91:17
92:8 109:22
139:14 140:6
**witness** 2:11
4:17 8:15
29:21 43:22
49:11 54:17,
25 55:3
64:11,18
87:20 107:19
109:24 110:11
113:21 114:8
117:17
118:13,22
119:4 120:7,
18 121:1
123:8 125:14

126:6,17
128:10 133:18
135:21 140:11
141:17 142:10
**witness'**
125:13
**witnessed**
37:12 39:8
**won't** 130:11
**word** 113:11
131:18
**work** 8:18,21
13:10 32:23
44:1,10 59:2
91:4,13,18
92:3 93:6,8
109:4
**worked** 9:11,
12,16,17
17:10,11,16
35:2,7 71:7,
13,15,18,25
80:5 102:15
128:13
**workers** 67:9
**working** 10:17
43:19 44:16
45:15,25 53:9
54:4 77:1
101:24 109:6,
10 139:12
**World** 71:25
72:6
**worn** 51:5,13
52:3,6,9,10,
14,15,20,23
53:2 56:25
131:13,17
132:4,10
**worried** 83:23
**worry** 125:21
**would** 5:20
6:12,16 8:11
10:12,20 11:3
12:23 14:24
15:23 16:21
17:5,8,24
18:16,18

19:20,22,24 20:3,9 21:2, 12,18 23:8, 15,16,19 24:14,20 25:9,19,24,25 26:11,13,18, 23 27:8,18 28:7,13 29:6, 9,11,17 30:18,20 31:7,9 32:9, 14,22 33:16, 19 34:1,2,10, 11,19,22 35:4,5,18,19, 22 36:2,3,20, 23 37:2 38:9, 10,14,15,18 39:12,25 40:1,3,4,7,9, 13,16 41:3,5, 8,21,25 42:8, 12,15 43:1,6, 9,11,14,17 44:8,9,15 45:5 46:3,6 47:21,23,25 48:8 49:5,8, 16 50:5,11,20 51:21,25 52:7,10,24 53:10,15 54:1,12 55:7, 22 56:3,4,5, 18,21 57:8, 12,15,18 58:5,9,25 59:11,12,15, 17 60:7,16,17 61:2,3,13,20, 22 63:19,24, 25 64:2,8 65:18 68:3,21 69:7,9,16 70:1,2,3,9, 11,14,18 71:20,22 74:22,24 75:8 76:4,10,21,24 77:5,14,15, 17,21,22,23 78:4,19,21 79:1,4,6,17, 19,23,24 80:8,15,17 81:13,22,24 84:7 85:8 86:1,3,4 87:11,25 88:6,12,22,24 89:21 90:22, 24 91:5,10, 15,20,21 92:4,5 93:10 94:2,10,19,24 95:6,9,11 97:24 98:5, 10,13 99:1, 10,11,12,13, 14,19,20,21, 23 100:3,14, 15,21,25 101:10,17 104:20,23 105:4,18 106:2,9 110:22 111:7, 13 112:14 113:7,10,21 114:4,15 116:16 117:13 118:10,15 119:7,19 120:3,12 121:21 123:23 124:7,25 126:4,10 128:12,14 129:22 130:9, 15,16,24 131:2,4 132:2,4,13, 14,15,23 134:9,16 136:8 137:17 138:13 139:3, 6,17,18,19,20 140:11,25 142:5

**wouldn't** 21:15 31:8 38:16,20 45:10 57:23 59:21 61:9 67:9 77:24 81:10 85:10 89:20 93:22 97:12 116:15 128:17 130:16 136:10

**written** 14:24 16:2 111:1 122:6

**wrong** 104:21 105:7 113:12 126:2

**wrote** 81:17

**Y**

**yeah** 10:23 11:8 12:24 20:24 28:11 30:13,16 31:4,18 33:23 35:3 38:2 42:14 51:16 55:2 56:16 58:11 63:17, 24 64:6,18 65:24 68:17 69:8 72:19 73:7 80:4 83:16 87:15 89:24 90:13 93:13 98:9 100:1 101:8 106:6 112:1, 3,25 119:22 123:8 124:16 125:8 129:4 133:8 134:20 141:3

**year** 7:20 9:9,10 12:18 13:12,18,19, 21 25:17 35:12 38:5 108:16 122:22

**years** 9:13,21 10:18 57:5 80:6 86:14 109:13,17

**yelling** 46:15

**yellow** 26:15 58:15

**yep** 25:4 30:8 34:18 37:6 42:23 65:25 66:2 70:13 102:5 122:4 130:7

**yes** 5:7,21 8:25 9:12,22 12:3,23 13:22 14:20 16:6,7, 13,16 23:25 25:21 27:5 29:15 30:13 34:9 42:25 47:7 48:19 55:21 57:20 60:6 62:3,4,9 63:17 69:12 70:14 73:7 75:5 76:17 80:1,14,19 82:8 84:5 86:2 91:2 100:1 102:10 106:1,12,15 109:18 110:14 111:7,12,16 114:8,12 115:5 117:17, 21 119:11,18 121:20,23 122:1,4 127:8 128:8 129:6 132:13,17 133:20 134:20 137:6,23 138:11 139:20

**Yesterday**
 137:5
**you**  4:24 5:5,
 8,11,22,25
 6:2,5,6,9,13,
 16,17,18,19,
 20,21,23,24,
 25 7:5,14,17,
 22 8:2,14,24
 9:5,7,11,17,
 21,24 10:8,
 17,25 11:11,
 15,18,22
 12:2,4,5,12,
 18,20,21,25
 13:1,3,4,12,
 17 14:4,15,18
 15:8,11,21,
 23,24 16:6,14
 17:7,8,9,12,
 17,18,19
 18:6,18,19,21
 19:5,6,8,10,
 12 20:4,6,7,
 18,19,21,25
 21:12,19,22
 22:8,13,16
 23:8,9,19,23,
 24 24:1,6,13,
 19 25:2,5,10,
 14,25 26:5,
 12,17 27:12,
 14 28:2,4,22
 29:4,20,24,25
 30:18,25
 31:4,10,16,20
 32:1 33:14,15
 34:21 35:1,
 11,13,16,19
 37:12,19,21,
 25 38:20,21
 39:8,17,20,25
 41:1,10 42:4,
 7 43:12,19
 44:15,16,22,
 24 45:5,6,7,
 10,13,14,17,
 24 46:6,9,13,
 22 47:5,8,18,

 19 48:10,16,
 20 49:3,4,7,
 18,21,22
 50:3,10,16,
 20,25 51:11,
 15,17,20
 52:11,15,18,
 20,23 53:1,3,
 5,8,12,19
 54:4,7,10,11
 55:3,18 56:7,
 10,11,20
 57:1,22 58:8,
 9,12,16
 59:11,14,18,
 21 60:1,4,10,
 12,24 61:2,7,
 8,10,25 62:7,
 17,19,20,22
 63:14,15,18
 64:8,18 65:6,
 9,11,15,20,
 21,23 66:1,7,
 16,20,23
 67:2,13 68:1,
 6,9,11,24,25
 69:23 70:2,4,
 7,10 71:5,12,
 18 72:11,12,
 16,17,21
 73:4,5,9,13,
 20,21 74:1,3,
 10,12,14
 75:7,13,25
 76:3,13,18,
 23,25 77:1,8,
 9,17,18,24
 78:13,17,24
 79:1,10 80:2,
 3,10,12,15,
 20,23 81:2,4,
 10,19,22,23,
 24 82:1,4,7,
 10,12,18,21,
 23 83:4,11,
 12,14,19,20
 84:6,9,17,20
 85:2,3,9,11,
 16,19 86:3,4,

 18,19,22
 87:1,3,4,5,6,
 20,24 88:5,
 11,12,23 89:1
 90:6,7,8,14,
 15 91:3,12,
 15,17,21
 92:9,15,21
 93:14,18
 94:1,7,10,23
 95:1,11,13
 96:14,16
 97:2,6,14
 98:4,5,10
 99:1,2,23
 100:6 101:6,
 8,18,23
 102:2,4,8,22
 103:6,8,14,18
 104:1,10,15,
 20,21 105:7,
 9,19,21,25
 106:3 107:1,
 9,10,17
 108:2,6,13,
 14,16,18,24,
 25 109:3,6,9,
 12,21 110:1,
 3,6,17,22,23,
 25 111:8,9,
 13,18,19,25
 112:2,4,13,
 17,21,22,23
 113:1,7,13,
 14,21,24
 114:4,10,17,
 18,21,22,23,
 24,25 115:2,
 12,17,18,24
 116:1,4,7,11,
 15,25 117:3,
 7,8,19,22,23
 118:4,10,19,
 25 119:7,15,
 19 120:12,22,
 23 121:10,13,
 21 122:5,7,8,
 9,12,13,18,
 19,20,24

 123:4,9,15
 124:3,7,8,23,
 24 125:10,16,
 20 126:2,8,
 13,20,21,23
 127:1,20
 128:4,6,17,
 22,25 130:11,
 12,20 131:2,
 9,10,11,12
 132:2,10,14,
 21,23 133:2
 134:7,8,18,
 21,22,25
 135:2,7,9,12,
 18,23 136:6,
 7,10,17,19,22
 137:2,13,17,
 20 138:3,4,
 12,23 139:6,
 11,23,25
 140:17,19,22,
 23 141:1,5,
 10,18,21
 142:3,8
**you're**  11:8
 13:23 14:17
 15:6 23:5
 28:6 32:11
 37:10 40:20
 51:22 68:4
 69:19 75:3,6
 88:16 92:2
 93:5,7,8
 100:11 106:3
 112:19
 114:14,18
 115:22 118:3
 127:6 128:5
 133:25 139:1
**you've**  5:18
 80:11 107:23
**your**  5:2,8,
 11,17,20
 6:18,20 7:10,
 24 8:4,18,23
 9:18,23 10:8,
 19 12:1 13:3,
 13,20 14:8

16:4,5,9 21:12,13,16 22:14,20 23:5,9,23 30:12 31:21 32:3 34:21 36:6 37:19 39:9 40:1 45:25 46:18 49:7 51:7 57:3 62:8,10, 19 63:15 65:5 72:22 73:15 74:17 76:1 78:15 79:11, 23,25 80:16, 17,18 82:15 83:13,15 84:3,9,20 87:24 91:4 98:4 99:23 102:11 106:4 107:17,24 108:3 109:19 110:7,18,22 111:2 114:11, 15 122:14 124:3 128:6 130:21 131:4, 5 132:18 136:20 137:9 138:5 139:7, 12,19 140:8 142:8

**yourself** 91:1 110:1