UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

CASE NO.: 6:17cv1638-orl-31TBS

PEGGY NOFTZ,

    Plaintiff,

v.

HOLIDAY CVS, LLC d/b/a
CVS/PHARMACY #476, a
Florida Corporation,

    Defendant.
_____/

### NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.08(A)

Comes Now, Plaintiff, PEGGY NOFTZ and Defendant, HOLIDAY CVS, LLP, by and through the undersigned counsel, pursuant to local rule 3.08(a) and this Court's Case Management and Scheduling Order (D.E. 12) and hereby files their Notice of Settlement.

### Certificate of Service

WE HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties who have appeared in this matter via transmission of electronic mail to: **Darren Rousso, Esquire, Rousso Boumel Law Firm, PLLC (Counsel for Plaintiff)(Darren@roussolawfirm.com), Gavin Mackinnon, Esq., Kelly Kronenberg, P.A, (Counsel for Defendant)** gmackinnon@kelleykronenberg.com on this 9th day of July, 2019.

| | |
|---|---|
| **ROUSSO BOUMEL LAW FIRM, PLLC**<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, Florida 33156<br>(305) 670-6669<br><br>By: /s/ Darren J. Rousso, Esq.<br>Darren J. Rousso, Esq.<br>Florida Bar No.: 0097410<br>Darren@roussolawfirm.com<br>SERVICE EMAIL:<br>Pleadings@roussolawfirm.com<br>Secondary Email: gen@roussolawfirm.com | **KELLEY KRONENBERG, P.A.**<br>Attorneys for Defendant<br>20 North Orange Avenue, Suite 1207<br>Orlando, FL 32801<br>Phone: (407) 648-9450<br>Fax: (407) 648-4167<br><br>/s/ R. Gavin Mackinnon<br>R. Gavin Mackinnon, Esquire<br>Florida Bar No. 0227810<br>Michael J. Rigelsky<br>Florida Bar No. 126168<br>Primary Email:<br>gmackinnon@kelleykronenberg.com<br>Secondary Email:<br>gcocchiarella@kelleykronenberg.com<br>Secondary Email:<br>mrigelsky@kelleykronenberg.com |